# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | | |
|---|---|---|
| In re: Keyhan Mohanna ) | | Bankruptcy No.: 18-30983 |
| ) | | R.S. No.: 1 |
| ) | | Hearing Date: |
| ) | | Time: |
| Debtor(s) ) | | |

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: <u>September 5, 2018</u>  Chapter: 13
   Prior hearings on this obligation: None__   Last Day to File §523/§727/§1328 Complaints: 12/10/2018

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value: $_____   Source of value: _____
   Contract Balance: $_____   Pre-Petition Default: $ _____
   Monthly Payment: $_____                No. of months: _____
   Insurance Advance: $_____   Post-Petition Default: $_____
                No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): Residential apartment in San Francisco, CA

   Fair market value: $_____ Source of value: _____ If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal. $_____   Pre-Petition Default: $_____
   As of (date): _____ ___   No. of months: _____
   Mo. payment: $_____   Post-Petition Default: $_____
   Notice of Default (date): _____   No. of months: _____
   Notice of Trustee's Sale: _____   Advances Senior Liens: $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:_____ | $ | $ | $ |
| 2nd Trust Deed: _____ | $ | $ | $ |
| _____: | | | |
| _____: | | | |
| _____: | | | |
| (Total) | $ | $ | $ |

(D) Other pertinent information: Duke Partners II, LLC files this motion for stay relief to proceed with an unlawful detainer proceeding filed against the Debtor in state court.

Dated: 9/18/2018                                __/s/Amelia B. Valenzuela_____
                                                                    Signature

                                                         _____Amelia B. Valenzuela_____
                                                              Attorney for Duke Partners II, LLC