# Exhibit C

20159K11033700002
San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC 2015-K110337-00
Acct 2011-ServiceLink
Monday, AUG 17, 2015 10:41:41
Ttl Pd $21.00    Nbr-0005207036
okc/RE/1-2

RECORDING REQUESTED BY:
NBS Default Services, LLC

AND WHEN RECORDED MAIL TO:
NBS Default Services, LLC
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Number: 9551-2994
APN: 04-0523-053-01

## SUBSTITUTION OF TRUSTEE

WHEREAS, **KEYHAN MOHANNA, TRUSTEE OF THE KEYHAN MOHANNA REVOCABLE TRUST DATED JULY 8, 2003** was the original Trustor, **GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., A CALIFORNIA CORPORATION** was the original Trustee, and **WORLD SAVINGS BANK, FSB, ITS SUCCESSORS AND/OR ASSIGNEES** was the original Beneficiary, under that certain Deed of Trust dated **02/13/2007** and recorded on **02/21/2007**, as Instrument No.: **2007-I339958-00 REEL J332 IMAGE 0089**, of official records of **San Francisco** County, California; and WHEREAS, the undersigned is the present Beneficiary ("Beneficiary") under said Deed of Trust, and WHEREAS, the undersigned desires to substitute a new Trustee under the said Deed of Trust in place and stead of said present Trustee.

NOW, THEREFORE, the Beneficiary hereby substitutes, **NBS Default Services, LLC**, whose address is: **301 E. Ocean Blvd. Suite 1720, Long Beach, CA 90802**, as Trustee, so long as in accordance with the Deed of Trust and applicable law.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated: 7/23/15

Wells Fargo Bank, N.A
By: ~~Michael Gonzales or~~ Stephen Hicklin
Its: Attorney-in-Fact pursuant to that certain Limited Power of Attorney acknowledged on September 10th, 2014

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On 7/23/15 before me, Miriam Rodriguez Notary Public, personally appeared, ~~Michael Gonzales or~~ Stephen Hicklin, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public

MIRIAM RODRIGUEZ
Commission # 2042726
Notary Public - California
Orange County
My Comm. Expires Sep 23, 2017

003-CA-V4                    1                    9551-2994;__ID__

Case: 18-30983  Doc# 19-5  Filed: 09/18/18  Entered: 09/18/18 14:09:24  Page 2 of 3
Non-Order Search   Page 1 of 2   Requested By: Dino Araujo, Printed: 12/20/2017 11:59 AM
Doc: 2015-110337 TDDSTT 08-17-2015

# EXHIBIT "A"
# AFFIDAVIT OF MAILING
# FOR SUBSTITUTION OF TRUSTEE BY CODE

TS No.: 9551-2994
Trustor(s): KEYHAN MOHANNA, TRUSTEE OF THE KEYHAN MOHANNA REVOCABLE TRUST DATED JULY 8, 2003

I, Kim Coker declare: That I am an officer, agent or employee, over the age of eighteen years of NBS Default Services, LLC whose business address is:

301 E. Ocean Blvd. Suite 1720, Long Beach, CA 90802

A copy of the attached Substitution has been mailed prior to the recording thereof, in the manner provided in Section 2924(b) of the Civil Code of the State of California to all persons to whom a copy of the Notice of Default would be required to be mailed by the provisions of said section.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 11, 2015

_____
Kim Coker

NBS Ref Num: NT-2146953168-FC

Non-Order Search
Doc: 2015-110337 TDDSTT 08-17-2015
Page 2 of 2
Requested By: Dino Araujo , Printed: 12/20/2017 11:59 AM