# Exhibit E

FIDELITY NATIONAL TITLE
MCLPC

TDUS
TS # 9551-2994
TSG Order # 150227493-CA-VOI

20179K47286000003
San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC 2017-K472860-00
Acct 7034-Fidelity National Title - Sherman Oaks
Thursday, JUL 06, 2017 08:12:21
Ttl Pd $208.50      Nbr-0005630738
OYY/RE/1-3

RECORDING REQUESTED BY: DUKE PARTNERS II, LLC

WHEN RECORDED, PLEASE MAIL A COPY TO:
DUKE PARTNERS II, LLC
2015 MANHATTAN BEACH BLVD #100
REDONDO BEACH, CA 90278

Forward Tax Statements to the Address Given Above

---

SPACE ABOVE LINE FOR RECORDER'S USE

TS #: 9551-2994                    TSG Order #: 150227493-CA-VOI

Commonly Known As: 1405 GREENWICH ST UNIT #4, SAN FRANCISCO, CA 94109

# TRUSTEE'S DEED UPON SALE

A.P.N.: 04-0523-053-01             Transfer Tax: $ 177.50

The Grantee Herein was not the Foreclosing Beneficiary.
The Amount of the Unpaid Debt was $930,730.62
The Amount Paid by the Grantee was $35,500.00
Said Property is in the City of **SAN FRANCISCO**, County of San Francisco

"This document filed for record by Fidelity National Title Company as an accommodation only. It has not been examined as to its execution or as to its effect upon the title."

**NBS Default Services, LLC**, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT and CONVEYS** without covenant or warranty, express or implied, to: **DUKE PARTNERS II, LLC** (herein called Grantee) but without covenant or warranty, expressed or implied, to the property situated in the county of **San Francisco**, State of California, described as follows:

PARCEL I:
CONDOMINIUM UNIT NO. 4, LOT 53, INCLUSIVE, AS SHOWN UPON THE CONDOMINIUM MAP AND DIAGRAMMATIC FLOOR PLAN ENTITLED "MAP OF 1405 GREENWICH STREET" WHICH WAS FILED FOR RECORD ON DECEMBER 10, 1999 IN PARCEL MAP BOOK 44, AT PAGES 60 TO 65, INCLUSIVE, AND THE "AMENDMENT TO CONDOMINIUM PLAN" RECORDED MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE MAP"), AND AS FURTHER DEFINED IN THE DECLARATION OF COVENANT'S, CONDITIONS AND RESTRICTIONS OF 1405 GREENWICH STREET HOMEOWNERS ASSOCIATION RECORDED ON MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, OFFICIAL RECORDS OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE DECLARATION").

MAIL TAX STATEMENTS TO: THE ABOVE MENTIONED ADDRESS

EXCEPTING THEREFROM, ANY PORTION OF THE COMMON AREA LYING WITHIN SAID UNIT.
RESERVING THEREFROM:
(A) EASEMENTS THROUGH SAID UNIT, APPURTENANT TO THE COMMON AREA AND ALL OTHER UNITS, FOR SUPPORT AND REPAIR OF THE COMMON AREA ALL OTHER UNITS.
(B) EASEMENTS, APPURTENANT TO THE COMMON AREA FOR ENCROACHMENT UPON THE AIR SPACE OF THE UNIT BY THOSE PORTIONS OF THE COMMON AREA LOCATED WITHIN THE UNIT.
PARCEL II:
AN UNDIVIDED 1/6% INTEREST IN AND TO THE COMMON AREA AS SHOWN AND DEFINED ON THE MAP, RESERVING THEREFROM THE FOLLOWING:
(A) EXCLUSIVE EASEMENTS, OTHER THAN PARCEL III, AS DESIGNATED ON THE MAP AND RESERVED BY GRANTOR TO UNITS FOR USE AS DESIGNATED IN THE DECLARATION; AND
(B) NONEXCLUSIVE EASEMENTS APPURTENANT TO ALL UNITS FOR INGRESS AND EGRESS, SUPPORT, REPAIR AND MAINTENANCE.
PARCEL III:
(A) THE EXCLUSIVE EASEMENT TO USE THE PARKING AREA(S) DESIGNATED P-5, ON THE HEREINABOVE MENTIONED "AMENDMENT TO CONDOMINIUM PLAN".
PARCEL IV:
A NONEXCLUSIVE EASEMENT APPURTENANT TO PARCEL I ABOVE FOR SUPPORT, REPAIR AND MAINTENANCE, AND FOR INGRESS AND EGRESS THROUGH THE COMMON AREA IN ACCORDANCE WITH CALIFORNIA CIVIL CODE SECTION 1361 (A).
PARCEL V:
ENCROACHMENT EASEMENTS APPURTENANT TO THE UNIT IN ACCORDANCE WITH THE PROVISIONS OF THE DECLARATION.

This deed is made pursuant to the authority and powers, including the power of sale conferred upon Trustee (or to Successor Trustee) by the Deed of Trust dated **02/13/2007** made to **KEYHAN MOHANNA, TRUSTEE OF THE KEYHAN MOHANNA REVOCABLE TRUST DATED JULY 8, 2003**, and recorded on **02/21/2007**, in the office of the County Recorder of **San Francisco**, California, as **Document No.: 2007-I339958-00 REEL J332 IMAGE 0089, Book No.: -, Page No.: -**, Trustee (or Successor Trustee) having complied with all applicable statutory provisions and having performed all of his duties under the said Deed of Trust.

All requirements per law and of said Deed of Trust relating to this sale to notice thereof have been complied with. Trustee or Successor Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under

Non-Order Search                           Page 2 of 3              Requested By: Dino Araujo , Printed: 12/20/2017 11:59 AM
Doc: 2017-472860 DDU 07-06-2017

said Deed of Trust sold said real property at public auction on **06/26/2017** at the place specified in said Notice, Grantee, **DUKE PARTNERS II, LLC**, being the highest bidder at said sale became the purchaser of said property for the bid amount, being **$35,500.00**, in lawful money of the United States, in proper, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

Date: June 26, 2017                NBS Default Services, LLC

By: _____
    Gaby Ospino
    Trustee Sale Officer

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On **JUN 3 0 2017** before me, **Omar Solorzano**, a Notary Public, personally appeared, Gaby Ospino, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____

OMAR SOLORZANO
Notary Public - California
Los Angeles County
Commission # 2151699
My Comm. Expires May 1, 2020

TDUS                          3                          2146953168

Case: 18-30983    Doc# 19-7    Filed: 09/18/18    Entered: 09/18/18 14:09:24    Page 4 of 4
Non-Order Search                Page 3 of 3         Requested By: Dino Araujo, Printed: 12/20/2017 11:59 AM
Doc: 2017-472860 DDU 07-06-2017