# EXHIBIT F

Case: 18-30983   Doc# 19-8   Filed: 09/18/18   Entered: 09/18/18 14:09:24   Page 1 of 3

RECORDING AND RETURN
REQUESTED BY:

Keyhan Mohanna
1405 Greenwich Street, apt 6
San Francisco, CA 94109



San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC- 2015-K135624-00
Check Number 113
Wednesday, SEP 23, 2015 09:51:29
Ttl Pd $18.00     Rcpt # 0005235622
                              oJ1/JL/1-2

Block: 0523; Lots:
50, 51, 52, 53, 54, 55 and 56

# FIRST AMENDMENT TO
# DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS
# FOR
# 1405 GREENWICH STREET

THIS AMENDMENT is made pursuant to Section 12.1 of the "DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR 1405 GREENWICH STREET HOMEOWNERS ASSOCIATION" (the "Declaration") recorded May 5, 2000 Instrument No. 2000-G769926-00 of the Official Records of the City and County of San Francisco, California. All terms used in this Amendment shall have the same definition as in the Declaration.

The following is added as Section 10.2 of Declaration:

**10.2 RIGHT TO REJECT PURCHASER.** Before completing any sale, gift or other voluntary transfer of a Condominium, the transferring Owner shall provide to one (1) representative of each Owner a written statement of the financial qualifications of the prospective transferee including a loan application, credit report, and, in the case of a self-employed person, the two most recent years' Federal Tax Returns. Each Owner shall have seven (7) calendar days from delivery of this information to provide written notice of disapproval to the transferring Owner. During this period, each Owner shall be entitled to contact the prospective transferee to arrange a personal or telephone interview. Unless otherwise agreed by the transferring Owner, the inability of an Owner to arrange an interview with a prospective transferee shall not cause this time period to be extended. To be considered valid, the written notice of disapproval must (i) be delivered within the required time frame, and (ii) state a reasonable basis not prohibited by law for the disapproval. A transfer shall be deemed approved unless the transferring Owner receives valid notices of disapproval stating the same basis for disapproval from three (3) Owners. The procedure described in this Section shall not apply if (i) the transferring Owner is a Mortgagee or someone who acquired the Condominium to be transferred as the result of a default on a loan, (ii) the transferee is already the owner of any interest in a Condominium, or (iii) the transferee is a revocable inter vivos trust of which an Owner is a beneficiary

All other provisions of the Original Declaration remain the same. The undersigned, who constitute all of the current Owners of Condominiums within the Property, have given their approval to amend the Declaration by adopting this First Amendment.

September 18, 2005     DATED

_/s/ Keyhan Mohanna_
KEYHAN MOHANNA

[ATTACH NOTARY ACKNOWLEDGEMENTS FOLLOWING PAGES]

## ALL CAPACITY ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

STATE OF California

COUNTY OF San Francisco

On September 22, 2015 before me, J Marcelo, Notary Public,
    (Date)                                           (Name and title of the officer)

personally appeared Keyhan Mohanna,
                                (Name of person signing)
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct

WITNESS my hand and official seal

_J. [signature]_
Signature of officer

J MARCELO
Commission # 2054681
Notary Public - California
San Francisco County
My Comm Expires Jan 10, 2018

(Seal)

Rev 01/01/2015