WEDGEWOOD
Office of the General Counsel
 David M. Poitras, P.C. (SBN 141309)
dpoitras@wedgewood-inc.com
Amelia B. Valenzuela (SBN 320428)
 avalenzuela@wedgewood-inc.com
2015 Manhattan Beach Blvd., #100
Redondo Beach, CA 90278
Telephone:     (310) 640-3070
Facsimile:     (310) 640-3090

*Attorneys for Movant*
*Duke Partners II, LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>KEYHAN MOHANNA,<br><br>                           Debtor. | CASE NO.   18-30983<br><br>RS NO.      ABV-1<br><br>**PROOF OF SERVICE**<br><br>Chapter 13<br><br>Date:      October 4, 2018<br>Time:     9:30 a.m.<br>Ctrm:     17<br>Place:     450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102<br><br>Judge:    The Hon. Dennis Montali |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2015 Manhattan Beach Blvd., Suite 100, Redondo Beach, California 90278

A true and correct copy of the foregoing document entitled (*specify*):
1. **RELIEF FROM STAY COVER SHEET;**
2. **NOTICE OF HEARING ON DUKE PARTNERS II, LLC'S MOTION FOR STAY RELIEF, WITH IN REM AND PROSPECTIVE RELIEF;**
3. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DUKE PARTNERS II, LLC'S MOTION FOR STAY RELIEF, WITH IN REM AND PROSPECTIVE RELIEF**
4. **DECLARATION OF SHERI CRANDALL IN SUPPORT OF DUKE PARTNERS II, LLC'S MOTION FOR STAY RELIEF, WITH IN REM AND PROSPECTIVE RELIEF.**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 18, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- David Burchard    TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com
- Daniel K. Fujimoto    wdk@wolffirm.com, faxes@wolffirm.com
- Kelsey Luu    ecfcanb@aldridgepite.com, kluu@ecf.inforuptcy.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- David M. Poitras    dpoitras@wedgewood-inc.com, dpoitras@wedgewood-inc.com
- Amelia Valenzuela    avalenzuela@wedgewood-inc.com, dmarcus@wedgewood-inc.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 18, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Keyhan Mohanna | Hon. Dennis Montali (Courtroom 17) |
| 1595 Clay St. #8 | 450 Golden Gate Ave., 16th Floor |
| San Francisco, CA 94109 | San Francisco, CA 94102 |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 18, 2018 | Daniel Marcus | /s/Daniel Marcus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Case: 18-30983   Doc# 19-9   Filed: 09/18/18   Entered: 09/18/18 14:09:24   Page 3 of 3