WEDGEWOOD
Office of the General Counsel
David M. Poitras, P.C. (SBN 141309)
dpoitras@wedgewood-inc.com
Amelia B. Valenzuela (SBN 320428)
avalenzuela@wedgewood-inc.com
2015 Manhattan Beach Blvd., #100
Redondo Beach, CA 90278
Telephone:   (310) 640-3070
Facsimile:   (310) 640-3090

*Attorneys for Movant*
*Duke Partners II, LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>KEYHAN MOHANNA,<br><br>Debtor. | CASE NO.   18-30983<br><br>RS NO.   ABV-1<br><br>Chapter 13<br><br>Date:   October 4, 2018<br>Time:   9:30 a.m.<br>Ctrm:   17<br>Place:   450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102<br><br>Judge:   The Hon. Dennis Montali |

**NOTICE OF HEARING ON DUKE PARTNERS II, LLC'S**
**MOTION FOR STAY RELIEF, WITH *IN REM* AND**
**PROSPECTIVE RELIEF**

**TO:   DEBTOR KEYHAN MOHANNA, THE CHAPTER 13 TRUSTEE, AND PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE** that a hearing will be held in Courtroom 17 of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, CA 94102, on October 4, 2018, before the Honorable Dennis Montali, bankruptcy judge presiding, on Duke Partners II, LLC's ("Movant") Motion for Stay Relief ("Motion"), pursuant to which Movant will and does move the Court, pursuant to 11 U.S.C. § 362 (d)(1), for an order terminating the automatic stay concerning the (i) Debtor, (ii)

1 | the real property generally described as 1405 Greenwich Street, Unit 4, San Francisco, CA 94109 (the "Property") and (iii) disposition of any Personal Property left at or in the Property.

**PLEASE TAKE FURTHER NOTICE** that Movant will further request *in rem* and prospective relief, whereby it is requesting that any order granting the Motion include a provision whereby the order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days from the hearing of the Motion without further notice.

**PLEASE TAKE FURTHER NOTICE** that Movant will further request that the fourteen (14) day stay set forth in Federal Rule of Bankruptcy Procedure 4001(a)(3) not be applicable to any order entered granting the Motion.

The Motion is based upon § 362 (d)(1) of the Bankruptcy Code, Rule 4001(a) of the Federal Rules of Bankruptcy Procedure and United States Bankruptcy Court for the Northern District of California Local Rules 4001-1 and 9014-1.

The Motion is also based upon this Notice of Hearing, the accompanying Motion for Relief from the Automatic Stay, the declaration of Sheri Crandall and this Court's Relief from Stay Cover Sheet, all filed concurrently herewith, any and all pleadings on file in the above-entitled chapter 13 case, and any additional documents, evidence and arguments of counsel as may be presented at or before the time of the hearing on the Motion.

Copies of the Motion, the Crandall Decl. and any other related pleadings filed in support of the Motion may be obtained from counsel to Movant, whose name and contact information appear in the upper left hand corner of this Notice, or from the Clerk of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that the Debtor must appear personally or by counsel at the time and place specified above for the hearing on this matter. In the event that the Debtor does not appear, either personally or by counsel, at the hearing on the Motion, the Motion may be granted by default and without further hearing.

Oppositions, if any, may be presented at the hearing on the Motion. If opposition is presented, or if there is other good cause shown, the Court may continue the hearing to permit the filing of evidence and briefs.

Respectfully submitted,

DATED: September 13, 2018

WEDGEWOOD
OFFICE OF THE GENERAL COUNSEL

By: */s/ Amelia Valenzuela*
    DAVID M. POITRAS
    AMELIA B. VALENZUELA
Attorneys for Duke Partners II, LLC