# EXHIBIT 1

```
 1  Nedda Haeri, Esq.
    (S.B.N. 270270)
 2  ADVENT LAW GROUP
    8484 Wilshire Blvd. Suite 515
 3  Beverly Hills, CA 90211
    Tel: 323-762-8998
 4  Fax: 323-908-4026
    neddahaeri@icloud.com
 5
    Attorney for Defendant,
 6  KEYHAN MOHANNA, INDIVIDUALLY
    AND AS TRUSTEE OF THE KEYHAN
 7  MOHANNA REVOCABLE TRUST
```

ENDORSED
San Francisco County Superior Court

JUN 21 2018

CLERK OF THE COURT
BY: _____
                Deputy Clerk

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

| | |
|---|---|
| DUKE PARTNERS II, LLC<br><br>PLAINTIFF,<br><br>vs.<br><br>KEYHAN MOHANNA, INDIVIDUALLY AND AS TRUSTEE OF THE KEYHAN MOHANNA REVOCABLE TRUST DATED JULY 8, 2003<br><br>DEFENDANT. | Case No: CUD-17-659243<br><br>NOTICE OF UNAVAILABILITY RE KEYHAN MOHANNA<br><br>Date: June 21, 2018<br>Dept: 501 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Keyhan Mohanna, (wrongfully named) Defendant will be unavailable from June 18, 2018 through September 1, 2018. During said period of time Defendant is unable to attend court hearings, respond to motions, respond to discovery requests, attend depositions in the above matter.

Further request is made that all matters be held in abeyance until Defendant's return and

---

NOTICE OF UNAVAILABILITY                                          Page 1 of 4

Case: 18-30983    Doc# 25-1    Filed: 09/28/18    Entered: 09/28/18 15:41:48    Page 2 of 5

that an automatic extension be granted to at least ten (10) days after return for any documents that are required to be filed or served.

All parties are hereby advised to read *Tenderloin Housing Clinic v. Sparks,* 8 Cal.App.4th 299 (1992), regarding the imposition of sanctions for purposely scheduling matters to interfere with Defendant's unavailability.

It is important to note that Defendant is improperly named as a party in this matter, and Plaintiff fully knows this, and has known this since <u>prior</u> to the initial filing of this action.

## DECLARATION OF KEYHAN MOHANNA

1. I, Keyhan Mohanna, am the previous owner of the property located at 1405 Greenwich St., San Francisco, CA 94109. I make this declaration in lieu of my personal testimony and if called to testify can and will do so truthfully and competently as to all facts stated herein of which are within my personal knowledge.

2. My unavailability is due to a previously scheduled trip overseas to manage personal business affairs. Therefore, I will be unavailable until September 1, 2018. I have appointed my daughter, Vivien Mohanna, as my power of attorney and she can be reached during my absence.

3. 3H Renovation Services, LLC is the true owner of the Subject Property. This is evidenced by the recorded documents filed at the San Francisco County Recorder's Office and attached hereto and labeled as "**Exhibit 1.**"

4. On May 23, 2017, which was **prior** to the illegal foreclosure that is the subject of this action, 3H Renovation Services, LLC acquired all 6 units of the subject property, via a deed in lieu of foreclosure in exchange for satisfaction of a Mechanic's Lien. Though informed, Wells Fargo still proceeded with its illegal foreclosure which purported to "sell" to "Duke" the $1,000,000 subject property for $35,000, just one example of the fraud they've committed.

5. Once I learned of this fraudulent and illegal "transaction", I immediately notified Duke via telephone, fax, and email of the fact that the property had already been transferred, and I had no any financial or beneficial interest in the subject property which Wells Fargo was also informed of prior to its fake sale. Evidence of the communications to Duke Partners, LLC is attached hereto and labeled as "**Exhibit 2.**"

1        6.       Plaintiff then proceeded in filing the instant unlawful detainer proceedings against me without my knowledge or consent.

7. Plaintiff pretends not to know that 3H Renovation Services LLC is the current owner and is the sole entity in possession of the subject property. Despite having knowledge, Plaintiff is attempting to circumvent the judicial process by claiming ignorance of the true facts. Upon weighing hundreds of documents I filed, Department 302 of the San Francisco Superior Court determined I am is NOT in possession of the subject property. That order is attached hereto and labeled as "**Exhibit 3**." In spite of this awareness, Plaintiff continues to use up this court's precious time and resources.

8. In order to preserve my rights and any counterclaims against Plaintiff that I have in my absence, I have filed and served Plaintiff with a copy.

9. I do not have any right, title and interest in the Subject Property, therefore, I am unable to give up possession of the subject property.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 21, 2018, at San Francisco, CA.

_/s/ Keyhan Mohanna_
KEYHAN MOHANNA

**PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action.

On June 21, 2018, I served the foregoing document described as NOTICE OF UNAVAILABILITY AND DECLARATION OF KEYHAN MOHANNA on the parties to this action as follows:

Pamela Jackson, Inc.
Pamela Jackson, Esq.
409 Boyd Street
Vacaville, CA 95688
Attorney for Plaintiff,
Duke Partners LLC

☒ (BY MAIL) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [C.C.P. §§ 1012 and 1013(a)].

☐ (BY FEDERAL EXPRESS) by delivering to a Federal Express Representative, in an envelope designated by Federal Express with delivery fees paid or provided for, addressed to the individual listed above or to the office of the individual listed above at the address listed above: [C.C.P. §1013(c)]

☐ (BY PERSONAL SERVICE) By personally delivering copies to the individual listed above at the address listed above or by personally delivering copies to the office of the individual listed above at the address listed above, in a package clearly labeled to identify the person being served, with a receptionist or with a person in charge. [C.C.P. §1011]

☐ (BY FAX) On the date set forth above I served a copy of the foregoing on the interested parties in this action by transmitting by facsimile machine to the parties listed above or in the attached service list: [C.C.P. § 1013(e)]

☐ (BY E-MAIL) On the date set forth above by use of electronic mail, I served as copy of the foregoing on the interested parties in this action by transmitting by electronic mail to the electronic mail addresses listed above.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 21, 2018    By: _____
                                  Vivien Mohanna

NOTICE OF UNAVAILABILITY                                    Page 4 of 4

Case: 18-30983    Doc# 25-1    Filed: 09/28/18    Entered: 09/28/18 15:41:48    Page 5 of 5