# EXHIBIT 2

## Pam Jackson

**From:** Keyhan Mohanna <keyhan6@yahoo.com>
**Sent:** Monday, August 6, 2018 3:53 PM
**To:** Pam Jackson
**Cc:** Vivien Mohanna
**Subject:** Deposition

Hello Ms. Jackson,

As you know, my attorney has returned today after being out of the country these last few weeks, per her previously filed and served Notice of Unavailability.

Effective today I have subbed into the case to represent myself, since I am insolvent and cannot afford the costly upcoming deposition expenses.

I write to coordinate deposition scheduling with you even though this case improperly names me, as I haven't been in possession of the property since May 2017 as Duke knew **prior** to filing this action.

Because of poor health and heart disease - my doctor has instructed that under no circumstances whatsoever am I allowed to enter any legal venues. He asks that we meet at or near CPMC Hospital, on Buchanan Street in San Francisco.

Note: we have hearings on Aug 7 and Aug 8, and legal obligations on Aug 10, 13 and 14.

Please ensure you "Reply All" to include Vivien, who as you know manages all of my legal matters, with date/time options.

By the way, I got a good laugh when Vivien mentioned how you lied to the judge, saying that **"At the trustee's sale, there were several bidders, bidding started at $500, and my client won at $35,500."**

I heard the judge stared back at you in pure shock and disbelief.

We look forward to "discovering" more about that.

Our deposition scheduling of Duke executives and corresponding discovery to propound upon Duke is forthcoming. Our documents were mailed to you.

Please send date/time options and I'll advise what we can do. Also need a translator for legal discussions, so will factor that into our scheduling. Writing this email has required much assistance, and took a great deal of time.

This email will be filed with the courts as well, for the record.

Thank you,

Keyhan Mohanna
KM Properties
1405 Greenwich Street, Apt 6
San Francisco, CA 94109
415-420-1237

1