# EXHIBIT 3

Case: 18-30983  Doc# 25-3  Filed: 09/28/18  Entered: 09/28/18 15:41:48  Page 1 of 5



**FILED**
San Francisco County Superior Court
AUG 23 2018
CLERK OF THE COURT
BY: _____ Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

DEPARTMENT 501

| | |
|---|---|
| DUKE PARTNERS II, LLC, <br><br> Plaintiff, <br><br> v. <br><br> KEYHAN MOHANNA, <br><br> Defendant. | Case No. CUD-18-659243 <br><br> **ORDER RE:** <br> 1. **PLAINTIFF'S MOTION FOR TERMINATING SANCTIONS** <br> 2. **DEFENDANT'S MOTION FOR DISCOVERY PROTECTIVE ORDER** <br><br> Date: August 22, 2018 <br> Time: 9:30 a.m. <br> Dept: 501 |

The above-listed motion(s) came on for hearing on August 22, 2018. Appearances as stated on the record; the Honorable Charles F. Haines, judge presiding.

Having considered the written and oral submissions by the parties, the Court took this motion under submission. The Court now rules as follows:

//

//

//

1

Plaintiff's Motion for Terminating Sanctions is GRANTED as follows:

1. Request for Terminating Sanctions is GRANTED and stayed until September 10, 2018 to provide Mr. Mohanna a final opportunity to comply with the Discovery Act and this Court's orders (this Order and July 17, 2018 Order ordering the deposition to occur on August 7, 2018 unless Plaintiff agreed on another date):

   a. Mr. Mohanna is to appear[1] for deposition. Mr. Mohanna is to fully cooperate and participate within the meaning of the Discovery Act;

   b. Deposition is to commence at 9:00 a.m. on September 6, 2018 and to continue until it is completed;

   c. Deposition is to take place at Zandonella Reporting Service, Inc., 2321 Stanwell Drive, Concord, California 94520, telephone 925-685-6222;

   d. On September 10, 2018 by 4:00 p.m. Mr. Mohanna is to submit a declaration of compliance. Transcript of deposition to be attached (rough draft is sufficient). Or, in case of failure to appear/cooperate, Plaintiff is to submit a declaration of non-compliance accompanied by a [Proposed] Order Lifting the Stay and Striking Answer.

2. Request for Monetary Sanctions is GRANTED. No later than by 9:00 a.m. on September 6, 2018 Mr. Mohanna is to remit to Plaintiff's counsel. $3,459.79 in certified funds (cashier's check, money order, etc.). No later than 4:00 p.m. on September 10, 2018 Mr. Mohanna to file a declaration of compliance.

2

Additionally, Defendant's Motion for Discovery Protective Order currently calendared for September 11, 2018 is **advanced** to September 4, 2018 at 9:30 a.m. in Department 501. Plaintiff's written opposition to be filed and served no later than 9:00 a.m. on August 31, 2018 or may be presented orally at the hearing.

**IT IS SO ORDERED.**

DATED: August 23, 2018

_____
Charles F. Haines
Judge of the Superior Court

---

[1] In order to avoid any possible confusion, "appear" means to appear in person at the designated location and time.

I, the undersigned, certify that I am an employee of the Superior Court of California, County Of San Francisco and not a party to the above-entitled cause and that on August 24, 2018 I served the foregoing on each counsel of record or party appearing in propria persona by causing a copy thereof to be enclosed in a postage paid sealed envelope and deposited in the United States Postal Service mail box located at 400 McAllister Street, San Francisco CA 94102-4514 pursuant to standard court practice.

Date: August 24, 2018     By: ANNIE PASCUAL

MOHANNA, KEYHAN
1595 CLAY ST
SAN FRANCISCO, CA 94109

PAMELA C. JACKSON (087502)
PAMELA C. JACKSON, INC.
409 BOYD STREET
VACAVILLE, CA 95688
USA

NEDDA HAERI
ADVENT LAW GROUP
8484 WILSHIRE BLVD., STE515
BEVERLY HILLS, CA 90211

LAWRENCE WILLIAM FASANO
FASANO LAW OFFICE
201 MISSION STREET, 12TH FLOOR
SAN FRANCISCO, CA 94105

PAMELA C. JACKSON (087502)
PAMELA C. JACKSON, INC.
409 BOYD STREET
VACAVILLE, CA 95688
USA

Certificate of Service –     Form C00005010