# EXHIBIT 4

## APP-151 — Petition for Writ (Misdemeanor, Infraction, or Limited Civil Case)

KEYHAN MOHANNA

**Petitioner**
*(fill in the name of the person asking for the writ)*

v.

**Superior Court of California, County of** SAN FRANCISCO

HOUSING COURT, DEPT 501 - JUDGE HAINES

**Respondent**
*(fill in the name of the court whose action or ruling you are challenging)*

**Real Party in Interest**
*(fill in the name of any other parties in the trial court case)*

Clerk will fill in the number below:

**Appellate Division Case Number:**

[x] **Stay requested**
*(see item ⑫ c. on page 6)*

## Instructions

- This form is only for requesting a **writ** in a misdemeanor, infraction, or limited civil case, or a writ challenging a postjudgment enforcement order in a small claims case (see below*).

- Do *not* use this form for other writs and for appeals. You can get forms to use for those at any courthouse or county law library or online at *www.courts.ca.gov/forms.*

- Before you fill out this form, read *Information on Writ Proceedings in Misdemeanor, Infraction, and Limited Civil Cases* (form APP-150-INFO) to know your rights and responsibilities. You can get form APP-150-INFO at any courthouse or county law library or online at *www.courts.ca.gov/forms.*

- Unless a special statute sets an earlier deadline, you should file this form no later than **30 days** after the date the trial court took the action or issued the ruling you are challenging in this petition (see form APP-150-INFO, page 7, for more information about the deadline for filing a writ petition). It is your responsibility to find out if a special statute sets an earlier deadline. If your petition is filed late, the appellate division may deny it.

- Fill out this form and make a copy of the completed form for your records and for the respondent (the trial court whose action or ruling you are challenging) and each of the real parties in interest (the other party or parties in the trial court case).

- Serve a copy of the completed form on the respondent and on each real party in interest and keep proof of this service. *Proof of Service (Appellate Division)* (form APP-109) or *Proof of Electronic Service (Appellate Division)* (form APP-109E) can be used to make this record. You can get information about how to serve court papers and proof of service from *What Is Proof of Service?* (form APP-109-INFO) and on the California Courts Online Self-Help Center at *www.courts.ca.gov/selfhelp-serving.htm.*

- Take or mail the completed form and your proof of service on the respondent and each real party in interest to the clerk's office for the appellate division of the superior court that took the action or issued the ruling you are challenging.

- **\* Small Claims cases.** If you are a party in a small claims case, this form is only to be used for requesting a writ relating to a postjudgment enforcement order of a small claims division. For writs relating to other acts of a small claims division, the form to use is the *Petition for Writ (Small Claims)* (form SC-300). See also Cal. Rules of Court, rules 8.970–8.977. For writs relating to acts of a superior court in a small claims appeal, see Cal. Rules of Court, rules 8.485–8.493.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2017, Optional Form
California Rules of Court, rules 8.930–8.936

**Petition for Writ**
(Misdemeanor, Infraction, or Limited Civil Case)

APP-151, Page 1 of 7

Case: 18-30983    Doc# 25-4    Filed: 09/28/18    Entered: 09/28/18 15:41:48    Page 2 of 8

## (1) Your Information

a. Petitioner (the party who is asking for the writ):

Name: KEYHAN MOHANNA _____

Street address: 1595 CLAY STREET APT 8 _____ SAN FRANCISCO  CA  94109
                                         Street                          City          State    Zip

Mailing address *(if different):* _____
                                  Street                City                State    Zip

Phone: 415-823-4882 _____ E-mail: VIVIENANDKEYHANMOHANNA@GMAIL.COM

b. Petitioner's lawyer *(skip this if the petitioner does not have a lawyer for this petition):*

Name: _____   State Bar number: _____

Street address: _____
                 Street                City                State    Zip

Mailing address *(if different):* _____
                                  Street                City                State    Zip

Phone: _____ E-mail: _____

Fax: _____

## The Trial Court Action or Ruling You Are Challenging

(2) I am/My client is filing this petition to challenge an action taken or ruling made by the trial court in the following case:

a. Case name *(fill in the trial court case name):* DUKE PARTNERS II LLC VS KEYHAN MOHANNA

b. Case number *(fill in the trial court case number):* CUD-17-659243

(3) The trial court action or ruling I am/my client is challenging is *(describe the action taken or ruling made by the trial court):* TODAY, SEPTEMBER 4, 2018, JUDGE HAINES DENIED MY MOTION SEEKING A PROTECTIVE ORDER TO STAY MY DEPOSITION WHILE I AM IN MY HOME COUNTRY FOR AN URGENT MEDICAL PROCEDURE, THOUGH I AM WRONGFULLY NAMED AS A DEFENDANT IN THIS ACTION AND NOT THE PARTY IN POSSESSION. I FILED A NOTICE OF CONVEYANCE OF TITLE AND SURRENDER OF POSSESSION ACCORDINGLY, YET AM ON THE VERGE OF GETTING TERMINATING SANCTIONS FOR NOT BEING ABLE TO RETURN TO THE USA BY THURSDAY.

(4) The trial court took this action or made this ruling on the following date *(fill in the date):* SEPTEMBER 4, 2018

(5) *If you are filing this petition more than 30 days after the date that you listed in* (4)*, explain the extraordinary circumstances that caused the delay in filing this petition:* _____
_____
_____
_____
_____
_____


Case: 18-30983    Doc# 25-4    Filed: 09/28/18    Entered: 09/28/18 15:41:48    Page 3 of 8

## The Parties in the Trial Court Case

**(6)** I/My client *(check and fill in a or b)*:

a. ☒ was a party in the case identified in **(2)**.

b. ☐ was not a party in the case identified in **(2)** but will be directly and negatively affected in the following way by the action taken or ruling made by the trial court *(describe how you/your client will be directly and negatively affected by the trial court's action or ruling)*:

~~THE REAL OWNERS OF THE PROPERTY WILL BE HARMED. "DUKE" IS NOT ON TITLE - THEY~~
~~ARE NOT THE OWNERS OF THE PROPERTY, THOUGH THEY CLAIMED TO HAVE PAID $35,500~~
~~FOR A $1.25M PROPERTY THAT WELLS FARGO "SOLD" TO THEM, LONG AFTER I HAD~~
~~TRANSFERRED IT. I AM NOT IN POSSESSION AND CAN'T GIVE SOMETHING I DON'T HAVE~~

**(7)** The other party or parties in the case identified in **(2)** was/were *(fill in the names of the parties)*:

~~SEE CGC-17-562907 (3H RENOVATION SERVICES, LLC VS DUKE AND WELLS FARGO)~~

## Appeals or Other Petitions for Writs in This Case

**(8)** Did you or anyone else file an appeal about the same trial court action or ruling you are challenging in this petition? *(Check and fill in a or b)*:

a. ☒ No

b. ☐ Yes *(fill in the appellate division case number of the appeal):* _____

**(9)** Have you filed a previous petition for a writ challenging this trial court action or ruling? *(Check and fill in a or b)*:

a. ☒ No

b. ☐ Yes *(Please provide the following information about this previous petition).*

   (1) Petition title *(fill in the title of the petition):* _____

   (2) Date petition filed *(fill in the date you filed this petition):* _____

   (3) Case number *(fill in the case number of the petition):* _____

*If you/your client filed more than one previous petition, attach another page providing this information for each additional petition. At the top of each page, write "APP-151, item 9.")*

## Reasons for This Petition

**(10)** The trial court made the following legal error or errors when it took the action or made the ruling described in **(3)** *(check and fill in at least one):*

a. ☒ The trial court has not done or has refused to do something that the law says it *must* do.

   (1) *Describe what you believe the law says the trial court must do:* _____

~~The trial court is unlawfully forcing the deposition of a person who has asserted they are not in possession~~
~~of the property, and it refuses to stay proceedings until his return from out of the country due to medical.~~

   (2) *Identify the law (the section of the Constitution or statute, published court decision, or other legal authority) that says the trial court must do this:* _____

~~BY LAW, IF A PARTY ASSERTS HE HAS NO POSSESSORY INTERESTS, HE IS NOT SUBJECT TO~~
~~THE TRIAL COURTS' DISCOVERY PROCESS.~~

**(10)** (continued)

> (3) *Identify where in the supporting documents (the record of what was said in the trial court and the documents from the trial court) it shows that the court did not do or refused to do this:*
>
> ~~Today's hearing (Sept 4) was reported however transcripts are not yet available. The order has also not yet been filed. The judge's denial of the protective order can be found on the Register of Actions which is attached to this petition. Plaintiff's counsel did not give Defendant a copy of the proposed order nor did it hand one to clerk upon the hearing's conclusion. It is unknown when an order will be signed and filed.~~
>
> ☒ *Check here if you need more space to describe the reason for your petition and attach a separate page or pages describing it. At the top of each page, write "APP-151, item 10a."*

b. ☒ The trial court has done something that the law says the court *cannot or must not* do.

> (1) *Describe what the trial court did:* _____
>
> ~~Judge Haines erred in his refusal to grant a protective order of a party who seeks a stay while overseas for medical matters, who filed the appropriate notices in this case prior to departure, and IS NOT IN POSSESSION OF THE PROPERTY and thus is not subject to the trial discovery process.~~
>
> (2) *Identify where in the supporting documents (the record of what was said in the trial court and the documents from the trial court) it shows that the court did this:* _____
>
> ~~SEE TRANSCRIPTS FROM HEARING ON AUG 22, 2018 WHERE JUDGE HAINES ACKNOWLEDGES MOHANNA IS NOT IN POSSESSION, AND ALSO THAT TERMINATING SANCTIONS ARE "the most drastic thing a Court can do, and it's really got to be the last resort."~~
>
> (3) *Identify the law (the section of the Constitution or statute, published court decision, or other legal authority) that says the trial court cannot or must not do this:* _____
>
> ~~IN HIS ORDER ON JULY 17, JUDGE ROBERTSON DID NOT OVERRULE DEFEDANT'S OBJECTION TO DEPOSITION!!! IN EFFECT DEFENDANT'S OBJECTIONS STOOD FIRMLY.~~
>
> ☐ *Check here if you need more space to describe the reason for your petition and attach a separate page or pages describing it. At the top of each page, write "APP-151, item 10b."*

c. ☒ The trial court has performed or said it is going to perform a judicial function (like deciding a person's rights under law in a particular situation) in a way the court does not have the legal power to do.

> (1) *Describe what the trial court did or said it is going to do:* ~~Judge Haines ordered that he will grant terminating sanctions if I don't appear at deposition on Sept 6. He refused to allow me to appear by telephone though I am in Iran. He gives Duke rights they are not legally entitled to by virtually handing out an instant judgement to this fraudulent outfit that is not on title and has no ownership interest.~~
>
> (2) *Identify where in the supporting documents (the record of what was said in the trial court and the documents from the trial court) it shows that the court did or said it was going to do this:*
>
> ~~see order dated August 23, 2018~~
> _____
> _____
> _____

**(10)** (continued)

(3) *Identify the law (the section of the Constitution or statute, published court decision, or other legal authority) that says the trial court does not have the power to do this:*

~~Oddly, though at the hearing on Aug 22 Judge Haines himself says "terminating sanctions are the most drastic thing a court can do and really must be the last resort", and the fact that I have not missed ONE deposition, he still ordered on August 23 that terminating sanctions would be granted (though stayed) pending my deposition on 9/6, which is very confusing, and inconsistent with his very own statements.~~

☐ *Check here if you need more space to describe this reason for your petition and attach a separate page or pages describing it. At the top of each page, write "APP-151, item 10c."*

☐ *Check here if there are more reasons for this petition and attach an additional page or pages describing these reasons. At the top of each page, write "APP-151, item 10d."*

**(11)** This petition will be granted only if there is no other adequate way to address the trial court's action or ruling other than by issuing the requested writ.

a. *Explain why there is no way other than through this petition for a writ—through an appeal, for example—for your arguments to be adequately presented to the appellate division:*

~~This writ is the only possible remedy to stay Judge Haines' denial of my protection on Sept 4. The only option after that is bankruptcy, an extreme and last resort for me. However, if these proceedings are not stayed on Weds Sept 5, I will be forced to file bankruptcy that afternoon, as I am physically unable to attend deposition at 9am on Sept 6 since I am in Iran still recovering from a medical procedure. Need a STAY urgently.~~

b. *Explain how you/your client will be irreparably harmed if the appellate division does not issue the writ you are requesting:* ~~I will be irreparably harmed by being forced into bankruptcy due to Judge Haines' errors. At today's hearing Daniel Bornstein argued on my behalf, and advised Judge Haines that as I am not in possession, I am therefore not subject to the trial court discovery process. Judge Haines agreed though still denied my protection. And though I attended deposition via FaceTime on August 7 (which Plaintiff stormed out of), in strict compliance with Judge Robertson's prior order to conduct "by telephone", knowing I was overseas, Judge Haines refuses to acknowledge the real facts of the situation and is erring in his decision-making.~~

## Order You Are Asking the Appellate Division to Make

**(12)** I request that this court *(check and fill in all that apply):*

a. ☒ order the trial court to do the following *(describe what, if anything, you want the trial court to be ordered to do):* ~~1) ALLOW VIVIEN MOHANNA, AS MY DURABLE POWER OF ATTORNEY TO REPRESENT ME AT DEPOSITION; 2) ALLOW A WRITTEN DEPOSITION; 3) GRANT A PROTECTIVE ORDER SO THAT I AM NOT SUBJECT TO DEPOSITION; 4) STAY PROCEEDINGS UNTIL I CAN RETURN TO SAN FRANCISCO~~

b. ☒ order the trial court not to do the following *(describe what, if anything, you want the trial court to be ordered NOT to do):* _____

~~ORDER THE COURT NOT TO ISSUE TERMINATING SANCTIONS WHILE I AM OUT OF THE COUNTRY AND UNABLE TO PARTICIPATE.~~

Case: 18-30983    Doc# 25-4    Filed: 09/28/18    Entered: 09/28/18 15:41:48    Page 6 of 8

**12** (continued)

c. ☒ issue a stay ordering the trial court not to take any further action in this case until this court decides whether to grant or deny this petition *(describe below why it is urgent that the trial court not take any further action and check the Stay requested box on page 1 of this form):*

~~THE STAY IS URGENT; IF I DON'T APPEAR AT THE DEPOSITION ON THURSDAY SEPTEMBER 6, TERMINATING SANCTIONS WILL BE GRANTED CAUSING ME IRREPARABLE HARM. I WILL BE FORCED TO FILE BANKRUPTCY AROUND 3PM ON WEDS SEPT 5 IF THIS STAY IS NOT IMPLEMENTED. BOTH OF THESE SCENARIOS ARE DEVASTATING.~~

I/My client:

(1) ☒ asked the trial court to stay these proceedings, but the trial court denied this request *(include in your supporting documents a copy of the trial court's order denying your request for a stay).*

(2) ☐ did not ask the trial court to stay these proceedings for the following reasons *(describe below why you did not ask the trial court to stay these proceedings):*

~~JUDGE HAINES DENIED MY MOTION FOR PROTECTIVE ORDER ON SEPTEMBER 4 IN SPITE OF KNOWING I WAS OUT OF THE COUNTRY FOR MEDICAL, AND ALSO IN SPITE OF KNOWING I AM NOT IN POSSESSION OF THE PROPERTY.~~

d. ☒ take other action *(describe):* ~~APPELLATE DIVISION, I IMPLORE YOU TO PLEASE ORDER THAT THE TRIAL COURT PROTECT ME, AND STAY PROCEEDINGS UNTIL I RETURN FROM OUT OF THE COUNTRY, OR IN THE ALTERNATIVE ALLOW MY DAUGHTER TO APPEAR ON MY BEHALF AT DEPOSITION ON THURSDAY. SHE HAS MY FULL DURABLE POWER OF ATTORNEY. IF THIS COURT DOESN'T PROTECT ME I WILL HAVE TO FILE FOR BANKRUPTCY, A DREADFUL ALTERNATIVE. THANK YOU SO MUCH FOR YOUR~~

e. ☒ grant any additional relief that the appellate division decides is fair and appropriate.

## Supporting Documents

**13** Is a record of what was said in the trial court about the action or ruling you are challenging attached as required by rule 8.931(b)(1)(D) of the California Rules of Court?

a. ☒ Yes, a transcript or an official electronic recording of what was said in the trial court is attached.

b. ☒ No, a transcript or official electronic recording is not attached, but I have attached a declaration (a statement signed under penalty of perjury) *(Check (1) or (2):*

(1) ☒ stating the transcript or electronic recording has been ordered, the date it was ordered, and the date it is expected to be filed.

(2) ☐ explaining why the transcript or official electronic recording is not available and providing a fair summary of what was said in the trial court, including the petitioner's arguments and any statement by the trial court supporting its ruling.


Case: 18-30983    Doc# 25-4    Filed: 09/28/18    Entered: 09/28/18 15:41:48    Page 7 of 8

(**14**) Are the following documents attached as required by rule 8.931(b)(1)(A)–(C):

- The trial court ruling being challenged in this petition

- All documents and exhibits submitted to the trial court supporting and opposing the petitioner's position

- Any other documents or portions of documents submitted to the trial court that are necessary for a complete understanding of the case and the ruling being challenged? *(Check a or b):*

a. ☒ Yes, these documents are attached.

b. ☐ No, these documents are not attached for the following reasons *(explain why these documents are not attached and give a fair summary of the substance of these documents. Note that rule 8.931 provides that, in extraordinary circumstances, the petition may be filed without these documents, but the petitioner must explain the urgency and the circumstances making the documents unavailable):*

~~NOTE: THE RULING DENYING MY PROTECTION DATED SEPT 4 HAS NOT YET BEEN~~
~~OFFICIALLY ORDERED. THUS I ATTACH THE RULING BY WAY OF THE REGISTER OF~~
~~ACTIONS.~~

~~PLEASE CALL 415-823-4882 IF YOU WILL ISSUE THIS STAY, BEFORE 3pm ON WEDS 9/5/18.~~

~~THANK YOU SO MUCH, APPELLATE COURT FOR YOUR CONSIDERATION.~~

~~I APPRECIATE YOUR TIME~~

## Verification

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: SEPTEMBER 4, 2018

_____
KEYHAN MOHANNA
*Type or print your name*

▶ *Keyhan Mohanna*
_____
*Signature of petitioner or attorney*

privacy, please press the Clear This Form button after yo ☐ **Print this form** | **Save this form** | **Clear this form**