# EXHIBIT 6

PlnDue, DebtEd, DISMISSED, CLOSED

# U.S. Bankruptcy Court
# Northern District of California (San Francisco)
# Bankruptcy Petition #: 15-31425

*Assigned to:* Judge Dennis Montali
Chapter 13
Voluntary
Asset

*Date filed:* 11/16/2015
*Date terminated:* 04/28/2016
*Debtor dismissed:* 02/16/2016
*341 meeting:* 02/25/2016

*Debtor disposition:* Dismissed for Failure to File Information

***Debtor***
**Keyhan Mohanna**
1405 Greenwich St. # 6
San Francisco, CA 94109
SAN FRANCISCO-CA
(415) 910-4826
SSN / ITIN: xxx-xx-8912

represented by **Keyhan Mohanna**
PRO SE

***Trustee***
**David Burchard**
P.O. Box 8059
Foster City, CA 94404
(650) 345-7801

***U.S. Trustee***
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(415)705-3333

| Filing Date | # | Docket Text |
|---|---|---|
| 11/16/2015 | 1 (3 pgs) | Chapter 13 Voluntary Petition, Fee Amount $310. Filed by Keyhan Mohanna . Incomplete Filings due by 11/30/2015. Section 521 Filings due by 12/31/2015. Order Meeting of Creditors due by 12/16/2015. Chapter 13 Plan due by 11/30/2015. INCOMPLETE FILINGS: Refer to Order to File Required Documents. (rw)INCOMPLETE FILING: |

Case: 18-30983 Doc# 25-6 Filed: 09/28/18 Entered: 09/28/18 15:41:48 Page 2 of 7

| | | |
|---|---|---|
| | | Refer to Order to File Required Documents. Modified on 11/19/2015 (gh). (Entered: 11/16/2015) |
| 11/16/2015 | 2 | Statement of Social Security Number. Filed by Debtor Keyhan Mohanna (rw) (Entered: 11/16/2015) |
| 11/16/2015 | 3<br>(2 pgs) | Certification of exigent circumstances that merits a waiver from complying with the credit counseling requirement. Filed by Debtor Keyhan Mohanna. INCLUDES: Exhibit D. (rw) (Entered: 11/16/2015) |
| 11/16/2015 | 4<br>(7 pgs) | Cover Sheet: 1)Debtor's Notes & Explanations 2) Creditor Matrix 3)Bank Accounts 4)Debtor's Personal Income & Expense Statement 5)1405 Greenwich Street, San Francisco - Income & Expense Statement 6)1405 Greenwich Street, San Francisco - Rent Statement Filed by Debtor Keyhan Mohanna (rw) (Entered: 11/16/2015) |
| 11/16/2015 | | Receipt of Filing Fee for Chapter 13 Voluntary Petition. Amount 310.00 from Keyhan Mohanna. Receipt Number 30062451. (admin) (Entered: 11/16/2015) |
| 11/17/2015 | | Notice of Debtor's Prior Filings for debtor Keyhan Mohanna Case Number 10-30701, Chapter 7 filed in California Northern Bankruptcy Court on 03/01/2010 , Standard Discharge on 02/19/2013. (Admin) (Entered: 11/17/2015) |
| 11/17/2015 | 5<br>(4 pgs; 2 docs) | Meeting of Creditors with Certificate of Service. 341 (a) meeting to be held on 12/17/2015 at 11:00 AM San Francisco U.S. Trustee Office Objection to Dischargeability due by 2/16/2016 Proofs of Claims due by 3/16/2016 Last day to object to confirmation is 12/17/2015 **Confirmation Hearing scheduled for 1/20/2016 at 01:00 PM at San Francisco Courtroom 17 - Montali.** (Burchard, David (tm)) (Entered: 11/17/2015) |
| 11/17/2015 | 6<br>(3 pgs; 2 docs) | Order Re Exigent Circumstances Under Section 109 (h)(3) (RE: related document(s)3 Credit Counseling Waiver filed by Debtor Keyhan Mohanna). (rw) (Entered: 11/17/2015) |
| 11/19/2015 | 7<br>(2 pgs) | Request for Notice Filed by Creditor Ocwen Loan Servicing, LLC. (Charlse, Sheri) (Entered: 11/19/2015) |

Case: 18-30983 Doc# 25-6 Filed: 09/28/18 Entered: 09/28/18 15:41:48 Page 3 of 7

| | | |
|---|---|---|
| 11/19/2015 | 8<br>(4 pgs) | Request for Notice Filed by Creditor Deutsche Bank National Trust Company, as trustee, on behalf of the holders the WaMu Mortgage Pass-Through Certificates, Series 2005-AR6 (Fujimoto, Daniel) (Entered: 11/19/2015) |
| 11/19/2015 | 9<br>(3 pgs) | BNC Certificate of Mailing (RE: related document(s) 6 Order). Notice Date 11/19/2015. (Admin.) (Entered: 11/19/2015) |
| 11/20/2015 | 10<br>(4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 5 Meeting of Creditors Chapter 13). Notice Date 11/20/2015. (Admin.) (Entered: 11/20/2015) |
| 11/23/2015 | 11 | Order To File Required Documents and Notice Regarding Dismissal Non-Compliance (Documents) due by 12/7/2015 Chapter 13 Plan due by 12/7/2015 (gh)Please disregard, see document #12 Modified on 11/23/2015 (gh). (Entered: 11/23/2015) |
| 11/23/2015 | 12<br>(3 pgs; 2 docs) | Order To File Required Documents and Notice Regarding Dismissal Non-Compliance (Documents) due by 12/7/2015 Chapter 13 Plan due by 12/7/2015 (gh) (Entered: 11/23/2015) |
| 11/24/2015 | 13<br>(4 pgs; 2 docs) | Request for Notice Filed by Creditor Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 5, its successors and/or assignees (Attachments: # 1 Certificate of Service) (Wilkinson, Reilly) (Entered: 11/24/2015) |
| 11/25/2015 | 14<br>(3 pgs) | BNC Certificate of Mailing (RE: related document(s) 12 Order to File Missing Documents). Notice Date 11/25/2015. (Admin.) (Entered: 11/25/2015) |
| 11/30/2015 | 15<br>(8 pgs) | Motion to Extend Time To File Schedules of Assets And Liabilities, Statement Of Financial Affairs, And Other Documents; Memorandum Of Points And Authorities In Support Thereof; Declaration of Keyhan Mohanna. Filed by Debtor Keyhan Mohanna (ac) (Entered: 11/30/2015) |
| 12/02/2015 | 16<br>(3 pgs; 2 docs) | Order Granting Motion to Extend Time (Related Doc # 15) Non-Compliance (Documents) due by |

| | | |
|---|---|---|
| | | 12/16/2015 for 12, Chapter 13 Plan due by 12/16/2015 for 12, (ac) (Entered: 12/02/2015) |
| 12/04/2015 | 17 (3 pgs) | BNC Certificate of Mailing (RE: related document(s) 16 Order on Motion to Extend Time). Notice Date 12/04/2015. (Admin.) (Entered: 12/04/2015) |
| 12/09/2015 | 18 (1 pg) | Request for Notice Filed by Creditor Capital One N. A.. (Garza, Marian) (Entered: 12/09/2015) |
| 12/15/2015 | 19 (7 pgs) | Motion to Extend Time to File Schedules of Assets and Liabilities, Statement of Financial Affairs, and other Documents; Memorandum of Points and Authorities in Support thereof; Declaration of Keyhan Mohanna. Filed by Debtor Keyhan Mohanna (gh) (Entered: 12/16/2015) |
| 12/18/2015 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued. Next Meeting of Creditors to be Held on 1/28/2016 at 02:00 PM at San Francisco U.S. Trustee Office Debtor absent. (Burchard, David) (Entered: 12/18/2015) |
| 12/18/2015 | | Case is transferred to the Chapter 13 Pending List pursuant to the Chapter 13 Calendar Procedures posted on the Court's Website and Chapter 13 Trustee's Website. Confirmation Hearing off calendar . (Burchard, David (tm)) (Entered: 12/18/2015) |
| 12/18/2015 | 20 (4 pgs; 2 docs) | Second Order Granting Extension Of Time (Related Doc # 19) Non-Compliance (Documents) due by 1/13/2016 for 12, Chapter 13 Plan due by 1/13/2016 for 12, (ac) (Entered: 12/21/2015) |
| 12/23/2015 | 21 (4 pgs) | BNC Certificate of Mailing (RE: related document(s) 20 Order on Motion to Extend Time). Notice Date 12/23/2015. (Admin.) (Entered: 12/23/2015) |
| 01/12/2016 | 22 (11 pgs) | Motion to Extend Time Filed by Debtor Keyhan Mohanna (gh) (Entered: 01/12/2016) |
| 01/14/2016 | 23 (4 pgs; 2 docs) | Third Order Granting Extension of Time. (Related Doc # 22) Non-Compliance (Documents) due by 2/9/2016 for 12, Chapter 13 Plan due by 2/9/2016 for 12, (ac) (Entered: 01/14/2016) |
| 01/16/2016 | | |

| | | |
|---|---|---|
| | 24 (4 pgs) | BNC Certificate of Mailing (RE: related document(s) 23 Order on Motion to Extend Time). Notice Date 01/16/2016. (Admin.) (Entered: 01/17/2016) |
| 01/21/2016 | 25 (4 pgs) | Notice of Mortgage Payment Change (No Proof of Claim Filed). Filed by Creditor Capital One N. A.. (Beauchamp, Scott) (Entered: 01/21/2016) |
| 01/29/2016 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued. Next Meeting of Creditors to be Held on 2/25/2016 at 02:00 PM at San Francisco U.S. Trustee Office Debtor absent. (Burchard, David) (Entered: 01/29/2016) |
| 02/01/2016 | 26 (4 pgs; 2 docs) | Request for Notice Filed by Creditor Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its Trustee (Attachments: # 1 Certificate of Service) (Tran, Brian) (Entered: 02/01/2016) |
| 02/09/2016 | 27 (7 pgs) | Notice of Mortgage Payment Change (No Proof of Claim Filed). Filed by Creditor Wells Fargo Bank, N.A./Wells Fargo Home Mortgage. (Shah, Darshana) (Entered: 02/09/2016) |
| 02/09/2016 | 28 (1 pg) | Certificate of Credit Counseling Filed by Debtor Keyhan Mohanna (rw) (Entered: 02/10/2016) |
| 02/09/2016 | 29 (4 pgs) | Letter from Vivien Mohanna to Judge Montali. Filed by Debtor Keyhan Mohanna (rw) (Entered: 02/10/2016) |
| 02/11/2016 | 30 (5 pgs) | Notice of Mortgage Payment Change (No Proof of Claim Filed). Filed by Creditor Wells Fargo Bank, N.A./Wells Fargo Home Mortgage. (Chandler, John) (Entered: 02/11/2016) |
| 02/12/2016 | 31 (4 pgs; 2 docs) | Order Dismissing Case Effective February 16, 2016. (RE: related document(s)29 Document filed by Debtor Keyhan Mohanna). (ac) (Entered: 02/12/2016) |
| 02/14/2016 | 32 (4 pgs) | BNC Certificate of Mailing (RE: related document(s) 31 Order). Notice Date 02/14/2016. (Admin.) (Entered: 02/14/2016) |
| 02/16/2016 | 33 (2 pgs) | Letter to Judge Montali. Filed by Debtor Keyhan Mohanna (gh) (Entered: 02/17/2016) |

| | | |
|---|---|---|
| 03/16/2016 | 34<br>(3 pgs) | Chapter 13 Trustee Final Report and Account *Dismissed Prior to Confirmation,w/certificate of service*. (Burchard, David (cm)) (Entered: 03/16/2016) |
| 04/27/2016 | 35<br>(3 pgs; 2 docs) | Signed Order Discharging Chapter 13 Trustee and Final Decree (wbk) (Entered: 04/28/2016) |
| 04/28/2016 | | Bankruptcy Case Closed. (wbk) (Entered: 04/28/2016) |
| 04/30/2016 | 36<br>(3 pgs) | BNC Certificate of Mailing - Electronic Order (RE: related document(s) 35 Order Discharging Chapter 13 Trustee and Final Decree). Notice Date 04/30/2016. (Admin.) (Entered: 04/30/2016) |

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/19/2018 09:58:57 | | | |
| **PACER Login:** | dpoitras3571:2750334:3943733 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 15-31425 Fil or Ent: filed From: 7/20/2014 To: 9/19/2018 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |
