# EXHIBIT 7

**CONVERTED, DebtEd, DISMISSED, CLOSED**

# U.S. Bankruptcy Court
## Northern District of California (San Francisco)
### Bankruptcy Petition #: 16-30388

|  |  |
|---|---|
| *Date filed:* | 04/11/2016 |
| *Date converted:* | 08/29/2016 |
| *Date terminated:* | 06/13/2017 |
| *Debtor dismissed:* | 03/09/2017 |
| *341 meeting:* | 11/01/2016 |
| *Deadline for objecting to discharge:* | 11/28/2016 |

*Assigned to:* Judge Hannah L. Blumenstiel
Chapter 11
Previous chapter 13
Original chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for Other Reason

| *Debtor* | represented by **Ruth Elin Auerbach** |
|---|---|
| **Keyhan Mohanna** | Law Offices of Ruth Elin Auerbach |
| 1405 Greenwich St., Apt # 6 | 77 Van Ness Ave. #201 |
| San Francisco, CA 94109 | San Francisco, CA 94102 |
| SAN FRANCISCO-CA | (415)673-0560 |
| (415) 823-4882 | Fax : (415) 673-0562 |
| SSN / ITIN: xxx-xx-8912 | Email: attorneyruth@sbcglobal.net |
| *aka* **KM Properties** | |

**Lawrence W. Fasano, Jr.**
Fasano Law Office
201 Mission St. 12th Fl
San Francisco, CA 94105
(415) 432-4401
Fax : (415) 432-4405
Email: fasanolaw130@aol.com

*Trustee*
**David Burchard**
P.O. Box 8059
Foster City, CA 94404
(650) 345-7801
*TERMINATED: 08/29/2016*

| *U.S. Trustee* | represented by **Shining J. Hsu** |
|---|---|
| **Office of the U.S. Trustee / SF** | Office of the United States Trustee |
| Phillip J. Burton Federal Building | 280 S 1st St, #268 |
| 450 Golden Gate Ave. 5th Fl., #05-0153 | San Jose, CA 95113 |
| San Francisco, CA 94102 | (408)535.5525 |
| (415)705-3333 | Email: shining.j.hsu@gmail.com |
| | *TERMINATED: 03/08/2017* |

Cody James Wisniewski
Office of the United States Trustee
280 S 1st St. #268
San Jose, CA 95113
(408) 535-5525
Email: cody.j.wisniewski@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 04/11/2016 | 1<br>(12 pgs) | Chapter 13 Voluntary Petition Individual, Fee Amount $310. Filed by Keyhan Mohanna . Incomplete Filings due by 4/25/2016. Section 521 Filings due by 5/26/2016. Order Meeting of Creditors due by 5/11/2016. Chapter 13 Plan due by 4/25/2016. (gh) Additional attachment(s) added on 4/12/2016 (gh). INCOMPLETE FILING: Refer to Order to File Required Documents. INCLUDES: Certificate of Credit Counseling. Modified on 4/12/2016 (gh). (Entered: 04/11/2016) |
| 04/11/2016 | 2 | Statement of Social Security Number. Filed by Debtor Keyhan Mohanna (gh) (Entered: 04/11/2016) |
| 04/11/2016 | | Receipt of Filing Fee for Chapter 13 Voluntary Petition. Amount 310.00 from Keyhan Mohanna. Receipt Number 30062897. (admin) (Entered: 04/11/2016) |
| 04/12/2016 | | Notice of Debtor's Prior Filings for debtor Keyhan Mohanna Case Number 10-30701, Chapter 7 filed in California Northern Bankruptcy Court on 03/01/2010 , Standard Discharge on 02/19/2013; Case Number 15-31425, Chapter 13 filed in California Northern Bankruptcy Court on 11/16/2015.(Admin) (Entered: 04/12/2016) |
| 04/12/2016 | 3<br>(2 pgs; 2 docs) | Order To File Required Documents and Notice Regarding Dismissal Non-Compliance (Documents) due by 4/26/2016 Chapter 13 Plan due by 4/26/2016 (gh) (Entered: 04/12/2016) |
| 04/12/2016 | 4<br>(3 pgs; 2 docs) | Meeting of Creditors with Certificate of Service. 341(a) meeting to be held on 5/12/2016 at 01:00 PM San Francisco U.S. Trustee Office Objection |

| | | |
|---|---|---|
| | | to Dischargeability due by 7/11/2016 Proofs of Claims due by 8/10/2016 Last day to object to confirmation is 5/12/2016 **Confirmation Hearing scheduled for 6/15/2016 at 10:00 AM at San Francisco Courtroom 19 - Blumenstiel.** (Burchard, David (tm)) (Entered: 04/12/2016) |
| 04/14/2016 | 5 (2 pgs) | BNC Certificate of Mailing (RE: related document (s) 3 Order to File Missing Documents). Notice Date 04/14/2016. (Admin.) (Entered: 04/14/2016) |
| 04/15/2016 | 6 (4 pgs) | Request for Notice Filed by Creditor Deutsche Bank National Trust Company, as trustee, on behalf of the holders the WaMu Mortgage Pass-Through Certificates, Series 2005-AR6 (Fujimoto, Daniel) (Entered: 04/15/2016) |
| 04/15/2016 | 7 (3 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 4 Meeting of Creditors Chapter 13). Notice Date 04/15/2016. (Admin.) (Entered: 04/15/2016) |
| 04/22/2016 | 8 (4 pgs; 2 docs) | Request for Notice Filed by Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST A (Attachments: # 1 Certificate of Service) (Klott, Leslie) (Entered: 04/22/2016) |
| 04/22/2016 | 9 (32 pgs; 10 docs) | Motion for Relief from Stay RS #KH-001, Fee Amount $176, Filed by Petitioning Creditor WELLS FARGO BANK, N.A. (Attachments: # 1 RS Cover Sheet # 2 Declaration # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Certificate of Service) (Harris, Kevin) NOTE: Incorrect courtroom number on the documents. Modified on 4/25/2016 (dmf). (Entered: 04/22/2016) |
| 04/22/2016 | | Receipt of filing fee for Motion for Relief From Stay(16-30388) [motion,mrlfsty] ( 176.00). Receipt number 26219142, amount $ 176.00 (re: Doc# 9 Motion for Relief from Stay RS #KH-001, Fee Amount $176,) (U.S. Treasury) (Entered: 04/22/2016) |
| 04/22/2016 | 10 (2 pgs) | Notice of Hearing (RE: related document(s)9 Motion for Relief from Stay RS #KH-001, Fee |

| | | |
|---|---|---|
| | | Amount $176, Filed by Petitioning Creditor WELLS FARGO BANK, N.A. (Attachments: # 1 RS Cover Sheet # 2 Declaration # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Certificate of Service)). **Hearing scheduled for 6/2/2016 at 01:00 PM at San Francisco Courtroom 19 - Blumenstiel.** Filed by Petitioning Creditor WELLS FARGO BANK, N.A. (Harris, Kevin) NOTE: Incorrect courtroom number on document. Modified on 4/25/2016 (dmf). (Entered: 04/22/2016) |
| 04/25/2016 | 11 (1 pg) | Request for Notice Filed by Creditor Capital One N.A.. (Garza, Marian) (Entered: 04/25/2016) |
| 04/25/2016 | 12 (2 pgs) | First Amended Notice of Hearing (RE: related document(s)9 Motion for Relief from Stay RS #KH-001, Fee Amount $176, Filed by Petitioning Creditor WELLS FARGO BANK, N.A. (Attachments: # 1 RS Cover Sheet # 2 Declaration # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Certificate of Service) (Harris, Kevin) NOTE: Incorrect courtroom number on the documents. Modified on 4/25/2016 (dmf).). **Hearing scheduled for 6/2/2016 at 01:00 PM at San Francisco Courtroom 19 - Blumenstiel.** Filed by Petitioning Creditor WELLS FARGO BANK, N.A. (Harris, Kevin) (Entered: 04/25/2016) |
| 04/25/2016 | 13 (2 pgs) | Certificate of Service *Amended Notice* (RE: related document(s)12 Notice of Hearing). Filed by Petitioning Creditor WELLS FARGO BANK, N.A. (Harris, Kevin) (Entered: 04/25/2016) |
| 04/25/2016 | 14 (7 pgs) | Motion to Extend Time to File Schedules of Assets and Liabilities, Statement of Financial Affairs, and Other Documents; Memorandum of Points and Authorities in Support Thereof; Declaration of Keyhan Mohanna. Filed by Debtor Keyhan Mohanna (dc) (Entered: 04/25/2016) |
| 04/27/2016 | 15 (4 pgs; 2 docs) | Order Granting Motion to Extend Time to File Required Documents (Related Doc # 14) Non-Compliance (Documents) due by 5/13/2016 for 3, Chapter 13 Plan due by 5/13/2016 for 3. (wbk) (Entered: 04/27/2016) |

| 04/29/2016 | [16](4 pgs; 2 docs) | Request for Notice Filed by Creditor Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its trustee (Attachments: # [1] Certificate of Service) (McCartney, Erin) (Entered: 04/29/2016) |
|---|---|---|
| 04/29/2016 | [17](4 pgs) | BNC Certificate of Mailing (RE: related document(s) [15] Order on Motion to Extend Time). Notice Date 04/29/2016. (Admin.) (Entered: 04/29/2016) |
| 05/12/2016 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued. Next Meeting of Creditors to be Held on 6/9/2016 at 01:00 PM at San Francisco U.S. Trustee Office Debtor absent. (Burchard, David) (Entered: 05/12/2016) |
| 05/13/2016 | | Case is transferred to the Chapter 13 Pending List pursuant to the Chapter 13 Calendar Procedures posted on the Court's Website and Chapter 13 Trustee's Website. Confirmation Hearing off calendar . (Burchard, David (tm)) (Entered: 05/13/2016) |
| 05/13/2016 | [18](48 pgs; 2 docs) | Summary of Assets and Liabilities for Individual , Schedules A - J , Declaration About Individual Debtor's Schedule , Statement of Financial Affairs for Individual (not dated) Filed by Debtor Keyhan Mohanna (Attachments: # [1] part2) (gh) (Entered: 05/16/2016) |
| 05/13/2016 | [19](11 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for Years. Disposable Income Is Not Determined , Chapter 13 Calculation of Disposable Income Form Filed by Debtor Keyhan Mohanna (gh) (Entered: 05/16/2016) |
| 05/13/2016 | [20](18 pgs) | Chapter 13 Plan Filed by Debtor Keyhan Mohanna . (gh) (Entered: 05/16/2016) |
| 05/19/2016 | [21](21 pgs) | Opposition to Motion for Relief from the Automatic Stay. NOTE: Incorrect courtroom number. (RE: related document(s)[9] Motion for Relief From Stay). Filed by Debtor Keyhan Mohanna (gh) (Entered: 05/20/2016) |
| 05/23/2016 | [22](2 pgs) | |

| | | |
|---|---|---|
| | | Request for Notice Filed by Creditor HSBC Bank USA, National Association. (Harriott, April) (Entered: 05/23/2016) |
| 05/26/2016 | [23](#)<br>(121 pgs; 3 docs) | Objection to Confirmation of Plan Filed by Creditor Deutsche Bank National Trust Company, as trustee, on behalf of the holders the WaMu Mortgage Pass-Through Certificates, Series 2005-AR6 (Attachments: # [1](#) Exhibits # [2](#) Proof of Service) (Fujimoto, Daniel) (Entered: 05/26/2016) |
| 05/26/2016 | [24](#)<br>(67 pgs; 3 docs) | Objection to Confirmation of Plan Filed by Creditor Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its trustee (Attachments: # [1](#) Exhibit # [2](#) Certificate of Service) (McCartney, Erin) (Entered: 05/26/2016) |
| 05/31/2016 | [25](#)<br>(32 pgs; 2 docs) | Supplement to Opposition to Motion for Relief from Automatic Stay. (RE: related document(s)[9](#) Motion for Relief From Stay). Filed by Debtor Keyhan Mohanna (Attachments: # [1](#) part2) (gh) (Entered: 05/31/2016) |
| 06/01/2016 | [26](#)<br>(35 pgs; 2 docs) | Supplement to Opposition to Motion for Relief from Automatic Stay. (RE: related document(s)[9](#) Motion for Relief From Stay). Filed by Debtor Keyhan Mohanna (Attachments: # [1](#) part2) (gh) (Entered: 06/01/2016) |
| 06/02/2016 | [27](#)<br>(5 pgs; 2 docs) | Objection to Confirmation of Plan *(Refer to docket# 20), With Certificate of Service* Filed by Creditor Wells Fargo Bank, N.A. (Attachments: # [1](#) Certificate of Service) (Estle, Mark) (Entered: 06/02/2016) |
| 06/02/2016 | | Hearing Held (related document(s): [9](#) Motion for Relief From Stay filed by WELLS FARGO BANK, N.A.) Keyhan Mohanna appeared with Vivien Mohanna. Nedda Haeri appeared for the Debtor. Kevin Harris appeared for the Movant. For reasons stated on the record, the motion is granted, not including a waiver of the 14 day stay. Mr. Harris shall upload an order. (bg ) (Entered: 06/02/2016) |
| 06/02/2016 | [28](#)<br>(3 pgs) | Order Granting Relief from Automatic Stay (Related Doc # [9](#)) (wbk) (Entered: 06/03/2016) |

| 06/02/2016 | 29<br>(80 pgs; 5 docs) | Motion to Determine Secured Status and Void Wholly unsecured Liens. Filed by Debtor Keyhan Mohanna (Attachments: # 1 part2 # 2 part3 # 3 part4 # 4 part5) (gh) (Entered: 06/03/2016) |
| 06/10/2016 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued. Next Meeting of Creditors to be Held on 7/28/2016 at 01:00 PM at San Francisco U.S. Trustee Office Debtor appeared. (Burchard, David) (Entered: 06/10/2016) |
| 06/13/2016 | 30<br>(64 pgs; 4 docs) | Objection to Confirmation of Plan Filed by Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEEFOR STANWICH MORTGAGE LOAN TRUST A (Attachments: # 1 Exhibit # 2 Exhibit # 3 Certificate of Service) (McCartney, Erin) (Entered: 06/13/2016) |
| 06/15/2016 | 31<br>(3 pgs) | Notice of Continuance of Meeting of Creditors *with Certificate of Service*. 341(a) meeting to be held on 8/4/2016 at 01:00 PM San Francisco U.S. Trustee Office (Burchard, David (tm)) (Entered: 06/15/2016) |
| 06/17/2016 | 32<br>(3 pgs) | Trustee's Motion to Dismiss Case *with Declaration and Certificate of Service*. (Burchard, David (tm)) (Entered: 06/17/2016) |
| 06/17/2016 | 33<br>(2 pgs) | Notice of Hearing *with Certificate of Mailing* (RE: related document(s)32 Trustee's Motion to Dismiss Case *with Declaration and Certificate of Service*. (Burchard, David (tm))). **Hearing scheduled for 7/20/2016 at 10:10 AM at San Francisco Courtroom 19 - Blumenstiel.** Filed by Trustee David Burchard (Burchard, David (tm)) (Entered: 06/17/2016) |
| 06/27/2016 | 34<br>(2 pgs) | Certificate of Service *(additional creditors)* (RE: related document(s)31 Notice of Continuance of Meeting of Creditors). Filed by Trustee David Burchard (Ramirez, Brisa) (Entered: 06/27/2016) |
| 06/30/2016 | 35<br>(6 pgs) | Notice of Mortgage Payment Change (No Proof of Claim Filed). Filed by Creditor Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its trustee. (McCartney, Erin) (Entered: 06/30/2016) |

| | | |
|---|---|---|
| 07/01/2016 | [36](16 pgs; 3 docs) | Transcript regarding Hearing Held 06/02/16 RE: Wells Fargo Bank, N.A.'s motion for relief from stay 9. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber *Palmer Reporting Services, PalmerRptg@aol.com, 800-665-6251.* Notice of Intent to Request Redaction Deadline Due By 7/8/2016. Redaction Request Due By 07/22/2016. Redacted Transcript Submission Due By 08/1/2016. Transcript access will be restricted through 09/29/2016. (Palmer, Susan) (Entered: 07/01/2016) |
| 07/06/2016 | [37](5 pgs) | Notice of Appearance and Request for Notice by Ruth Elin Auerbach. Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 07/06/2016) |
| 07/06/2016 | [38](4 pgs) | Brief/Memorandum in Opposition to *Motion to Dismiss* (RE: related document(s)32 Motion to Dismiss Case (batch)). Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 07/06/2016) |
| 07/10/2016 | [39](2 pgs) | BNC Certificate of Mailing (RE: related document(s) 36 Transcript). Notice Date 07/10/2016. (Admin.) (Entered: 07/10/2016) |
| 07/11/2016 | [40](153 pgs; 18 docs) | Motion for Relief from Stay RS #JRM-001, Fee Amount $176, Filed by Creditor HSBC Bank USA, National Association, as Trustee For Mortgage Pass-Through Certificates, Mana Series 2007-A3 (Attachments: # 1 RS Cover Sheet # 2 Declaration of Katherine Ortwerth # 3 Declaration of Joshua Mino # 4 Exhibit List # 5 Exhibit 1 # 6 Exhibit 2 # 7 Exhibit 3 # 8 Exhibit 4 # 9 Exhibit 5 # 10 Exhibit 6 # 11 Exhibit 7 # 12 Exhibit 8 # 13 Exhibit 9 # 14 Exhibit 10 # 15 Exhibit 11 # 16 Exhibit 12 # 17 Certificate of Service) (Mino, Joshua) (Entered: 07/11/2016) |
| 07/11/2016 | | Receipt of filing fee for Motion for Relief From Stay(16-30388) [motion,mrlfsty] ( 176.00). Receipt number 26494411, amount $ 176.00 (re: Doc# 40 Motion for Relief from Stay RS #JRM- |

| | | |
|---|---|---|
| | | 001, Fee Amount $176,) (U.S. Treasury) (Entered: 07/11/2016) |
| 07/11/2016 | [41](#) (3 pgs) | Notice of Hearing (RE: related document(s)[40](#) Motion for Relief from Stay RS #JRM-001, Fee Amount $176, Filed by Creditor HSBC Bank USA, National Association, as Trustee For Mortgage Pass-Through Certificates, Mana Series 2007-A3 (Attachments: # 1 RS Cover Sheet # 2 Declaration of Katherine Ortwerth # 3 Declaration of Joshua Mino # 4 Exhibit List # 5 Exhibit 1 # 6 Exhibit 2 # 7 Exhibit 3 # 8 Exhibit 4 # 9 Exhibit 5 # 10 Exhibit 6 # 11 Exhibit 7 # 12 Exhibit 8 # 13 Exhibit 9 # 14 Exhibit 10 # 15 Exhibit 11 # 16 Exhibit 12 # 17 Certificate of Service)). **Hearing scheduled for 8/18/2016 at 01:00 PM at San Francisco Courtroom 19 - Blumenstiel.** Filed by Creditor HSBC Bank USA, National Association, as Trustee For Mortgage Pass-Through Certificates, Mana Series 2007-A3 (Mino, Joshua) NOTE: Page 2 of PDF reflects an incorrect courtroom number. Modified on 7/12/2016 (wbk). (Entered: 07/11/2016) |
| 07/13/2016 | [42](#) (2 pgs) | Request for Notice Filed by Creditor Capital One N.A. (Cram, Donald) (Entered: 07/13/2016) |
| 07/14/2016 | [43](#) (3 pgs) | Order re Trustee's Motion to Dismiss (RE: related document(s)[32](#) Motion to Dismiss Case (batch)). (wbk) (Entered: 07/14/2016) |
| 07/14/2016 | | Hearing Dropped Per Order Dated 7/14/16 (RE: related document(s)[32](#) Trustee's Motion to Dismiss Case *with Declaration and Certificate of Service*). (wbk) (Entered: 07/14/2016) |
| 08/02/2016 | [44](#) (4 pgs) | Motion to Convert Case to Chapter 11 , Fee Amount $932 Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 08/02/2016) |
| 08/02/2016 | | Receipt of filing fee for Motion to Convert Case to Chapter 11 (16-30388) [motion,mcnv11] ( 932.00). Receipt number 26575015, amount $ 932.00 (re: Doc# [44](#) Motion to Convert Case to Chapter 11 , Fee Amount $932) (U.S. Treasury) (Entered: 08/02/2016) |
| 08/02/2016 | | |

| | | |
|---|---|---|
| | 45<br>(5 pgs; 2 docs) | Notice and Opportunity for Hearing (RE: related document(s)44 Motion to Convert Case to Chapter 11 , Fee Amount $932 Filed by Debtor Keyhan Mohanna). Filed by Debtor Keyhan Mohanna (Attachments: # 1 Exhibit mailing matrix) (Auerbach, Ruth) (Entered: 08/02/2016) |
| 08/05/2016 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued. Next Meeting of Creditors to be Held on 9/29/2016 at 10:00 AM at Office of the U.S. Trustee Office 450 Debtor absent. (Burchard, David) (Entered: 08/05/2016) |
| 08/17/2016 | 46<br>(7 pgs; 2 docs) | Brief/Memorandum in Opposition to (RE: related document(s)40 Motion for Relief From Stay). Filed by Debtor Keyhan Mohanna (Attachments: # 1 Declaration Declaration of Keyhan Mohanna) (Auerbach, Ruth) (Entered: 08/17/2016) |
| 08/17/2016 | 47<br>(7 pgs) | Reply *to Untimely Opposition* (RE: related document(s)40 Motion for Relief From Stay). Filed by Creditor HSBC Bank USA, National Association, as Trustee For Mortgage Pass-Through Certificates, Mana Series 2007-A3 (Mino, Joshua) (Entered: 08/17/2016) |
| 08/18/2016 | | Hearing Held (related document(s): 40 Motion for Relief From Stay filed by HSBC Bank USA, National Association, as Trustee For Mortgage Pass-Through Certificates, Mana Series 2007-A3) Joshua Mino appeared for the Movant. Ruth Auerbach appeared for the Debtor. For reasons stated on the record, there is no stay and the motion is denied as moot. The Court will enter an order. (bg ) (Entered: 08/18/2016) |
| 08/19/2016 | 48<br>(2 pgs) | Order Denying Motion for Relief from Stay as Moot (Related Doc # 40) (wbk) (Entered: 08/19/2016) |
| 08/25/2016 | 49<br>(5 pgs) | Motion for Entry of Default (RE: related document(s)44 Motion to Convert Case to Chapter 11 filed by Debtor Keyhan Mohanna). Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 08/25/2016) |
| 08/29/2016 | | |

| | | |
|---|---|---|
| | [50](#)<br>(3 pgs; 2 docs) | Order Granting Motion To Convert Case to Chapter 11 (Related Doc # [44](#)) Order Meeting of Creditors due by 9/12/2016. Chapter 11 Plan due by 12/27/2016. Disclosure Statement due by 12/27/2016.Incomplete Filings due by 9/12/2016. (dmf) (Entered: 08/30/2016) |
| 08/30/2016 | [51](#)<br>(2 pgs) | Order for Individual(s) in Chapter 7, Chapter 11 and Chapter 13 Cases to File Required Documents After Case Conversions Non-Compliance (Documents) due by 9/12/2016 (dmf) COURT ENTRY: Court used the incorrect docket event. Please refer to docket #52. Modified on 8/30/2016 (dmf). (Entered: 08/30/2016) |
| 08/30/2016 | [52](#)<br>(3 pgs; 2 docs) | Order for Individual(s) in Chapter 7, Chapter 11 and Chapter 13 Cases to File Required Documents After Case Conversions Non-Compliance (Documents) due by 9/12/2016 (RE: related document(s)[50](#) Order on Motion to Convert Case to Chapter 11). (dmf) (Entered: 08/30/2016) |
| 08/31/2016 | | Meeting of Creditors 341(a) meeting to be held on 9/27/2016 at 10:00 AM San Francisco U.S. Trustee Office Last day to oppose discharge or dischargeability is 11/28/2016 Proofs of Claims due by 12/27/2016 (dmf) (Entered: 08/31/2016) |
| 08/31/2016 | [53](#)<br>(4 pgs; 2 docs) | Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) (dmf) (Entered: 08/31/2016) |
| 09/01/2016 | [54](#)<br>(4 pgs; 2 docs) | Request for Notice Filed by Creditor Deutsche Bank National Trust Company, as trustee, on behalf of the holders the WaMu Mortgage Pass-Through Certificates, Series 2005-AR6 (Attachments: # [1](#) Certificate of Service) (Raftery, Kelly) (Entered: 09/01/2016) |
| 09/01/2016 | [55](#)<br>(4 pgs) | BNC Certificate of Mailing (RE: related document(s) [50](#) Order on Motion to Convert Case to Chapter 11). Notice Date 09/01/2016. (Admin.) (Entered: 09/01/2016) |
| 09/01/2016 | [56](#)<br>(3 pgs) | BNC Certificate of Mailing (RE: related document(s) [52](#) Order). Notice Date 09/01/2016. (Admin.) (Entered: 09/01/2016) |

| | | |
|---|---|---|
| 09/02/2016 | 57<br>(8 pgs; 2 docs) | Application to Employ Ruth Elin Auerbach as Attorney for Debtor Filed by Debtor Keyhan Mohanna (Attachments: # 1 Declaration Declaration of Ruth Auerbach) (Auerbach, Ruth) (Entered: 09/02/2016) |
| 09/02/2016 | 58<br>(5 pgs) | Notice and Opportunity for Hearing (RE: related document(s)57 Application to Employ Ruth Elin Auerbach as Attorney for Debtor Filed by Debtor Keyhan Mohanna (Attachments: # 1 Declaration Declaration of Ruth Auerbach)). Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 09/02/2016) |
| 09/02/2016 | 59<br>(4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 53 Generate 341 Notices). Notice Date 09/02/2016. (Admin.) (Entered: 09/02/2016) |
| 09/07/2016 | 60<br>(1 pg) | Notice of Appearance and Request for Notice by Shining J. Hsu. Filed by U.S. Trustee Office of the U.S. Trustee / SF (Hsu, Shining) (Entered: 09/07/2016) |
| 09/08/2016 | 61<br>(15 pgs; 3 docs) | Motion to Impose Automatic Stay Filed by Debtor Keyhan Mohanna (Attachments: # 1 Declaration Declaration of Keyhan Mohanna # 2 Memorandum of Points and Authorities) (Auerbach, Ruth) (Entered: 09/08/2016) |
| 09/08/2016 | 62<br>(7 pgs; 2 docs) | Ex Parte Motion to Shorten Time (RE: related document(s)61 Motion to Impose Automatic Stay filed by Debtor Keyhan Mohanna). Filed by Debtor Keyhan Mohanna (Attachments: # 1 Proposed Order-FRBP 4001) (Auerbach, Ruth) (Entered: 09/08/2016) |
| 09/08/2016 | 63<br>(3 pgs) | Order Granting in Part and Denying in Part Motion to Shorten Time (Related Doc # 62) (bg) (Entered: 09/08/2016) |
| 09/08/2016 | | Hearing Set On (RE: related document(s)61 Motion to Impose Automatic Stay Filed by Debtor Keyhan Mohanna (Attachments: # 1 Declaration Declaration of Keyhan Mohanna # 2 Memorandum of Points and Authorities)). **Hearing scheduled for 9/15/2016 at 01:00 PM at** |

| | | San Francisco Courtroom 19 - Blumenstiel. (bg) (Entered: 09/08/2016) |
|---|---|---|
| 09/08/2016 | 64 (5 pgs) | Notice of Hearing (RE: related document(s)61 Motion to Impose Automatic Stay Filed by Debtor Keyhan Mohanna (Attachments: # 1 Declaration Declaration of Keyhan Mohanna # 2 Memorandum of Points and Authorities)). **Hearing scheduled for 9/15/2016 at 01:00 PM at San Francisco Courtroom 19 - Blumenstiel.** Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 09/08/2016) |
| 09/12/2016 | 65 (58 pgs; 8 docs) | Brief/Memorandum in Opposition to *Motion for Order That Expiration of Stay Pursuant to 11 U.S.C. Sec. 362(c)(3) Does Not Apply to Property of the Estate and for Order Reimposing the Stay* (RE: related document(s)61 Motion to Impose Automatic Stay). Filed by Creditor HSBC Bank USA, National Association, as Trustee For Mortgage Pass-Through Certificates, Mana Series 2007-A3 (Attachments: # 1 Declaration of Joshua Mino # 2 Exhibit 1 # 3 Exhibit 2 # 4 Exhibit 3 # 5 Exhibit 4 # 6 Exhibit 5 # 7 Certificate of Service) (Mino, Joshua) (Entered: 09/12/2016) |
| 09/13/2016 | 66 (1 pg) | For Individual Chapter 11 Cases: List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) Modified on 9/13/2016 ERROR: Incorrect Pdf Attached. This Document is the Declaration Concerning Debtor's Schedules (dc). (Entered: 09/13/2016) |
| 09/13/2016 | 67 (6 pgs) | For Individual Chapter 11 Cases: List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 09/13/2016) |
| 09/13/2016 | 68 (11 pgs; 2 docs) | Response *(Opposition) to Motion for Order that Expiration of Stay Pursuant to 11 U.S.C. Sec. 362 (c)(3) Does Not Apply to Property of the Estate and for Order Re-Imposing the Stay* (RE: related document(s)61 Motion to Impose Automatic Stay). Filed by Creditor Deutsche Bank National Trust Company, as trustee, on behalf of the holders the WaMu Mortgage Pass-Through Certificates, Series 2005-AR6 (Attachments: # 1 |

| | | |
|---|---|---|
| | | Certificate of Service) (Raftery, Kelly) (Entered: 09/13/2016) |
| 09/13/2016 | [69](#)<br>(5 pgs; 2 docs) | Response *Opposition to Motion for Order that Expiration of Stay Pursuant to 11 U.S.C. SEC. 362(c)(3) does not apply to Property of the Estate and for Order Reimposing the Stay* (RE: related document(s)[61](#) Motion to Impose Automatic Stay. Filed by Creditor Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its trustee (Attachments: # [1](#) Certificate of Service) (McCartney, Erin) (Entered: 09/13/2016) |
| 09/14/2016 | [70](#)<br>(8 pgs; 2 docs) | Adversary case [16-03086](#). 21 (Validity, priority or extent of lien or other interest in property), 71 (Injunctive relief - reinstatement of stay), 72 (Injunctive relief - other) Complaint by Keyhan Mohanna against HSBC Bank, N.A. as Trustee for registered holders Merrill Lynch Mortgage Investors, Inc. Pass-Through Certificates, Mana Series 2007-A3, OCWEN LOAN SERVICING, LLC. Fee Amount $350. (Attachments: # [1](#) AP Cover Sheet) (Auerbach, Ruth) (Entered: 09/14/2016) |
| 09/15/2016 | | Hearing Held (related document(s): [61](#) Motion to Impose Automatic Stay filed by Keyhan Mohanna) Ruth Auerbach appeared for the Debtor. Kelly Raftery appeared for Portfolio Servicing. Leslie Klott appeared for Ventures Trust by MCM Capital Partners, LLC. Joshua Mino appeared for HSBC. For reasons stated on the record, the Court will enter an order denying the motion. Ms. Auerbach's oral motion to shorten time on a motion for a temporary restraining order in the related adversary proceeding, 16-3086, is granted. By 5:00 p.m. tomorrow, the Debtor shall file and serve the motion. Service by e-mail is allowed. If the Debtor files an adversary proceeding against Ventures Trust by MCM Capital Partners, LLC, it should be filed and served with a motion for temporary restraining order by 5:00 p.m. tomorrow. Service by e-mail is allowed. The hearing on the motions for a temporary restraining order will be heard on 9/21/16 at 2:30 p.m. Oppositions to the motions shall be filed and served by 9/20/16 at 12:00 p.m. (bg ) (Entered: 09/15/2016) |

| 09/16/2016 | | **DOCKET TEXT ORDER** (no separate order issued:) On September 15, 2016, the Court held a hearing on Debtor's Motion for Order that Expiration of Stay Pursuant to 11 U.S.C. Sec. 362 (C)(3) Does Not Apply to Property of the Estate and for Order Reimposing the Stay at which Debtor made an oral motion to shorten time on his yet to be filed motion for injunctive relief in a yet to be filed adversary proceeding against Creditor Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its trustee. Debtor's oral motion to shorten time is hereby granted, subject to the following conditions. Should Debtor wish to commence an adversary proceeding and request injunctive relief, he shall do so no later than 5:00 p.m. on September 16, 2016 and shall serve a copy of the complaint and any motion for injunctive relief, together with all supporting papers, on counsel for Creditor by email. Such service will be without prejudice to any jurisdictional arguments Creditor might wish to raise. Creditor shall file and serve any opposition to Debtor's motion for injunctive relief no later than noon on September 20, 2016. The Court will convene a hearing on any motion seeking injunctive relief as to Creditor on Wednesday, September 21, 2016 at 2:30 p.m. (Entered: 09/16/2016) |
| 09/16/2016 | 71 (9 pgs; 2 docs) | Adversary case 16-03087. 21 (Validity, priority or extent of lien or other interest in property), 71 (Injunctive relief - reinstatement of stay), 72 (Injunctive relief - other) Complaint by Keyhan Mohanna against VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS, LLC, ITS TRUSTEE, BSI Financial Services. Fee Amount $350. (Attachments: # 1 AP Cover Sheet) (Auerbach, Ruth) (Entered: 09/16/2016) |
| 09/16/2016 | 72 (3 pgs) | Order Denying Motion to Impose Stay (Related Doc # 61) (wbk) (Entered: 09/16/2016) |
| 09/19/2016 | 73 (3 pgs) | Chapter 13 Trustee Final Report and Account *Converted Prior to Confirmation,w/certifcate of service.* (Burchard, David (cm)) (Entered: 09/19/2016) |
| 09/23/2016 | | |

| | 74<br>(4 pgs) | Chapter 11 Initial Status Conference Order, Status Conference Statement due by 10/13/2016. **Status Conference scheduled for 10/20/2016 at 10:00 AM at San Francisco Courtroom 19 - Blumenstiel.** (dmf) (Entered: 09/23/2016) |
| 09/27/2016 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued . 341 (a) meeting to be held on 10/18/2016 at 02:30 PM San Francisco U.S. Trustee Office (Loo, Minnie) (Entered: 09/27/2016) |
| 10/13/2016 | 75<br>(2 pgs; 2 docs) | Transcript regarding Hearing Held 9-15-16 RE: Motion to Impose Automatic Stay Filed by Keyhan Mohanna. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber *Jo McCall (480)361-3790*. Notice of Intent to Request Redaction Deadline Due By 10/20/2016. Redaction Request Due By 11/3/2016. Redacted Transcript Submission Due By 11/14/2016. Transcript access will be restricted through 01/11/2017. (McCall, Jo) (Entered: 10/13/2016) |
| 10/14/2016 | 76<br>(2 pgs) | Motion for Entry of Default (RE: related document(s)57 Application to Employ filed by Debtor Keyhan Mohanna). Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 10/14/2016) |
| 10/17/2016 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued . 341 (a) meeting to be held on 11/1/2016 at 09:00 AM San Francisco U.S. Trustee Office (Hsu, Shining) (Entered: 10/17/2016) |
| 10/17/2016 | 77<br>(34 pgs) | Amended Schedule A/B, Schedule C, Schedule I, Schedule J. , Amended Statement of Financial Affairs for Individual Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) INCLUDES: Amended Summary of Assets and Liabilities and Certain Statistical Information; ERROR: Additional docket event should have been |

| | | |
|---|---|---|
| | | selected. Modified on 10/18/2016 (dmf). (Entered: 10/17/2016) |
| 10/17/2016 | [78](#) (11 pgs; 2 docs) | Amended Schedule D Schedule E/F . Fee Amount $30. Filed by Debtor Keyhan Mohanna (Attachments: # [1](#) Exhibit Amended Matrix and Cover) (Auerbach, Ruth) (Entered: 10/17/2016) |
| 10/17/2016 | | Receipt of filing fee for Amended Schedules (D, E, and F - Fee Required)(16-30388) [misc,amdsch] ( 30.00). Receipt number 26831503, amount $ 30.00 (re: Doc# [78](#) Amended Schedules (D, E, and F - Fee Required)) (U.S. Treasury) (Entered: 10/17/2016) |
| 10/18/2016 | [79](#) (3 pgs) | Status Conference Statement (RE: related document(s)[74](#) Order for Status Conference). Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) ERROR: Incorrect case number on pdf. Modified on 10/19/2016 (dmf). (Entered: 10/18/2016) |
| 10/20/2016 | | Hearing Continued (related document(s): [74](#) Order for Status Conference) **Hearing scheduled for 02/02/2017 at 10:00 AM at San Francisco Courtroom 19 - Blumenstiel.** Ruth Auerbach appeared for the Debtor. The deadline to file and serve a form plan and disclosure statement is 1/31/17. Status statements are to be filed 7 days prior to the continued status conference. (bg ) (Entered: 10/20/2016) |
| 10/20/2016 | [80](#) (2 pgs) | Order Following Status Conference (RE: related document(s)[74](#) Order for Status Conference). **Hearing scheduled for 2/2/2017 at 10:00 AM San Francisco Courtroom 19 - Blumenstiel for [74](#), .** (dmf) (Entered: 10/20/2016) |
| 10/20/2016 | [81](#) (1 pg) | PDF with attached Audio File. Court Date & Time [ 10/20/2016 10:09:09 AM ]. File Size [ 2220 KB ]. Run Time [ 00:09:15 ]. (admin). (Entered: 10/20/2016) |
| 10/21/2016 | [82](#) (4 pgs) | Order Authorizing Employment of Counsel and $5,000.00 Post Petition Retainer (Related Doc # [57](#)), Granting Motion for Entry of Default (Related Doc # [76](#)) (wbk) (Entered: 10/21/2016) |

| 10/24/2016 | [83](#) <br> (3 pgs; 2 docs) | Signed Order Discharging Chapter 13 Trustee and Final Decree (wbk) (Entered: 10/25/2016) |
|---|---|---|
| 10/27/2016 | [84](#) <br> (3 pgs) | BNC Certificate of Mailing - Electronic Order (RE: related document(s) [83](#) Order Discharging Chapter 13 Trustee and Final Decree). Notice Date 10/27/2016. (Admin.) (Entered: 10/27/2016) |
| 11/01/2016 | [85](#) <br> (3 pgs) | Amended Schedule J. Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 11/01/2016) |
| 11/01/2016 | | Meeting of Creditors Held. . (Loo, Minnie) (Entered: 11/01/2016) |
| 12/01/2016 | [86](#) <br> (6 pgs; 2 docs) | Application to Employ Lawrence Fasano as Special Litigation Attorney Filed by Debtor Keyhan Mohanna (Attachments: # [1](#) Declaration Declaration of Lawrence Fasano) (Auerbach, Ruth) (Entered: 12/01/2016) |
| 12/02/2016 | [87](#) <br> (4 pgs) | Motion to Shorten Time (RE: related document(s) [86](#) Application to Employ filed by Debtor Keyhan Mohanna). Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 12/02/2016) |
| 12/05/2016 | [88](#) <br> (2 pgs) | Order Shortening Time for Hearing on Debtors Motion to Employ Special Counsel And Pay Retainer (Related Doc # [87](#)) (bg) (Entered: 12/05/2016) |
| 12/05/2016 | | Hearing Set On (RE: related document(s)[86](#) Application to Employ Lawrence Fasano as Special Litigation Attorney Filed by Debtor Keyhan Mohanna (Attachments: # 1 Declaration Declaration of Lawrence Fasano)). **Hearing scheduled for 12/8/2016 at 10:00 AM at San Francisco Courtroom 19 - Blumenstiel.** (bg) (Entered: 12/05/2016) |
| 12/05/2016 | [89](#) <br> (5 pgs) | Notice of Hearing (RE: related document(s)[86](#) Application to Employ Lawrence Fasano as Special Litigation Attorney Filed by Debtor Keyhan Mohanna (Attachments: # 1 Declaration Declaration of Lawrence Fasano)). **Hearing scheduled for 12/8/2016 at 10:00 AM at San Francisco Courtroom 19 - Blumenstiel.** Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 12/05/2016) |

| | | |
|---|---|---|
| 12/05/2016 | 90<br>(2 pgs) | Declaration of Keyhan Mohanna in Support of *Motion to Employ Lawrence Fasano* (RE: related document(s)86 Application to Employ). Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 12/05/2016) |
| 12/07/2016 | 91<br>(415 pgs; 17 docs) | Brief/Memorandum in Opposition to (RE: related document(s)86 Application to Employ). Filed by Creditor HSBC Bank USA, National Association, as Trustee For Mortgage Pass-Through Certificates, Mana Series 2007-A3 (Attachments: # 1 Declaration # 2 Exhibit 1 # 3 Exhibit 2 (1 of 5) # 4 Exhibit 2 (2 of 5) # 5 Exhibit 2 (3 of 5) # 6 Exhibit 2 (4 of 5) # 7 Exhibit 2 (5 of 5) # 8 Exhibit 3 (1 of 8) # 9 Exhibit 3 (2 of 8) # 10 Exhibit 3 (3 of 8) # 11 Exhibit 3 (4 of 8) # 12 Exhibit 3 (5 of 8) # 13 Exhibit 3 (6 of 8) # 14 Exhibit 3 (7 of 8) # 15 Exhibit 3 (8 of 8) # 16 Certificate of Service) (Mino, Joshua) (Entered: 12/07/2016) |
| 12/07/2016 | 92<br>(2 pgs) | Supplemental Declaration of Lawrence Fasano in Support of (RE: related document(s)86 Application to Employ). Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 12/07/2016) |
| 12/07/2016 | 93<br>(18 pgs) | Declaration of Vivien Mohanna in Support of (RE: related document(s)86 Application to Employ). Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 12/07/2016) |
| 12/08/2016 | | Hearing Held (related document(s): 86 Application to Employ filed by Keyhan Mohanna) Jason Boss appeared for HSBC Bank. Ruth Auerbach appeared for the Debtor. For reasons stated on the record, the motion is granted for Mr. Fasano to be employed for 10 hours at $350.00 an hour. Ms. Auerbach shall upload an order. (bg ) (Entered: 12/08/2016) |
| 12/08/2016 | 94<br>(1 pg) | PDF with attached Audio File. Court Date & Time [ 12/8/2016 10:45:29 AM ]. File Size [ 2164 KB ]. Run Time [ 00:09:01 ]. (admin). (Entered: 12/08/2016) |
| 12/08/2016 | 95<br>(3 pgs) | Order Approving Employment of Special Litigation Attorney for Debtor in Possession and Allowing Debtor to Pay Post-Petition Retainer, |

| | | |
|---|---|---|
| | | Attorney Lawrence W. Fasano, Jr. for Keyhan Mohanna Added to the Case (Related Doc # 86) (dmf) (Entered: 12/09/2016) |
| 12/16/2016 | 96 (4 pgs) | Notice Regarding *Unavailability* Filed by Creditor HSBC Bank USA, National Association, as Trustee For Mortgage Pass-Through Certificates, Mana Series 2007-A3 (Mino, Joshua) (Entered: 12/16/2016) |
| 12/19/2016 | 97 (4 pgs) | Amended Notice Regarding *Unavailability* (RE: related document(s)96 Notice Regarding *Unavailability* Filed by Creditor HSBC Bank USA, National Association, as Trustee For Mortgage Pass-Through Certificates, Mana Series 2007-A3). Filed by Creditor HSBC Bank USA, National Association, as Trustee For Mortgage Pass-Through Certificates, Mana Series 2007-A3 (Mino, Joshua) (Entered: 12/19/2016) |
| 01/05/2017 | 98 (13 pgs) | Operating Report for Filing Period September 2016 Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 01/05/2017) |
| 01/05/2017 | 99 | Operating Report for Filing Period October 2016 Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) ERROR: Court Restricted Document from Public Access due to individual privacy information displayed. Modified on 1/5/2017 (dmf). (Entered: 01/05/2017) |
| 01/05/2017 | 100 (12 pgs) | Operating Report for Filing Period November 2016 Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 01/05/2017) |
| 01/05/2017 | | **ERROR** Court Restricted Document from Public Access due to individual privacy information displayed. Refer to the Courts Interim District Procedures for Motions to Redact dated 2/27/2015 (RE: related document(s)99 Operating Report). (dmf) (Entered: 01/05/2017) |
| 01/09/2017 | 101 (9 pgs; 2 docs) | Supplemental Application to Employ Lawrence Fasano as Special Litigation Attorney Filed by Debtor Keyhan Mohanna (Attachments: # 1 Declaration Declaration of Lawrence Fasano) (Auerbach, Ruth) (Entered: 01/09/2017) |

| | | |
|---|---|---|
| 01/11/2017 | [102](#)<br>(3 pgs) | Order Approving Supplemental Application to Employ Special Litigation Attorney and Allowing Debtor to Pay Post-Petition Retainer Attorney Lawrence W. Fasano, Jr. for Keyhan Mohanna Added to the Case (Related Doc # [101](#)) (dmf) (Entered: 01/11/2017) |
| 01/26/2017 | [103](#)<br>(3 pgs) | Status Conference Statement (RE: related document(s)[80](#) Order to Continued Hearing). Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 01/26/2017) |
| 01/31/2017 | [104](#)<br>(18 pgs) | Chapter 11 Plan of Reorganization *Combined with, Disclosure Statement* Filed by Debtor Keyhan Mohanna. (Auerbach, Ruth) (Entered: 01/31/2017) |
| 02/02/2017 | | Hearing Held (related document(s): [74](#) Order for Status Conference) Ruth Auerbach appeared for the Debtor. Donald Cram appeared for Capital One. Brian Wagner appeared for HSBC Bank. For reasons stated on the record, the court will issue an order to show cause for conversion or dismissal for 3/2/17 at 10:00 a.m. By 2/17/17, the Debtor shall rile a written response addressing the questions articulated on the record. If not, the court will enter an order on the order to show cause. (bg ) (Entered: 02/02/2017) |
| 02/02/2017 | [105](#)<br>(4 pgs) | Order to Show Cause re Conversion, Dismissal, or Appointment of a Chapter 11 Trustee **Show Cause hearing scheduled for 3/2/2017 at 10:00 AM at San Francisco Courtroom 19 - Blumenstiel.** (wbk) (Entered: 02/02/2017) |
| 02/02/2017 | [106](#)<br>(1 pg) | PDF with attached Audio File. Court Date & Time [ 2/2/2017 10:06:40 AM ]. File Size [ 3696 KB ]. Run Time [ 00:15:24 ]. (admin). (Entered: 02/02/2017) |
| 02/15/2017 | [107](#)<br>(13 pgs) | Amended Operating Report for Filing Period October 2016 Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 02/15/2017) |
| 02/17/2017 | [108](#)<br>(5 pgs) | Response *to Order to Show Cause re Conversion, Dismissal, or Appointment of a Chapter 11 Trustee* (RE: related document(s)[105](#) Order to |

| | | |
|---|---|---|
| | | Show Cause). Filed by Creditor Capital One N.A. (Cram, Donald) (Entered: 02/17/2017) |
| 02/17/2017 | 109 (9 pgs) | Response *to Order to Show Cause* (RE: related document(s)105 Order to Show Cause). Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 02/17/2017) |
| 02/17/2017 | 110 (37 pgs; 4 docs) | Declaration of Keyhan Mohanna in Support of (RE: related document(s)109 Response). Filed by Debtor Keyhan Mohanna (Attachments: # 1 Exhibit # 2 Exhibit Exhibit 2 # 3 Exhibit Exhibit 3) (Auerbach, Ruth) (Entered: 02/17/2017) |
| 02/17/2017 | 111 (3 pgs) | Declaration of Vivien Mohanna in Support of (RE: related document(s)109 Response). Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 02/17/2017) |
| 02/17/2017 | 112 (3 pgs) | Declaration of Ruth Auerbach in Support of (RE: related document(s)109 Response). Filed by Debtor Keyhan Mohanna (Auerbach, Ruth) (Entered: 02/17/2017) |
| 02/17/2017 | 113 (7 pgs) | Response *to Order to Show Cause re: Conversion, Dismissal or Appointment of Chapter 11 Trustee* (RE: related document(s)105 Order to Show Cause). Filed by Creditor HSBC Bank USA, National Association, as Trustee For Mortgage Pass-Through Certificates, Mana Series 2007-A3 (Mino, Joshua) (Entered: 02/17/2017) |
| 02/17/2017 | 114 (40 pgs; 6 docs) | Declaration of Joshua R. Mino in in support of *Response to Order to Show Cause* (RE: related document(s)113 Response). Filed by Creditor HSBC Bank USA, National Association, as Trustee For Mortgage Pass-Through Certificates, Mana Series 2007-A3 (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Proof of Service) (Mino, Joshua) (Entered: 02/17/2017) |
| 02/22/2017 | | **DOCKET TEXT ORDER** (no separate order issued:) The hearing on the court's Order to Show Cause is hereby continued to March 9, 2017 at 10:00 a.m. due to Debtor's and his counsel's schedule conflicts. (RE: related document(s)105 Order to Show Cause). (Entered: 02/22/2017) |

Case: 18-30983   Doc# 25-7   Filed: 09/28/18   Entered: 09/28/18 15:41:48   Page 23 of 25

| | | |
|---|---|---|
| 02/22/2017 | | Hearing Continued (related document(s): <u>105</u> Order to Show Cause) **Hearing scheduled for 03/09/2017 at 10:00 AM at San Francisco Courtroom 19 - Blumenstiel.** Continued per order on 2/22/17. (bg ) (Entered: 02/22/2017) |
| 03/06/2017 | <u>115</u><br>(33 pgs; 2 docs) | Supplemental Declaration of Keyhan Mohanna in Support of (RE: related document(s)<u>105</u> Order to Show Cause). Filed by Debtor Keyhan Mohanna (Attachments: # <u>1</u> Exhibit) (Auerbach, Ruth) (Entered: 03/06/2017) |
| 03/08/2017 | <u>116</u><br>(1 pg) | Substitution of Attorney . Attorney Shining J. Hsu terminated. Cody J. Wisniewski added to the case. Filed by U.S. Trustees Office of the U.S. Trustee / SF, Office of the U.S. Trustee / SF (Wisniewski, Cody) (Entered: 03/08/2017) |
| 03/09/2017 | | Hearing Held (related document(s): <u>105</u> Order to Show Cause) Ruth Auerbach appeared for the Debtor. Barbara Mathews appeared for the UST. Jason Boss appeared for HSBC Bank. Donald Cram appeared for Capital One. The matter is taken under advisement. The court will issue an order. (bg ) (Entered: 03/09/2017) |
| 03/09/2017 | <u>117</u><br>(8 pgs; 3 docs) | Order of Dismissal (wbk) (Entered: 03/09/2017) |
| 03/09/2017 | <u>118</u><br>(1 pg) | PDF with attached Audio File. Court Date & Time [ 3/9/2017 10:39:39 AM ]. File Size [ 4816 KB ]. Run Time [ 00:20:04 ]. (admin). (Entered: 03/09/2017) |
| 03/11/2017 | <u>119</u><br>(3 pgs) | BNC Certificate of Mailing - Notice of Dismissal. (RE: related document(s) <u>117</u> Order to Dismiss Case). Notice Date 03/11/2017. (Admin.) (Entered: 03/11/2017) |
| 04/03/2017 | | Adversary Case Closed 3:16-ap-3086. (wbk) (Entered: 04/03/2017) |
| 04/05/2017 | | Adversary Case Closed 3:16-ap-3087. (dmf) (Entered: 04/05/2017) |
| 06/13/2017 | | Bankruptcy Case Closed. (dmf) (Entered: 06/13/2017) |

https://ecf.canb.uscourts.gov/cgi-bin/DktRpt.pl?331776795182697-L_1_0-1                9/28/2018

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/28/2018 15:33:11 | | | |
| **PACER Login:** | WE2106:3520118:0 | **Client Code:** | ww |
| **Description:** | Docket Report | **Search Criteria:** | 16-30388 Fil or Ent: filed From: 7/30/2001 To: 9/28/2018 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 14 | **Cost:** | 1.40 |