# EXHIBIT 8

EXHIBIT 8

Keyhan Mohanna
Litigation

| Case No. | Name | Party | Case Name | Date Filed |
|---|---|---|---|---|
| CCH-10-571282 | MOHANNA, KEYHAN | PLAINTIFF | KEYHAN MOHANNA V. R. PAUL MCCLOSKEY | 2010-09-17 |
| CCH-15-576789 | MOHANNA, KEYHAN | DEFENDANT | EMILY KING WONDOLLECK V. KEYHAN MOHANNA | 2015-03-26 |
| CCH-16-578386 | MOHANNA, KEYHAN | PLAINTIFF | KEYHAN MOHANNA VS. JOHN STUMPF | 2016-08-01 |
| CGC-04-435364 | MOHANNA, KEYHAN | DEFENDANT | JOHN M. GREENBERG VS. KEYHAN MOHANNA et al | 2004-10-12 |
| CGC-04-435435 | MOHANNA, KEYHAN | DEFENDANT | 190 FUNSTON ASSOCIATES, A CALIFORNIA GENERAL VS. KEYHAN MOHANNA et al | 2004-10-13 |
| CGC-04-436027 | MOHANNA, KEYHAN | DEFENDANT | 190 FUNSTON ASSOCIATES, A CALIFORNIA GENERAL et al VS. KEYHAN MOHANNA et al | 2004-11-03 |
| CGC-04-436059 | MOHANNA, KEYHAN | DEFENDANT | 190 FUNSTON ASSOCIATES, A CALIFORNIA GENERAL PARTN et al VS. KEYHAN MOHANNA et al | 2004-11-04 |
| CGC-14-539280 | MOHANNA, KEYHAN | DEFENDANT | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR VS. KEYHAN MOHANNA et al | 2014-05-13 |
| CGC-14-539280 | MOHANNA, KEYHAN | DEF./APPEL. | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR VS. KEYHAN MOHANNA et al | 2014-05-13 |
| CGC-14-542119 | MOHANNA, KEYHAN | PLAINTIFF | KEYHAN MOHANNA VS. COUNTRYWIDE BANK, A DIVISION OF TREASURY BANK,N.A. ET AL | 2014-10-09 |
| CGC-14-542773 | MOHANNA, KEYHAN | PLAINTIFF | KEYHAN MOHANNA VS. WASHINGTON MUTUAL BANK, F.A., AND "ALL PERSONS OR ET AL | 2014-11-18 |
| CGC-14-542860 | MOHANNA, KEYHAN | PLAINTIFF | KEYHAN MOHANNA VS. GREENPOINT MORTGAGE FUNDING, INC. ET AL | 2014-11-21 |
| CGC-14-543229 | MOHANNA, KEYHAN | PLAINTIFF | KEYHAN MOHANNA VS. WELLS FARGO BANK, N.A. | 2014-12-16 |
| CGC-15-544248 | MOHANNA, KEYHAN | PLAINTIFF | KEYHAN MOHANNA VS. SELECT PORTFOLIO SERVICING, INC. ET AL | 2015-02-19 |
| CGC-16-554814 | MOHANNA, KEYHAN | DEFENDANT | KELLY FOREMAN VS. KEYHAN MOHANNA ET AL | 2016-10-13 |
| CGC-17-557237 | MOHANNA, KEYHAN | PLAINTIFF | KEYHAN MOHANNA ET AL VS. SELECT PORTFOLIO SERVICING, A CORPORATION ET AL | 2017-02-22 |
| CGC-17-561718 | MOHANNA, KEYHAN | DEFENDANT | DEUTSCHE BANK NATIONAL TRUST COMPANY VS. KEYHAN MOHANNA ET AL | 2017-10-05 |
| CGC-17-562907 | MOHANNA, KEYHAN | PLAINTIFF | KEYHAN MOHANNA ET AL VS. WELLS FARGO BANK, N.A. ET AL | 2017-12-06 |
| CGC-18-564701 | MOHANNA, KEYHAN | DEFENDANT | WELLS FARGO BANK, N.A. VS. KEYHAN MOHANNA | 2018-03-01 |
| CGC-18-566133 | MOHANNA, KEYHAN | DEFENDANT | FIRST AMERICAN TITLE COMPANY VS. KEYHAN MOHANNA ET AL | 2018-04-27 |
| CGC-18-568287 | MOHANNA, KEYHAN | DEFENDANT | CAMILLE MIXTER et al VS. KEYHAN MOHANNA et al | 2018-07-23 |
| CGC-18-569395 | MOHANNA, KEYHAN | PLAINTIFF | KEYHAN MOHANNA VS. PAMELA JACKSON ET AL | 2018-09-04 |
| CGC-90-921788 | MOHANNA, KEYHAN | DEFENDANT | MITCHELL VS MILLER | 1990-07-17 |
| CPF-17-515921 | MOHANNA, KEYHAN | RESPONDENT | IN RE: DEUTSCHE BANK NATIONAL TRUST COMPANY | 2017-11-06 |
| CSM-02-797411 | MOHANNA, KEYHAN | PLAINTIFF | MOHANNA, KEYHAN VS SFAKIOTAKIS, KOSTAS | 2002-06-14 |
| CSM-08-824114 | MOHANNA, KEYHAN | PLAINTIFF | KEYHAN MOHANNA VS. JOANIE SLAVIK | 2008-01-25 |
| CSM-08-825072 | MOHANNA, KEYHAN | PLAINTIFF | KEYHAN MOHANNA VS. SARAH ANN WHITTAKER | 2008-04-21 |
| CSM-09-830043 | MOHANNA, KEYHAN | PLAINTIFF | KEYHAN MOHANNA VS. MEGAN DENKERS | 2009-06-24 |
| CSM-10-834385 | MOHANNA, KEYHAN | PLAINTIFF | KEYHAN MOHANNA VS. R. PAUL MCCLOSKEY | 2010-07-12 |
| CSM-11-837601 | MOHANNA, KEYHAN | PLAINTIFF | KEYHAN MOHANNA VS. OLGA RUSANOFF | 2011-05-26 |

| Case Number | Party | Role | Case Title | Date |
|---|---|---|---|---|
| CSM-12-840028 | MOHANNA, KEYHAN | PLAINTIFF | KEYHAN MOHANNA VS. OLGA RUSANOFF | 2012-02-28 |
| CSM-12-841587 | MOHANNA, KEYHAN | PLAINTIFF | KEYHAN MOHANNA VS. NICK DECAMPLI et al | 2012-08-10 |
| CSM-15-850101 | MOHANNA, KEYHAN | PLAINTIFF | KEYHAN MOHANNA VS. TYLER CHRISTOVALE | 2015-07-02 |
| CSM-15-850103 | MOHANNA, KEYHAN | PLAINTIFF | KEYHAN MOHANNA VS. LAUREN HOSTETIER | 2015-07-02 |
| CSM-18-857388 | MOHANNA, KEYHAN | DEFENDANT | SARAH FRANCKE ET AL VS. KEYHAN MOHANNA | 2018-02-06 |
| CSM-99-782188 | MOHANNA, KEYHAN | PLAINTIFF | MOHANNA, KEYHAN VS SIEGEL, MARJORY | 1999-10-28 |
| CUD-14-650685 | MOHANNA, KEYHAN | DEFENDANT | WELLS FARGO BANK, N.A VS. KEYHAN MOHANNA | 2014-11-26 |
| CUD-15-651862 | MOHANNA, KEYHAN | PLAINTIFF | KEYHAN MOHANNA VS. EMILY WONDOLLECK ET AL | 2015-03-19 |
| CUD-15-651981 | MOHANNA, KEYHAN | DEF./APPEL. | WELLS FARGO BANK N.A. VS. KEYHAN MOHANNA | 2015-04-01 |
| PES-02-283651 | MOHANNA, KEYHAN | CREDITOR | THE ESTATE OF FREIDA MARTHA BREITENMOSER | 2002-07-31 |
| CV16-01033 | MOHANNA, KEYHAN | PLAINTIFF | MOHANNA VS. BANK OF AMERICA ET AL (*Dismissed without prejudice sua sponte by court on 08.31.2017*) | 2016-03-01 |
| CV16-01035 | MOHANNA, KEYHAN | PLAINTIFF | MOHANNA VS. WELLS FARGO BANK ET AL (*Dismissed by Mohanna on 12.12.2016 while defendant's motion to dismiss case was pending*) | 2016-03-01 |
| CV16-01036 | MOHANNA, KEYHAN | PLAINTIFF | MOHANNA VS. WELLS FARGO BANK ET AL (*Dismissed by Mohanna on 12.12.2016 while defendant's motion to dismiss case was pending*) | 2016-03-01 |
| 16-03086 | MOHANNA, KEYHAN | PLAINTIFF | MOHANNA VS. OCWEN LOAN SERVICING ET AL (*Dismissed for lack of jurisdiction 03.15.2017*) | 2016-09-14 |
| 16-03087 | MOHANNA, KEYHAN | PLAINTIFF | MOHANNA VS. VENTURES TRUST ET AL (*Dismissed for lack of jurisdiction 03.15.2017*) | 2016-09-14 |
| CV18-02563 | MOHANNA, KEYHAN | PLAINTIFF | MOHANNA VS. CARRINGTON MORTGAGE CO. (*SAC filed; motion to dismiss pending*) | 2018-05-01 |
| CV18-15954 | MOHANNA, KEYHAN | PLAINTIFF | MOHANNA VS. CARRINGTON MORTGAGE CO. (*Pending*) | 2018-05-24 |