KEYHAN MOHANNA
1595 Clay St. #8
San Francisco, CA 94109
Telephone: 415-823-4882
Email:
vivienandkeyhanmohanna@gmail.com

In Pro Per

**FILED**

OCT - 3 2018

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA –SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Case No: 18-30983 |
| KEYHAN MOHANNA | DEBTOR'S OBJECTION AND OPPOSITION TO DUKE PARTNERS II. LLC., MOTION FOR RELIEF FROM AUTOMATIC STAY |
| DEBTOR, | [*Declaration of Keyhan Mohanna and Henry Hang Hui Filed Concurrently Herewith*] |
| | Hearing Date:      TBD |
| | Hearing Time:      TBD |
| | Courtroom:          17 |
| | Location:              450 Golden Gate Avenue, 16th Fl. San Francisco, CA 94102 |
| | Judge:                  Hon. Dennis Montali |

<u>TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:</u>

Debtor, KEYHAN MOHANNA (hereinafter collectively referred to as "Debtor") will

move this court to deny Duke Partner's II. LLC.'s Motion for Relief from Stay.

1    Dated: October 3, 2018                    Respectfully Submitted,

2

3                                              By:  _Keyhan Mohanna Syllssa_

4                                                   KEYHAN MOHANNA,
                                                    Debtor In Pro Per
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

## INTRODUCTION AND STATEMENT OF RELEVANT FACTS.

"Duke's" motion for relief and opposition to Debtor's request to continue the matter are saturated in mistruths.

I.

Instead of trying to coerce this court to grant them relief when they completely lack standing to even request it, what "Duke" should be focused on is pursuing their action against the rightful and current owner of 1405 Greenwich Street, Apt 4, which is NOT the Debtor, nor was it the Debtor PRIOR TO their FRAUDULENT SALE, for which they claim to have bought a $1M apt for **$30,000**.

II.

"Duke" instead scrutinizes Debtor's filings to portray him in a dishonest light, when their assertions couldn't be any more inaccurate. The bulk of its filings recount everything Debtor has said or done, deflecting its own role, and completely fails to establish itself as have any standing whatsoever, which it knows it cannot do.

III.

The fact remains that after "Duke" lost its Motion for Summary Judgement, and Judge Kahn of SF Superior court decided Debtor was not in possession of the property, Debtor booked a flight to his home country of Iran to deal with long-deferred medical and family matters, after "Duke" had already kept him tied up in a nonsensical, frivolous, malicious action for over one year. Debtor genuinely believed he was "free to go".

IV.

And after tending to his medical and family matters, he got stuck due to political issues.

V.

Debtor is in Iran. He had intentions of returning sooner, but couldn't. No matter how many times "Duke" rehashes the details surrounding his travel plans, the facts don't change: DEBTOR WENT TO IRAN FOR HEALTH REASONS AND IS STILL IN IRAN.

VI.

Debtor is now in the process of making arrangements to leave Iran through surrounding country(ies) due to the issues he faced when trying to return to the US directly.

VII.

Lack of funds also precluded Debtor; the airlines wanted $3600 to send him home via Frankfurt and this ticket change was simply unaffordable and prohibitive for Debtor.

VIII.

The bottom line is this: Duke Partners lacks standing. They are not on title to this property, and have absolutely no right to be here. Judge Haines suggested they dismiss their unlawful detainer, and proceed against the rightful owner (3H Renovation Services, LLC) in a civil title action, however, they refuse to heed this instruction.

IX.

This court lacks jurisdiction. Debtor deeded this property to a new ownership PRIOR to Duke and Wells Fargo's ILLEGAL and FAKE sale for which a $1M apt was "sold" **for $30k.** Prior to doing so, Debtor built a genuine reliance on the cancellation of debt agreement between himself and Wells Fargo, which was declared on his tax returns,

which the subsequent ownership reviewed ample evidence of prior to its agreement to take title. **Furthermore in Debtor's first bankruptcy Wachovia's claim was "Disallowed" and in his second bankruptcy, Wells Fargo failed to file a proof of claim altogether.** All of this was prior to "Duke" coming on the scene for a mere, fraudulent and alleged $30,000. Duke is NOT a bona fide purchaser, nor did it duly perfect title. There are IRS and FTB tax liens on the properties, all 6 units – as well as an existing Lis Pendens that was disregarded, not to mention title belonging to an entirely different party. "Duke" is attempting to take the easy way out, instead of fighting to prove it has any rightful ownership against the proper and real owner, because this is something it simply cannot do with any shred of truth.

X.     Debtor has no relationship to "Duke" nor does he have any beneficial interest in this property, and thus no possession to give. "Duke" keeps referring to Debtor's involvement in the "HOA" when clearly, Debtor surrendered that role by way of his deed in lieu of foreclosure recorded in May 2017 (before "Duke's" illegal, supposed "purchase"). Duke further acknowledged and admitted its awareness of Debtor's abandonment of the property when all of its paperwork initially was addressed to "ALBORZ FUND", the entity to which Debtor transferred the property. yet for some unknown reason, most likely due to malice, "Duke" still proceeded to wrongfully name Debtor in its unlawful detainer action.

XI.    Debtor's action against Carrington was prepared by a legal aide who used an old template from when Debtor still had an interest at 1405 Greenwich St, and due to an oversight was not omitted. **However, attached to his complaint were all the recorded documents showing DEBTOR WAS NO LONGER THE OWNER nor in possession. Judge Orrick is fully aware Debtor doesn't own the property yet was still damaged by Carrington, and that is at the heart of that action. Again, Duke is trying to trick these courts into facts that don't exist.**

XII.   This court really has no role in making any determinations with respect to "Duke" and the relief it wrongfully seeks.

XIII.  Debtor is actively in pursuit of an attorney. He still needs to file his schedules and other pertinent documents in this case. Nothing should happen in this case until at minimum, that phase is complete.

XIV.   "Duke" did not provide proper notice nor adhere to the rules for setting this Relief hearing. It should be continued until Debtor returns, finds an attorney, files his schedules and can appropriately defend himself.

XV.    3H is the rightful and proper owner of the property, and has a pending state court action to resolve this and prove the fraudulent transaction between "Duke" and Wells Fargo, a conspiracy for which it has direct evidence of.

XVI.   "Duke" has failed to respond to one single request for Discovery in this action and it did not show up to deposition that Debtor paid for and had appropriately noticed. Duke has not opposed Debtor's Petition for Writ, and it has failed in its entirety to comply with state court deadlines.

XVII.   "Duke" is and has been conspiring with Wells Fargo and other entities to take possession of the entire building. This court should take special care, because if it grants Duke relief, it will proceed to a judgement against Debtor as the wrongfully named party, and as it has now come forth and admitted its conspiracy and collusion on other units, "Duke" will be attempting to not only take possession of a property it has no rightful ownership of, but admits will also be giving possession of other units in the building to other entities with equally as little right to possession. The danger here is imminent and if this court grants "Duke" relief, it is making a broader decision on 5 other units, as "Duke" admits to conspiring on. So the picture is far, far bigger than just one of 6 units in an apartment building – it's the entire building that this court would be issuing a ruling on. **This court should take very special care in light of these facts.**

XVIII.  Debtor was already declared and deemed the "prevailing party" in a UD action Wells Fargo filed against Debtor on Apt 1, by Judge Quidachay in State Court after Wells Fargo wrongfully foreclosed in July 2014.

XIX.    Debtor does not have possession to give, nor does "Duke" have a right to take possession, nor does this court have jurisdiction to relieve "Duke" of anything whatsoever.

XX.     Most importantly, Debtor maintains his assertions, which are that this Bankruptcy was filed to resolve the aggressive pursuits of Franchise Tax Board and IRS. After over 6 months of negotiations and the lengthy process of an offer-in-compromise, Debtor could no longer withstand FTB's extreme actions, including placing Debtor on the "Top 500 list" thus having all of his licenses suspended (driving and real estate); and what really made it insufferable for Debtor was FTB's seizure of $324 of his already-nominal bank balance, rendering him virtually penniless.

XXI.    FTB suggested bankruptcy as the only immediate recourse to reinstate his driving privileges which Debtor was paralyzed without; this process was now underway. Otherwise, FTB projected it would be at least one more year before any of that could be resolved, given Debtor's insolvency and inability to pay anywhere near the amout owed.

*A.    Introduction*

In its Motion for Relief, Duke specifically asserts that it simply purchased the Subject Property that is worth over 1 million dollars for a mere $35,000.00 due to the fact that it was the only bidder. At a recent hearing in the unlawful detainer action against Debtor, counsel for Duke stated to the court that the "opening bid was $500.00," however, there is no evidence that any other bidders were present. Additionally, no notice of the foreclosure sale nor the opening bid

were provided to 3H, the proper and rightful owner of the property. Plaintiff's motion is rooted in lies and deceit, and contains mostly misrepresentations which are in dispute.

It is important to note, that on September 12, 2018, and unbeknownst to Debtor or 3H, Duke's counsel submitted another Proposed Order from a June 25, 2018 hearing which conveniently omits the substance of the court's ruling and the fact that the court adopted its tentative ruling. (A true and correct copy of the Order submitted by Wells Fargo on June 25, 2018 and the Order submitted by Duke on September 12, 2018, is attached and labeled as "**Exhibits 4-5**").

In its Motion for Relief Duke presented many statements which are simply false and an obvious attempt to mislead this court. Debtor hereby objects to the entirety of Duke's Motion for Relief on the grounds that it incorrectly states the facts and misrepresents a trial court order which has been objected to on these grounds.

B.    *Relevant Facts*

On April 19, 2017, Chih-Hong Hsu filed and recorded a mechanic's lien claim against the subject property for services that commenced on February 14, 2008.

On May 11, 2017, an Assignment/Transfer of Lien Claim was filed and recorded by Chih-Hong Hsu.

On July 31, 2017, the building was transferred to 3H Renovation Services, LLC.

The entire property, a 6 unit apartment building, was transferred to Alborz on May 23, 2017 by recorded Deed in Lieu of Foreclosure.

Subsequently, on July 31, 2017, the entire property was transferred by Grant Deed to 3H Renovation Services.

On February 28, 2018, the subject property was transferred from 3H Renovation Services by Grant Deed to 3H Renovation Services LLC.

After performing its own due diligence and in light of the evidence provided, 3H agreed to accept title to the Subject Property. **On May 23, 2017, Debtor transferred all six units of the**

**building to Alborz Corporation by a recorded deed in lieu of foreclosure.** A securitization audit reflects numerous inconsistencies with the recorded documents filed against the Subject Property. It is important to note that 3H acquired the Subject Property prior to the foreclosure upon the Subject Property, and Defendants Wells Fargo and Duke were provided with notice of such transaction.

In spite of all evidence to the contrary, Duke proceeded with the wrongful foreclosure. In an effort to cover its tracks, it has now commenced an unlawful detainer action against Debtor who no longer has possession of the Subject Property, and didn't BEFORE the illegal trustee's sale.

On June 26, 2017, Apt 4 was illegally foreclosed upon, though against prior owner Mohanna, when the bare minimal amount of due diligence would yield that the unit had already been transferred to 3H, after a legitimate reliance of the cancelled debt and a judge's ruling of the same.

On June 26, 2017, Wells Fargo conducted a foreclosure sale of Apt 4. Though the subject unit has a listing value of approximately $1,000,000.00, Duke, claims to have validly purchased it for only $35,500. Duke also claims that the opening bid at the foreclosure auction was a mere, laughable **$500.00**. The Subject Property was transferred from Debtor several months prior to the Trustee's Sale, as an attempt to satisfy a debt, and a Lis Pendens had been recorded. Wells Fargo did not have standing to foreclose on this once-securitized debt, which was ultimately cancelled and disallowed by Debtor's previous Bankruptcy judge's ruling indicating the reason being that Wells Fargo failed to file the required Proof of Claim. Counsel for NBS Default Services filed a statement in Debtor's bankruptcy indicating its intent to file a Proof of Claim, although one was never filed.

After Debtor's agreement with Wells Fargo following years of negotiations, and after his bankruptcy judge disallowed the debt for Wells Fargo's failure to claim it, Debtor declared the cancelled debts as income at his accountant's instructions. Debtor has paid taxes to the Internal Revenue Service and Franchise Tax Board on these cancelled debts and has continued to do so,

thus further evidencing Wells Fargo's lack of standing to foreclose upon the Subject Property, and

Duke's lack of BFP status. Additionally NBS recorded a Notice of Default **without** first filing the

required Substitution of Trustee. Thus Wells claim that it duly perfected title is false.

Further evidencing the Fraud, Duke commenced an unlawful detainer action against

Debtor, demanding a 5-day notice requirement although tenants Duke was in direct

communication with, were in possession of the premises at the time and the Subject Property had

been transferred. Duke and the existing tenants in the subject property were in constant contact,

thus Duke had ample opportunity to properly name them as occupants of the subject property, but

continues to spew lies that it believes Mohanna resides in the unit when they well know, he does

not.

In her complaint, counsel for Duke states that "Duke was not the foreclosing entity and has

no relationship to the foreclosing beneficiary other than being the high bidder at the foreclosure

sale." (Duke's Compl. #8, pg. 3) Duke's counsel goes on to state that she "is informed and

believes and thereon alleges that [Defendant] Keyhan Mohanna resides in the Premises"

(Plaintiff's Compl. #9, pg. 3) She also alleges that she "is informed and believes and thereon

alleges that at the time of the sale, Defendants (Mohanna) and each of them were in possession of

the Premises and they have remained in possession thereof after the sale. (Duke Compl. #10, pg.

3). On July 21, 2017, the tenant residing in the unit stated that she had received notice of an

eviction but did not indicate whether or not unlawful detainer proceedings had commenced or had

been filed, only that she had received an "unlawful detainer notice." In this email, the tenant

further states that she contacted Duke and they "believed the unit to be vacant, and "apparently

they [Duke] was under the impression the unit has always been vacant." These statements are

contrary to the verified statements made by Duke's counsel in the UD complaint.

Case: 18-30983   Doc# 30   Filed: 10/03/18   Entered: 10/03/18 14:12:36   Page 8 of 97

Debtor contends that proceeding against him in the unlawful detainer action without proper notice to vacate to the existing tenants is improper, that there is a conspiracy between Wells Fargo, NBS and Duke (Defendants), and that Duke has intentionally proceeded with the eviction with knowledge that the premises is being occupied by 3H, and NOT Debtor.

At a hearing on September 4, counsel for "Duke" lied again to the state court judge, asserting she believed Debtor resided in the unit and did not know he was in Iran, though that discussion is completely on the record and in all filings. Duke's lies continue to gather one, on top of the other.

And now, Duke's conspiracy – though known – is now evidenced by its admission that it intends to give possession to other entities falsely claiming a right to ownership. There is far more at stake here than the possession of one unit, Duke is conspiring to give possession of ALL UNITS in a 6 unit building to entities that have absolutely no proper ownership whatsoever. This court needs to take heed of the inherent danger of this admission. There is a rightful owner of 1405 Greenwich Street, all 6 units, and it is NOT DUKE PARTNERS, nor is it any of the fake entities that might be coming forward alongside Duke and its conspiracy to take possession of something it has no right to.

Duke Partners II, LLC. claims that it has standing as a good faith party to take possession of the Subject Property. However, no assignments whatsoever have been executed or recorded with the County Recorders office as of August 25, 2017. Additionally, Wells Fargo claims to have validly foreclosed upon the Subject Property when in fact it caused to be filed a Notice of Default, without ever executing and filing a Substitution of Trustee. Therefore, Duke's claim to title fails as evidenced by the recorded documents that this court can take judicial notice of.

II.    LEGAL AUTHORITIES

Case: 18-30983   Doc# 30   Filed: 10/03/18   Entered: 10/03/18 14:12:36   Page 9 of 97

The automatic stay prevents creditors from taking certain actions once a petition for relief under the Bankruptcy Code has been filed. Those actions include but are not limited to commencing or continuing any legal actions or proceedings against the debtor in another Court. It also includes attempting to collect on any judgment against the debtor that was entered in another Court before the Bankruptcy case was filed. THERE HAS BEEN NO JUDGEMENT IN THE STATE COURT ACTION DUKE HAS WRONGFULLY FILED AGAINST DEBTOR. Just a lost Motion for Summary Judgement.

11 U.S.C. §362a states in relevant part: "Except as provided in subsection (b) of this section, a petition filed under section 301, 302 or 303 of this title, or an application filed under section 5(a)(3) of the Securities Investor Protection Act of 1970, operates as a stay, applicable to all entities, of (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title or to recover a claim against the debtor that arose before the commencement of the case under this title…"

The party requesting relief from the automatic stay bears the burden of establishing a prima facie case that "cause" exists for relief from the automatic stay. If the moving party fails to meet its initial burden relief should be denied.

"The burden of proof on a motion to modify the automatic stay is a shifting one. To obtain relief from the automatic stay, the party seeking relief must first establish a prima facie case that "cause" exists for relief under § 362(d)(1). Once a prima facie case has been established, the burden shifts to the debtor to show that relief from stay is unwarranted. If the movant fails to meet its initial burden to demonstrate cause, relief from the automatic stay should be denied." In re Plemberex Specialty Products, Inc. 311 B.R. 551, 557 (Bkrt-cy. C.D. Cal., 2004)

The moving party must establish a factual and legal right to the relief that it is seeking. "A prima facie case requires the movant to establish "a factual and legal right to the relief that it seeks." In re Plemberex Specialty Products, Inc. at FN 11.

In some cases the moving party will have to show that the debtor's actions constitute a clear abuse of the bankruptcy process, in other words bad faith on the party of the debtor. "Good

faith is lacking only when the debtor's actions constitute a clear abuse of the bankruptcy process." In re Plemberex Specialty Products, Inc. at 559.

Here, Duke has not presented any legal authorities nor has it presented sufficient facts to constitute good cause for an order granting relief from stay. Moreover, it has failed to meet its burden of proof. Alternatively, Debtor has provided sufficient facts to show that he is no longer the owner of the Subject Property and that Duke is not a valid creditor.

III. **CONCLUSION**

Debtor respectfully requests that this Court deny the motion for relief from stay by purported creditor Duke Partners II. LLC.

Dated: October 3, 2018          Respectfully Submitted,

By:    _Keyhan Mohanna_

KEYHAN MOHANNA, by VM as PoA
Debtor In Pro Per

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am over the age of 18 and not a party to the within bankruptcy case; my business address is 1595 Clay Street #8, San Francisco, CA 94109.

See attached service list.

A true and correct copy of the foregoing document described as OPPOSITION TO MOTION FOR RELIEF FROM STAY, DECLARATIONS OF KEYHAN MOHANNA AND HENRY HANG HUI, EXHIBITS will be or was served (a) on the Judge in chambers in the form and manner required by LBR 5005-2(d), and (b) in the manner indicated below.

_____ Served by U.S. Mail or Overnight Mail (indicate method for each person or entity served) On May 13, 2016 I served the following person (s) and/or entity (ies) at the last known address (es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class postage prepaid, and/or with an overnight mail service addressed as follows. Listing the Judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Date: October 2, 2018

/s/ _____

## Service List

SERVED BY PERSONAL DELIVERY

1. Hon. Dennis Montali
   450 Golden Gate Ave., 16th Fl.
   San Francisco, CA 94102

TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

2. David Burchard TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com
3. Daniel K. Fujimoto wdk@wolffirm.com, faxes@wolffirm.com
4. Kelsey Luu ecfcanb@aldridgepite.com, kluu@ecf.inforuptcy.com
5. Office of the U.S. Trustee/SF USTPRegion17.SF.ECF@usdoj.gov
6. David M. Poitras dpoitras@wedgwood-inc.com, dmarcus@wedgwood-inc.com

Case: 18-30983   Doc# 30   Filed: 10/03/18   Entered: 10/03/18 14:12:36   Page 12 of 97

# EXHIBIT 1

# Transaction History Report

**1405 Greenwich St #4, San Francisco, CA 94109-0221**
APN: 0523-053

**Current Owner: 3h Renovation Services LLC**

Vesting:
2017 - Present

### LIENS

| Date | Type | Verified | Amount | Borrower(s) | Lender | Loan Type | Type / Term | Rate | Document # |
|------|------|----------|--------|-------------|--------|-----------|-------------|------|------------|
| 10/11/2017 | Trust Deed/Mortgage | | $28,400 | Duke Partners II LLC | Bank Of The West | | | | 2017.524316 |

### CONVEYANCES

| Date | Rec Date | Verified | Price | Type | Title Company | Buyer | Seller | Document # |
|------|----------|----------|-------|------|---------------|-------|--------|------------|
| 02/26/2018 | 02/28/2018 | | | | McDonut & Kosh Kesh Title & | 3h Renovation Services LLC | 3h Renovation Services | 2018.583275 |
| 07/21/2017 | 07/24/2017 | | $35,500 | | Accommodation | 3h Renovation Services | Alborz Fund | 2017.480051 |

## Prior Owner: Duke Partners II LLC

2017 - 2017

### CONVEYANCES

| Date | Rec Date | Verified | Price | Type | Title Company | Buyer | Seller | Document # |
|------|----------|----------|-------|------|---------------|-------|--------|------------|
| 06/26/2017 | 07/06/2017 | | $3,550,000 | Full Value | Accommodation | Duke Partners II LLC | Mohanna Keyhan | 2017.472860 |

## Prior Owner: Mohanna TR

2003 - 2017

### LIENS

| Date | Type | Verified | Amount | Borrower(s) | Lender | Loan Type | Type / Term | Rate | Document # |
|------|------|----------|--------|-------------|--------|-----------|-------------|------|------------|
| 06/02/2017 | Trust Deed/Mortgage | | $4,519,431 | Mohanna Keyhan / The Keyham Mohanna Revocable Trust | KM Hospitality & Transportatio | | | | 2017.459063 |
| 04/06/2016 | Lis Pendens | | | Wells Fargo BK NA / As | | | | | 2016.227020 |
| 11/25/2014 | Trust Deed/Mortgage | | $1,000,000 | Mohanna Keyhan Trust | KM Hospitality & Transportatio | Private Parly | | | 2014.980282 |
| 02/21/2007 | Trust Deed/Mortgage | | $618,750 | Mohanna Keyhan Trust | World Savings | Conventional | Var / | | 2007.339958 |
| ^ 12/08/2014 | Notice Of Default | | $234,877 | Mohanna Keyhan Trust | World Svgs BK FSB | | | | 2014.984686 |
| ^ 10/26/2015 | Notice Of Sale | | | Mohanna Keyhan Trust | World Svgs BK FSB | | | | 2015.149313 |
| ^ 05/24/2017 | Notice Of Sale | | | | | | | | 2017.455664 |
| 07/16/2004 | Trust Deed/Mortgage | | $500,000 | Mohanna TR | First Republic Bank | Conventional | Var / | | 2004.767433 |
| ^ 03/13/2007 | Release | | | | | | | | 2007.351207 |

### CONVEYANCES

| Date | Rec Date | Verified | Price | Type | Title Company | Buyer | Seller | Document # |
|------|----------|----------|-------|------|---------------|-------|--------|------------|


Case: 18-30983    Doc# 30    Filed: 10/03/18    Entered: 10/03/18 14:12:36    Page 14 of 97

| 08/20/2003 | 08/27/2003 | | Mohanna TR | Mohanna Keyhan | 2003.522651 |
| 04/25/2003 | 05/02/2003 | | Mohanna Keyhan | Mohanna TR | 2003.429165 |



© 2017 FIRST AMERICAN DATA TREE AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.

**KEYHAN MOHANNA**

---

**STATEMENT 1**
**FORM 1040, LINE 21**
**OTHER INCOME**

| | | |
|---|---|---:|
| CANCELLATION OF DEBT.............................................. | $ | 2,166,063. |
| CANCELLATION OF DEBT-PRINCIPAL RESIDENCE EXCLUSION................. | | -719,687. |
| | TOTAL $ | 1,446,376. |

---

**STATEMENT 2**
**SCHEDULE E, LINE 19 - 1405 GREENWICH STREET #1-5**
**OTHER RENTAL AND ROYALTY EXPENSES**

| | | |
|---|---|---:|
| AMORTIZATION................................................... | $ | 16,123. |
| HAULING....................................................... | | 1,923. |
| INTEREST REFUND TO TENANTS.................................... | | 44. |
| MISCELLANEOUS................................................. | | 283. |
| PAINTING AND DECORATING....................................... | | 3,948. |
| PLUMBING AND ELECTRICAL....................................... | | 4,549. |
| SCAVENGER..................................................... | | 3,492. |
| WATER......................................................... | | 6,242. |
| | TOTAL $ | 36,604. |

COPY

Form **1040**
Department of the Treasury — Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2016** OMB No. 1545-0074 | IRS Use Only — Do not write or staple in this space.

For the year Jan. 1 - Dec. 31, 2016, or other tax year beginning _____ , 2016, ending _____ , 20 _____ | See separate instructions.

Your first name and initial | Last name | Your social security number
KEYHAN MOHANNA | | *******8912

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
1405 GREENWICH ST #6

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
SAN FRANCISCO, CA 94109

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

| **Filing Status** | 1 | ☒ | Single |
|---|---|---|---|
| | 2 | ☐ | Married filing jointly (even if only one had income) |
| Check only one box. | 3 | ☐ | Married filing separately. Enter spouse's SSN above & full name here. ▶ |

4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶

5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a. . . . . . . .
b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| Boxes checked on 6a and 6b . . | 1 |
|---|---|
| No. of children on 6c who: | |
| • lived with you . . . . . | |
| • did not live with you due to divorce or separation (see instructions) | |
| Dependents on 6c not entered above | |

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see instructions and check here . . ▶ ☐

d Total number of exemptions claimed. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Add numbers on lines above ▶ | 1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2. . . . . . . . . . . . . . . . . . . . . . | 7 | |
| 8a Taxable interest. Attach Schedule B if required. . . . . . . . . . . . . . . . . . . . . . | 8a | 10. |
| b Tax-exempt interest. **Do not** include on line 8a . . . . . . . . . . | 8b | |
| 9a Ordinary dividends. Attach Schedule B if required. . . . . . . . . . . . . . . . . . . . | 9a | |
| b Qualified dividends. . . . . . . . . . . . . . . . | 9b | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . | 10 | |
| 11 Alimony received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ. . . . . . . . . . . . . . . . . | 12 | |
| 13 Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . . . . . ▶ ☐ | 13 | |
| 14 Other gains or (losses). Attach Form 4797. . . . . . . . . . . . . . . . . . . . . . . . | 14 | |
| 15a IRA distributions. . . . | 15a | | b Taxable amount. . . . . . . . . | 15b | |
| 16a Pensions and annuities. | 16a | | b Taxable amount. . . . . . . . . | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E. | 17 | 45,996. |
| 18 Farm income or (loss). Attach Schedule F. . . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20a Social security benefits. | 20a | 6,308. | b Taxable amount. . . . . . . . . | 20b | 5,362. |
| 21 Other income. List type and amount SEE STATEMENT 1 . . . . . . . . . . . . . ▶ | 21 | 1,306,000. |
| 22 Combine the amounts in the far right column for lines 7 through 21. This is your **total income**. . . . . . . . . . . ▶ | 22 | 1,357,368. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 Educator expenses. . . . . . . . . . . . . . . . . . . | 23 | | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ. . . . . . . . . . . | 24 | | |
| 25 Health savings account deduction. Attach Form 8889 . . . . . . | 25 | | |
| 26 Moving expenses. Attach Form 3903. . . . . . . . . . . . . . | 26 | | |
| 27 Deductible part of self-employment tax. Attach Schedule SE . . . . . . | 27 | | |
| 28 Self-employed SEP, SIMPLE, and qualified plans. . . . . . . . | 28 | | |
| 29 Self-employed health insurance deduction. . . . . . . | 29 | | |
| 30 Penalty on early withdrawal of savings. . . . . . . . . . . . | 30 | | |
| 31a Alimony paid b Recipient's SSN . . . ▶ | 31a | | |
| 32 IRA deduction. . . . . . . . . . . . . . . . . . . . . . . . | 32 | | |
| 33 Student loan interest deduction. . . . . . . . . . . . . . . | 33 | | |
| 34 Tuition and fees. Attach Form 8917. . . . . . . . . . . . . | 34 | | |
| 35 Domestic production activities deduction. Attach Form 8903. . . | 35 | | |
| 36 Add lines 23 through 35. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | 0. |
| 37 Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . . . . . ▶ | 37 | 1,357,368. |

BAA **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** FDIA0112L 12/05/16 Form **1040** (2016)

**STATEMENT 1**
**FORM 1040, LINE 21**
**OTHER INCOME**

| | | |
|---|---|---|
| CANCELLATION OF DEBT.................................................. | $ | 1,369,000. |
| CANCELLATION OF DEBT-PRINCIPAL RESIDENCE EXCLUSION.................... | | -63,000. |
| TOTAL | $ | 1,306,000. |

**STATEMENT 2**
**SCHEDULE E, LINE 19 - 1405 GREENWICH STREET #1-5**
**OTHER RENTAL AND ROYALTY EXPENSES**

| | | |
|---|---|---|
| AMORTIZATION................................................... | $ | 1,172. |
| APPRAISAL FEES................................................. | | 2,700. |
| HAULING....................................................... | | 567. |
| PAINTING AND DECORATING........................................ | | 1,221. |
| PLUMBING AND ELECTRICAL........................................ | | 351. |
| SCAVENGER..................................................... | | 808. |
| WATER......................................................... | | 1,569. |
| TOTAL | $ | 8,388. |

## RONALD J. LAU
### Certified Public Accountant
4306 Geary Boulevard, Suite 301
San Francisco, California 94118
Tel (415) 742-4177 Fax (415) 742-4781

*BY FIRST CLASS MAIL & ELECTRONIC MAIL*

*apt. 5*

*first loan*

March 22, 2016

Keyhan Mohanna
1405 Greenwich Street, #6
San Francisco, CA 94109

    Re:    Cancellation of Debt reported on your 2014 Individual Return

Dear Keyhan:

On your 2014 individual income tax return, you included cancelled debt to your income. You provided our office with the following cancelled debts as it relates to the building you own located on 1405 Greenwich Street, San Francisco, California, 94109:

| Description | Amount |
|---|---|
| CANCELLATION OF DEBT - APT. 5 | $746,376.00 |

As a consequence of your inclusion of the above referenced debt, this debt was taxable to you in 2014. I have included a copy of your 2014 Form 1040 and accompanying federal statement for your reference. Please note Line 21 which shows the inclusion of income, as well as Line 63 which shows your federal tax due for 2014.

Should you have any questions, please feel free to contact our office.

Thank you,

Ronald J. Lau

Encl.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE, #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
MELISSA A. VERMILLION, ESQUIRE, #241354
JOSEPH GARIBYAN, ESQUIRE, #271833
BONNI S. MANTOVANI, ESQUIRE, # 106353
LALEH ENSAFI, ESQUIRE, #268917
JEANNETTE R. MARSALA, ESQUIRE #253125
NINA Z. JAVAN, ESQUIRE #271392
P.O. Box 4365
Woodland Hills, CA 91365-4365
Attorney for Secured Creditor
C.094-15754

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bk. No. 10-30701 |
| | ) |
| KEYHAN MOHANNA DBA KM | ) WITHDRAWAL OF |
| PROPERTIES, | ) PROOF OF CLAIM |
| | ) (CLAIM NO. 19) |
| Debtor. | ) |
| | ) |
| | ) |

Bank of America, N.A., successor to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP, Secured Creditor and holder of a lien on the property described as 1405 Greenwich Street, Unit 5, San Francisco, California 94109 withdraws its Proof of Claim No. 19, filed on January 5, 2011, as the subject debt has been forgiven pursuant to the National Mortgage Settlement Extinguishment Program.

Dated: 6/12/13                    By:/s/ Laleh Ensafi
                                   Attorney for Secured Creditor

1

<u>PROOF OF SERVICE</u>

I,      Stephanie Arevalo    , certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On    6/13/2013   , I served the within WITHDRAWAL OF PROOF OF CLAIM on all interested parties in this proceeding by placing a true and copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Keyhan Mohanna
1405 Greenwich St., Apt 6
San Francisco, CA 94109
Debtor in Pro Se

Andrea A. Wirum
P.O. Box 1108
Lafayette, CA 94549
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on      6/13/2013      at Woodland Hills, California.

/S/Stephanie Arevalo

2

Recording Requested By And
When Recorded Mail To:
ReconTrust Company, N.A.
2575 W. Chandler Blvd.
Mail Stop: AZ1-804-02-11
Chandler, AZ 85224
(800) 540-2684



San Francisco Assessor-Recorder
D. Hoa Nguyen, Acting Assessor-Recorder
**DOC- 2013-J594108-00**
Check Number   1825-1093
Monday, JAN 28, 2013 11:22:19
Ttl Pd   $34.00    Rcpt # 0004609286
**REEL K821   IMAGE 0462**
akc/KC/2-1

Above Space for Recorder's Use
UID: a3e5c7fd-8801-4810-badb-b4c7b9631667
DOCID_0001082834212005N

### SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE

WHEREAS,   KEYHAN MOHANNA, TRUSTEE
is the Trustor, CTC REAL ESTATE SERVICES is the current trustee and Mortgage Electronic Registration Systems, Inc. is the current beneficiary ("Beneficiary") under that certain Deed of Trust dated 06/24/2005 and recorded on 07/01/2005, as Instrument or Document No.2005-H982566-00, in Book 1923, Page 0084, of Official Records of the County of SAN FRANCISCO, State of California.

WHEREAS, the undersigned Beneficiary hereby substitutes a new trustee, ReconTrust Company, N.A. ("Trustee"), under the Deed of Trust, and Trustee does hereby reconvey, without warranty, to the person or persons legally entitled thereto, the estate now held by Trustee under the Deed of Trust.

Dated: 12/05/12

Trustee:
ReconTrust Company, N.A.

Beneficiary:
Mortgage Electronic Registration Systems, Inc.

Trisha Baca, Assistant Vice President

Jennifer Baker, Assistant Vice President

State of ARIZONA, County of MARICOPA
On __12 - 5 - 12__, before me, Wade Dado, Notary Public, personally appeared Trisha Baca, Assistant Vice President of ReconTrust Company, N.A., and Jennifer Baker, Assistant Vice President of Mortgage Electronic Registration Systems, Inc. whose identities were proven to me on the basis of satisfactory evidence to be the persons they claim to be and whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signatures on the instrument the persons, or entity upon behalf of which the persons acted, executed the instrument.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year last written.



WADE DADO
NOTARY PUBLIC - ARIZONA
Maricopa County
My Commission Expires
March 6, 2015

Wade Dado
Notary Public for said State and County

KEYHAN MOHANNA, TRUSTEE
1405 GREENWICH ST APT 6
SAN FRANCISCO, CA 94109

610   108283421   REL 001   001

**Bank of America** 
Home Equity

*Payoff Department, Mail Stop CA6-919-01-41*
*P. O. Box 10287*
*Van Nuys, CA  91410-0287*

**Notice Date:**   November 28, 2012

**Home Equity Loan No.:** 108283421

AT1        8-772-30717-0002326-001-1-000-000-000-000
KEYHAN MOHANNA
1405 GREENWICH ST APT 5
SAN FRANCISCO, CA 94109

**Property Address:**
1405 Greenwich Street Unit 5
San Francisco, CA  94109

### IMPORTANT MESSAGE ABOUT YOUR LOAN

At your request, your home equity loan with Bank of America, N.A. has been paid in full and closed effective November 28, 2012.

Because you paid your loan in full and requested that the lien recorded against your property be satisfied, your account has been terminated. This means that you are no longer entitled to request loan advances and we will not honor Equity Credit Line Checks or loan advances you may request if we issued you one or more home equity line of credit Visa® access cards. Please note that any future loan advance requests by you will be improper, and you may be responsible for any losses suffered by Bank of America, N.A. or owed to Bank of America, N.A. resulting from any such loan advance request by you.

### WHAT YOU SHOULD DO

We strongly recommend that you destroy all remaining Equity Credit Line Checks and, as applicable, home equity line of credit Visa® access cards, to avoid any improper usage or confusion concerning the closing of your loan.

### THANK YOU FOR YOUR BUSINESS

It has been a pleasure having you as a customer. If you need any additional information, please do not hesitate to contact one of our Customer Service Representatives at 1-800-669-5864.

In the future, if you decide to refinance, purchase a new home or open another home equity loan, Bank of America, N.A. is ready to serve your needs. Just call us at 1-800-669-5864, or complete your application online at www.bankofamerica.com.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector.

**EXHIBIT 2**

HP Officejet Pro 8620 Series

**Last Transaction**

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| | | | | Digital Fax | | |
| Jul 12 | 10:34PM | Fax Sent | 14242180880 | 1:36 N/A | 4 | OK |

TO: Olivia

re: Void Trustee's Deed upon
Sale

CC: Wells Fargo CEO + etc. etc.
CFPB

# Keyhan & Papillon,
## An International Business Consulting Enterprise

## FAX TRANSMITTAL SHEET

**Date:** _July 12, 2017_

**From:** __Keyhan Mohanna__

**To:** _Olivia_

**Company:** _____

**Fax Number:** _424-218-0880_

**Number of Pages Transmitted, including cover:** _4_

**Comments:**
_____
_____

_____
_____

1

190 Funston Ave, The Plaza Level, San Francisco, CA 94121    Tel: (415) 420-1237   Fax: (415) 474-2900

# Keyhan & Papillon,
# An International Business Consulting Enterprise

Olivia Reyes                                              July 12, 2017
Duke Partners II, LLC
2015 Manhattan Beach Blvd, #100
Rodando Beach, CA 90278

Re: 1405 Greenwich Street, apt. 4, San Francisco      Block: 523      Lot: 53

Dear Olivia,

Good talking to you. Our attorney is on vacation but I got her OK to write a short note to you.

The entire building (all 6 units) were transferred on May 23, 2017 (see attached). The liens of all cancelled debts (due to failure of creditors to file a valid proof of claim in my bankruptcy) were eliminated at that time. The Trustee's Deed Upon Sale you guys recorded is of no force or value.

We will contact Fidelity as well as the S.F. Recorder's Office to nullify/remove it and put safeguards in place, so it won't happen again.

As far as other claims that we have against our financial institutions, they are a matter of public records and you can check on those.

The frequency of harassment by our financial institutions forced us to install video surveillance system and we are reporting every incident of harassment to local police as well as the FBI.

Please do NOT send anyone to the property ever again. We'll be forced to expose "DUKE" and get a restraining order against him.

Sincerely,

*Keyhan Mohanna*

Keyhan Mohanna
CC:    Nedda Haeri, ESQ.
       Larry Fasano, ESQ.

1

Case: 18-30983    Doc# 30    Filed: 10/03/18    Entered: 10/03/18 14:12:36    Page 27 of 97

**ACCOMODATION ONLY**

Recording requested by (name):
McDonut & Kos Kesh Title and Escrow Services

When recorded, mail to
and mail tax statements to:
Alborz Fund Management

1555 Park Avenue, Unit-D

Emeryville, CA 94608

Block: 523 Lots: 50,51,52,53,54 and 55

San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC- 2017-K455207-00
Tuesday, MAY 23, 2017 13:26:32
Ttl Pd    $57.00    Rcpt # 0005608048
ofa/FT/1-14

Recorder's Use Only

1405 Greenwich St. # Deed in Lieu of Foreclosure

The undersigned declares that the DOCUMETARY TRANSFER TAX is

$__00_____and is

__computed on the full value of the interest or property conveyed: OR IS

_X_computed on the full value less value of liens or encumbrances remaining

thereon at the time of transfer.

_____
Signature of Declarant

FOR VALUABLE CONSIDERATION,   receipt of which is hereby acknowledged,

1405 Greenwich Street, HOA, A Trust,        Grantor,

grants to 1275 SHERKAT-EH-SHARGH-VA-GHARB, a general partnership on behalf of Alborz Fund
Management III, a private holding entity,   Grantee, the real property located in the city of__San
Francisco_____, County of San Francisco, State of   California, described as follows:

See attached Exhibit A, incorporated by reference to this document.

1405 Greenwich St. HOA

San Francisco Police Department

REPORTEE FOLLOW-UP

Case Number: 170566930

Case numbers are assigned to an investigator based on facts obtained during the initial investigation.

☐ Company A    (Central)      315-2400
☐ Company B    (Southern)     575-6000
☐ Company C    (Bayview)      671-2300
☐ Company D    (Mission)      558-5400
☑ Company E    (Northern)     614-3400
☐ Company F    (Park)         242-3000
☐ Company G    (Richmond)     666-8000
☐ Company H    (Ingleside)    404-4000
☐ Company I    (Taraval)      759-3100
☐ Company J    (Tenderloin)   345-7300

Please contact the investigation unit checked above to provide additional information not available during initial police report.

Information such as:

- Serial numbers of lost or stolen items
- Video evidence of the incident
- Name(s) of possible witness(es) or suspect(s)

Reyes #195
Officer's Name and Star No.    SFPD105 (rev.03/15)

# EXHIBIT 3

1  Nedda Haeri, Esq.
   (S.B.N. 270270)
2  **ADVENT LAW GROUP**
   8484 Wilshire Blvd. Suite 515
3  Beverly Hills, CA 90211
   Tel: 323-762-8998
4  Fax: 323-908-4026
   neddahaeri@icloud.com
5
   Attorney for Defendant,
6  KEYHAN MOHANNA, INDIVIDUALLY
   AND AS TRUSTEE OF THE KEYHAN
7  MOHANNA REVOCABLE TRUST

F I L E D
San Francisco County Superior Court

MAY 1 6 2018

CLERK OF THE COURT
BY: _____
                    Deputy Clerk

8              SUPERIOR COURT OF CALIFORNIA
9                COUNTY OF SAN FRANCISCO

10

11  DUKE PARTNERS II, LLC          Case No: CUD-17-659243

12          PLAINTIFF,             [PROPOSED] ORDER PLAINTIFF'S
                                   MOTION FOR SUMMARY JUDGMENT OR
13      vs.                        IN THE ALTERNATIVE SUMMARY
                                   ADJUDICATION
14  KEYHAN MOHANNA, INDIVIDUALLY
    AND AS TRUSTEE OF THE KEYHAN
15  MOHANNA REVOCABLE TRUST        Date: May 16, 2018
    DATED JULY 8, 2003            Time: 9:30 am
16                                 Dept: 302

17          DEFENDANT.

18

19

20

21

22

23

24  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

25

26      On May 16, 2018, this matter came for hearing in Department 302 of the above-entitled

27  court located at 400 McAllister Street, San Francisco, California, 94102.

28

_____
[PROPOSED] ORDER RE MOTION FOR SUMMARY JUDGMENT          Page 1 of 3

Case: 18-30983    Doc# 30    Filed: 10/03/18    Entered: 10/03/18 14:12:36    Page 31 of 97

1    Plaintiff Duke Partners II, LLC's motion for summary judgment or, in the alternative,

2    summary adjudication is denied in its entirety. There is a triable dispute whether defendant

3    Keyhan Mohanna is currently in possession of the real property that is the subject of this eviction

4    action. Because the essence of an unlawful detainer action is the recovery of physical possession

5    of real property, Duke Partners' argument that it can proceed on a "constructive possession" theory

6    lacks merit.

7

8    IT IS SO ORDERED.

9

10

11   Dated: May16, 2018                         _____
                                                 Superior Court Judge
12                                               HAROLD KAHN

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[PROPOSED] ORDER RE MOTION FOR SUMMARY JUDGMENT                Page 2 of 3

# EXHIBIT 4



**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SAN FRANCISCO**

# Document Scanning Lead Sheet

Jun-25-2018 11:36 am

---

Case Number: CGC-17-562907

Filing Date: Jun-25-2018 11:32

Filed by:  JUANITA MURPHY

Image: 06389968

ORDER

---

KEYHAN MOHANNA ET AL VS. WELLS FARGO BANK, N.A. ET AL

001C06389968

**Instructions:**
Please place this sheet on top of the document to be scanned.

1 │ MARY KATE SULLIVAN (State Bar No. 180203)
    │ mks@severson.com
2 │ MEGAN C. KELLY (State Bar No. 251293)
    │ mck@severson.com
3 │ MEGAN F. CLARK (State Bar No. 301476)
    │ mfc@severson.com
4 │ SEVERSON & WERSON
    │ A Professional Corporation
5 │ One Embarcadero Center, Suite 2600
    │ San Francisco, California 94111
6 │ Telephone: (415) 398-3344
    │ Facsimile: (415) 956-0439
7 │
    │ Attorneys for Defendant
8 │ WELLS FARGO BANK, N.A.

F I L E D
Superior Court of California
County of San Francisco

JUN 2 5 2018

CLERK OF THE COURT
BY: _____
                    Deputy Clerk

9 │ SUPERIOR COURT OF CALIFORNIA

10 │ COUNTY OF SAN FRANCISCO

11 │

12 │ KEYHAN MOHANNA, an individual, and
    │ TRUSTEE OF THE KEYHAN MOHANNA
13 │ REVOCABLE TRUST DATED JULY 8,
    │ 2003; DOES 1-100, Inclusive
14 │
    │            Plaintiffs,
15 │
    │     vs.
16 │
    │ WELLS FARGO BANK, N.A. a Corporation,
17 │ NBS DEFAULT SERVICES, DUKE
    │ PARTNERS II LLC; and DOES 1-100
18 │
    │            Defendants.
19 │

Case No. CGC-17-562907

[PROPOSED] ORDER SUSTAINING
DEFENDANT WELLS FARGO, N.A.'S
DEMURRER TO PLAINTIFF'S
COMPLAINT WITH LEAVE TO AMEND

Action Filed: December 6, 2017

20 │
21 │
22 │
23 │
24 │
25 │
26 │
27 │
28 │

55000.2225/11146297.3

[PROPOSED] ORDER SUSTAINING DEMURRER TO PLAINTIFF'S COMPLAINT WITH LEAVE TO AMEND

1    Defendant Wells Fargo Bank, N.A.'s ("Defendant") demurrer to Plaintiff Keyhan

2 Mohanna's ("Plaintiff") Complaint came on for hearing in Department 501 of the above-

3 referenced Court on June 25, 2018.

4    Having read and considered Defendant's demurrer to the Complaint, the memoranda filed

5 by the parties, and having heard oral argument of counsel,

6    IT IS HEREBY ORDERED THAT, Defendant's demurrer to the Complaint, and each

7 cause of action therein, IS SUSTAINED WITH LEAVE TO AMEND. The complaint is uncertain.

8 (Code Civ. Proc. 430.10, subd. (f).) Plaintiff must state in clear and unambiguous terms (1)

9 whether Wells Fargo Bank was a proper servicer of the subject loans, (2) Plaintiff's standing

10 regarding Unit 4 in light of the transfer of interest prior to the Trustee's sale, and (3) which causes

11 of action are alleged against Wells Fargo Bank. *Plaintiff must file*

12    IT IS SO ORDERED. *an amended complaint by August 10, 2018.*

13

14 DATED: ___June 25___, 2018

15

16                                    _____

17                                    Judge of the Superior Court

18                                    GARRETT L. WONG

19

20

21

22

23

24

25

26

27

28

55000.2225/11146297.3

[PROPOSED] ORDER SUSTAINING DEMURRER TO PLAINTIFF'S COMPLAINT WITH LEAVE TO AMEND

# EXHIBIT 3



**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SAN FRANCISCO**

## Document Scanning Lead Sheet

Sep-12-2018 3:04 pm

Case Number: CGC-17-562907

Filing Date: Sep-12-2018 3:03

Filed by: JUANITA MURPHY

Image: 06493130

ORDER

KEYHAN MOHANNA ET AL VS. WELLS FARGO BANK, N.A. ET AL

001C06493130

**Instructions:**
Please place this sheet on top of the document to be scanned.

Case: 18-30983   Doc# 30   Filed: 10/03/18   Entered: 10/03/18 14:12:36   Page 39 of 97

1
2  WEDGEWOOD
   Office of the General Counsel
3    Alan M. Dettelbach (SBN 137540)
     adettelbach@wedgewood-inc.com
     Seth P. Cox (SBN: 277239)
4    scox@wedgewood-inc.com
     Elaine Yang (SBN 285318)
5    eyang@wedgewood-inc.com
   2015 Manhattan Beach Blvd., #100
6  Redondo Beach, CA 90278
   Telephone:   (310) 640-3070
7  Facsimile:    (310) 640-3090

8  *Attorneys for Defendant*
   *Duke Partners II, LLC*

9

**F I L E D**
Superior Court of California
County of San Francisco

SEP 12 2018

CLERK OF THE COURT
BY: _____
Deputy Clerk

10              SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                    FOR THE COUNTY OF SAN FRANCISCO

12  | KEYHAN MOHANNA, INDIVIDUALLY | Case No.:  CGC-17-562907 |
13  | AND AS TRUSTEE OF THE KEYHAN | |
    | MOHANNA REVOCABLE TRUST DATED | [PROPOSED] ORDER ON DUKE |
14  | JULY 8, 2003, DOES 1-100 Inclusive | PARTNERS II, LLC'S DEMURRER TO |
    |                              | COMPLAINT |
15  |                    Plaintiffs, | |
16  |              vs.             | Hearing Date:   June 25, 2018 |
    |                              | Time:           9:30 a.m. |
17  | WELLS FARGO BANK, N.A.; DUKE | Department:      501 |
    | PARTNERS II, LLC; NBS DEFAULT | |
18  | SERVICES, and DOES 1-50, Inclusive | Complaint Filed:   December 6, 2017 |
    |                              | Trial Date:        None set |
19  |                    Defendants | |

20

21

22

23

24

25

26

27

28

_____
[PROPOSED] ORDER ON DUKE PARTNERS II, LLC'S DEMURRER TO COMPLAINT

SEP 11 2018

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

On June 25, 2018 at 9:30 a.m., in Department 501 of the above-entitled Court, Duke Partners II, LLC's ("Defendant") Demurrer to Plaintiff's Complaint came on for hearing before the Court, the Honorable Garrett L. Wong presiding. Elaine Yang appeared for Defendant, and Nedda Haeri appeared for Plaintiff Keyhan Mohanna, an individual and Trustee of the Keyhan Mohanna Revocable Trust Dated July 8, 2003 ("Plaintiff").

Having reviewed the case file in the above-captioned matter, and based on all moving, opposition, and reply papers and the oral argument of counsel, the Court hereby orders as follows:

SUSTAINED with leave to amend. The complaint is uncertain. (Code Civ. Proc. § 430.10, subd. (f).) Plaintiff must state in clear and unambiguous terms which causes of action are alleged against Duke Partners, LLC. Amended complaint to be filed by August 10, 2018.

**IT IS SO ORDERED.**

Dated: _September 12, 2018_

_____
Hon.
Judge of the Superior Court

1

[PROPOSED] ORDER ON DUKE PARTNERS II, LLC'S DEMURRER TO COMPLAINT

**STATEMENT 1**
**FORM 1040, LINE 21**
**OTHER INCOME**

| | | |
|---|---|---:|
| CANCELLATION OF DEBT | $ | 1,369,000. |
| CANCELLATION OF DEBT-PRINCIPAL RESIDENCE EXCLUSION | | -63,000. |
| | TOTAL $ | 1,306,000. |

**STATEMENT 2**
**SCHEDULE E, LINE 19 - 1405 GREENWICH STREET #1-5**
**OTHER RENTAL AND ROYALTY EXPENSES**

| | | |
|---|---|---:|
| AMORTIZATION | $ | 1,172. |
| APPRAISAL FEES | | 2,700. |
| HAULING | | 567. |
| PAINTING AND DECORATING | | 1,221. |
| PLUMBING AND ELECTRICAL | | 351. |
| SCAVENGER | | 808. |
| WATER | | 1,569. |
| | TOTAL $ | 8,388. |

Form **1040**   Department of the Treasury — Internal Revenue Service   (99)
**U.S. Individual Income Tax Return**   **2016**   OMB No. 1545-0074   IRS Use Only — Do not write or staple in this space.

| For the year Jan. 1 - Dec. 31, 2016, or other tax year beginning | , 2016, ending | , 20 | See separate instructions. |
|---|---|---|---|

Your first name and initial    Last name

KEYHAN MOHANNA

Your social security number

\*\*\*\*\*\*\*8912

If a joint return, spouse's first name and initial    Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.

1405 GREENWICH ST #6

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

SAN FRANCISCO, CA 94109

Foreign country name    Foreign province/state/county    Foreign postal code

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a.
b ☐ Spouse

| c Dependents: | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| (1) First name    Last name | | | |

If more than four dependents, see instructions and check here .. ▶ ☐

Boxes checked on 6a and 6b .......... **1**
No. of children on 6c who:
• lived with you ......
• did not live with you due to divorce or separation (see instructions) ......
Dependents on 6c not entered above ......
Add numbers on lines above ▶ **1**

d Total number of exemptions claimed .......................... **1**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ........................ | 7 | |
| 8a | Taxable interest. Attach Schedule B if required ........................ | 8a | 10. |
| b | Tax-exempt interest. **Do not** include on line 8a ............ 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required ...................... | 9a | |
| b | Qualified dividends ......................... 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes ............... | 10 | |
| 11 | Alimony received ....................................... | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ ..................... | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ....... ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 ........................... | 14 | |
| 15a | IRA distributions . 15a | b Taxable amount ........... | 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount ........... | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E. | 17 | 45,996. |
| 18 | Farm income or (loss). Attach Schedule F ........................... | 18 | |
| 19 | Unemployment compensation ................................ | 19 | |
| 20a | Social security benefits . 20a | 6,308. | b Taxable amount ........... | 20b | 5,362. |
| 21 | Other income. List type and amount SEE STATEMENT 1 | 21 | 1,306,000. |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ...... ▶ | 22 | 1,357,368. |

**Adjusted Gross Income**

| 23 | Educator expenses ......................... 23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ ............ 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 ....... 25 | | |
| 26 | Moving expenses. Attach Form 3903 .............. 26 | | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . 27 | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans ....... 28 | | |
| 29 | Self-employed health insurance deduction ........... 29 | | |
| 30 | Penalty on early withdrawal of savings ............ 30 | | |
| 31a | Alimony paid b Recipient's SSN .... ▶ 31a | | |
| 32 | IRA deduction ......................... 32 | | |
| 33 | Student loan interest deduction ............... 33 | | |
| 34 | Tuition and fees. Attach Form 8917 .............. 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 ... 35 | | |
| 36 | Add lines 23 through 35 ................................. | 36 | 0. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** .............. | 37 | 1,357,368. |

BAA **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**    FDIA0112L   12/05/16    Form **1040** (2016)

**STATEMENT 1**
**FORM 1040, LINE 21**
**OTHER INCOME**

| | | |
|---|---|---:|
| CANCELLATION OF DEBT | $ | 2,166,063. |
| CANCELLATION OF DEBT-PRINCIPAL RESIDENCE EXCLUSION | | -719,687. |
| | TOTAL $ | 1,446,376. |

**STATEMENT 2**
**SCHEDULE E, LINE 19 - 1405 GREENWICH STREET #1-5**
**OTHER RENTAL AND ROYALTY EXPENSES**

| | | |
|---|---|---:|
| AMORTIZATION | $ | 16,123. |
| HAULING | | 1,923. |
| INTEREST REFUND TO TENANTS | | 44. |
| MISCELLANEOUS | | 283. |
| PAINTING AND DECORATING | | 3,948. |
| PLUMBING AND ELECTRICAL | | 4,549. |
| SCAVENGER | | 3,492. |
| WATER | | 6,242. |
| | TOTAL $ | 36,604. |

COPY

Form **1040**

Department of the Treasury — Internal Revenue Service    (99)

**U.S. Individual Income Tax Return** **2014**    OMB No. 1545-0074    IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2014, or other tax year beginning , 2014, ending , 20

See separate instructions.

Your first name and initial | Last name

KEYHAN MOHANNA

Your social security number

~~Current~~-8912

If a joint return, spouse's first name and initial | Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. | Apartment no.

1405 GREENWICH ST #6

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

SAN FRANCISCO, CA 94109

Foreign country name | Foreign province/state/county | Foreign postal code

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign**

Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

**Filing Status**

Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a. . . . . .

b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax cr (see instrs) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see instructions and check here . . ☐

d Total number of exemptions claimed. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b . . . **1**
No. of children on 6c who:
• lived with you . . . . .
• did not live with you due to divorce or separation (see instrs). . . .
Dependents on 6c not entered above . .
Add numbers on lines above . ▶ **1**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . | 7 |
8a Taxable interest. Attach Schedule B if required . . . . . . . . . . . . . . . . . | 8a |
b Tax-exempt interest. **Do not** include on line 8a. . . | 8b | |
9a Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . . . . . . | 9a |
b Qualified dividends . . . . . . . . . . . . . . . . . . | 9b | |
10 Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . | 10 |
11 Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |
12 Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . . . | 12 |
13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here. . . . . . . . ▶ ☐ | 13 |
14 Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . . | 14 |
15a IRA distributions . . . . . . . | 15a | b Taxable amount . . . . . . . . | 15b |
16a Pensions and annuities . . . | 16a | b Taxable amount . . . . . . . . | 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 104,555. |
18 Farm income or (loss). Attach Schedule F. . . . . . . . . . . . . . . . . . . . | 18 |
19 Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 |
20a Social security benefits . . . | 20a | b Taxable amount . . . . . . . . | 20b |
21 Other income SEE STATEMENT 1 . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | 1,446,376. |
22 Combine the amounts in the far right column for lines 7 through 21. This is your total income. . . . . ▶ | 22 | 1,550,931. |

**Adjusted Gross Income**

23 Educator expenses . . . . . . . . . . . . . . . . . . . | 23 |
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ. . . . . . . . | 24 |
25 Health savings account deduction. Attach Form 8889 . . . . . | 25 |
26 Moving expenses. Attach Form 3903 . . . . . . . . . . . . . | 26 |
27 Deductible part of self-employment tax. Attach Schedule SE . . | 27 |
28 Self-employed SEP, SIMPLE, and qualified plans. . . . . . . . | 28 |
29 Self-employed health insurance deduction. . . . . . . . . . . | 29 |
30 Penalty on early withdrawal of savings. . . . . . . . . . . . | 30 |
31a Alimony paid b Recipient's SSN . ▶ | 31a |
32 IRA deduction . . . . . . . . . . . . . . . . . . . . . . | 32 |
33 Student loan interest deduction . . . . . . . . . . . . . . | 33 |
34 Tuition and fees. Attach Form 8917 . . . . . . . . . . . . . | 34 |
35 Domestic production activities deduction. Attach Form 8903 . . | 35 |
36 Add lines 23 through 35 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | 0. |
37 Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . ▶ | 37 | 1,550,931. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**    FDIA0112L   12/29/14    Form **1040** (2014)

Form **1040**  Department of the Treasury — Internal Revenue Service    (99)
**U.S. Individual Income Tax Return**  **2014**  OMB No. 1545-0074  IRS Use Only — Do not write or staple in this space.

| For the year Jan 1 - Dec 31, 2014, or other tax year beginning | , 2014, ending | , 20 | See separate instructions. |
|---|---|---|---|

Your first name and initial    Last name    Your social security number

KEYHAN MOHANNA    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

If a joint return, spouse's first name and initial    Last name    Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.    Apartment no.    ▲ **Make sure the SSN(s) above and on line 6c are correct.**

1405 GREENWICH ST #6

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).    **Presidential Election Campaign**

SAN FRANCISCO, CA 94109    Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.    ☐ You    ☐ Spouse

Foreign country name    Foreign province/state/county    Foreign postal code

| **Filing Status** | 1 | ☒ Single | 4 | ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ |
|---|---|---|---|---|
| Check only one box. | 2 | ☐ Married filing jointly (even if only one had income) | | |
| | 3 | ☐ Married filing separately. Enter spouse's SSN above & full name here. ▶ | 5 | ☐ Qualifying widow(er) with dependent child |

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . .     Boxes checked on 6a and 6b . . . **1**

b ☐ **Spouse** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     No. of children on 6c who:

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax cr (see instrs) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see instructions and check here . . ▶ ☐

• lived with you . . .
• did not live with you due to divorce or separation (see instrs) . . .
Dependents on 6c not entered above . . .
Add numbers on lines above . . . ▶ **1**

d Total number of exemptions claimed. . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | 7 | |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required. | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a. | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required. | 9a | |
| b | Qualified dividends. | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes. | 10 | |
| 11 | Alimony received. | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ. | 12 | |
| 13 | Capital gain or (loss). Attach Sch D if reqd. If not reqd, ck here . . . . ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797. | 14 | |
| 15a | IRA distributions . . 15a | b Taxable amount . . . | 15b | |
| 16a | Pensions and annuities . . 16a | b Taxable amount . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E. | 17 | 104,555. |
| 18 | Farm income or (loss). Attach Schedule F. | 18 | |
| 19 | Unemployment compensation . . | 19 | |
| 20a | Social security benefits . . 20a | b Taxable amount . . . | 20b | |
| 21 | Other income SEE STATEMENT 1 | 21 | 1,446,376. |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 1,550,931. |

**Adjusted Gross Income**

| 23 | Educator expenses. | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ. | 24 | |
| 25 | Health savings account deduction. Attach Form 8889. | 25 | |
| 26 | Moving expenses. Attach Form 3903. | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE. | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans. | 28 | |
| 29 | Self-employed health insurance deduction. | 29 | |
| 30 | Penalty on early withdrawal of savings. | 30 | |
| 31a | Alimony paid b Recipient's SSN . . ▶ | 31a | |
| 32 | IRA deduction. | 32 | |
| 33 | Student loan interest deduction. | 33 | |
| 34 | Tuition and fees. Attach Form 8917. | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903. | 35 | |
| 36 | Add lines 23 through 35. | 36 | 0. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 1,550,931. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**    FDIA0112L  12/29/14    Form **1040** (2014)

Case: 18-30983    Doc# 30    Filed: 10/03/18    Entered: 10/03/18 14:12:36    Page 45 of 97

Form **1040**  Department of the Treasury — Internal Revenue Service  (99)
**U.S. Individual Income Tax Return**  **2014**  OMB No. 1545-0074  IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2014, or other tax year beginning _____ , 2014, ending _____ , 20___  |  See separate instructions.

Your first name and initial | Last name | Your social security number
KEYHAN MOHANNA | | 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

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. | Apartment no.
1405 GREENWICH ST #6

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
SAN FRANCISCO, CA 94109

**Presidential Election Campaign**

Foreign country name | Foreign province/state/county | Foreign postal code

Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

| **Filing Status** | 1 | ☒ | Single | 4 | ☐ | Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ |
|---|---|---|---|---|---|---|
| Check only one box. | 2 | ☐ | Married filing jointly (even if only one had income) | | | |
| | 3 | ☐ | Married filing separately. Enter spouse's SSN above & full name here. ▶ | 5 | ☐ | Qualifying widow(er) with dependent child |

**Exemptions**

| | | | | Boxes checked on 6a and 6b . . | 1 |
|---|---|---|---|---|---|
| 6a | ☒ | **Yourself.** If someone can claim you as a dependent, **do not** check box 6a. . . . | | No. of children on 6c who: | |
| b | ☐ | **Spouse** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | • lived with you . . | |

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax cr (see instrs) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

• did not live with you due to divorce or separation (see instrs) . .

If more than four dependents, see instructions and check here . . ▶ ☐

Dependents on 6c not entered above .

Add numbers on lines above . . ▶ | 1

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . | 7 | |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . . . . . . . . . . . | 8a | |
| b | Tax-exempt interest. Do not include on line 8a . . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . . . . . . . . | 9a | |
| b | Qualified dividends . . . . . . . . . . . . . . . . . . . | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . . . . . | 12 | |
| 13 | Capital gain or (loss). Attach Sch D if reqd. If not reqd, ck here . . . . . . . . ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . . | 15a | | b Taxable amount . . . . . . | 15b | |
| 16a | Pensions and annuities . | 16a | | b Taxable amount . . . . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 104,555. |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits . | 20a | | b Taxable amount . . . . . . | 20b | |
| 21 | Other income SEE STATEMENT J | | | 21 | 1,446,376. |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income . ▶ | 22 | 1,550,931. |

**Adjusted Gross Income**

| 23 | Educator expenses . . . . . . . . . . . . . . . . . . . . | 23 | | |
|---|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . . . . . . | 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 . . . . | 25 | | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . . . | 26 | | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . . . | 27 | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . | 28 | | |
| 29 | Self-employed health insurance deduction . . . . . . . | 29 | | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . . | 30 | | |
| 31a | Alimony paid  b Recipient's SSN . . ▶ | 31a | | |
| 32 | IRA deduction . . . . . . . . . . . . . . . . . . . . . . . | 32 | | |
| 33 | Student loan interest deduction . . . . . . . . . . . . . | 33 | | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . . . . . . . | 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 . . | 35 | | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | 0. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . ▶ | 37 | 1,550,931. |

BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  FDIA0112L  12/29/14  Form **1040** (2014)

Case: 18-30983   Doc# 30   Filed: 10/03/18   Entered: 10/03/18 14:12:36   Page 46 of 97

**STATEMENT 1**
**FORM 1040, LINE 21**
**OTHER INCOME**

| | | |
|---|---|---:|
| 1099-C BANKRUPTCY EXCLUSION, FORM 982............................................... | $ | -774,937. |
| CANCELLATION OF DEBT............................................................. | | 774,937. |
| | TOTAL $ | 0. |

**STATEMENT 2**
**SCHEDULE E, LINE 19 - 1405 GREENWICH STREET #1-5**
**OTHER RENTAL AND ROYALTY EXPENSES**

| | | |
|---|---|---:|
| AMORTIZATION...................................................................... | $ | 3,661. |
| FLOOR REPAIRS..................................................................... | | 2,957. |
| HAULING........................................................................... | | 2,896. |
| INTEREST REFUND TO TENANTS........................................................ | | 496. |
| PAINTING AND DECORATING........................................................... | | 3,357. |
| PLUMBING AND ELECTRICAL........................................................... | | 11,120. |
| SCAVENGER......................................................................... | | 2,577. |
| WATER............................................................................. | | 3,715. |
| | TOTAL $ | 30,779. |

**STATEMENT 3**
**FORM 982, PART II**
**REDUCTION IN BASIS UNDER SECTION 1017**

TAXPAYER ELECTS TO REDUCE BASIS IN REAL PROPERTY LOCATED AT 1405 GREEWWICH STREET, UNIT 2, SAN FRANCISCO, CA 94109. COST BASIS IN PROPERTY BEFORE DISCHARGE OF INDEBTEDNESS IN A TITLE 11 CASE WAS $121,365. AFTER REDUCTION OF BASIS IN PROPERTY DUE TO DISCHARGE OF INDEBTEDNESS IN A TITLE 11 CASE, TAXPAYER'S COST BASIS IN UNIT 2 IS $0. TAXPAYER ALSO REDUCES HIS NET OPERATING LOSS (NOL) OF $258,476 TO $0 DUE TO DISCHARGE OF INDEBTEDNESS IN A TITLE 11 CASE.

TAXPAYER REMAINS IN POSSESSION OF SAID PROPERTY.

**STATEMENT 1**
**FORM 1040, LINE 21**
**OTHER INCOME**

| | | |
|---|---|---:|
| 1099-C BANKRUPTCY EXCLUSION, FORM 982............................................... | $ | -774,937. |
| CANCELLATION OF DEBT............................................................... | | 774,937. |
| | TOTAL $ | 0. |

**STATEMENT 2**
**SCHEDULE E, LINE 19 - 1405 GREENWICH STREET #1-5**
**OTHER RENTAL AND ROYALTY EXPENSES**

| | | |
|---|---|---:|
| AMORTIZATION....................................................................... | $ | 3,661. |
| FLOOR REPAIRS...................................................................... | | 2,957. |
| HAULING............................................................................ | | 2,896. |
| INTEREST REFUND TO TENANTS......................................................... | | 496. |
| PAINTING AND DECORATING............................................................ | | 3,357. |
| PLUMBING AND ELECTRICAL............................................................ | | 11,120. |
| SCAVENGER.......................................................................... | | 2,577. |
| WATER.............................................................................. | | 3,715. |
| | TOTAL $ | 30,779. |

**STATEMENT 3**
**FORM 982, PART II**
**REDUCTION IN BASIS UNDER SECTION 1017**

TAXPAYER ELECTS TO REDUCE BASIS IN REAL PROPERTY LOCATED AT 1405 GREENWICH STREET,
UNIT 2, SAN FRANCISCO, CA 94109. COST BASIS IN PROPERTY BEFORE DISCHARGE OF
INDEBTEDNESS IN A TITLE 11 CASE WAS $121,365. AFTER REDUCTION OF BASIS IN PROPERTY
DUE TO DISCHARGE OF INDEBTEDNESS IN A TITLE 11 CASE, TAXPAYER'S COST BASIS IN UNIT 2
IS $0. TAXPAYER ALSO REDUCES HIS NET OPERATING LOSS (NOL) OF $258,476 TO $0 DUE TO
DISCHARGE OF INDEBTEDNESS IN A TITLE 11 CASE.

TAXPAYER REMAINS IN POSSESSION OF SAID PROPERTY.

COPY

**STATEMENT 1**
**FORM 1040, LINE 21**
**OTHER INCOME**

| | | |
|---|---|---:|
| 1099-C BANKRUPTCY EXCLUSION, FORM 982............................................. | $ | -774,937. |
| CANCELLATION OF DEBT................................................................... | | 774,937. |
| | TOTAL $ | 0. |

**STATEMENT 2**
**SCHEDULE E, LINE 19 - 1405 GREENWICH STREET #1-5**
**OTHER RENTAL AND ROYALTY EXPENSES**

| | | |
|---|---|---:|
| AMORTIZATION........................................................................ | $ | 3,661. |
| FLOOR REPAIRS....................................................................... | | 2,957. |
| HAULING............................................................................. | | 2,896. |
| INTEREST REFUND TO TENANTS.......................................................... | | 496. |
| PAINTING AND DECORATING............................................................. | | 3,357. |
| PLUMBING AND ELECTRICAL............................................................. | | 11,120. |
| SCAVENGER........................................................................... | | 2,577. |
| WATER............................................................................... | | 3,715. |
| | TOTAL $ | 30,779. |

**STATEMENT 3**
**FORM 982, PART II**
**REDUCTION IN BASIS UNDER SECTION 1017**

TAXPAYER ELECTS TO REDUCE BASIS IN REAL PROPERTY LOCATED AT 1405 GREEWWICH STREET,
UNIT 2, SAN FRANCISCO, CA 94109.  COST BASIS IN PROPERTY BEFORE DISCHARGE OF
INDEBTEDNESS IN A TITLE 11 CASE WAS $121,365.  AFTER REDUCTION OF BASIS IN PROPERTY
DUE TO DISCHARGE OF INDEBTEDNESS IN A TITLE 11 CASE, TAXPAYER'S COST BASIS IN UNIT 2
IS $0.  TAXPAYER ALSO REDUCES HIS NET OPERATING LOSS (NOL) OF $258,476 TO $0 DUE TO
DISCHARGE OF INDEBTEDNESS IN A TITLE 11 CASE.

TAXPAYER REMAINS IN POSSESSION OF SAID PROPERTY.

COPY

*apt. 2*                                                                      *2013*

**Form 982**
(Rev. July 2013)
Department of the Treasury
Internal Revenue Service

**Reduction of Tax Attributes Due to Discharge of Indebtedness (and Section 1082 Basis Adjustment)**
► Attach this form to your income tax return.
► Information about Form 982 ad its Instructions is at *www.irs.gov/form982*

OMB No. 1545-0046

Attachment
Sequence No. **94**

Name shown on return
KEYHAN MOHANNA

Identifying number
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

| **Part I** | **General Information** (see instructions) |
|---|---|

**1** Amount excluded is due to (check applicable box(es)):

a Discharge of indebtedness in a title 11 case ................................................................ ☒

b Discharge of indebtedness to the extent insolvent (not in a title 11 case) ................................

c Discharge of qualified farm indebtedness..............................................................

d Discharge of qualified real property business indebtedness ...............................................

e Discharge of qualified principal residence indebtedness .................................................

**2** Total amount of discharged indebtedness excluded from gross income.......... | **2** | 774,937.

**3** Do you elect to treat all real property described in section 1221(a)(1), relating to property held for sale to customers in the ordinary course of a trade or business, as if it were depreciable property?.............................. ☐ Yes ☒ No

| **Part II** | **Reduction of Tax Attributes** You must attach a description of any transactions resulting in the reduction in basis under section 1017. See Regulations section 1.1017-1 for basis reduction ordering rules, and, if applicable, required partnership consent statements. (For additional information, see the instructions for Part II.) |
|---|---|

**SEE STATEMENT 3**

Enter amount excluded from gross income:

**4** For a discharge of qualified real property business indebtedness applied to reduce the basis of depreciable real property.............................................................................. | **4** |

**5** That you elect under section 108(b)(5) to apply first to reduce the basis (under section 1017) of depreciable property...................................................................... | **5** | 121,365.

**6** Applied to reduce any net operating loss that occurred in the tax year of the discharge or carried over to the tax year of the discharge.................................................................. | **6** | 258,476.

**7** Applied to reduce any general business credit carryover to or from the tax year of the discharge........... | **7** |

**8** Applied to reduce any minimum tax credit as of the beginning of the tax year immediately after the tax year of the discharge ......................................................................... | **8** |

**9** Applied to reduce any net capital loss for the tax year of the discharge, including any capital loss carryovers to the tax year of the discharge.................................................................... | **9** |

**10 a** Applied to reduce the basis of nondepreciable and depreciable property if not reduced on line 5. *DO NOT use in the case of discharge of qualified farm indebtedness* ........................................... | **10a** |

**b** Applied to reduce the basis of your principal residence. Enter amount here ONLY if line 1e is checked...... | **10b** |

**11** For a discharge of qualified farm indebtedness applied to reduce the basis of:

a Depreciable property used or held for use in a trade or business or for the production of income if not reduced on line 5........................................................................... | **11a** |

b Land used or held for use in a trade or business of farming ............................................. | **11b** |

c Other property used or held for use in a trade or business or for the production of income................. | **11c** |

**12** Applied to reduce any passive activity loss and credit carryovers from the tax year of the discharge......... | **12** |

**13** Applied to reduce any foreign tax credit carryover to or from the tax year of the discharge................. | **13** |

| **Part III** | **Consent of Corporation to Adjustment of Basis of Its Property Under Section 1082(a)(2)** |
|---|---|

Under section 1081(b), the corporation named above has excluded  $ _____ from its gross income
for the tax year beginning _____ and ending _____.

Under that section, the corporation consents to have the basis of its property adjusted in accordance with the regulations prescribed under section 1082(a)(2) in effect at the time of filing its income tax return for that year. The corporation is organized under the laws of _____
(State of incorporation)

**Note:** *You must attach a description of the transactions resulting in the nonrecognition of gain under section 1081.*

**BAA For Paperwork Reduction Act Notice, see instructions**          FDIA3401L  06/05/13          Form **982** (Rev. 7-2013)

Case: 18-30983    Doc# 30    Filed: 10/03/18    Entered: 10/03/18 14:12:36    Page 50 of 97

apt. 2          2013

Form **982**
(Rev. July 2013)

**Reduction of Tax Attributes Due to Discharge of
Indebtedness (and Section 1082 Basis Adjustment)**
► Attach this form to your income tax return.
► Information about Form 982 ad its instructions is at *www.irs.gov/form982*

OMB No. 1545-0046

Department of the Treasury
Internal Revenue Service

Attachment
Sequence No. **94**

| Name shown on return | Identifying number |
|---|---|
| KEYHAN MOHANNA | 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 |

**Part I**   **General Information** (see instructions)

1   Amount excluded is due to (check applicable box(es)):

   a Discharge of indebtedness in a title 11 case ................................................ ☒

   b Discharge of indebtedness to the extent insolvent (not in a title 11 case) ...................

   c Discharge of qualified farm indebtedness ...................................................

   d Discharge of qualified real property business indebtedness ...................................

   e Discharge of qualified principal residence indebtedness .....................................

2   Total amount of discharged indebtedness excluded from gross income .......... | **2** | 774,937.

3   Do you elect to treat all real property described in section 1221(a)(1), relating to property held for sale to customers
    in the ordinary course of a trade or business, as if it were depreciable property? ............. ☐ Yes ☒ No

**Part II**   **Reduction of Tax Attributes** You must attach a description of any transactions resulting in the reduction in basis under section
1017. See Regulations section 1.1017-1 for basis reduction ordering rules, and, if applicable, required partnership consent statements.
(For additional information, see the instructions for Part II.)

**SEE STATEMENT 3**

Enter amount excluded from gross income:

| | | |
|---|---|---|
| 4   For a discharge of qualified real property business indebtedness applied to reduce the basis of depreciable real property ................................................................ | **4** | |
| 5   That you elect under section 108(b)(5) to apply first to reduce the basis (under section 1017) of depreciable property ........................................................................ | **5** | 121,365. |
| 6   Applied to reduce any net operating loss that occurred in the tax year of the discharge or carried over to the tax year of the discharge ............................................................ | **6** | 258,476. |
| 7   Applied to reduce any general business credit carryover to or from the tax year of the discharge ...... | **7** | |
| 8   Applied to reduce any minimum tax credit as of the beginning of the tax year immediately after the tax year of the discharge ........................................................................ | **8** | |
| 9   Applied to reduce any net capital loss for the tax year of the discharge, including any capital loss carryovers to the tax year of the discharge ........................................................ | **9** | |
| 10a Applied to reduce the basis of nondepreciable and depreciable property if not reduced on line 5. *DO NOT use in the case of discharge of qualified farm indebtedness* .......................................... | **10a** | |
|    b Applied to reduce the basis of your principal residence. *Enter amount here ONLY if line 1e is checked.* ..... | **10b** | |
| 11   For a discharge of qualified farm indebtedness applied to reduce the basis of: | | |
|    a Depreciable property used or held for use in a trade or business or for the production of income if not reduced on line 5 ................................................................ | **11a** | |
|    b Land used or held for use in a trade or business of farming ................................... | **11b** | |
|    c Other property used or held for use in a trade or business or for the production of income.............. | **11c** | |
| 12   Applied to reduce any passive activity loss and credit carryovers from the tax year of the discharge ......... | **12** | |
| 13   Applied to reduce any foreign tax credit carryover to or from the tax year of the discharge............. | **13** | |

**Part III**   **Consent of Corporation to Adjustment of Basis of Its Property Under Section 1082(a)(2)**

Under section 1081(b), the corporation named above has excluded   $ _____ from its gross income
for the tax year beginning _____ and ending _____

Under that section, the corporation consents to have the basis of its property adjusted in accordance with the regulations prescribed
under section 1082(a)(2) in effect at the time of filing its income tax return for that year. The corporation is organized under the
laws of _____
(State of incorporation)

*Note:* You must attach a description of the transactions resulting in the nonrecognition of gain under section 1081.

BAA **For Paperwork Reduction Act Notice, see instructions**    FDIA3401L   06/05/13     Form **982** (Rev. 7-2013)

_apt. 2_                                           _2013_

**Form 982**
(Rev. July 2013)
Department of the Treasury
Internal Revenue Service

**Reduction of Tax Attributes Due to Discharge of
Indebtedness (and Section 1082 Basis Adjustment)**
► Attach this form to your income tax return.
► Information about Form 982 ad its Instructions is at *www.irs.gov/form982*

OMB No. 1545-0046

Attachment
Sequence No. **94**

| Name shown on return | Identifying number |
|---|---|
| KEYHAN MOHANNA | 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 |

**Part I** **General Information** (see instructions)

1  Amount excluded is due to (check applicable box(es)):

a Discharge of indebtedness in a title 11 case ................................................................ [X]

b Discharge of indebtedness to the extent insolvent (not in a title 11 case) ............................

c Discharge of qualified farm indebtedness ...................................................................

d Discharge of qualified real property business indebtedness ..............................................

e Discharge of qualified principal residence indebtedness ...................................................

2  Total amount of discharged indebtedness excluded from gross income ........... | **2** | 774,937.

3  Do you elect to treat all real property described in section 1221(a)(1), relating to property held for sale to customers
in the ordinary course of a trade or business, as if it were depreciable property? ......... [ ] Yes [X] No

**Part II** **Reduction of Tax Attributes** You must attach a description of any transactions resulting in the reduction in basis under section
1017. See Regulations section 1.1017-1 for basis reduction ordering rules, and, if applicable, required partnership consent statements.
(For additional information, see the instructions for Part II.)

SEE STATEMENT 3

Enter amount excluded from gross income:

| | | |
|---|---|---|
| 4  For a discharge of qualified real property business indebtedness applied to reduce the basis of depreciable real property ................................................................. | **4** | |
| 5  That you elect under section 108(b)(5) to apply first to reduce the basis (under section 1017) of depreciable property ................................................................. | **5** | 121,365. |
| 6  Applied to reduce any net operating loss that occurred in the tax year of the discharge or carried over to the tax year of the discharge ................................................ | **6** | 258,476. |
| 7  Applied to reduce any general business credit carryover to or from the tax year of the discharge. . . | **7** | |
| 8  Applied to reduce any minimum tax credit as of the beginning of the tax year immediately after the tax year of the discharge ................................................................. | **8** | |
| 9  Applied to reduce any net capital loss for the tax year of the discharge, including any capital loss carryovers to the tax year of the discharge. ........................................ | **9** | |
| 10a Applied to reduce the basis of nondepreciable and depreciable property if not reduced on line 5. *DO NOT use in the case of discharge of qualified farm indebtedness* ..................... | **10a** | |
| b Applied to reduce the basis of your principal residence. *Enter amount here ONLY if line 1e is checked.* ...... | **10b** | |
| 11  For a discharge of qualified farm indebtedness applied to reduce the basis of: | | |
| a Depreciable property used or held for use in a trade or business or for the production of income if not reduced on line 5 ................................................................. | **11a** | |
| b Land used or held for use in a trade or business of farming ......................................... | **11b** | |
| c Other property used or held for use in a trade or business or for the production of income.......... | **11c** | |
| 12  Applied to reduce any passive activity loss and credit carryovers from the tax year of the discharge........ | **12** | |
| 13  Applied to reduce any foreign tax credit carryover to or from the tax year of the discharge................ | **13** | |

**Part III** **Consent of Corporation to Adjustment of Basis of Its Property Under Section 1082(a)(2)**

Under section 1081(b), the corporation named above has excluded  $ _____ from its gross income
for the tax year beginning _____ and ending _____.

Under that section, the corporation consents to have the basis of its property adjusted in accordance with the regulations prescribed
under section 1082(a)(2) in effect at the time of filing its income tax return for that year. The corporation is organized under the
laws of _____
(State of incorporation)

*Note:* You must attach a description of the transactions resulting in the nonrecognition of gain under section 1081.

BAA  For Paperwork Reduction Act Notice, see instructions          FDIA3401L  06/05/13          Form 982 (Rev. 7-2013)

Disclaimer: This report: (i) is not an insured product or service or an abstract, legal opinion or a representation of the condition of title to real property, and (ii) is issued exclusively for the benefit of First American Data Tree LLC (Data Tree) customers and may not be used or relied upon by any other person. Estimated property values are: (i) based on available data; (ii) are not guaranteed or warranted; (iii) do not constitute an appraisal; and (iv) should not be relied upon in lieu of an appraisal. Data Tree does not represent or warrant that the information is complete or free from error, and expressly disclaims any liability to any person or entity for loss or damage caused by errors or omissions in the report. If the "verified" logo (𝒱𝑒𝓇𝒾𝒻𝒾𝑒𝒹) is displayed, or a record is designated "verified," Data Tree's algorithm matched fields from two or more data sources to confirm source data.

Disclaimer: This report: (i) is not an insured product or service or an abstract, legal opinion or a representation of the condition of title to real property, and (ii) is issued exclusively for the benefit of First American Data Tree LLC (Data Tree) customers and may not be used or relied upon by any other person. Estimated property values are: (i) based on available data; (ii) are not guaranteed or warranted; (iii) do not constitute an appraisal; and (iv) should not be relied upon in lieu of an appraisal. Data Tree does not represent or warrant that the information is complete or free from error, and expressly disclaims any liability to any person or entity for loss or damage caused by errors or omissions in the report. If the "verified" logo (✓····) is displayed, or a record is designated "verified," Data Tree's algorithm matched fields from two or more data sources to confirm source data.

Disclaimer: This report: (i) is not an insured product or service or an abstract, legal opinion or a representation of the condition of title to real property, and (ii) is issued exclusively for the benefit of First American Data Tree LLC (Data Tree) customers and may not be used or relied upon by any other person. Estimated property values are: (i) based on available data; (ii) are not guaranteed or warranted; (iii) do not constitute an appraisal; and (iv) should not be relied upon in lieu of an appraisal. Data Tree does not represent or warrant that the information is complete or free from error, and expressly disclaims any liability to any person or entity for loss or damage caused by errors or omissions in the report. If the "verified" logo (✓verified) is displayed, or a record is designated "verified," Data Tree's algorithm matched fields from two or more data sources to confirm source data.

| 08/20/2003 | 08/27/2003 | Mohanna TR | Mohanna Keyhan | 2003.522651 |
| 04/25/2003 | 05/02/2003 | Mohanna Keyhan | Mohanna TR | 2003.429165 |



© 2017 FIRST AMERICAN DATA TREE AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.

Case: 18-30983   Doc# 30   Filed: 10/03/18   Entered: 10/03/18 14:12:36   Page 56 of 97

| 08/20/2003 | 08/27/2003 | | Mohanna TR | Mohanna Keyhan | 2003.522651 |
| 04/25/2003 | 05/02/2003 | | Mohanna Keyhan | Mohanna TR | 2003.429165 |



© 2017 FIRST AMERICAN DATA TREE AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.

PAGE 2 OF 2

**EXHIBIT 1**

1  Keyhan Mohanna
   1595 Clay Street
2  San Francisco, CA 94109
   (415) 823-4882
3  Defendant KEYHAN MOHANNA
   in pro per
4
5
6
7
8              SUPERIOR COURT OF CALIFORNIA

9          COUNTY OF SAN FRANCISCO -- LIMITED DIVISION

10 DUKE PARTNERS II, LLC,                    CASE NO. CUD-17-659243

11     Plaintiff,                            NOTICE OF CONVEYANCE OF TITLE
                                             AND SURRENDER OF POSSESSION
12     V.

13 KEYHAN MOHANNA etc., et al., et al.,      RE: 1405 GREENWICH ST., UNIT 4
                                                 SAN FRANCISCO, CA 94109
14     Defendants.

15
16      To Plaintiff DUKE PARTNERS II, LLC, Plaintiff's attorney Pamela C. Jackson,

17 Esq., and all other interested parties:

18      PLEASE TAKE NOTICE that on May 23, 2017, Keyhan Mohanna, on behalf of 1405

19 Greenwich Street, HOA, A Trust, conveyed title to the properties commonly known as 1405

20 Greenwich Street, Apts 1, 2, 3, 4, 5 and 6, Block: 523, Lots 50, 51, 52, 53, 54 and 55 to 1275

21
22 SHERKAT-EH-SHARGH-VA-GHARB, a general partnership on behalf of Alborz Fund

23 Management III, a private holding entity, as evidenced by the attached Deed in Lieu of

24 Foreclosure.

25      Simultaneously and concurrent with the recordation of said Deed, said Trustee of the

26
27 Keyhan Mohanna Revocable Trust dated July 8, 2003, delivered possession of the entire

28                                    1
   ─────────────────────────────────────────────────────────────────
   NOTICE OF CONVEYANCE OF TITLE AND SURRENDER OF POSSESSION RE:
   1405 GREENWICH ST., UNIT 4, SAN FRANCISCO, CA 94109

ENDORSED
F I L E D
Superior Court of California
County of San Francisco

AUG 20 2018

CLERK OF THE COURT
BY: CAROLYN BALISTRERI
              Deputy Clerk

building (all six apts) to the legal owner.

Neither Keyhan Mohanna, individually, nor Keyhan Mohanna as the Trustee of The Keyhan Mohanna Revocable Trust dated July 8, 2003, is in possession of any part of said property or any of the six apartments of which it is comprised.

Keyhan Mohanna, individually, has no beneficial or financial interest in the property and therefore lacks authority.

Keyhan Mohanna, as the Trustee of The Keyhan Mohanna Revocable Trust dated July 8, 2003, has no beneficial or financial interest in the property and therefore lacks authority.

Because of the foregoing facts and because Plaintiff completely lacks standing, there is no lawful basis whatsoever for Plaintiff to seek unlawful detainer relief against Defendants or either of them.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 15, 2018, at San Francisco, CA.

_Keyhan Mohanna_
Keyhan Mohanna

2

NOTICE OF CONVEYANCE OF TITLE AND SURRENDER OF POSSESSION RE:
1405 GREENWICH ST., UNIT 4, SAN FRANCISCO, CA 94109

Keyhan Mohanna
1595 Clay Street
San Francisco, CA 94109

August 15, 2018

Pamela C. Jackson, Esq.
409 Boyd Street
Vacaville, CA 95688

Dear Ms. Jackson:

Enclosed please find the Notice of Conveyance of Title and Surrender of Possession which I have filed with the Superior Court, indicating that Defendants were not in possession of 1405 Greenwich St., Apt. 4 on the date of the fraudulent/illegal foreclosure sale or thereafter.

The sole purpose of an unlawful detainer action is to obtain possession of real property. Neither of the two Defendants in your unlawful detainer action, San Francisco Superior Court Case Number CUD-17-659243, are in possession of said premises. A voluntary dismissal of your unlawful detainer action is hereby demanded.

Though Duke Partners had been made aware of this fact, it still proceeded to wrongfully name Defendants in this unlawful detainer filed on July 18, 2017. And though the evidence of non-possession has been entered in numerous court filings and discovery for more than a year, you are again made aware per the enclosed Notice of Conveyance of Title and Surrender of Possession.

Accordingly, you and your client have a duty to voluntarily dismiss the unlawful detainer, and if you fail to do so, both of you will be liable for malicious prosecution.

As the California Supreme Court has stated,

> The question presented by this case is whether . . . an attorney may be held liable for malicious prosecution when he commences a lawsuit properly but then continues to prosecute it after learning it is not supported by probable cause. We conclude an attorney may be held

liable for continuing to prosecute a lawsuit discovered to lack probable cause.

*Zamos v. Stroud* (2004) 32 Cal.4th 958, 970.

Continuing an action one discovers to be baseless harms the defendant and burdens the court system just as much as initiating an action known to be baseless from the outset.

*Zamos v. Stroud* (2004) 32 Cal.4th 958, 969.

The term `prosecution' is sufficiently comprehensive to include every step in an action from its commencement to its final determination.

*Ray Wong v. Earle C. Anthony, Inc.* (1926) 199 Cal. 15, 18.

You have litigated this case for over thirteen months and come up empty. Both Defendants were off title and out of possession before the foreclosure sale, and you know it. There is no justification for continuing the unlawful detainer action, and demand is hereby made that you dismiss it on or before Friday, August 31, 2018.

If you fail to do so, I will be forced to conclude that you and your client are maintaining the litigation out of malice, and I will consult legal counsel about suing for malicious prosecution as soon as I prevail in the unlawful detainer.

Yours truly,

Keyhan Mohanna

# Law Offices of Robert Sprague

3701 Sacramento Street, Suite 292
San Francisco, CA 94118
(415) 932-8977
Fax (415) 480-8887

## Standard Transmittal Letter

Ms. Vivien Mohanna                                                    August 14, 2018
1595 Clay Street
San Francisco, CA 94109

     Re:    San Francisco Superior Court Case Number CUD-17-659243

ENCLOSED ARE:    (1) Notice of Conveyance of Title and Surrender of Possession and
                 (2) Letter from Keyhan Mohanna to Pamela Jackson, Esq.

     ☒    For further handling

     ☐    For your files

     ☐    For your information

     ☐    Per your request

     ☒    No response necessary

add Keyhan's exhibit and do a proof of service before you file
the Notice of Conveyance of Title and Surrender of Possession!

Yours truly,

*Robert Sprague*

Robert Sprague

# EXHIBIT 1

*ACCOMODATION ONLY*

Recording requested by (name):
McDonut & Kos Kesh Title and Escrow Services

When recorded, mail to
and mail tax statements to:
Alborz Fund Management

1555 Park Avenue, Unit-D

Emeryville, CA 94608

Block: 523 Lots: 50,51,52,53,54 and 55

San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC- 2017-K455207-00
Tuesday, MAY 23, 2017 13:26:32
Ttl Pd $57.00 Rcpt # 0005560004B
afa/FT/1-14

Recorder's Use Only

*1405 GREENWICH St.* **Deed in Lieu of Foreclosure**

The undersigned declares that the DOCUMETARY TRANSFER TAX is

$ __00__ _____ and is

____ computed on the full value of the interest or property conveyed: OR IS

__X__ computed on the full value less value of liens or encumbrances remaining

thereon at the time of transfer.

_Signature of Declarant_

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged.

1405 Greenwich Street, HOA, A Trust. Grantor.

grants to 1275 SHERKAT-EH-SHARGH-VA-GHARB, a general partnership on behalf of Alborz Fund
Management III, a private holding entity, Grantee, the real property located in the city of __San
Francisco__ , County of San Francisco, State of California, described as follows:

See attached Exhibit A, incorporated by reference to this document.

x *1405 GREENWICH St, HOA*

## LEGAL DESCRIPTION

Real property in the City of San Francisco, County of San Francisco, State of California, described as follows:

PARCEL I:

CONDOMINIUM UNIT NO. 1, LOT 50, AS SHOWN UPON THE CONDOMINIUM MAP AND DIAGRAMMATIC FLOOR PLAN ENTITLED "MAP OF 1405 GREENWICH STREET" WHICH WAS FILED FOR RECORD ON DECEMBER 10, 1999 IN PARCEL MAP BOOK 44, AT PAGES 60 TO 65, INCLUSIVE, AND THE "AMENDMENT TO CONDOMINIUM PLAN" RECORDED MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE MAP"), AND AS FURTHER DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF 1405 GREENWICH STREET HOMEOWNERS ASSOCIATION RECORDED ON MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, OFFICIAL RECORDS OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE DECLARATION").

EXCEPTING THEREFROM, ANY PORTION OF THE COMMON AREA LYING WITHIN SAID UNITS.

EXCEPTING THEREFROM:

(A) EASEMENTS THROUGH SAID UNIT, APPURTENANT TO THE COMMON AREA AND ALL OTHER UNITS, FOR SUPPORT AND REPAIR OF THE COMMON AREA ALL OTHER UNITS.

(B) EASEMENTS, APPURTENANT TO THE COMMON AREA FOR ENCROACHMENT UPON THE AIR SPACE OF THE UNIT BY THOSE PORTIONS OF THE COMMON AREA LOCATED WITHIN THE UNIT.

PARCEL II:

AN UNDIVIDED 100% INTEREST IN AND TO THE COMMON AREA AS SHOWN AND DEFINED ON THE MAP, RESERVING THEREFROM THE FOLLOWING:

(A) EXCLUSIVE EASEMENTS, OTHER THAN PARCEL III, AS DESIGNATED ON THE MAP AND RESERVED BY GRANTOR TO UNITS FOR USE AS DESIGNATED IN THE DECLARATION; AND

(B) NONEXCLUSIVE EASEMENTS APPURTENANT TO ALL UNITS FOR INGRESS AND EGRESS, SUPPORT, REPAIR AND MAINTENANCE

PARCEL III:

(A) THE EXCLUSIVE EASEMENT TO USE THE PARKING AREA(S) DESIGNATED P-1 AND P-2, ON THE HEREINABOVE MENTIONED "AMENDMENT TO CONDOMINIUM PLAN".

PARCEL IV:

A NONEXCLUSIVE EASEMENT APPURTENANT TO PARCEL I ABOVE FOR SUPPORT, REPAIR AND MAINTENANCE, AND FOR INGRESS AND EGRESS THROUGH THE COMMON AREA IN ACCORDANCE WITH CALIFORNIA CIVIL CODE SECTION 1361(A).

PARCEL V:

Case: 18-30983    Doc# 30    Filed: 10/03/18    Entered: 10/03/18 14:12:36    Page 66 of 97

ENCROACHMENT EASEMENTS APPURTENANT TO THE UNIT IN ACCORDANCE WITH THE
PROVISIONS OF THE DECLARATION.

APN: LOT: 050 BLK: 0523

## LEGAL DESCRIPTION

Real property in the City of San Francisco, County of San Francisco, State of California, described as follows:

PARCEL I:

CONDOMINIUM UNIT NO. 2, LOT 51, INCLUSIVE, AS SHOWN UPON THE CONDOMINIUM MAP AND DIAGRAMMATIC FLOOR PLAN ENTITLED "MAP OF 1405 GREENWICH STREET" WHICH WAS FILED FOR RECORD ON DECEMBER 10, 1999 IN PARCEL MAP BOOK 44, AT PAGES 60 TO 65, INCLUSIVE, AND THE "AMENDMENT TO CONDOMINIUM PLAN" RECORDED MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE MAP"), AND AS FURTHER DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF 1405 GREENWICH STREET HOMEOWNERS ASSOCIATION RECORDED ON MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, OFFICIAL RECORDS OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE DECLARATION").

EXCEPTING THEREFROM, ANY PORTION OF THE COMMON AREA LYING WITHIN SAID UNIT.

EXCEPTING THEREFROM:

(A) EASEMENTS THROUGH SAID UNIT, APPURTENANT TO THE COMMON AREA AND ALL OTHER UNITS, FOR SUPPORT AND REPAIR OF THE COMMON AREA ALL OTHER UNITS. (B) EASEMENTS, APPURTENANT TO THE COMMON AREA FOR ENCROACHMENT UPON THE AIR SPACE OF THE UNIT BY THOSE PORTIONS OF THE COMMON AREA LOCATED WITHIN THE UNIT.

PARCEL II:

AN UNDIVIDED 1/6% INTEREST IN AND TO THE COMMON AREA AS SHOWN AND DEFINED ON THE MAP, EXCEPTING THEREFROM THE FOLLOWING:

(A) EXCLUSIVE EASEMENTS, OTHER THAN PARCEL III, AS DESIGNATED ON THE MAP AND RESERVED BY GRANTOR TO UNITS FOR USE AS DESIGNATED IN THE DECLARATION; AND

(B) NONEXCLUSIVE EASEMENTS APPURTENANT TO ALL UNITS FOR INGRESS AND EGRESS, SUPPORT, REPAIR AND MAINTENANCE.

PARCEL III:

(A) THE EXCLUSIVE EASEMENT TO USE THE PARKING AREA(S) DESIGNATED P-3, ON THE HEREINABOVE MENTIONED "AMENDMENT TO CONDOMINIUM PLAN".

PARCEL IV:

A NONEXCLUSIVE EASEMENT APPURTENANT TO PARCEL I ABOVE FOR SUPPORT, REPAIR AND MAINTENANCE, AND FOR INGRESS AND EGRESS THROUGH THE COMMON AREA IN ACCORDANCE WITH CALIFORNIA CIVIL CODE SECTION 1361 (A).

PARCEL V:

Case: 18-30983   Doc# 30   Filed: 10/03/18   Entered: 10/03/18 14:12:36   Page 68 of 97

ENCROACHMENT EASEMENTS APPURTENANT TO THE UNIT IN ACCORDANCE WITH THE
PROVISIONS OF THE DECLARATION.

APN: LOT: 051 BLOCK: 0523

## LEGAL DESCRIPTION

Real property in the City of San Francisco, County of San Francisco, State of California, described as follows:

PARCEL I:

CONDOMINIUM UNIT NO. 3, LOT 52, AS SHOWN UPON THE CONDOMINIUM MAP AND DIAGRAMMATIC FLOOR PLAN ENTITLED "MAP OF 1405 GREENWICH STREET" WHICH WAS FILED FOR RECORD ON DECEMBER 10, 1999 IN PARCEL MAP BOOK 44, AT PAGES 60 TO 65, INCLUSIVE, AND THE "AMENDMENT TO CONDOMINIUM PLAN" RECORDED MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE MAP"), AND AS FURTHER DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF 1405 GREENWICH STREET HOMEOWNERS ASSOCIATION RECORDED ON MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, OFFICIAL RECORDS OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE DECLARATION").

EXCEPTING THEREFROM, ANY PORTION OF THE COMMON AREA LYING WITHIN SAID UNIT.

EXCEPTING THEREFROM:

(A) EASEMENTS THROUGH SAID UNIT, APPURTENANT TO THE COMMON AREA AND ALL OTHER UNITS, FOR SUPPORT AND REPAIR OF THE COMMON AREA ALL OTHER UNITS.

(B) EASEMENTS, APPURTENANT TO THE COMMON AREA FOR ENCROACHMENT UPON THE AIR SPACE OF THE UNIT BY THOSE PORTIONS OF THE COMMON AREA LOCATED WITHIN THE UNIT.

PARCEL II:

AN UNDIVIDED 1/6% INTEREST IN AND TO THE COMMON AREA AS SHOWN AND DEFINED ON THE MAP, RESERVING THEREFROM THE FOLLOWING:

(A) EXCLUSIVE EASEMENTS, OTHER THAN PARCEL III, AS DESIGNATED ON THE MAP AND RESERVED BY GRANTOR TO UNITS FOR USE AS DESIGNATED IN THE DECLARATION; AND

(B) NONEXCLUSIVE EASEMENTS APPURTENANT TO ALL UNITS FOR INGRESS AND EGRESS; SUPPORT, REPAIR AND MAINTENANCE

PARCEL III:

(A) THE EXCLUSIVE EASEMENT TO USE THE PARKING AREA(S) DESIGNATED P-4, ON THE HEREINABOVE MENTIONED "AMENDMENT TO CONDOMINIUM PLAN".

PARCEL IV:

A NONEXCLUSIVE EASEMENT APPURTENANT TO PARCEL I ABOVE FOR SUPPORT, REPAIR AND MAINTENANCE, AND FOR INGRESS AND EGRESS THROUGH THE COMMON AREA IN ACCORDANCE WITH CALIFORNIA CIVIL CODE SECTION 1361(A).

PARCEL V:

ENCROACHMENT EASEMENTS APPURTENANT TO THE UNIT IN ACCORDANCE WITH THE
PROVISIONS OF THE DECLARATION.

APN: LOT: 052 BLOCK: 0523

## LEGAL DESCRIPTION

Real property in the City of San Francisco, County of San Francisco, State of California, described as follows:

PARCEL I:

CONDOMINIUM UNIT NO. 4, LOT 53, INCLUSIVE, AS SHOWN UPON THE CONDOMINIUM MAP AND DIAGRAMMATIC FLOOR PLAN ENTITLED "MAP OF 1405 GREENWICH STREET," WHICH WAS FILED FOR RECORD ON DECEMBER 10, 1999 IN PARCEL MAP BOOK 44, AT PAGES 60 TO 65, INCLUSIVE, AND THE "AMENDMENT TO CONDOMINIUM PLAN" RECORDED MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE MAP"), AND AS FURTHER DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF 1405 GREENWICH STREET HOMEOWNERS ASSOCIATION RECORDED ON MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, OFFICIAL RECORDS OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE DECLARATION").

EXCEPTING THEREFROM, ANY PORTION OF THE COMMON AREA LYING WITHIN SAID UNIT.

EXCEPTING THEREFROM:

(A) EASEMENTS THROUGH SAID UNIT, APPURTENANT TO THE COMMON AREA AND ALL OTHER UNITS, FOR SUPPORT AND REPAIR OF THE COMMON AREA ALL OTHER UNITS.

(B) EASEMENTS, APPURTENANT TO THE COMMON AREA FOR ENCROACHMENT UPON THE AIR SPACE OF THE UNIT BY THOSE PORTIONS OF THE COMMON AREA LOCATED WITHIN THE UNIT.

PARCEL II:

AN UNDIVIDED 1/6% INTEREST IN AND TO THE COMMON AREA AS SHOWN AND DEFINED ON THE MAP, RESERVING THEREFROM THE FOLLOWING:

(A) EXCLUSIVE EASEMENTS, OTHER THAN PARCEL III, AS DESIGNATED ON THE MAP AND RESERVED BY GRANTOR TO UNITS FOR USE AS DESIGNATED IN THE DECLARATION; AND

(B) NONEXCLUSIVE EASEMENTS APPURTENANT TO ALL UNITS FOR INGRESS AND EGRESS, SUPPORT, REPAIR AND MAINTENANCE.

PARCEL III:

(A) THE EXCLUSIVE EASEMENT TO USE THE PARKING AREA(S) DESIGNATED P-5, ON THE HEREINABOVE MENTIONED "AMENDMENT TO CONDOMINIUM PLAN".

PARCEL IV:

A NONEXCLUSIVE EASEMENT APPURTENANT TO PARCEL I ABOVE FOR SUPPORT, REPAIR AND MAINTENANCE, AND FOR INGRESS AND EGRESS THROUGH THE COMMON AREA IN ACCORDANCE WITH CALIFORNIA CIVIL CODE SECTION 1361(A).

PARCEL V:

*First American Title*
*Page 8 of 18*

ENCROACHMENT EASEMENTS APPURTENANT TO THE UNIT IN ACCORDANCE WITH THE
PROVISIONS OF THE DECLARATION.

APN: LOT: 53 AND BLOCK: 523

## LEGAL DESCRIPTION

Real property in the City of San Francisco, County of San Francisco, State of California, described as follows:

PARCEL I:

CONDOMINIUM UNIT NO. 5, LOT 54, INCLUSIVE, AS SHOWN UPON THE CONDOMINIUM MAP AND DIAGRAMMATIC FLOOR PLAN ENTITLED "MAP OF 1405 GREENWICH STREET" WHICH WAS FILED FOR RECORD ON DECEMBER 10, 1999 IN PARCEL MAP BOOK 44, AT PAGES 60 TO 65, INCLUSIVE, AND THE "AMENDMENT TO CONDOMINIUM PLAN" RECORDED MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE MAP"), AND AS FURTHER DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF 1405 GREENWICH STREET HOMEOWNERS ASSOCIATION RECORDED ON MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, OFFICIAL RECORDS OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE DECLARATION").

EXCEPTING THEREFROM, ANY PORTION OF THE COMMON AREA LYING WITHIN SAID UNIT.

EXCEPTING THEREFROM:

(A) EASEMENTS THROUGH SAID UNIT, APPURTENANT TO THE COMMON AREA AND ALL OTHER UNITS, FOR SUPPORT AND REPAIR OF THE COMMON AREA ALL OTHER UNITS.

(B) EASEMENTS, APPURTENANT TO THE COMMON AREA FOR ENCROACHMENT UPON THE AIR SPACE OF THE UNIT BY THOSE PORTIONS OF THE COMMON AREA LOCATED WITHIN THE UNIT.

PARCEL II:

AN UNDIVIDED 1/6% INTEREST IN AND TO THE COMMON AREA AS SHOWN AND DEFINED ON THE MAP, RESERVING THEREFROM THE FOLLOWING: (A) EXCLUSIVE EASEMENTS, OTHER THAN PARCEL III, AS DESIGNATED ON THE MAP AND RESERVED BY GRANTOR TO UNITS FOR USE AS DESIGNATED IN THE DECLARATION; AND (B) NONEXCLUSIVE EASEMENTS APPURTENANT TO ALL UNITS FOR INGRESS AND EGRESS, SUPPORT, REPAIR AND MAINTENANCE.

PARCEL III:

(A) THE EXCLUSIVE EASEMENT TO USE THE PARKING AREA(S) DESIGNATED P-6, IN THE HEREINABOVE MENTIONED "AMENDMENT TO CONDOMINIUM PLAN".

PARCEL IV:

A NONEXCLUSIVE EASEMENT APPURTENANT TO PARCEL I ABOVE FOR SUPPORT, REPAIR AND MAINTENANCE, AND FOR INGRESS AND EGRESS THROUGH THE COMMON AREA IN ACCORDANCE WITH CALIFORNIA CIVIL CODE SECTION 1361 (A).

PARCEL V:

ENCROACHMENT EASEMENTS APPURTENANT TO THE UNIT IN ACCORDANCE WITH THE
PROVISIONS OF THE DECLARATION

APN: LOT: 054 BLK: 0523

## LEGAL DESCRIPTION

Real property in the City of San Francisco, County of San Francisco, State of California, described as follows:

PARCEL I:

CONDOMINIUM UNIT NO. 6, LOT 55, INCLUSIVE, AS SHOWN UPON THE CONDOMINIUM MAP AND DIAGRAMMATIC FLOOR PLAN ENTITLED "MAP OF 1405 GREENWICH STREET" WHICH WAS FILED FOR RECORD ON DECEMBER 10, 1999 IN PARCEL MAP BOOK 44, AT PAGES 60 TO 65, INCLUSIVE, AND THE "AMENDMENT TO CONDOMINIUM PLAN" RECORDED MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE MAP"), AND AS FURTHER DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF 1405 GREENWICH STREET HOMEOWNERS ASSOCIATION RECORDED ON MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, OFFICIAL RECORDS OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE DECLARATION").

EXCEPTING THEREFROM, ANY PORTION OF THE COMMON AREA LYING WITHIN SAID UNIT.

EXCEPTING THEREFROM:

(A) EASEMENTS THROUGH SAID UNIT, APPURTENANT TO THE COMMON AREA AND ALL OTHER UNITS, FOR SUPPORT AND REPAIR OF THE COMMON AREA ALL OTHER UNITS.

(B) EASEMENTS, APPURTENANT TO THE COMMON AREA FOR ENCROACHMENT UPON THE AIR SPACE OF THE UNIT BY THOSE PORTIONS OF THE COMMON AREA LOCATED WITHIN THE UNIT.

PARCEL II:

AN UNDIVIDED 1/6% INTEREST IN AND TO THE COMMON AREA AS SHOWN AND DEFINED ON THE MAP, RESERVING THEREFROM THE FOLLOWING:

(A) EXCLUSIVE EASEMENTS, OTHER THAN PARCEL III, AS DESIGNATED ON THE MAP AND RESERVED BY GRANTOR TO UNITS FOR USE AS DESIGNATED IN THE DECLARATION; AND

(B) NONEXCLUSIVE EASEMENTS APPURTENANT TO ALL UNITS FOR INGRESS AND EGRESS, SUPPORT, REPAIR AND MAINTENANCE.

PARCEL III:

(A) THE EXCLUSIVE EASEMENT TO USE THE PARKING AREA(S) DESIGNATED P-7, ON THE HEREINABOVE MENTIONED "AMENDMENT TO CONDOMINIUM PLAN".

PARCEL IV:

A NONEXCLUSIVE EASEMENT APPURTENANT TO PARCEL I ABOVE FOR SUPPORT, REPAIR AND MAINTENANCE, AND FOR INGRESS AND EGRESS THROUGH THE COMMON AREA IN ACCORDANCE WITH CALIFORNIA CIVIL CODE SECTION 1361 (A).

PARCEL V:

ENCROACHMENT EASEMENTS APPURTENANT TO THE UNIT IN ACCORDANCE WITH THE
PROVISIONS OF THE DECLARATION.

APN: LOT: 055 AND BLOCK: 0523

**PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action.

On **August 20,** 2018, I served the foregoing document described as **NOTICE OF CONVEYANCE OF TITLE AND SURRENDER OF POSSESSION AND ATTACHMENTS (DETAILED BELOW)** on the parties to this action as follows:

Pamela Jackson
409 Boyd Street
Vacaville, CA 95688
Attorney for Plaintiff, Duke Partners LLC

**ATTACHMENTS:**

1. Deed in Lieu of Foreclosure evidencing Keyhan Mohanna's transfer of interest on May 23, 2017 (Prior to illegal/fraudulent Trustee's Sale where "Duke" claims to have "bought" a $1.25MM apt for $30k.)
2. Legal Descriptions of all 6 units Keyhan Mohanna transferred.
3. Demand letter to Pamela Jackson and Duke Partners to voluntarily dismiss this bogus action or will be liable for malicious prosecution.
4. "Proof" of the fake sale @ $35,500.
5. Letter and faxes from Keyhan Mohanna to Duke Partners after fake sale, before UD, asserting he is <u>NOT</u> in possession.
6. Cancellation of Debt letter by Tax Accountant.
7. Lis Pendens recorded in 2016 (one year before "sale") further establishing **DUKE DID NOT DULY PERFECT TITLE.**
8. Recorded documents snapshot showing DUKE is **NOT** the owner of 1405 Greenwich, Apt 4.
9. Declaration re Deposition + Exhibit showing emails that prove Pamela Jackson is playing games with and deceiving these courts.
10. Judge Kahn order denying Duke Motion for Summary Judgement, though Pamela Jackson is trying dupe everyone into getting an instant judgement.

☒ (BY MAIL) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [*C.C.P. §§ 1012 and 1013(a)*].

☒ (BY EMAIL) On the date set forth above I served a copy of the foregoing on the interested parties in this action by transmitting via electronic mail to the parties listed above or in the attached service list: [*C.C.P. § 1013(e)*]

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 20, 2018     By: _____
Vivien Mohanna

NOTICE OF CONVEYANCE OF TITLE AND SURRENDER OF POSSESSION          Page 1 of 1

201405-00120

Keyhan Mohanna
1595 Clay Street
San Francisco, CA 94109
415-823-4882
keyhan6@yahoo.com

Defendant In Pro Per

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

DUKE PARTNERS II, LLC                    Case No: CUD-17-659243

        PLAINTIFF,                      **EXHIBIT 1 to NOTICE OF CONVEYANCE**
                                         **OF TITLE AND SURRENDER OF**
        vs.                             **POSSESSION FILED BY DEFENDANT**
                                         **KEYHAN MOHANNA AS AN INDIVIUAL**
KEYHAN MOHANNA, INDIVIDUALLY             **AND AS TRUSTEE**
AND AS TRUSTEE OF THE KEYHAN
MOHANNA REVOCABLE TRUST DATED
JULY 8, 2003

        DEFENDANTS

**ATTACHMENTS:**

1. Deed in Lieu of Foreclosure evidencing Keyhan Mohanna's transfer of interest on May 23, 2017 (Prior to illegal/fraudulent Trustee's Sale where "Duke" claims to have "bought" a $1.25MM apt for $30k.)
2. Legal Descriptions of all 6 units Keyhan Mohanna transferred.
3. Demand letter to Pamela Jackson and Duke Partners to voluntarily dismiss this bogus action or will be liable for malicious prosecution.
4. "Proof" of the fake sale @ $35,500.
5. Letter and faxes from Keyhan Mohanna to Duke Partners after fake sale, before UD, asserting he is NOT in possession.
6. Cancellation of Debt letter by Tax Accountant.
7. Lis Pendens recorded in 2016 (one year before "sale") further establishing **DUKE DID NOT DULY PERFECT TITLE.**
8. Recorded documents snapshot showing DUKE is **NOT** the owner of 1405 Greenwich, Apt 4.
9. Declaration re Deposition + Exhibit showing emails that prove Pamela Jackson is playing games with and deceiving these courts.
10. Judge Kahn order denying Duke Motion for Summary Judgement, though Pamela Jackson is trying dupe everyone into getting an instant judgement.

201405-00159

EXHIBIT 1 OF NOTICE OF CONVEYANCE OF TITLE AND                    Page 1 of 1
SURRENDER OF POSSESSION AND DEMAND LETTER TO DUKE PARTNERS II LLC
AND PAMELA JACKSON TO VOLUNTARILY DISMISS UD OR WILL FILE FOR
MALICIOUS PROSECUTION

**EXHIBIT 1**

# Nationwide Posting & Publication Inc.
## Property Search Detail

| | |
|---|---|
| Status: | Sold to outside party for: $35,500.00 |
| APN: | 04-0523-053-01 |
| TS Number: | 9551-2994 |
| Sale Date: | 06/26/2017 |
| Sale Time: | 2:00 PM |
| Sale County: | SAN FRANCISCO |
| Property Address: | 1405 GREENWICH ST UNIT #4<br>SAN FRANCISCO, CA 94109 |
| Sale Location: | At the Van Ness Avenue entrance to the City Hall at 400 Van Ness Avenue, San Francisco, CA 94102 |
| Final Bid: | |

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
| | | | | Digital Fax | | |
| Jul 12 | 10:34PM | Fax Sent | 14242180880 | 1:36 N/A | 4 | OK |

O: Olivia

Re: Void Trustee's Deed upon Sale

CC: Wells Fargo CEO + etc. etc.
CFPB

# Keyhan & Papillon,
## An International Business Consulting Enterprise

## FAX TRANSMITTAL SHEET

Date: _July 12, 2017_

From: __Keyhan Mohanna__

To: _Olivia_

Company: _____

Fax Number: _424-218-0880_

Number of Pages Transmitted, including cover: _4_

Comments:

_____
_____

_____
_____

1

190 Funston Ave, The Plaza Level, San Francisco, CA 94121   Tel: (415) 420-1237   Fax: (415) 474-2900

# Keyhan & Papillon,
## An International Business Consulting Enterprise

Olivia Reyes                                        July 12, 2017
Duke Partners II, LLC
2015 Manhattan Beach Blvd, #100
Rodando Beach, CA 90278

Re: 1405 Greenwich Street, apt. 4, San Francisco     Block: 523     Lot: 53

Dear Olivia,

Good talking to you. Our attorney is on vacation but I got her OK to write a short note to you.

The entire building (all 6 units) were transferred on May 23, 2017 (see attached). The liens of all cancelled debts (due to failure of creditors to file a valid proof of claim in my bankruptcy) were eliminated at that time. The Trustee's Deed Upon Sale you guys recorded is of no force or value.

We will contact Fidelity as well as the S.F. Recorder's Office to nullify/remove it and put safeguards in place, so it won't happen again.

As far as other claims that we have against our financial institutions, they are a matter of public records and you can check on those.

The frequency of harassment by our financial institutions forced us to install video surveillance system and we are reporting every incident of harassment to local police as well as the FBI.

Please do NOT send anyone to the property ever again. We'll be forced to expose "DUKE" and get a restraining order against him.

Sincerely,

*[signature]*

Keyhan Mohanna
CC:     Nedda Haeri, ESQ.
        Larry Fasano, ESQ.

1

190 Funston Ave, The Plaza Level, San Francisco, CA 94121   Tel: (415) 420-1237   Fax: (415) 474-2900

**ACCOMODATION ONLY**

Recording requested by (name):
McDonut & Kos Kesh Title and Escrow Services

When recorded, mail to
and mail tax statements to:
Alborz Fund Management

1555 Park Avenue, Unit-D

Emeryville, CA 94608

Block: 523 Lots: 50,51,52,53,54 and 55

San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC- 2017-K455207-00
Tuesday, MAY 23, 2017 13:26:32
Ttl Pd    $57.00    Rcpt # 0005608048
                              ofa/FT/1-14

Recorder's Use Only

1405 GREENWICH ST.

# Deed in Lieu of Foreclosure

The undersigned declares that the DOCUMETARY TRANSFER TAX is

$___00_____and is

___ computed on the full value of the interest or property conveyed: OR IS

_X_ computed on the full value less value of liens or encumbrances remaining

thereon at the time of transfer.

_____
Signature of Declarant

FOR VALUABLE CONSIDERATION,   receipt of which is hereby acknowledged,

1405 Greenwich Street, HOA, A Trust,        Grantor,

grants to 1275 SHERKAT-EH-SHARGH-VA-GHARB, a general partnership on behalf of Alborz Fund
Management III, a private holding entity,   Grantee, the real property located in the city of   San
Francisco_____,   County of San Francisco, State of  California, described as follows:

See attached Exhibit A, incorporated by reference to this document.

1405 GREENWICH ST. HOA

### RONALD J. LAU

Certified Public Accountant
4306 Geary Boulevard, Suite 301
San Francisco, California 94118
Tel (415) 742-4177  Fax (415) 742-4781

*BY ELECTRONIC MAIL*

April 18, 2017

Keyhan Mohanna
1405 Greenwich Street, #6
San Francisco, CA 94109

      Re:    Cancellation of Debt reported on your 2016 Individual Return

Dear Keyhan:

On your 2016 individual income tax return            you included cancelled debt to your income.   You provided our office with the following cancelled debts as it relates to the building you own located on 1405 Greenwich Street, San Francisco, California, 94109:

| Description | Amount |
|---|---|
| CANCELLATION OF DEBT - APT. 4 | $605,000.00 |

As a consequence of your inclusion of the above referenced debt, this debt above, was included in your income.  Please note Line 21 which shows the inclusion of income, as well as Line 63 which shows your federal tax due for 2016.

Should you have any questions, please feel free to contact our office.

Thank you,

Ronald J. Lau

Encl.

RECORDING REQUESTED BY

Keyhan Mohanna

WHEN RECORDED, MAIL TO:

NAME:  Keyhan Mohanna
ADDRESS:  1405 Greenwich Street, #6
CITY/STATE/ZIP:  San Francisco, CA 94109

CONFORMED COPY of document recorded

**04/06/2016 2016K227020**

on _____ with document no. _____
This document has not been compared with the original
SAN FRANCISCO ASSESSOR-RECORDER

## NOTICE OF PENDENCY OF ACTION
### (LIS PENDENS)
(CCP 405.4, 405.20, 505.21, 405.24)
APN: 0523-053
1405 Greenwich Street, #4, San Francisco, CA 94109

**Title of Document**

THIS PAGE IS ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION (Govt. Code 27361.6)
(additional recording fee applies)

# Transaction History Report

**1405 Greenwich St #4, San Francisco, CA 94109-0221**
APN: 0523-053

**Current Owner: 3h Renovation Services LLC**

Vesting:
2017 - Present

## LIENS

| Date | Type | Verified | Amount | Borrower(s) | Lender | Loan Type | Type / Term | Rate | Document # |
|------|------|----------|--------|-------------|--------|-----------|-------------|------|-----------|
| 10/11/2017 | Trust Deed/Mortgage | | $28,400 | Duke Partners II LLC | Bank Of The West | | | | 2017.524316 |

## CONVEYANCES

| Date | Rec Date | Verified | Price | Type | Title Company | Buyer | Seller | Document # |
|------|----------|----------|-------|------|---------------|-------|--------|-----------|
| 02/26/2018 | 02/28/2018 | | | | McDonut & Kosh Kesh Title & | 3h Renovation Services LLC | 3h Renovation Services | 2018.583275 |
| 07/21/2017 | 07/24/2017 | | $35,500 | | Accommodation | 3h Renovation Services | Alborz Fund | 2017.480051 |

## Prior Owner: Duke Partners II LLC
2017 - 2017

## CONVEYANCES

| Date | Rec Date | Verified | Price | Type | Title Company | Buyer | Seller | Document # |
|------|----------|----------|-------|------|---------------|-------|--------|-----------|
| 06/26/2017 | 07/06/2017 | | $3,550,000 | Full Value | Accommodation | Duke Partners II LLC | Mohanna Keyhan | 2017.472860 |

## Prior Owner: Mohanna TR
2003 - 2017

## LIENS

| Date | Type | Verified | Amount | Borrower(s) | Lender | Loan Type | Type / Term | Rate | Document # |
|------|------|----------|--------|-------------|--------|-----------|-------------|------|-----------|
| 06/02/2017 | Trust Deed/Mortgage | | $4,519,431 | Mohanna Keyhan / The Keyham Mohanna Revocable Trust | KM Hospitality & Transportatio | | | | 2017.459063 |
| 04/06/2016 | Lis Pendens | | | Wells Fargo BK NA / As | | | | | 2016.227020 |
| 11/25/2014 | Trust Deed/Mortgage | | $1,000,000 | Mohanna Keyhan Trust | KM Hospitality & Transportatio | Private Party | | | 2014.980282 |
| 02/21/2007 | Trust Deed/Mortgage | | $618,750 | Mohanna Keyhan Trust | World Savings | Conventional | Var / | | 2007.339958 |
| ^ 12/08/2014 | Notice Of Default | | $234,877 | Mohanna Keyhan Trust | World Svgs BK FSB | | | | 2014.984686 |
| ^ 10/26/2015 | Notice Of Sale | | | Mohanna Keyhan Trust | World Svgs BK FSB | | | | 2015.149313 |
| ^ 05/24/2017 | Notice Of Sale | | | | | | | | 2017.455664 |
| 07/16/2004 | Trust Deed/Mortgage | | $500,000 | Mohanna TR | First Republic Bank | Conventional | Var / | | 2004.767433 |
| ^ 03/13/2007 | Release | | | | | | | | 2007.351207 |

## CONVEYANCES

| Date | Rec Date | Verified | Price | Type | Title Company | Buyer | Seller | Document # |
|------|----------|----------|-------|------|---------------|-------|--------|-----------|



© 2017 FIRST AMERICAN DATA TREE AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.

1  Nedda Haeri, Esq.
   (S.B.N. 270270)
2  **ADVENT LAW GROUP**
   8484 Wilshire Blvd. Suite 515
3  Beverly Hills, CA 90211
   Tel: 323-762-8998
4  Fax: 323-908-4026
   neddahaeri@icloud.com
5
6  Attorney for Defendant
   KEYHAN MOHANNA, INDIVIDUALLY
7  AND AS TRUSTEE OF THE KEYHAN
   MOHANNA REVOCABLE TRUST
8
               SUPERIOR COURT OF CALIFORNIA
9                 COUNTY OF SAN FRANCISCO
10
11 DUKE PARTNERS II, LLC              Case No: CUD-17-659243

12         PLAINTIFF,                 [PROPOSED] ORDER PLAINTIFF'S
                                      MOTION FOR SUMMARY JUDGMENT OR
13       vs.                          IN THE ALTERNATIVE SUMMARY
                                      ADJUDICATION
14 KEYHAN MOHANNA, INDIVIDUALLY
15 AND AS TRUSTEE OF THE KEYHAN
   MOHANNA REVOCABLE TRUST            Date: May 16, 2018
16 DATED JULY 8, 2003                 Time: 9:30 am
                                      Dept: 302
17         DEFENDANT.
18
19
20
21
22
23
24 TO ALL PARTIES AND THEIR COUNSEL OF RECORD:
25
26     On May 16, 2018, this matter came for hearing in Department 302 of the above-entitled
27 court located at 400 McAllister Street, San Francisco, California, 94102.
28
   _____
        [PROPOSED] ORDER RE MOTION FOR SUMMARY JUDGMENT        Page 1 of 3

Case: 18-30983   Doc# 30   Filed: 10/03/18   Entered: 10/03/18 14:12:36   Page 89 of 97

1    Plaintiff Duke Partners II, LLC's motion for summary judgment or, in the alternative,

2    summary adjudication is denied in its entirety. There is a triable dispute whether defendant

3    Keyhan Mohanna is currently in possession of the real property that is the subject of this eviction

4    action. Because the essence of an unlawful detainer action is the recovery of physical possession

5    of real property, Duke Partners' argument that it can proceed on a "constructive possession" theory

6    lacks merit.

7

8        IT IS SO ORDERED.

9

10

11   Dated: May 16, 2018 _____

12                                    Superior Court Judge

13                                    HAROLD KAHN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE MOTION FOR SUMMARY JUDGMENT          Page 2 of 3

1        SUPERIOR COURT OF CALIFORNIA

2           COUNTY OF SAN FRANCISCO

3   DEPARTMENT 501        HONORABLE CHARLES F. HAINES

4

5

DUKE PARTNERS II, LLC,        ) Case No.
6                             ) CUD-17-659243
          PLAINTIFF,          )
7                             ) Volume I
     vs.                      )
8                             ) Pages 1 - 18
KEYHAN MOHANNA, INDIVIDUALLY  )
9   AND AS TRUSTEE OF KEYHAN  )
MOHANNA REVOCABLE TRUST DATED )
10  JULY 8, 2003,             )
                              )
11          DEFENDANT.        )
    _____)

12

13

14

15       REPORTER'S TRANSCRIPT OF PROCEEDINGS

16           Tuesday, September 4, 2018

17

18

19  Reported By:

20  KELLY NEWTON, CSR NO. 13849

21  ------------------------------------------------------

22           JAN BROWN & ASSOCIATES

23    WORLDWIDE DEPOSITION & VIDEOGRAPHY SERVICES

24  701 Battery St., 3rd Floor, San Francisco, CA 94111

25         (415) 981-3498 or (800) 522-7096

```
 1              A P P E A R A N C E S
 2          PAMELA C. JACKSON, Attorney at Law, 409 Boyd
 3    Street, Vacaville, CA  95688, appeared as counsel on
 4    behalf of Plaintiff Duke Partners II, LLC.
 5    Telephone: (707) 446-2333    Fax: (707) 446-2393
 6    Email:  unavailable
 7
 8          DANIEL M BORNSTEIN, Attorney at Law, of
 9    BORNSTEIN LAW, 507 Polk Street, Suite 410, San Francisco,
10    CA  94102, specially appeared as counsel on behalf of
11    Defendants.
12    Telephone: (415) 409-7611    Fax: (415) 463-2349
13    Email: Daniel@bornstein.law
14
15          LAWRENCE W. FASANO, Attorney at Law, of FASANO
16    LAW OFFICE, 201 Mission Street, Floor 12, San Francisco,
17    CA  94105, specially appeared as counsel on behalf of
18    Defendants.
19    Telephone: (415) 432-4401    Fax: (415) 432-4405
20    Email: Fasanolaw130@aol.com
21
22    Also Present:
23          VIVIEN MOHANNA
24
25
```

2

Case: 18-30983   Doc# 30   Filed: 10/03/18   Entered: 10/03/18 14:12:36   Page 92 of 97

1     another appearance as well. I just want to point the

2     Court's attention to one very important issue, and then

3     I will keep my mouth shut.

4           THE COURT: Oh.

5           MR. BORNSTEIN: May I proceed?

6           THE COURT: Only if you promise you're going to

7     file that limited scope thing.

8           MR. BORNSTEIN: I will.

9           THE COURT: What do you want to tell me? Wait,

10    let me get your testimony also.

11          MS. MOHANNA: My name is Vivien Mohanna. I'm

12    Defendant's daughter and power of attorney.

13          MR. FASANO: I have filed a limited scope for

14    today only.

15          THE COURT: Okay. And I understand that

16    Ms. Mohanna is going to represent her father's interest

17    because she has these -- because she has this power of

18    attorney. I'm okay with all of that.

19          MS. MOHANNA: Thank you.

20          THE COURT: Mr. Bornstein, what did you want to

21    tell me?

22          MR. BORNSTEIN: The concern I have on behalf of

23    the Defendant is there's already been a notice and

24    document informing the Court and the Plaintiff's counsel

25    that he has given up possession of the premises.

4

1     It's my understanding, pursuant to the civil

2     code, that once a defendant in an unlawful detainer

3     action gives up possession, the Court loses trial

4     preference, and therefore this matter should be amended

5     to a breach of contract action.  And then any further

6     hearing before the court on discovery matters should be

7     actually on a different timeline.

8         THE COURT:  First question, didn't we cover

9     this, Ms. Jackson, before?

10        MS. JACKSON:  Yes, your Honor.

11        THE COURT:  So I think we've already discussed

12    that.

13        MR. BORNSTEIN:  You asked plaintiff if she

14    voluntarily would dismiss it.  What counsel is now

15    saying is that even if she doesn't voluntarily do so,

16    the defendant is not in possession.  She should not be

17    able to proceed in discovery as if it was an unlawful

18    detainer.

19        THE COURT:  Ms. Jackson?

20        MS. JACKSON:  Thank you, your Honor.  We just

21    have serious questions of where Mr. Mohanna is.  It's

22    like a bouncing ball.

23        THE COURT:  I just need to know, is there some

24    reason that you aren't accepting these representations?

25        MS. JACKSON:  Yes.  Because he has a pending

5

1   case against my client for wrongful eviction, we can't

2   evict someone that doesn't live there.  That's all we're

3   trying to find out.

4         THE COURT:  Hold on.  You have to be evicted

5   before you could sue for wrongful eviction, correct?

6         MR. BORNSTEIN:  Incorrect.  They're apple and

7   oranges --

8         THE COURT:  Attempted wrongful eviction.

9         MR. BORNSTEIN:  Yes.  But it's not unusual for

10  those matters to either occur simultaneously or occur

11  after the fact.  But if my client has actually filed

12  that notice informing the Court he's out of possession,

13  possession is no longer at issue, the Court loses its

14  preference and jurisdiction over the matter.  And it

15  becomes a standard case which doesn't allow someone to

16  serve a depo notice on five days, so the whole matter

17  should be sort of quieted, down converted to a breach of

18  contract action.  She doesn't have to dismiss the case.

19  She merely needs to amend it.  This would reduce all of

20  this sort of back and forth and make this a different

21  case in total.

22         THE COURT:  I certainly appreciate that;

23  however, my understanding of the posture of the

24  situation right now is Plaintiff's counsel is not

25  willing to accept any of these representations.  She

6

Case: 18-30983   Doc# 30   Filed: 10/03/18   Entered: 10/03/18 14:12:36   Page 95 of
97

 1    says that -- what I remember from the last time we were

 2    here, her position is that "I do not believe he has

 3    vacated.  He's still in possession."  She wants to

 4    depose him, and presumably I would presume -- I would

 5    guess she's going to cover those questions in the

 6    deposition.  Anyhow --

 7            MS. MOHANNA:  May I speak, your Honor?

 8            THE COURT:  Let your attorney speak.

 9            MS. MOHANNA:  There's something that I have

10    readily available.  Duke Partners --

11            THE COURT:  Excuse me, I said let your attorney

12    speak for you.  That's why he's here.

13            MR. FASANO:  On the issue of possession, I think

14    the evidence is clear.  Counsel may not want to accept

15    it, but there's been a deed of reconveyance filed, so

16    there's no possession, no interest in this property at

17    all.  When they previously filed a notice, they served a

18    three-day notice on another party, Alborz Fund, who the

19    property was transferred to.  So this property was

20    transferred to Alborz Fund to vacate the property.  That

21    went nowhere.  Now they proceeded against Mr. Mohanna,

22    who is not in possession of the property and doesn't own

23    it.  The mere fact plaintiff doesn't want to accept a

24    deed of reconveyance --

25            THE COURT:  By the way, why are we talking about

                                                              7

Case: 18-30983   Doc# 30   Filed: 10/03/18   Entered: 10/03/18 14:12:36   Page 96 of
97

1      this?  We're not on calendar for this.  Tell me why I

2      should be even listening to this.

3            MR. FASANO:  Because, your Honor, the issue of

4      the properties of proceeding -- the Plaintiff, the

5      manner she is proceeding -- that the plaintiff is

6      proceeding is before you.  Mr. Mohanna is out of the

7      country --

8            THE COURT:  Did anybody submit any opposition on

9      that basis?  I don't think so.  First time I heard about

10     it was this morning a few minutes ago.

11           MS. JACKSON:  Your Honor, if I could, too, I

12     think it's important for the Court to note the timing.

13     The deposition was originally scheduled in June.  This

14     notice of I'm not living there anymore -- and just

15     because somebody doesn't have title doesn't mean they

16     don't live at a place.

17           THE COURT:  Let's not go down the rabbit hole.

18     I know what's going on here.  This is the last chance of

19     the deposition before terminating sanctions, okay?

20           I didn't get any opposition stating that there

21     were some grounds like put forward today.  Counsel for

22     plaintiff is not accepting it and didn't accept it the

23     last time, and I'm not prepared to stop this deposition.

24           Now, based on that issue, what about any other

25     issues?  I understand he has some health issues, right?

8