Jonathan C. Cahill (SBN 287260)
jcahill@aldridgepite.com
Christopher M. McDermott (SBN 253411)
cmcdermott@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Dr., Ste. 200
P.O. Box 19734
San Diego, CA 92177-9734
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

*Attorneys for* Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A; Deutsche Bank National Trust Company, as trustee, on behalf of the holders the WaMu Mortgage Pass-Through Certificates, Series 2005-AR6

[Additional Counsel Listed on Continuation Page]

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>KEYHAN MOHANNA,<br><br>Debtor(s). | Case No. 18-30983-DM<br><br>Chapter 13<br><br>**DECLARATION OF WILLIAM R. JARRELL IN SUPPORT OF JOINT MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7**<br><br>**HEARING**:<br>Date:   October 17, 2018<br>Time:   3:00 p.m.<br>Ctrm:   17<br>Judge: Hon. Dennis Montali |

I, William R. Jarrell, hereby declare:

1.  I am an associate attorney at Aldridge Pite, LLP, attorneys for Deutsche Bank National Trust Company, as trustee, on behalf of the holders the WaMu Mortgage Pass-Through Certificates, Series 2005-AR6 ("Deutsche") in the above-captioned matter. At all relevant times herein, my firm was retained by Deutsche, and I am authorized by Deutsche to make this Declaration. I have personal knowledge of the facts stated herein except those stated on information and belief and, as to those matters, I believe them to be true. If called as a witness, I could and would testify competently thereto.

2. Deutsche purchased Unit #6 of the Property on February 23, 2017 at a trustee's sale and duly perfected title by the recording of the Trustee's Deed Upon Sale in the official records of San Francisco County as Document Number 2017-K422023-00. Debtor was the former owner.

3. On November 21, 2018, Deutsche filed an unlawful detainer action seeking possession of the Unit #6 of the Property against Debtor in the Superior Court of California for the County of San Francisco, which was assigned case number CUD-17-660362. As of the time of this Declaration, Deutsche's unlawful detainer case remains pending.

4. On April 1, 2018, I received an email from Debtor. The sole message in the email stated: "FYI motherfucker[.]" A true and correct copy of the email is lodged herewith as **Exhibit 25**.

5. Debtor's April 1, 2018 email included an attached document consisting of ten (10) pages. The cover page of the attachment is addressed to "John Aldridge re: douchbag motherfucker." John Aldridge is the owner and managing partner of Aldridge Pite, LLP, Deutsche's attorneys of record herein. A true and correct copy of the April 1, 2018 email attachment is lodged herewith as **Exhibit 26**. Debtor also references me on page two (2) of Exhibit B, to wit: "illegal activities of William Jarrell."

6. That same day, Debtor also emailed a copy of Exhibit B directly to John Aldridge along with another attachment entitled "wjarrell.pdf." In the "wjarrell.pdf" attachment was a letter addressed to me from Debtor. In the letter, Debtor asserts: "Let Me [sic] remind you that you are fucking with the wrong guy. I will do my best to disbar you, but Henry "Hang" Hui (3H) will hang you by your balls if you continue your reckless, lawless behavior." A true and correct copy of the letter to me from Debtor contained in the attachment entitled "wjarrell.pdf" is lodged herewith as **Exhibit 27**.

7. In response to Debtor's communications, on April 3, 2018, my office issued an internal security alert identifying Debtor as a potential threat to the physical safety of my office's employees and agents. A true and correct copy of the security alert is lodged herewith as **Exhibit 28**.

8. On April 9, 2018, I received an email from Debtor addressed to John Aldridge and me. The content of the email stated: "Stop your fucking illegal/criminal activities surrounding 1405 Greenwich Street! NOW!!" A true and correct copy of the April 9, 2018 email is lodged herewith as

**Exhibit 29**.

9. Debtor's email on April 9, 2018 contained an attachment consisting of 37 pages entitled "bar-cfpb.pdf." The attachment contains several communications sent by Debtor to various individuals and entities. One of the communications therein was a duplicate copy of the letter addressed to me which Debtor previously sent to my office on April 1, 2018. *See* Exhibit 18.

10. On April 10, 2018, Debtor's attorney, Nedda Haeri, contacted me by email to provide ex parte notice. I responded to Ms. Haeri requesting she "instruct Mr. Mohanna to cease sending me threatening communications." A true and correct copy of my email to Ms. Naeri on April 10, 2018 is lodged herewith as **Exhibit 30**.

11. Thereafter, I began receiving communications, both by fax and email from Debtor's daughter, Vivien Mohanna. As such, on April 20, 2018, I again emailed Debtor's counsel, Nedda Haeri, and requested she once again instruct Debtor and his daughter to cease sending my office communications.

12. On May 14, 2018 my office received a fax from Debtor addressed to me. The fax contained a communication directed to attorney Thomas Hesketh, who has specially appeared in the immediate case on behalf of my office on multiple occasions, stating: "Stay the fuck away from my family & I. Capice? Motherfucker!!" The fax also contains a communication directed to one "Mr. Williams" apparently of the State Bar of California. Therein, Debtor states: "Add this slimeball douch [sic] to the list. The fucktard couldn't get a job with Lyft/Uber so he brings his ugly face and fucking superman tie, lies through his fucking teeth on behalf of William Jarrell, Select Portfolio, making all sorts of misrepresentations to the court. We'll teach this motherfucker a lesson not to fuck with the Mohannas." A true and correct copy of the fax from Debtor on May 14, 2018 is lodged herewith as **Exhibit 31**.

13. Also in Debtor's May 14, 2018 fax is a communication directed to me stating: "You scumbag motherfucker don't ever again tell Nedda what to do and what not to do. She'll bust your fucking balls, you slimeball motherfucker." The communication goes on to demand that I "shut the fuck up" and "[s]tart crying and run to the court with this motherfucker." *See* Exhibit G.

14. Debtor's May 14, 2018 fax was also sent as an email to John Aldridge and Thomas

**DECLARATION OF WILLIAM R. JARRELL IN SUPPORT OF JOINT MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7**

Hekseth. Therein, Debtor stated: "You are fucking with the wrong family!" A true and correct copy of the May 14, 2018 email is lodged herewith as **Exhibit 32**.

15. That same day, on May 14, 2018, I once again contacted Debtor's counsel, Nedda Haeri, and requested her to again instruct her client to cease contacting my office. A true and correct copy of my May 14, 2018 email to Ms. Haeri is lodged herewith as **Exhibit 33**.

16. On May 20, 2018 I received yet another email from Debtor. The email contained an attachment entitled "Jarrell 5-19.pdf" which was a communication directed to me stating: "Hey Jarrell, you motherfucker piece of shit forward this to Nedda and stop crying motherfucker – File this with the Court as well. Since I'm not a party to your bullshit I don't give a fuck – so go fuck yourself." A true and correct copy of the attachment entitled "Jarrell 5-19.pdf" is lodged herewith as **Exhibit 34**.

17. Since May 20, 2018, I have received at least six further communications from Debtor.

18. On May 29, 2018 Debtor emailed me an attachment entitled "sps-batch-6" which included a communication to me stating: "Stay the fuck away from 1405 Greenwich Street. I guarantee you that Chase and Deutsch [sic] Bank don't need a low life mother fucker like you creat [sic] more legal problems for them. Are we clear? Crystal clear?" A true and correct copy of the May 29, 2018 communication to me is lodged herewith as **Exhibit 35**.

19. Also included in the attachment entitled "sps-batch-6" is a letter from Debtor addressed to the Hon. Judge Ronald E. Quidachy of the San Francisco Superior Court regarding the Unit #6 of the Property. Therein Debtor states: "Dear Judge Q., First and foremost I really miss coming to your Court and getting chewed out by you. I have been in recovery for the past 24 months+/-." Startlingly, at the end of the letter, Debtor writes to Judge Quidachy: "Btw, saw you at Target and you looked awesome." A true and correct copy of the letter addressed to Judge Quidachy, dated May 16, 2018, is lodged herewith as **Exhibit 36**.

20. That same day, on May 29, 2018, Debtor emailed me another attachment entitled "SPS batch 7.pdf." This attachment contained a number of communications directed to Aldridge Pite, Stoel Rivers, one Ed Williams, and the California State Bar. The last two (2) pages of the attachment include a fax cover sheet addressed to "motherfucker loser Aldridge Pite" ominously

followed by a full size black and white photo appearing to depict the cast from the film "The Godfather." True and correct copies of the fax cover page and photo are lodged herewith as **Exhibit 37**.

21. That same day, on May 29, 2018, Debtor emailed yet another email attachment entitled "SPS batch 11.pdf." The attachment, consisting of 56 pages, contained a fax transmittal sheet dated May 14, 2016 addressed to "Dennis Barber OR Gabriela Rodriguez" in regard to the Unit #6 of the Property. While the identities of "Dennis Barber" and "Gabriela Rodriguez" are unknown to Deutsche's attorneys herein, the communication directly references the Unit #6 of the Property. In the communication, Debtor writes: "Stay the fuck away from me and 3H's property. There will be grave consequences if you don't fuck off." A true and correct copy of the foregoing communication dated May 14, 2016 and received on May 29, 2018 is lodged herewith as **Exhibit 38**.

22. In response to the ongoing communications received from Debtor, on May 30, 2018, as a matter of safety, my office once again issued a security alert identifying Debtor as a potential threat to the physical safety of my office's employees and agents. A true and correct copy of the May 30, 2018 security alert is lodged herewith as **Exhibit 39**.

23. As detailed herein, Debtor's conduct has stifled Deutsche's prosecution of its pending unlawful detainer action and has further created a legitimate concern for the safety and well-being of Deutsche's attorneys herein, specifically with respect to John Aldridge, Thomas Hesketh, and myself.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 8th day of October 2018, in the City of San Diego, California.

Dated: October 8, 2018
/s/ *William R. Jarrell*
William R. Jarrell, Esq.
**ALDRIDGE | PITE, LLP**
Attorneys for Deutsche Bank National Trust Company, as trustee, on behalf of the holders the WaMu Mortgage Pass-Through Certificates, Series 2005-AR6

- 5 -  CASE NO. 18-30983-DM
**DECLARATION OF WILLIAM R. JARRELL IN SUPPORT OF JOINT MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7**
Case 18-30983   Doc# 42   Filed: 10/12/18   Entered: 10/12/18 16:39:20   Page 5 of 5