KEYHAN MOHANNA
1595 Clay St. #8
San Francisco, CA 94109
Tel: 415-823-4882
Email: vivienandkeyhanmohanna@gmail.com

In Pro Per

*original*

**FILED**
OCT 16 2018
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA MT

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In Re:

KEYHAN MOHANNA

      DEBTOR,

Case No: 18-30983

DEBTOR'S OPPOSITION TO CONVERSION AND OPPOSITION TO "DUKE'S" MOTION FOR RELIEF FROM AUTOMATIC STAY

[*Declaration of Keyhan Mohanna and Henry Hang Hui Filed Concurrently Herewith*]

| | |
|---|---|
| Hearing Date: | October 17, 2018 |
| Hearing Time: | 3:00 PM |
| Courtroom: | 17 |
| Location: | 450 Golden Gate Avenue, 16th Fl. San Francisco, CA 94102 |
| Judge: | Hon. Dennis Montali |

<u>TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:</u>

Debtor, KEYHAN MOHANNA (hereinafter collectively referred to as "Debtor") objects to conversion and moves this court to deny "Duke's" Motion for Relief from Stay.

Case: 18-30983   Doc# 47   Filed: 10/16/18   Entered: 10/16/18 15:40:09   Page 1 of 47

1

2

3  Dated: October 15, 2018                    Respectfully Submitted,

4

5                                        By: _Keyhan Mohanna by VM PoA_
6                                             KEYHAN MOHANNA (by VM PoA)
7                                             Debtor In Pro Per

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STATEMENT OF RELEVANT FACTS

I.    As of the date of this filing, no motions for conversion have been served on Debtor.

II.    Debtor is still without an attorney and is thus without adequate guidance as to how to effectively oppose the motion to convert, so will be doing his best in spite this huge limitation. Debtor's daughter has spoken to at least 6 different BK attorneys, one of whom is willing to take the case but given his workload asked to be followed up with in a few weeks' time. And, he is on vacation this week so Debtor could get not even any guidance as to how to prepare this opposition.

III.    Debtor returns home on Nov 4 from being in Iran for several months, and these proceedings should not take place without him. In fact, it is utterly reckless to proceed this way in his absence.

IV.    Absolutely zero harm would be caused to anyone if this waits until he returns, and in fact, the opposite is true, that Debtor will experience significant harm should these monumental decisions be made in his absence, without his participation, and without representation from a proper bankruptcy attorney who is qualified to steer this appropriately.

V.    First, there is no estate to liquidate so a Chapter 7 makes no sense.

VI.    Debtor has no property, and doesn't even own a car. He has nothing.

VII.    This court lacks jurisdiction over the property belonging to 3H Renovation Services, that these "woodwork", wannabe creditors claim to have a right to.

VIII.    Should anyone dispute that, it needs to be resolved by way of Quiet Title in a State Court action, not take the easy way out in this venue.

IX.    In 2012 the Trustee took over 1405 Greenwich Street then abandoned it due to paperwork and significant tax consequences.

X.    The Trustee reviewed the detailed documents relating to void assignments and treated those debts as unsecured. Then chapter 7. Based on that plus other negotiations leading to an agreement to cancel/forgive the debts with Wells Fargo, Chase Bank and Bank of America Debtor then declared all those debts as extinguished.

XI.    At Debtor's accountant's instruction, he declared all of the cancelled debts as income on his tax returns, and has already paid exorbitant taxes to IRS and FTB as a result. Because these tax debts are so insurmountable, and Debtor could no longer produce due to the constant torture and harassment by wannabe creditors, he was not able to

Case: 18-30983   Doc# 47   Filed: 10/16/18   Entered: 10/16/18 15:40:09   Page 3 of 47

keep making payments. This led to FTB naming him as one of its published "Top 500" delinquent individuals, a shameful and destructive outcome, and furthermore suspending his driver's license and real estate license, both of which were severely debilitating.

XII.   This pressure and shackling of basic human rights and survival tools is what forced Debtor back into bankruptcy.

XIII.  He desperately seeks resolution here and is hopeful this court can declare him insolvent.

XIV.   Debtor spent months tirelessly supplying documents to IRS and FTB as part of their "Offer-in-Compromise" program, desperate to get his life back, but after FTB seized a mere $324 of his nominal bank balance, its refusal to reinstate his driver's license, and after FTB confirmed it could be "up to one year or more" to resolve, Debtor's desperation for a more prompt resolution led him to realize bankruptcy was the only promising solution, though certainly a last resort and a venue he certainly didn't wish to ever return to.

XV.    Debtor provides just the tip of the iceberg of evidence of cancelled debt paperwork. There are mounds more but Debtor wishes not to overwhelm this court. He has upward of 40 file boxes of documents reflecting several years of communications with Bank of America, Wells Fargo and Chase Bank. **It is important to note, that Debtor was ONE subdivider, who completed ONE Countrywide loan application, and got NINE loans. ONE PERSON. NINE LOANS.**

XVI.   Prior to taking title, 3H Renovation Services, LLC's legal team spent nearly one year reviewing the thousands of documents Debtor provided them relating to cancelled debt evidence, and after much due diligence, it chose to rely on these documents and agreed to take title accordingly.

XVII.  Property is not Debtor's to give, nor do any of these supposed creditors have a right to take, nor does this court have jurisdiction over 3H's property to oversee any of this.

XVIII. Dangerously, Duke Partners admits to its conspiracy with other supposed creditors and intends to provide possession to other parties who claim to have some rights though in actuality do not. So, should this court grant them relief, it is recklessly granting to other parties at the same time without them first resolving title which they are all hoping to escape and circumvent. 3H is the rightful owner of 1405 Greenwich and anyone who disputes that needs to resolve it the legal way, not slithering through the system to an instant judgement while Debtor is out of the country and hands tied from participation.

XIX.   The case filed against Carrington earlier in the year was a template that a legal helper based in southern CA used from a boiler plate filing from several years ago when Debtor was still involved at 1405; and though these wannabe creditors call attention to the one sentence that should have been omitted but wasn't due to a genuine oversight, the fact remains that Debtor doesn't own the property, is not in possession of it, and

hasn't been or had since May 23, 2017 when he deeded the property. These pretend creditors are so desperate that they fail to acknowledge that all of the exhibits attached to the Complaint they all keep referencing show the recorded docs changing of ownership to 3H Renovation, the fact of which, all of Judge Orrick's rulings and orders have stemmed. The entire case is about the fact that the ownership has changed, so these fake creditors intend to dupe this BK court into believing Debtor wasn't honest in his district court filing when in fact it was one sentence that should have been omitted but wasn't due to an oversight. The entire case revolves around the ownership change to 3H so for these fake creditors to harp on it is utterly meaningless, pointless and a waste of everyone's time.

XX.   Other snapshot facts:
- Oral argument scheduled on appeal for Wells Fargo UD. "Lenders" arrival on the scene via some fraudulent quitclaim is completely invalid, null and void. Another entity owns and possesses the property – NOT LENDERS - and if they dispute that, should proceed in the proper forum but realize it is unlikely they will succeed, hence the reason they come before you in this venue.

- Duke Partners supposed purchase of a $1.25M apartment for $30k should be enough for everyone in this venue to take serious pause and feel genuine concern.
- Duke Partners is so desperate to surreptitiously get an instant "to-go" judgement while Debtor is out of the country because they know they'll lose at trial.

- State Court advised Duke to dismiss and file as a quiet title, though it refuses

- Duke is not a BFP and title was not duly perfected. 3H Renovation Services is the rightful owner of all six units at 1405 Greenwich Street.

- Duke has no ownership interest in the property, nor does Debtor, and thus any decisions surrounding 1405 Greenwich is not within this court's jurisdiction.

- Duke no-show at deposition, completely ignored all discovery requests by Debtor and hasn't responded to the appeal.

- Duke likes to have it both ways when convenient for them – in UD courts they claim Debtor has possession yet to coerce the BK courts into granting them relief, claim Debtor does NOT have interest – simply cannot be both ways, mutually exclusive facts they continue to assert depending on what works best for them.

- It is Debtor's goal that this court declares him insolvent.

**ATTACHMENTS:**

- Recorded docs showing 3H rightful owner; and Debtor transferred his beneficial interest

Case: 18-30983   Doc# 47   Filed: 10/16/18   Entered: 10/16/18 15:40:09   Page 5 of 47

- Evidence of cancelled debt
- FTB and IRS paperwork showing Debtor's significant debts
- 3H Renovation Complaint against Wells Fargo and Duke
- 3H Renovation Complaint against BSI
- Wells Fargo vs 3H and Alborz
- Judge Kahn order that Debtor is not in possession of property
- Judge Quidachay order denying Wells Fargo possession
- Proof of fake sale to Duke Partners for $35k!
- Debtor's Notice of Conveyance of Title
- Transcripts showing Judge Haines imploring Duke Partners to dismiss UD action and proceed in the proper way, as quiet title
- Transcripts showing Debtor not in possession
- Transcripts showing lies by Duke Partners – their story changes with each breath evidencing that everything they say is rooted in fraud, perjury and deceit: first they claim that they believe the unit to be vacant though in direct contact with its then-tenants; then that Debtor is not in actual possession but rather "constructive" possession; then that the Debtor lives there himself.
- Notice from Duke to Alborz Fund, the Fund Debtor transferred to, as direct evidence Duke knew Debtor was no longer in possession yet proceeded to wrongfully name him in their UD action that has spanned 16 months and continues to cause great harm to Debtor
- Duke continues to acknowledge Debtor not in possession yet tries to have it both ways

A.    *Introduction*

In its Motion for Relief, Duke specifically asserts that it simply purchased the Subject Property that is worth over 1 million dollars for a mere $35,000.00 due to the fact that it was the only bidder. At a recent hearing in the unlawful detainer action against Debtor, counsel for Duke stated to the court that the "opening bid was $500.00," however, there is no evidence that any other bidders were present. Additionally, no notice of the foreclosure sale nor the opening bid were provided to 3H. Plaintiff's motion is rooted in lies and deceit, and contains mostly misrepresentations which are in dispute.

It is important to note, that on <u>September 12, 2018</u>, and unbeknownst to Debtor or 3H, Duke's counsel submitted another Proposed Order from a <u>June 25, 2018</u> hearing which conveniently omits the substance of the court's ruling and the fact that the court adopted its tentative ruling. (A true and correct copy of the Order submitted by Wells Fargo on June 25, 2018

and the Order submitted by Duke on September 12, 2018, is attached and labeled as **"Exhibits 4-5"**).

In its Motion for Relief Duke presented many statements which are simply false and an obvious attempt to mislead this court. Debtor hereby objects to the entirety of Duke's Motion for Relief on the grounds that it incorrectly states the facts and misrepresents a trial court order which has been objected to on these grounds.

### B.    Relevant Facts

On April 19, 2017, Chih-Hong Hsu filed and recorded a mechanic's lien claim against the subject property for services that commenced on February 14, 2008.

On May 11, 2017, an Assignment/Transfer of Lien Claim was filed and recorded by Chih-Hong Hsu.

On July 31, 2017, the building was transferred to 3H Renovation Services, LLC.

The entire property, a 6 unit apartment building, was transferred to Alborz on May 23, 2017 by recorded Deed in Lieu of Foreclosure.

Subsequently, on July 31, 2017, the entire property was transferred by Grant Deed to 3H Renovation Services.

On February 28, 2018, the subject property was transferred from 3H Renovation Services by Grant Deed to 3H Renovation Services LLC.

After performing its own due diligence and in light of the evidence provided, 3H agreed to accept title to the Subject Property. On May 23, 2017, all six units of the building were transferred to Alborz Corporation by a recorded deed in lieu of foreclosure. A securitization audit reflects numerous inconsistencies with the recorded documents filed against the Subject Property. It is important to note that 3H acquired the Subject Property prior to the foreclosure upon the Subject Property, and Defendants Wells Fargo and Duke were provided with notice of such transaction.

In spite of all evidence to the contrary, Duke proceeded with the wrongful foreclosure. In an effort to cover its tracks, it has now commenced an unlawful detainer action against Debtor

1    who no longer has possession of the Subject Property.

2           On June 26, 2017, Apt 4 was illegally foreclosed upon, though against prior owner

3    Mohanna, when the bare minimal amount of due diligence would yield that the unit had already

4    been transferred to 3H, after a legitimate reliance of the cancelled debt and a judge's ruling of the

5    same.

6           On June 26, 2017, Wells Fargo conducted a foreclosure sale of Apt 4. Though the subject

7    unit has a listing value of approximately $1,000,000.00, Duke, claims to have validly purchased it

8    for only $35,500. Duke also claims that the opening bid at the foreclosure auction was a mere

9    $500.00. The Subject Property was transferred from Debtor several months prior to the Trustee's

10   Sale, as an attempt to satisfy a debt, and a Lis Pendens had been recorded. Wells Fargo did not

11   have standing to foreclose on this once-securitized debt, which was ultimately cancelled and

12   disallowed by Debtor's previous Bankruptcy judge's ruling indicating the reason being that Wells

13   Fargo failed to file the required Proof of Claim. Counsel for NBS Default Services filed a

14   statement in Debtor's bankruptcy indicating its intent to file a Proof of Claim, although one was

15   never filed.

16          After Debtor's bankruptcy judge cancelled and disallowed the debt, Debtor declared the

17   cancelled debts as income per his accountant's advice. Debtor has paid taxes to the Internal

18   Revenue Service and Franchise Tax Board on these cancelled debts and has continued to do so,

19   thus further evidencing Wells Fargo's lack of standing to foreclose upon the Subject Property, and

20   Duke's lack of BFP status. Additionally NBS recorded a Notice of Default **without first filing the**

21   **required** Substitution of Trustee. Thus Wells claim that it duly perfected title is false.

22

23

24          Further evidencing the Fraud, Duke commenced an unlawful detainer action against

25   Debtor, demanding a 5-day notice requirement although his tenants were in possession of the

26   premises at the time and the Subject Property had been transferred. Duke became aware of the

27   existing tenants in the subject property thus having ample opportunity to properly name them as

28

## MEMORANDUM OF POINTS AND AUTHORITIES

## INTRODUCTION AND STATEMENT OF RELEVANT FACTS.

"Duke's" motion for relief and opposition to Debtor's request to continue the matter are saturated in mistruths.

I. Instead of trying to coerce this court to grant them relief when they completely lack standing to even request it, what "Duke" should be focused on is pursuing their action against the rightful and current owner of 1405 Greenwich Street, Apt 4, which is NOT the Debtor, nor was it the Debtor PRIOR TO their FRAUDULENT SALE, for which they claim to have bought a $1M apt for **$30,000**.

II. "Duke" instead scrutinizes Debtor's filings to portray him in a dishonest light, when their assertions couldn't be any more inaccurate. The bulk of its filings recount everything Debtor has said or done, deflecting its own role, and completely fails to establish itself as have any standing whatsoever, which it knows it cannot do.

III. The fact remains that after "Duke" lost its Motion for Summary Judgement, and Judge Kahn of SF Superior court decided Debtor was not in possession of the property, Debtor booked a flight to his home country of Iran to deal with long-deferred medical and family matters, after "Duke" had already kept him tied up in a nonsensical, frivolous, malicious action for over one year. Debtor genuinely believed he was "free to go".

IV. And after tending to his medical and family matters, he got stuck due to political issues.

V. Debtor is in Iran. He had intentions of returning sooner, but couldn't. No matter how many times "Duke" rehashes the details surrounding his travel plans, the facts don't change: DEBTOR WENT TO IRAN FOR HEALTH REASONS AND IS STILL IN IRAN.

VI. Debtor is now in the process of making arrangements to leave Iran through surrounding country(ies) due to the issues he faced when trying to return to the US directly.

VII. Lack of funds also precluded Debtor; the airlines wanted $3600 to send him home via Frankfurt and this ticket change was simply unaffordable and prohibitive for Debtor.

VIII. The bottom line is this: Duke Partners lacks standing. They are not on title to this property, and have absolutely no right to be here. Judge Haines suggested they dismiss their unlawful detainer, and proceed against the rightful owner (3H Renovation Services, LLC) in a civil title action, however, they refuse to heed this instruction.

IX. This court lacks jurisdiction. Debtor deeded this property to a new ownership PRIOR to Duke and Wells Fargo's ILLEGAL and FAKE sale for which a $1M apt was "sold" **for $30k.** Prior to doing so, Debtor built a genuine reliance on the cancellation of debt agreement between himself and Wells Fargo, which was declared on his tax returns,

which the subsequent ownership reviewed ample evidence of prior to its agreement to take title. **Furthermore in Debtor's first bankruptcy Wachovia's claim was "Disallowed" and in his second bankruptcy, Wells Fargo failed to file a proof of claim altogether.** All of this was prior to "Duke" coming on the scene for a mere, fraudulent and alleged $30,000. Duke is NOT a bona fide purchaser, nor did it duly perfect title. There are IRS and FTB tax liens on the properties, all 6 units – as well as an existing Lis Pendens that was disregarded, not to mention title belonging to an entirely different party. "Duke" is attempting to take the easy way out, instead of fighting to prove it has any rightful ownership against the proper and real owner, because this is something it simply cannot do with any shred of truth.

X.  Debtor has no relationship to "Duke" nor does he have any beneficial interest in this property, and thus no possession to give. "Duke" keeps referring to Debtor's involvement in the "HOA" when clearly, Debtor surrendered that role by way of his deed in lieu of foreclosure recorded in May 2017 (before "Duke's" illegal, supposed "purchase"). Duke further acknowledged and admitted its awareness of Debtor's abandonment of the property when all of its paperwork initially was addressed to "ALBORZ FUND", the entity to which Debtor transferred the property. yet for some unknown reason, most likely due to malice, "Duke" still proceeded to wrongfully name Debtor in its unlawful detainer action.

XI.  Debtor's action against Carrington was prepared by a legal aide who used an old template from when Debtor still had an interest at 1405 Greenwich St, and due to an oversight was not omitted. **However, attached to his complaint were all the recorded documents showing DEBTOR WAS NO LONGER THE OWNER nor in possession. Judge Orrick is fully aware Debtor doesn't own the property yet was still damaged by Carrington, and that is at the heart of that action. Again, Duke is trying to trick these courts into facts that don't exist.**

XII.  This court really has no role in making any determinations with respect to "Duke" and the relief it wrongfully seeks.

XIII.  Debtor is actively in pursuit of an attorney. He still needs to file his schedules and other pertinent documents in this case. Nothing should happen in this case until at minimum, that phase is complete.

XIV.  "Duke" did not provide proper notice nor adhere to the rules for setting this Relief hearing. It should be continued until Debtor returns, finds an attorney, files his schedules and can appropriately defend himself.

XV.  3H is the rightful and proper owner of the property, and has a pending state court action to resolve this and prove the fraudulent transaction between "Duke" and Wells Fargo, a conspiracy for which it has direct evidence of.

XVI.  "Duke" has failed to respond to one single request for Discovery in this action and it did not show up to deposition that Debtor paid for and had appropriately noticed. Duke has not opposed Debtor's Petition for Writ, and it has failed in its entirety to comply with state court deadlines.

XVII. "Duke" is and has been conspiring with Wells Fargo and other entities to take possession of the entire building. This court should take special care, because if it grants Duke relief, it will proceed to a judgement against Debtor as the wrongfully named party, and as it has now come forth and admitted its conspiracy and collusion on other units, "Duke" will be attempting to not only take possession of a property it has no rightful ownership of, but admits will also be giving possession of other units in the building to other entities with equally as little right to possession. The danger here is imminent and if this court grants "Duke" relief, it is making a broader decision on 5 other units, as "Duke" admits to conspiring on. So the picture is far, far bigger than just one of 6 units in an apartment building – it's the entire building that this court would be issuing a ruling on. **This court should take very special care in light of these facts.**

XVIII. Debtor was already declared and deemed the "prevailing party" in a UD action Wells Fargo filed against Debtor on Apt 1, by Judge Quidachay in State Court after Wells Fargo wrongfully foreclosed in July 2014.

XIX. Debtor does not have possession to give, nor does "Duke" have a right to take possession, nor does this court have jurisdiction to relieve "Duke" of anything whatsoever.

XX. Most importantly, Debtor maintains his assertions, which are that this Bankruptcy was filed to resolve the aggressive pursuits of Franchise Tax Board and IRS. After over 6 months of negotiations and the lengthy process of an offer-in-compromise, Debtor could no longer withstand FTB's extreme actions, including placing Debtor on the "Top 500 list" thus having all of his licenses suspended (driving and real estate); and what really made it insufferable for Debtor was FTB's seizure of $324 of his already-nominal bank balance, rendering him virtually penniless.

XXI. FTB suggested bankruptcy as the only immediate recourse to reinstate his driving privileges which Debtor was paralyzed without; this process is now underway. Otherwise, FTB projected it would be at least one more year before any of that could be resolved, given Debtor's insolvency and inability to pay anywhere near the amout owed.

*A. Introduction*

In its Motion for Relief, Duke specifically asserts that it simply purchased the Subject Property that is worth over 1 million dollars for a mere $35,000.00 due to the fact that it was the only bidder. At a recent hearing in the unlawful detainer action against Debtor, counsel for Duke stated to the court that the "opening bid was $500.00," however, there is no evidence that any other bidders were present. Additionally, no notice of the foreclosure sale nor the opening bid

were provided to 3H, the proper and rightful owner of the property. Plaintiff's motion is rooted in lies and deceit, and contains mostly misrepresentations which are in dispute.

It is important to note, that on September 12, 2018, and unbeknownst to Debtor or 3H, Duke's counsel submitted another Proposed Order from a June 25, 2018 hearing which conveniently omits the substance of the court's ruling and the fact that the court adopted its tentative ruling. (A true and correct copy of the Order submitted by Wells Fargo on June 25, 2018 and the Order submitted by Duke on September 12, 2018, is attached and labeled as "**Exhibits 4-5**").

In its Motion for Relief Duke presented many statements which are simply false and an obvious attempt to mislead this court. Debtor hereby objects to the entirety of Duke's Motion for Relief on the grounds that it incorrectly states the facts and misrepresents a trial court order which has been objected to on these grounds.

*B.     Relevant Facts*

On April 19, 2017, Chih-Hong Hsu filed and recorded a mechanic's lien claim against the subject property for services that commenced on February 14, 2008.

On May 11, 2017, an Assignment/Transfer of Lien Claim was filed and recorded by Chih-Hong Hsu.

On July 31, 2017, the building was transferred to 3H Renovation Services, LLC.

The entire property, a 6 unit apartment building, was transferred to Alborz on May 23, 2017 by recorded Deed in Lieu of Foreclosure.

Subsequently, on July 31, 2017, the entire property was transferred by Grant Deed to 3H Renovation Services.

On February 28, 2018, the subject property was transferred from 3H Renovation Services by Grant Deed to 3H Renovation Services LLC.

After performing its own due diligence and in light of the evidence provided, 3H agreed to accept title to the Subject Property. **On May 23, 2017, Debtor transferred all six units of the**

**building to Alborz Corporation by a recorded deed in lieu of foreclosure.** A securitization audit reflects numerous inconsistencies with the recorded documents filed against the Subject Property. It is important to note that 3H acquired the Subject Property prior to the foreclosure upon the Subject Property, and Defendants Wells Fargo and Duke were provided with notice of such transaction.

In spite of all evidence to the contrary, Duke proceeded with the wrongful foreclosure. In an effort to cover its tracks, it has now commenced an unlawful detainer action against Debtor who no longer has possession of the Subject Property, and didn't BEFORE the illegal trustee's sale.

On June 26, 2017, Apt 4 was illegally foreclosed upon, though against prior owner Mohanna, when the bare minimal amount of due diligence would yield that the unit had already been transferred to 3H, after a legitimate reliance of the cancelled debt and a judge's ruling of the same.

On June 26, 2017, Wells Fargo conducted a foreclosure sale of Apt 4. Though the subject unit has a listing value of approximately $1,000,000.00, Duke, claims to have validly purchased it for only $35,500. Duke also claims that the opening bid at the foreclosure auction was a mere, laughable **$500.00**. The Subject Property was transferred from Debtor several months prior to the Trustee's Sale, as an attempt to satisfy a debt, and a Lis Pendens had been recorded. Wells Fargo did not have standing to foreclose on this once-securitized debt, which was ultimately cancelled and disallowed by Debtor's previous Bankruptcy judge's ruling indicating the reason being that Wells Fargo failed to file the required Proof of Claim. Counsel for NBS Default Services filed a statement in Debtor's bankruptcy indicating its intent to file a Proof of Claim, although one was never filed.

After Debtor's agreement with Wells Fargo following years of negotiations, and after his bankruptcy judge disallowed the debt for Wells Fargo's failure to claim it, Debtor declared the cancelled debts as income at his accountant's instructions. Debtor has paid taxes to the Internal Revenue Service and Franchise Tax Board on these cancelled debts and has continued to do so,

1  faith is lacking only when the debtor's actions constitute a clear abuse of the bankruptcy process."
2  In re Plemberex Specialty Products, Inc. at 559.
3      Here, Duke has not presented any legal authorities nor has it presented sufficient facts to
4  constitute good cause for an order granting relief from stay. Moreover, it has failed to meet its
5  burden of proof. Alternatively, Debtor has provided sufficient facts to show that he is no longer
6  the owner of the Subject Property and that Duke is not a valid creditor.

7

8

9  III.    CONCLUSION
10      Debtor respectfully requests that this Court deny the motion for relief from stay by
11  purported creditor Duke Partners II. LLC.
12  Dated: October 15, 2018                    Respectfully Submitted,
13
14
                                      By:   _Keylae Mohanna by VM/POA_
15                                         KEYHAN MOHANNA, by VM as PoA
16                                         Debtor In Pro Per
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE
### STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am over the age of 18 and not a party to the within bankruptcy case; my business address is 1595 Clay Street #8, San Francisco, CA 94109.

See attached service list.

A true and correct copy of the foregoing document described as OPPOSITION TO MOTION FOR RELIEF FROM STAY, DECLARATIONS OF KEYHAN MOHANNA AND HENRY HANG HUI, EXHIBITS will be or was served (a) on the Judge in chambers in the form and manner required by LBR 5005-2(d), and (b) in the manner indicated below.

\_\_\_\_\_ Served by U.S. Mail or Overnight Mail (indicate method for each person or entity served) On May 13, 2016 I served the following person (s) and/or entity (ies) at the last known address (es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the Judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Date: October 2, 2018

/s/ _____

### Service List

SERVED BY PERSONAL DELIVERY

1. Hon. Dennis Montali
   450 Golden Gate Ave., 16th Fl.
   San Francisco, CA 94102

TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)

2. David Burchard TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com
3. Daniel K. Fujimoto wdk@wolffirm.com, faxes@wolffirm.com
4. Kelsey Luu ecfcanb@aldridgepite.com, kluu@ecf.inforuptcy.com
5. Office of the U.S. Trustee/SF USTPRegion17.SF.ECF@usdoj.gov
6. David M. Poitras dpoitras@wedgwood-inc.com, dmarcus@wedgwood-inc.com

KEYHAN MOHANNA
1595 Clay St. #8
San Francisco, CA 94109
Tel: 415-823-4882
Email: vivienandkeyhanmohanna@gmail.com

In Pro Per

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>KEYHAN MOHANNA<br><br>        DEBTOR, | Case No:  18-30983<br><br>ATTACHMENTS TO DEBTOR'S OBJECTION TO CONVERSION AND OPPOSITION TO "DUKE'S" RELIEF<br><br>Hearing Date:     October 17, 2018<br>Hearing Time:     3:00 PM<br>Courtroom:         17<br>Location:             450 Golden Gate Avenue, 16th Fl. San Francisco, CA 94102<br><br>Judge:                Hon. Dennis Montali |

## ATTACHMENTS:

- **EVIDENCE OF CANCELLED DEBT**
- **FTB and IRS docs SHOWING DEBTS TO THEM + OFFER IN COMPROMISE + CHASE BANK LEVY OF $324 PER FTB**
- **RECORDED DOCS SHOWING DEBTOR CONVEYED**

TITLE IN MAY 2017 and 3H IS CURRENT OWNER OF ALL 6 UNITS AT 1405 GREENWICH

- BK DISALLOWANCE OF WACHOVIA CLAIM; WELLS FARGO FAILED TO FILE PROOF OF CLAIM IN SUBSEQUENT BK
- VARIOUS LAWSUITS:
  - 3H vs WELLS FARGO AND DUKE PARTNERS
  - 3H vs BSI
  - WELLS FARGO vs ALBORZ FUND AND 3H
- JUDGE KAHN DENYING DUKE POSSESSION ASSERTING DEBTOR DOESN'T HAVE POSSESSION TO GIVE
- JUDGE QUIDACHAY DENYING WELLS FARGO POSSESSION
- JUDGE WONG ORDERING FAC IN LIGHT OF DEBTOR'S TRANSFER OF PROPERTY PRIOR TO WRONGFUL/FAKE TRUSTEE'S SALE
- ELAINE WANG OF WEDGEWOOD (AKA "DUKE") ACKNOWLEGMENT DEBTOR NOT IN POSSESSION
- DUKE PAPERWORK ADDRESSED TO ALBORZ FUND YET STILL PROCEEDED TO WRONGFULLY NAME DEBTOR IN UD ACTION THOUGH IT ADMITTED KNOWING DEBTOR HAD TRANSFERRED PROPERTY
- LETTER FROM DEBTOR TO DUKE SHOWING NOT IN POSSESSION YET STILL FILED UD AGAINST HIM
- JUDGE HAINES ASKING DUKE TO DISMISS UD SINCE DEBTOR NOT IN POSSESSION



# RONALD J. LAU

Certified Public Accountant
4306 Geary Boulevard, Suite 301
San Francisco, California 94118
Tel (415) 742-4177 Fax (415) 742-4781

BY ELECTRONIC MAIL

April 18, 2017

Keyhan Mohanna
1405 Greenwich Street, #6
San Francisco, CA 94109

Re:   Cancellation of Debt reported on your 2016 Individual Return

Dear Keyhan:

On your 2016 individual income tax return                     you included cancelled debt to your income.   You provided our office with the following cancelled debts as it relates to the building you own located on 1405 Greenwich Street, San Francisco, California, 94109:

| Description | Amount |
|---|---|
| CANCELLATION OF DEBT - APT. 1 | $701,000.00 |

As a consequence of your inclusion of the above referenced debt, this debt above, was included in your income.  Please note Line 21 which shows the inclusion of income, as well as Line 63 which shows your federal tax due for 2016.

Should you have any questions, please feel free to contact our office.

Thank you,

Ronald J. Lau

Encl.

**Form 982**
(Rev. July 2013)
Department of the Treasury
Internal Revenue Service

## Reduction of Tax Attributes Due to Discharge of Indebtedness (and Section 1082 Basis Adjustment)
► Attach this form to your income tax return.
► Information about Form 982 ad its instructions is at *www.irs.gov/form982*

OMB No. 1545-0046

Attachment
Sequence No. **94**

Name shown on return
KEYHAN MOHANNA

Identifying number

---

**Part I** **General Information** (see instructions)

1 Amount excluded is due to (check applicable box(es)):
  a Discharge of indebtedness in a title 11 case .................................................. [X]
  b Discharge of indebtedness to the extent insolvent (not in a title 11 case) .................. [ ]
  c Discharge of qualified farm indebtedness ..................................................... [ ]
  d Discharge of qualified real property business indebtedness .................................. [ ]
  e Discharge of qualified principal residence indebtedness ..................................... [ ]
2 Total amount of discharged indebtedness excluded from gross income .......... | 2 | 774,937. |
3 Do you elect to treat all real property described in section 1221(a)(1), relating to property held for sale to customers in the ordinary course of a trade or business, as if it were depreciable property? ............... [ ] Yes [X] No

**Part II** **Reduction of Tax Attributes** You must attach a description of any transactions resulting in the reduction in basis under section 1017. See Regulations section 1.1017-1 for basis reduction ordering rules, and, if applicable, required partnership consent statements. (For additional information, see the instructions for Part II.)

SEE STATEMENT 3

Enter amount excluded from gross income:

4 For a discharge of qualified real property business indebtedness applied to reduce the basis of depreciable real property .................................................. | 4 | |
5 That you elect under section 108(b)(5) to apply first to reduce the basis (under section 1017) of depreciable property ................................................ | 5 | 121,365. |
6 Applied to reduce any net operating loss that occurred in the tax year of the discharge or carried over to the tax year of the discharge ......................................... | 6 | 258,476. |
7 Applied to reduce any general business credit carryover to or from the tax year of the discharge ......... | 7 | |
8 Applied to reduce any minimum tax credit as of the beginning of the tax year immediately after the tax year of the discharge ................................................ | 8 | |
9 Applied to reduce any net capital loss for the tax year of the discharge, including any capital loss carryovers to the tax year of the discharge ........................................ | 9 | |
10 a Applied to reduce the basis of nondepreciable and depreciable property if not reduced on line 5. *DO NOT use in the case of discharge of qualified farm indebtedness* ...................... | 10a | |
  b Applied to reduce the basis of your principal residence. *Enter amount here ONLY if line 1e is checked* ...... | 10b | |
11 For a discharge of qualified farm indebtedness applied to reduce the basis of:
  a Depreciable property used or held for use in a trade or business or for the production of income if not reduced on line 5 ................................................ | 11a | |
  b Land used or held for use in a trade or business of farming ............................... | 11b | |
  c Other property used or held for use in a trade or business or for the production of income ............... | 11c | |
12 Applied to reduce any passive activity loss and credit carryovers from the tax year of the discharge ........ | 12 | |
13 Applied to reduce any foreign tax credit carryover to or from the tax year of the discharge ............ | 13 | |

**Part III** **Consent of Corporation to Adjustment of Basis of Its Property Under Section 1082(a)(2)**

Under section 1081(b), the corporation named above has excluded $ _____ from its gross income
for the tax year beginning _____ and ending _____ .
Under that section, the corporation consents to have the basis of its property adjusted in accordance with the regulations prescribed under section 1082(a)(2) in effect at the time of filing its income tax return for that year. The corporation is organized under the laws of _____ .
(State of incorporation)

Note: *You must attach a description of the transactions resulting in the nonrecognition of gain under section 1081.*

---

BAA  For Paperwork Reduction Act Notice, see instructions     FDIA3401L  06/05/13     Form **982** (Rev. 7-2013)

RONALD J. LAU
Certified Public Accountant
4306 Geary Boulevard, Suite 301
San Francisco, California 94118
Tel (415) 742-4177 Fax (415) 742-4781

*apt. 3*

*First loan*

*BY FIRST CLASS MAIL & ELECTRONIC MAIL*

March 22, 2016

Keyhan Mohanna
1405 Greenwich Street, #6
San Francisco, CA 94109

        Re:    Cancellation of Debt reported on your 2014 Individual Return

Dear Keyhan:

On your 2014 individual income tax return, you included cancelled debt to your income.  You provided our office with the following cancelled debts as it relates to the building you own located on 1405 Greenwich Street, San Francisco, California, 94109:

| Description | Amount |
|---|---|
| CANCELLATION OF DEBT – APT. 3 | $612,500.00 |

As a consequence of your inclusion of the above referenced debt, this debt was taxable to you in 2014.  I have included a copy of your 2014 Form 1040 and accompanying federal statement for your reference.  Please note Line 21 which shows the inclusion of income, as well as Line 63 which shows your federal tax due for 2014.

Should you have any questions, please feel free to contact our office.

Thank you,

Ronald J. Lau

Encl.

# RONALD J. LAU

Certified Public Accountant
4306 Geary Boulevard, Suite 301
San Francisco, California 94118
Tel (415) 742-4177 Fax (415) 742-4781

*apt. 3*
*2ⁿᵈ loan*

*BY FIRST CLASS MAIL & ELECTRONIC MAIL*

March 22, 2016

Keyhan Mohanna
1405 Greenwich Street, #6
San Francisco, CA 94109

Re:    Cancellation of Debt reported on your 2014 Individual Return

Dear Keyhan:

On your 2014 individual income tax return, you included cancelled debt to your income.   You provided our office with the following cancelled debts as it relates to the building you own located on 1405 Greenwich Street, San Francisco, California, 94109:

| Description | Amount |
|---|---|
| CANCELLATION OF DEBT - APT. 3 (HELOC) | $87, 500.00 |

As a consequence of your inclusion of the above referenced debt, this debt was taxable to you in 2014. I have included a copy of your 2014 Form 1040 and accompanying federal statement for your reference.  Please note Line 21 which shows the inclusion of income, as well as Line 63 which shows your federal tax due for 2014.

Should you have any questions, please feel free to contact our office.

Thank you,

Ronald J. Lau

Encl.

*apt 4*

RONALD J. LAU
Certified Public Accountant
4306 Geary Boulevard, Suite 301
San Francisco, California 94118
Tel (415) 742-4177 Fax (415) 742-4781

*BY ELECTRONIC MAIL*

April 18, 2017

Keyhan Mohanna
1405 Greenwich Street, #6
San Francisco, CA 94109

Re:    Cancellation of Debt reported on your 2016 Individual Return

Dear Keyhan:

On your 2016 individual income tax return,        u included cancelled debt to your income. You provided our office with the following cancelled debts as it relates to the building you own located on 1405 Greenwich Street, San Francisco, California, 94109:

| Description | Amount |
|---|---|
| CANCELLATION OF DEBT - APT. 4 | $605,000.00 |

As a consequence of your inclusion of the above referenced debt, this debt above, was included in your income. Please note Line 21 which shows the inclusion of income, as well as Line 63 which shows your federal tax due for 2016.

Should you have any questions, please feel free to contact our office.

Thank you,

Ronald J. Lau

Encl.

# RONALD J. LAU

Certified Public Accountant
4306 Geary Boulevard, Suite 301
San Francisco, California 94118
Tel (415) 742-4177 Fax (415) 742-4781

*BY FIRST CLASS MAIL & ELECTRONIC MAIL*

*apt. 5*

*first loan*

March 22, 2016

Keyhan Mohanna
1405 Greenwich Street, #6
San Francisco, CA 94109

Re:    Cancellation of Debt reported on your 2014 Individual Return

Dear Keyhan:

On your 2014 individual income tax return, you included cancelled debt to your income.   You provided our office with the following cancelled debts as it relates to the building you own located on 1405 Greenwich Street, San Francisco, California, 94109:

| Description | Amount |
|---|---|
| CANCELLATION OF DEBT - APT. 5 | $746,376.00 |

As a consequence of your inclusion of the above referenced debt, this debt was taxable to you in 2014.  I have included a copy of your 2014 Form 1040 and accompanying federal statement for your reference.  Please note Line 21 which shows the inclusion of income, as well as Line 63 which shows your federal tax due for 2014.

Should you have any questions, please feel free to contact our office.

Thank you,

Ronald J. Lau

Encl.

# RONALD J. LAU

Certified Public Accountant
4306 Geary Boulevard, Suite 301
San Francisco, California 94118
Tel (415) 742-4177 Fax (415) 742-4781

*BY FIRST CLASS MAIL & ELECTRONIC MAIL*

March 22, 2016

Keyhan Mohanna
1405 Greenwich Street, #6
San Francisco, CA 94109

*apt. 6*
*first loan*

        Re:    Cancellation of Debt reported on your 2014 Individual Return

Dear Keyhan:

On your 2014 individual income tax return, you included cancelled debt to your income. You provided our office with the following cancelled debts as it relates to the building you own located on 1405 Greenwich Street, San Francisco, California, 94109:

| Description | Amount |
|---|---|
| CANCELLATION OF DEBT - APT. 6 PRINCIPAL RESIDENCE | $719,687.00 |

As a consequence of your inclusion of the above referenced debt, this debt above, was included in your income. You claimed a principal residence exclusion amount of $719,687.00. I have included a copy of your 2014 Form 1040 and accompanying federal statement for your reference. Please note Line 21 which shows the inclusion of income, as well as Line 63 which shows your federal tax due for 2014.

Should you have any questions, please feel free to contact our office.

Thank you,

Ronald J. Lau

Encl.



**Bank of America**

**Home Loans**

400 NATIONAL WAY
SIMI VALLEY, CA 93065-6298

Statement Date
01/21/2014

Account Number 111399333

Property Address
1405 GREENWICH STREET, UNIT 2

**IMPORTANT TAX RETURN DOCUMENT ENCLOSED**

KEYHAN MOHANNA
1405 GREENWICH ST APT 6
SAN FRANCISCO, CA 94109-0221

## Instructions for Debtor

You received this form because a Federal Government agency or an applicable financial entity (a lender) has discharged (canceled or forgiven) a debt owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. Note, if you do not agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** May show the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A-Bankruptcy; B-Other judicial debt relief; C-Statute of limitations or expiration of deficiency period; D-Foreclosure election; E-Debt relief from probate or similar proceeding; F-By agreement; G-Decision or policy to discontinue collection; H-Expiration of nonpayment testing period; or I-Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to *irs.gov/form1099c*.

| | | |
|---|---|---|
| ☐ CORRECTED (if checked) ☐ VOID (if checked) | | |

| CREDITOR'S name, street address, city or town, province or state, country, ZIP, or foreign postal code, and telephone no. | 1 Date of identifiable event<br>February 19, 2013 | OMB No. 1545-1424 | **Cancellation** |
|---|---|---|---|
| BANK OF AMERICA, N.A.<br>400 NATIONAL WAY<br>SIMI VALLEY, CA 93065-6298<br>1-800-669-6607 | 2 Amount of debt discharged<br>774,936.84<br>3 Interest included in box 2<br>0.00 | **2013**<br>Form **1099-C** | **of Debt** |
| CREDITOR'S federal identification number<br>94-1687665 | DEBTOR'S identification number<br>XXX-XX-8912 | 4 Debt description | **Copy B** |
| DEBTOR'S name, Street address (including apt. no.), City or town, province or state, country, and ZIP or foreign postal code | | 1405 GREENWICH STREET, UNIT 2<br>SAN FRANCISCO, CA 94109 | **For Debtor** |
| KEYHAN MOHANNA<br>1405 GREENWICH ST APT 6<br>SAN FRANCISCO, CA 94109-0221 | | 5 If checked, the debtor was personally liable for repayment of the debt . . . . . . . . . . . ☐ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Account number (see instructions)<br>111399333 | | 6 Identifiable event code<br>A | 7 Fair market value of property |

Form **1099-C**   (keep for your records)   irs.gov/form1099c   Department of the Treasury - Internal Revenue Service

## IMPORTANT TAX NOTICE — ACTION IS REQUIRED

**YOU SHOULD CONSULT WITH THE IRS OR YOUR TAX ADVISOR IF YOU HAVE ANY QUESTIONS. BANK OF AMERICA, N.A. DOES NOT OFFER TAX ADVICE.**

Please verify that we have your correct Debtor's Taxpayer Identification Number (TIN). Providing your correct TIN is very important. If the TIN is not correct, please provide us with the correct number immediately by writing to us at the address below or calling us at 1-800-669-6607. If you fail to provide us your correct TIN, you may be subject to a $50 penalty imposed by the IRS. <u>Note</u>: Please include your name and account number on all communications to us.

**BANK OF AMERICA, N.A.**
**400 NATIONAL WAY**
**SIMI VALLEY, CA  93065-6298**

## IMPORTANT NOTICE

IRS regulations require BANK OF AMERICA, N.A. to issue a Form 1099-C when debt has been forgiven, but for certain individuals, amounts in box 2 and/or box 3 might not be taxable under the terms of the Mortgage Forgiveness Debt Relief Act of 2007. Please consult your tax advisor to determine if this Act applies to your situation.

CERTIFIED COPY

San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC- 2014-J866593-00
Check Number 5805/4175
Monday, APR 21, 2014 12:32:56
Ttl Pd $39.00    Rcpt # 0004922369
                          okc/NF/2-2

**When Recorded Mail To:**
Financial Dimensions. Inc.
1400 Lebanon Church Road
Pittsburgh, PA 15236

Prepared by: Christian Lazu/MG
OCWEN LOAN SERVICING, LLC
5720 Premier Park Dr
West Palm Beach, Florida 33407
Investor # 11311/ 3129

## CALIFORNIA
## SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE

**OCWEN LOAN SERVICING, LLC,** the undersigned beneficiary, under the Deed of Trust described below, hereby substitutes or appoints **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A3,** whose address is c/o Ocwen Loan Servicing, LLC, 5720 Premier Park Dr, West Palm Beach, Florida 33407, as substitute trustee under that certain Deed of Trust.

| | |
|---|---|
| Original Beneficiary: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), SOLELY AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC., ITS SUCCESSORS AND/OR ASSIGNS |
| Original Trustor: | KEYHAN MOHANNA |
| Recorded in | SAN FRANCISCO County, California on FEBRUARY 07, 2007 |
| Instrument | 2007-I333251-00 |
| Date of deed of trust | JANUARY 30, 2007    Amount of deed of trust $ 612,500.00 |
| Trustee: | MARIN CONVEYANCING CORP. |
| AP#: | 0523/ 052 |

PROPERTY ADDRESS: 1405 GREENWICH STREET # 03, SAN FRANCISCO, CA

NOW THEREFORE, **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A3,,** who is the Substitute Trustee of the above described instrument, in consideration of full payment and satisfaction of the debt secured thereunder, hereby reconveys, releases, and discharges the deed of trust and authorizes and **instructs the clerk or recorder to enter satisfaction of and cancel of record the deed of trust.**

Dated: _____ APR 0 7 2014 _____

2

CERTIFIED COPY

**OCWEN LOAN SERVICING, LLC**

**SUBSTITUTE TRUSTEE:**
**HSBC BANK USA, NATIONAL ASSOCIATION, AS**
**TRUSTEE FOR MORTGAGE PASS-THROUGH**
**CERTIFICATES, MANA SERIES 2007-A3,**
**By its Attorney-in-Fact**
**OCWEN LOAN SERVICING, LLC**

By: _____
Rene A. Ponzio
Authorized Signer

_____
Donealia Wilson
Authorized Signer

State of Florida        )
                        )SS.
County of Palm Beach    )

*Christian J. Ferrer*

On ___APR 0 7 2014___, before me, _____, personally appeared __Donealia Wilson__, Authorized Signer, **OCWEN LOAN SERVICING, LLC** and *Rene A. Ponzio*, Authorized Signer of Ocwen Loan Servicing, LLC attorney in fact for **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A3**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct

Witness my hand and official seal.

_____ [Seal]
(Signature)  **Christian J. Ferrer**

Notary Public State of Florida
Christian J Ferrer
My Commission FF 062234
Expires 12/30/2018

3

**WHEN RECORDED MAIL TO:**

**KEYHAN MOHANNA  (Trustor)**
1405 GREENWICH ST APT 6,
SAN FRANCISCO, CA, 94109

Prepared by: Christian Lazu/MG
OCWEN LOAN SERVICING, LLC
5720 Premier Park Dr
West Palm Beach, Florida 33407
Investor # 11311/ 3129

**CALIFORNIA**
**SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE**

**OCWEN LOAN SERVICING, LLC,** the undersigned beneficiary, under the Deed of Trust described below, hereby substitutes or appoints **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A3,** whose address is c/o Ocwen Loan Servicing, LLC, 5720 Premier Park Dr, West Palm Beach, Florida 33407, as substitute trustee under that certain Deed of Trust.

| | |
|---|---|
| Original Beneficiary: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), SOLELY AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC., ITS SUCCESSORS AND/OR ASSIGNS |
| Original Trustor: | KEYHAN MOHANNA |
| Recorded in | SAN FRANCISCO County, California on FEBRUARY 07, 2007 |
| Instrument | 2007-I333251-00 |
| Date of deed of trust | JANUARY 30, 2007    Amount of deed of trust $ 612,500.00 |
| Trustee: | MARIN CONVEYANCING CORP. |
| AP#: | 0523/ 052 |

PROPERTY ADDRESS: 1405 GREENWICH STREET # 03, SAN FRANCISCO, CA

NOW THEREFORE, **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A3,,** who is the Substitute Trustee of the above described instrument, in consideration of full payment and satisfaction of the debt secured thereunder, hereby reconveys, releases, and discharges the deed of trust and authorizes and **instructs the clerk or recorder to enter satisfaction of and cancel of record the deed of trust.**

Dated:  _____ APR 0 7 2014 _____

2

**OCWEN LOAN SERVICING, LLC**

**SUBSTITUTE TRUSTEE:**
**HSBC BANK USA, NATIONAL ASSOCIATION, AS**
**TRUSTEE FOR MORTGAGE PASS-THROUGH**
**CERTIFICATES, MANA SERIES 2007-A3,**
**By its Attorney-in-Fact**
**OCWEN LOAN SERVICING, LLC**

By: _____
       Rene A. Ponzio
       Authorized Signer

_____
       Donealia Wilson
       Authorized Signer

State of Florida      )
                 )SS.
County of Palm Beach  )

On ___APR 0 7 2014___, before me, ___Christian J. Ferrer___, personally appeared ___Donealia Wilson__, Authorized Signer, **OCWEN LOAN SERVICING, LLC** and _Rene A. Ponzio_, Authorized Signer of Ocwen Loan Servicing, LLC attorney in fact for **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A3,** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct

Witness my hand and official seal.

_____ [Seal]
(Signature)
Christian J. Ferrer



Notary Public State of Florida
Christian J Ferrer
My Commission FF 052234
Expires 12/30/2016

3

<u>ASSIGNMENT</u>

KNOW THAT      HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
THE CERTIFICATE HOLDERS OF MERRILL LYNCH MORTGAGE
INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES,
MANA SERIES 2007-A3

_____ N/A _____

Assignor,

in consideration of TEN DOLLARS ($ 10.00) and other valuable considerations

PAID BY      OCWEN LOAN SERVICING, LLC
         5720 Premier Park Dr,
         West Palm Beach, FL 33407

Assignee,

Hereby assigned unto the assignee, 100% undivided interest of Mortgage dated
JANUARY 30, 2007 by KEYHAN MOHANNA to MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. (MERS), SOLELY AS NOMINEE FOR GREENPOINT
MORTGAGE FUNDING, INC., ITS SUCCESSORS AND/OR ASSIGNS in the principal
sum of $612,500.00 and recorded on FEBRUARY 07, 2007 in the Office of the County
Clerk of SAN FRANCISCO, as Instrument 2007-I333251-00 of section of Mortgages

Covering premises commonly known as:

1405 GREENWICH STREET # 03, SAN FRANCISCO, CA

AS SHOWN ON THE LAND AND TAX MAPS OF THE COUNTY OF SAN FRANCISCO

THIS DEED OF TRUST WILL BE SERVICED BY OCWEN LOAN SERVICING, LLC

TOGETHER with the bond or note or obligation described in said mortgage, and the
monies due and to grow due thereon with the interest; TO HAVE AND TO HOLD the
same unto the assignee and to the successors, legal representative and assigns of the
assigned forever. The word "assignor" or "assignee" shall be construed as if it read
"assignors" or "assignees" whenever the sense of this instrument so requires.

IN WITNESS WHEREOF, the assignor has duly executed this assignment the
_____ day of ___April___, 2014.

OCWEN LOAN SERVICING, LLC
SUCCESSOR BY LOAN PURCHASE
FROM HSBC BANK USA, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
CERTIFICATE HOLDERS OF MERRILL
LYNCH MORTGAGE INVESTORS, INC.,
MORTGAGE PASS-THROUGH
CERTIFICATES, MANA SERIES 2007-A3.

_____
Donealia Wilson
Authorized Signer

NOTICE: This is a mortgage subject to special rules under the Federal Truth in Lending Act.
Purchasers of assignees of this mortgage could be liable for all claims and defenses with respect
to the mortgage that the borrower could assert against the creditor.

STATE OF FLORIDA
COUNTY OF PALM BEACH
SS:

On the _____7th_____ day of _____April_____ in the year 2014,
subscribed and sworn before me, the undersigned, a Notary Public in and for said State,
personally appeared _____Donealia Wilson_____, personally known to me or proved to me on
the basis of satisfactory evidence to be the individual(s) whose name(s) is (are)
subscribed to the within instrument and acknowledged to me that he/she/they executed
the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the
instrument, the individual(s), or the person upon behalf of which the individual(s) acted,
executed the instrument.

_____
NOTARY PUBLIC          Christian J. Ferrer

Notary Public State of Florida
Christian J Ferrer
My Commission FF 062234
Expires 12/30/2018

ASSIGNMENT OF MORTGAGE WITHOUT COVENANT

A.P.N. 0523/ 052

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
THE CERTIFICATE HOLDERS OF MERRILL LYNCH MORTGAGE
INVESTORS, INC., MORTGAGE PASS-THROUGH
CERTIFICATES, MANA SERIES 2007-A3
         TO

OCWEN LOAN SERVICING, LLC          RECORD AND RETURN TO:

**Prepared By: Christian Lazu/MG**
Ocwen Loan Servicing, LLC
5720 Premier Park Dr,
West Palm Beach, FL 33407
(561)682-8000

**Bank of America** 
Home Loans

Payoff Department, Mail Stop CA6-919-01-41
P. O. Box 10287
Van Nuys, CA 91410-0287

**Notice Date:** November 28, 2012

**Home Equity Loan No.:** 108283421

AT1     8-772-00717-0002628-001-1-000-000-000-000
KEYHAN MOHANNA
1405 GREENWICH ST APT 6
SAN FRANCISCO, CA 94109

**Property Address:**
1405 Greenwich Street Unit 5
San Francisco, CA 94109

### IMPORTANT MESSAGE ABOUT YOUR LOAN

At your request, your home equity loan with Bank of America, N.A. has been paid in full and closed effective November 28, 2012.

Because you paid your loan in full and requested that the lien recorded against your property be satisfied, your account has been terminated. This means that you are no longer entitled to request loan advances and we will not honor Equity Credit Line Checks or loan advances you may request if we issued you one or more home equity line of credit Visa® access cards. Please note that any future loan advance requests by you will be improper, and you may be responsible for any losses suffered by Bank of America, N.A. or owed to Bank of America, N.A. resulting from any such loan advance request by you.

### WHAT YOU SHOULD DO

We strongly recommend that you destroy all remaining Equity Credit Line Checks and, as applicable, home equity line of credit Visa® access cards, to avoid any improper usage or confusion concerning the closing of your loan.

### THANK YOU FOR YOUR BUSINESS

It has been a pleasure having you as a customer. If you need any additional information, please do not hesitate to contact one of our Customer Service Representatives at 1-800-669-5864.

In the future, if you decide to refinance, purchase a new home or open another home equity loan, Bank of America, N.A. is ready to serve your needs. Just call us at 1-800-669-5864, or complete your application online at www.bankofamerica.com.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector.

Recording Requested By And
When Recorded Mail To:
ReconTrust Company, N.A.
2575 W. Chandler Blvd.
Mail Stop: AZ1-804-02-11
Chandler, AZ 85224
(800) 540-2684



San Francisco Assessor-Recorder
D. Hoa Nguyen, Acting Assessor-Recorder
**DOC- 2013-J594108-00**
Check Number 1825-1093
Monday, JAN 28, 2013 11:22:19
Ttl Pd $34.00    Rcpt # 0004609286
REEL K821   IMAGE 0462
okc/KC/2-1

Above Space for Recorder's Use
UID: a3e5c7fd-8801-4810-badb-b4c7b9631667
DOCID_0001082834212005N



## SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE

WHEREAS,    KEYHAN MOHANNA, TRUSTEE
Is the Trustor, CTC REAL ESTATE SERVICES is the current trustee and Mortgage Electronic Registration Systems, Inc. is the current beneficiary ("Beneficiary") under that certain Deed of Trust dated 06/24/2005 and recorded on 07/01/2005, as Instrument or Document No.2005-H982566-00, in Book I923, Page 0084,  of Official Records of the County of SAN FRANCISCO, State of California.
WHEREAS, the undersigned Beneficiary hereby substitutes a new trustee, ReconTrust Company, N.A. ("Trustee"), under the Deed of Trust, and Trustee does hereby reconvey, without warranty, to the person or persons legally entitled thereto, the estate now held by Trustee under the Deed of Trust.

Dated: 12/05/12

Trustee:
ReconTrust Company, N.A.

_____
Trisha Baca, Assistant Vice President

Beneficiary:
Mortgage Electronic Registration Systems, Inc.

_____
Jennifer Baker, Assistant Vice President

State of ARIZONA, County of MARICOPA
On  12 - 5 - 12, before me, Wade Dado, Notary Public, personally appeared Trisha Baca, Assistant Vice President of ReconTrust Company, N.A., and Jennifer Baker, Assistant Vice President of Mortgage Electronic Registration Systems, Inc. , whose identities were proven to me on the basis of satisfactory evidence to be the persons they claim to be and whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signatures on the instrument the persons, or entity upon behalf of which the persons acted, executed the instrument.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year last written.

WADE DADO
NOTARY PUBLIC - ARIZONA
Maricopa County
My Commission Expires
March 6, 2015

_____
Wade Dado
Notary Public for said State and County

KEYHAN MOHANNA, TRUSTEE
1405 GREENWICH ST APT 6
SAN FRANCISCO, CA 94109

610   108283421   REL 001   001



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

Monday, September 15, 2014

Keyhan Mohanna
1405 Greenwich St Apt 6
San Francisco, CA 94109

RE: Satisfaction (Reconveyance, Release/Discharge) of Loan # 7131393576

Dear Borrower:

The above referenced loan was paid off. A Satisfaction (Reconveyance, Release/Discharge) was filed with the recorder's office to release Ocwen's security interest in the property located 1405 Greenwich St 3, San Francisco, CA 94109. The recording information for the (Satisfaction/Reconveyance, Release/Discharge) is as follows:

Recorded on: 4/21/2014
Book #:
Page #:
Instrument #: 0
Recorder's office of: SAN FRANCISCO

Please keep this information for your records. This information may be used to obtain a copy of the document from the SAN FRANCISCO Recorder's Office and serves as proof that your Ocwen Mortgage loan referenced above has been satisfied.

Thank you and if you have any questions or concerns please call 800-746-2936.

Satisfaction Department
Ocwen Loan Servicing, LLC

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS #: 1852*

52713139357685

KEYHAN MOHANNA

SAN FRANCISCO, CA

## ASSIGNMENT

KNOW THAT     HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
THE CERTIFICATE HOLDERS OF MERRILL LYNCH MORTGAGE
INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES,
MANA SERIES 2007-A3

_N/A_

Assignor,

in consideration of TEN DOLLARS ($ 10.00) and other valuable considerations

PAID BY     OCWEN LOAN SERVICING, LLC
5720 Premier Park Dr,
West Palm Beach, FL 33407

Assignee,

Hereby assigned unto the assignee, 100% undivided interest of Mortgage dated
JANUARY 30, 2007 by KEYHAN MOHANNA to MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. (MERS), SOLELY AS NOMINEE FOR GREENPOINT
MORTGAGE FUNDING, INC., ITS SUCCESSORS AND/OR ASSIGNS in the principal
sum of $612,500.00 and recorded on FEBRUARY 07, 2007 in the Office of the County
Clerk of SAN FRANCISCO, as Instrument 2007-I333251-00 of section of Mortgages

Covering premises commonly known as:

1405 GREENWICH STREET # 03, SAN FRANCISCO, CA

AS SHOWN ON THE LAND AND TAX MAPS OF THE COUNTY OF SAN FRANCISCO

THIS DEED OF TRUST WILL BE SERVICED BY OCWEN LOAN SERVICING, LLC

TOGETHER with the bond or note or obligation described in said mortgage, and the
monies due and to grow due thereon with the interest; TO HAVE AND TO HOLD the
same unto the assignee and to the successors, legal representative and assigns of the
assigned forever.  The word "assignor" or "assignee" shall be construed as if it read
"assignors" or "assignees" whenever the sense of this instrument so requires.

IN WITNESS WHEREOF, the assignor has duly executed this assignment the
_____7th_____ day of _____April_____, 2014.

OCWEN LOAN SERVICING, LLC
SUCCESSOR BY LOAN PURCHASE
FROM HSBC BANK USA, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
CERTIFICATE HOLDERS OF MERRILL
LYNCH MORTGAGE INVESTORS, INC.,
MORTGAGE PASS-THROUGH
CERTIFICATES, MANA SERIES 2007-A3.

_____
Donealia Wilson
Authorized Signer

NOTICE:  This is a mortgage subject to special rules under the Federal Truth in Lending Act.
Purchasers of assignees of this mortgage could be liable for all claims and defenses with respect
to the mortgage that the borrower could assert against the creditor.

STATE OF FLORIDA
COUNTY OF PALM BEACH
SS:

On the _____7th_____ day of _____April_____ in the year 2014,
subscribed and sworn before me, the undersigned, a Notary Public in and for said State,
personally appeared _____Donealia Wilson_____, personally known to me or proved to me on
the basis of satisfactory evidence to be the individual(s) whose name(s) is (are)
subscribed to the within instrument and acknowledged to me that he/she/they executed
the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the
instrument, the individual(s), or the person upon behalf of which the individual(s) acted,
executed the instrument.

_____
NOTARY PUBLIC        Christian J. Ferrer

Notary Public State of Florida
Christian J Ferrer
My Commission FF 062234
Expires 12/30/2016

ASSIGNMENT OF MORTGAGE WITHOUT COVENANT

A.P.N. 0523/ 052

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
THE CERTIFICATE HOLDERS OF MERRILL LYNCH MORTGAGE
INVESTORS, INC., MORTGAGE PASS-THROUGH
CERTIFICATES, MANA SERIES 2007-A3
          TO

OCWEN LOAN SERVICING, LLC                    RECORD AND RETURN TO:

**Prepared By: Christian Lazu/MG**
Ocwen Loan Servicing, LLC
5720 Premier Park Dr,
West Palm Beach, FL 33407
(561)682-8000

11713139357607

KEYHAN MOHANNA

SAN FRANCISCO, CA

**WHEN RECORDED MAIL TO:**

**KEYHAN MOHANNA** (Trustor)
1405 GREENWICH ST APT 6,
SAN FRANCISCO, CA, 94109


Prepared by: Christian Lazu/MG
OCWEN LOAN SERVICING, LLC
5720 Premier Park Dr
West Palm Beach, Florida 33407
Investor # 11311/ 3129

## CALIFORNIA
## SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE


**OCWEN LOAN SERVICING, LLC,** the undersigned beneficiary, under the Deed of Trust described below, hereby substitutes or appoints **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A3,** whose address is c/o Ocwen Loan Servicing, LLC, 5720 Premier Park Dr, West Palm Beach, Florida 33407, as substitute trustee under that certain Deed of Trust.

| | |
|---|---|
| Original Beneficiary: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), SOLELY AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC., ITS SUCCESSORS AND/OR ASSIGNS |
| Original Trustor: | KEYHAN MOHANNA |
| Recorded in | SAN FRANCISCO County, California on FEBRUARY 07, 2007 |
| Instrument | 2007-I333251-00 |
| Date of deed of trust | JANUARY 30, 2007    Amount of deed of trust $ 612,500.00 |
| Trustee: | MARIN CONVEYANCING CORP. |
| AP#: | 0523/ 052 |

PROPERTY ADDRESS: 1405 GREENWICH STREET # 03, SAN FRANCISCO, CA

NOW THEREFORE, **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A3,,** who is the Substitute Trustee of the above described instrument, in consideration of full payment and satisfaction of the debt secured thereunder, hereby reconveys, releases, and discharges the deed of trust and authorizes and **instructs the clerk or recorder to enter satisfaction of and cancel of record the deed of trust.**


Dated:  _____ APR 0 7 2014_____

2

**OCWEN LOAN SERVICING, LLC**

**SUBSTITUTE TRUSTEE:**
**HSBC BANK USA, NATIONAL ASSOCIATION, AS**
**TRUSTEE FOR MORTGAGE PASS-THROUGH**
**CERTIFICATES, MANA SERIES 2007-A3,**
**By its Attorney-in-Fact**
**OCWEN LOAN SERVICING, LLC**

By: _____
    **Rene A. Ponzio**
    Authorized Signer

_____
    Donealia Wilson
    Authorized Signer

State of Florida      )
                )SS.
County of Palm Beach  )

*Christian J. Ferrer*

On _____APR 0 7 2014_____, before me, _____, personally appeared __**Donealia Wilson**__, Authorized Signer, **OCWEN LOAN SERVICING, LLC** and _Rene A. Ponzio_, Authorized Signer of Ocwen Loan Servicing, LLC attorney in fact for **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A3,** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct

Witness my hand and official seal.

_____[Seal]
(Signature)  **Christian J. Ferrer**

Notary Public State of Florida
Christian J Ferrer
My Commission FF 062234
Expires 12/30/2016

3



**Bank of America**

Home Loans

*Payoff Department, Mail Stop CA6-919-01-41*
*P. O. Box 10287*
*Van Nuys, CA  91410-0287*



AT1      8-772-60717-0002626-001-1-000-000-000-000
KEYHAN MOHANNA
1405 GREENWICH ST APT 6
SAN FRANCISCO, CA 94109

**Notice Date:**     November 28, 2012

**Home Equity Loan No.:** 108283421

**Property Address:**
1405 Greenwich Street Unit 5
San Francisco, CA  94109

---

## IMPORTANT MESSAGE ABOUT YOUR LOAN

At your request, your home equity loan with Bank of America, N.A. has been paid in full and closed effective November 28, 2012.

Because you paid your loan in full and requested that the lien recorded against your property be satisfied, your account has been terminated.  This means that you are no longer entitled to request loan advances and we will not honor Equity Credit Line Checks or loan advances you may request if we issued you one or more home equity line of credit Visa® access cards.  Please note that any future loan advance requests by you will be improper, and you may be responsible for any losses suffered by Bank of America, N.A. or owed to Bank of America, N.A. resulting from any such loan advance request by you.

## WHAT YOU SHOULD DO

We strongly recommend that you destroy all remaining Equity Credit Line Checks and, as applicable, home equity line of credit Visa® access cards, to avoid any improper usage or confusion concerning the closing of your loan.

## THANK YOU FOR YOUR BUSINESS

It has been a pleasure having you as a customer.  If you need any additional information, please do not hesitate to contact one of our Customer Service Representatives at 1-800-669-5864.

In the future, if you decide to refinance, purchase a new home or open another home equity loan, Bank of America, N.A. is ready to serve your needs.  Just call us at 1-800-669-5864, or complete your application online at www.bankofamerica.com.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector.

Recording Requested By And
When Recorded Mail To:
ReconTrust Company, N.A.
2575 W. Chandler Blvd.
Mail Stop: AZ1-804-02-11
Chandler, AZ 85224
(800) 540-2684



**San Francisco Assessor-Recorder**
D. Hoa Nguyen, Acting Assessor-Recorder
**DOC- 2013-J594108-00**
Check Number  1825-1093
Monday, JAN 28, 2013 11:22:19
Ttl Pd    $34.00    Rcpt # 0004609286
**REEL  K821  IMAGE 0462**
                    okc/KC/2-1

Above Space for Recorder's Use
UID: a3e5c7fd-8801-4810-badb-b4c7b9631667
DOCID_0001082834212005N

## SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE

WHEREAS,      KEYHAN MOHANNA, TRUSTEE
Is the Trustor, CTC REAL ESTATE SERVICES is the current trustee and Mortgage Electronic Registration Systems, Inc. is the current beneficiary ("Beneficiary") under that certain Deed of Trust dated 06/24/2005 and recorded on 07/01/2005, as Instrument or Document No.2005-H982566-00, in Book 1923, Page 0084, of Official Records of the County of SAN FRANCISCO, State of California.
WHEREAS, the undersigned Beneficiary hereby substitutes a new trustee, ReconTrust Company, N.A. ("Trustee"), under the Deed of Trust, and Trustee does hereby reconvey, without warranty, to the person or persons legally entitled thereto, the estate now held by Trustee under the Deed of Trust.

Dated: 12/05/12

Trustee:                                    Beneficiary:
ReconTrust Company, N.A.                     Mortgage Electronic Registration Systems, Inc.

_____                      _____
Trisha Baca, Assistant Vice President         Jennifer Baker, Assistant Vice President

State of ARIZONA, County of MARICOPA
On  12 · 5 · 12 , before me, Wade Dado, Notary Public, personally appeared Trisha Baca, Assistant Vice President of ReconTrust Company, N.A., and Jennifer Baker, Assistant Vice President of Mortgage Electronic Registration Systems, Inc. , whose identities were proven to me on the basis of satisfactory evidence to be the persons they claim to be and whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signatures on the instrument the persons, or entity upon behalf of which the persons acted, executed the instrument.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year last written.


WADE DADO
NOTARY PUBLIC - ARIZONA
Maricopa County
My Commission Expires
March 6, 2015

_____
Wade Dado
Notary Public for said State and County

KEYHAN MOHANNA, TRUSTEE
1405 GREENWICH ST APT 6
SAN FRANCISCO, CA 94109

610  108283421  REL 001  001

PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE, #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
MELISSA A. VERMILLION, ESQUIRE, #241354
JOSEPH GARIBYAN, ESQUIRE, #271833
BONNI S. MANTOVANI, ESQUIRE, # 106353
LALEH ENSAFI, ESQUIRE, #268917
JEANNETTE R. MARSALA, ESQUIRE #253125
NINA Z. JAVAN, ESQUIRE #271392
P.O. Box 4365
Woodland Hills, CA 91365-4365
Attorney for Secured Creditor
C.094-15754

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bk. No. 10-30701 |
| | ) |
| KEYHAN MOHANNA  DBA KM | ) WITHDRAWAL OF |
| PROPERTIES, | ) PROOF OF CLAIM |
| | ) (CLAIM NO. 19) |
| Debtor. | ) |
| | ) |
| | ) |

Bank of America, N.A., successor to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP, Secured Creditor and holder of a lien on the property described as 1405 Greenwich Street, Unit 5, San Francisco, California 94109 withdraws its Proof of Claim No. 19, filed on January 5, 2011, as the subject debt has been forgiven pursuant to the National Mortgage Settlement Extinguishment Program.

Dated: 6/12/13                                        By:/s/ Laleh Ensafi
                                                              Attorney for Secured Creditor

1

# CHASE ⬡

PO Box 183164
Columbus, OH 43218-3164

**Questions?**
📞 1-866-578-7022
📠 1-866-699-0618

00759 COL 703 040 16818 NNNNNNNNNNNNN CL2
KEYHAN MOHANNA DBA KEYHAN MOHANNA'S DEBTOR IN POSS

June 15, 2018

**Federal/state law required us to place a hold on your Chase account(s), which may include safe deposit box(es)**

Dear KEYHAN MOHANNA DBA KEYHAN MOHANNA'S DEBTOR IN POSS:

We recently received the enclosed levy for $587,819.86, which a government agency is using to enforce a financial obligation you owe. As a result, federal or state law required us to immediately place a hold on your Chase account(s). This means that you aren't able to use or withdraw any amount(s) less than or equal to the amount of the hold until the hold is released.

| Date We Placed Hold | Account Number (Last Four Digits) | Amount of Hold* |
|---|---|---|
| 06/15/2018 | 5027 | $382.77 |

*The hold amount may be greater or less than the balance in your Chase accounts.

**If you think we placed this hold on your account(s) by mistake, please call us at the phone number above.**

We know this situation is difficult because you can't access these funds in your account. Although we're not permitted to give you legal advice, we are providing some information in this letter to explain how your account is affected and to help you understand your options.

**Understanding How Your Account is Affected**
The amount that has a hold on it stays in your account, but you cannot use it for withdrawals, payments or any other reason.

Additionally, please note the following:

- If checks you've written are returned because your account doesn't have available funds, we may charge you an Overdraft Fee or Insufficient Funds Fee for each returned check. We would like to help you avoid these fees. Please call us at the number at the top of this letter to discuss your options.
- We may temporarily turn off your debit/ATM card and may have disconnected your Overdraft Protection service. Please call us at 1-800-935-9935 for the status of these features on your account.
- We may charge you a Legal Processing Fee of $75.00 for processing the levy.

**Understanding Your Options**

COAL-11Jun18-1067

JPMorgan Chase Bank, N.A. Member FDIC



STATE OF CALIFORNIA
FRANCHISE TAX BOARD
PO BOX 2952
Rancho Cordova CA 95812-2952

Telephone: (916) 845-5540
Fax: (916) 855-5579

A-210        CT1 SB

Notice Date: 06/05/18

## Order to Withhold Personal Income Tax

Tax Years:
2016,2015,2014

JPMORGAN CHASE BANK, N.A.
COURT ORDERS AND LEVIES
PO BOX 183164
COLUMBUS OH  43218-3164

Payor ID: 74994650000

Order Number: 678133717439747850

Amount Due: $587,819.86

**Taxpayer's Name and Address**

KEYHAN MOHANNA

We issued this order to the addressee to enforce payment of an amount due for California personal income tax (California Revenue and Taxation Code Sections 18670, 18672, and 18674). If an immediate payment in full creates a financial hardship, if you have already paid the amount due, or if the amount is not due, call us immediately at **(916) 845-5540.** Have this notice with you for reference when you call.

We instructed the addressee to deduct and withhold the amount due from assets of any nature that belong to you, including but not limited to debts, credits, or payments owed to you. For additional information, go to ftb.ca.gov and search for **order to withhold**.

The addressee is withholding $ _____ . The funds will be sent to us on _____ .

The amount withheld by the addressee will be paid to FTB and applied to your account for the tax years noted above. Determine the amount withheld by the addressee and, it is less than the amount due, pay the remaining unpaid balance immediately to avoid further collection action.

To pay your remaining balance, go to ftb.ca.gov and search for **payment options**. To pay by check or money order, make payment payable to the Franchise Tax Board. Include your name and account number on your payment and mail it to: FRANCHISE TAX BOARD, PO BOX 942867, SACRAMENTO CA  94267-0011.

If we issued this order to withhold in error, we can reimburse you for charges incurred because of our error. To request reimbursement, you must write to us within 90 days of the notice date. State the following in your correspondence:

- The erroneous action was caused by an FTB error.
- The charges were solely the result of FTB's error.
- You paid the charges and they were not otherwise waived or reimbursed.
- You responded to our contacts and provided information and documentation we requested to resolve the account.

**Special Information Concerning Taxpayer Rights**
In keeping with the California Taxpayers' Bill of Rights, FTB's Taxpayer Advocate reviews cases where taxpayers have been unable to resolve their problems with us through regular channels. Contact the Advocate by phone (800) 883-5910 or by mail: Taxpayers' Rights Advocate, Executive and Advocate Services MS A381, PO Box 157, Rancho Cordova CA 95741-0157.

For privacy information go to **ftb.ca.gov** and search for **1131J**.

**Provide to Taxpayer**

FTB 2900 FI M ARCS (NEW 06-2013) PAGE 3



Department of the Treasury
Internal Revenue Service
PO BOX 145566
CINCINNATI OH 45250-5566

| | |
|---|---|
| Notice | CP91 |
| Notice date | January 8, 2018 |
| Social Security number | XXX-XX-8912 |
| To contact us | 1-800-829-3903 |
| Your Caller ID | 288015 |
| Page 1 of 4 | |

009341.672995.102682.8019 2 MB 0.423 1027

KEYHAN MOHANNA

009341

## Intent to seize up to 15% of your Social Security benefits
# Amount due immediately: $537,675.21

We haven't received full payment despite sending you several notices about your unpaid federal taxes. We will seize (levy) up to 15% of the Social Security benefits you receive in order to pay your unpaid federal taxes until they are paid in full. (Internal Revenue Code section 6331(h))

We have identified the following Social Security account information:

- Social Security Claim Account Number:
  340508912
- Beneficiary's Own Account Number:
  340508912

Don't contact the Social Security Administration. If you have any questions, please contact us at 1-800-829-3903.

| Billing Summary | |
|---|---|
| Amount you owed | $498,700.00 |
| Additional failure-to-pay penalty | 26,974.24 |
| Additional interest charges | 12,000.97 |
| **Amount due immediately** | **$537,675.21** |

Continued on back...

---



- Make your check or money order payable to the United States Treasury.
- Write your Social Security number, the tax period(s) and form number(s) on your payment and any correspondence.

...yment

| Amount due immediately | $537,675.21 |
|---|---|

INTERNAL REVENUE SERVICE
PO BOX 145566
CINCINNATI OH 45250-5566