**Entered on Docket**
**August 06, 2019**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**




Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Plaintiff and Chapter 7 Trustee
E. LYNN SCHOENMANN

**Signed and Filed: August 6, 2019**

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>KEYHAN MOHANNA,<br><br>Debtor. | Case No. 18-30983 HLB<br><br>Chapter 7 |
| E. LYNN SCHOENMANN, Trustee,<br><br>Plaintiff,<br><br>v.<br><br>KEYHAN MOHANNA,<br><br>Defendant. | Adversary Proceeding No. 19-03040<br><br>**DEFAULT JUDGMENT** |

Debtor Keyhan Mohanna ("Defendant"), having failed to plead or otherwise defend in the captioned adversary proceeding, and Defendant's default having been entered,

**NOW**, based upon the application of E. Lynn Schoenmann, Chapter 7 Trustee ("Plaintiff"), for entry of default judgment,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that pursuant to 11 U.S.C. § 727, Defendant is hereby denied a discharge in the captioned bankruptcy case.

***** END OF JUDGMENT *****



Case: 18-30983 Doc# 210 Filed: 08/06/19 Entered: 08/06/19 15:44:26 Page 1 of 3
Case: 19-03040 Doc# 15 Filed: 08/06/19 Entered: 08/06/19 15:45:46 Page 1 of 2

# COURT SERVICE LIST

Keyhan Mohanna
1595 Clay St. #8
San Francisco, CA 94109

Keyhan Mohanna
18653 Ventura Blvd. #257
Tarzana, CA 91356

[All other parties entitled to service are ECF registered in this case.]



Case: 18-30983 Doc# 210 Filed: 08/06/19 Entered: 08/07/19 11:15:46 Page 2 of 3

Case: 19-03040 Doc# 15 Filed: 08/06/19 Entered: 08/06/19 15:44:26 Page 2 of 2

# Notice Recipients

| District/Off: 0971−3 | User: bgapuz | Date Created: 8/6/2019 |
| --- | --- | --- |
| Case: 19−03040 | Form ID: pdfeoapc | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
| --- | --- | --- | --- |
| dft | Keyhan Mohanna | 1595 Clay Street, #8 | San Francisco, CA 94109 |
| | Keyhan Mohanna | 18653 Ventura Blvd. #257 | Tarzana, CA 91356 |

TOTAL: 2