Form DEN

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Keyhan Mohanna | Case No.: 18–30983 HLB 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

## NOTICE OF ORDER
## DENYING DISCHARGE

    Notice is hereby given that an order denying the discharge of the above−captioned debtor(s) was entered on **8/6/19**.

Please refer to all documents on file with the Clerk of the United States Bankruptcy Court for particulars.

Dated: 8/7/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court