WEDGEWOOD
Office of the General Counsel
 David M. Poitras, P.C. (SBN 141309)
dpoitras@wedgewood-inc.com
2015 Manhattan Beach Blvd., #100
Redondo Beach, CA 90278
Telephone:   (310) 640-3070
Facsimile:    (310) 640-3090

*Attorneys for Duke Partners II, LLC*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>KEYHAN MOHANNA,<br><br>Debtor. | CASE NO.   18-30983<br><br>Chapter 7<br><br>**STATUS REPORT RE POSSESSION OF 1405 GREENWICH STREET, SAN FRANCISCO, CALIFORNIA**<br><br>[No Hearing Set] |

**TO THE HONORABLE HANNAH L. BLUMENSTIEL, UNITED STATES BANKRUPTCY JUDGE, AND INTERESTED PARTIES:**

Pursuant to the *Order Approving Stipulation and Order for Judgment for Possession and Issuance of Writ of Assistance for 1405 Greenwich Street, Unit #4, San Francisco, California 94109* (the "Order")[Docket No. 162] and the *Writ of Assistance* issued by the Court to the United States Marshal's Office (the "US Marshal"), on August 19, 2019, the US Marshal delivered possession of Unit #4 to Duke Partners II, LLC ("Duke"), and possession of Units 1 and 6 were delivered to the owners of those units the same day. The property discussed below is a six unit condominium property generally described as 1405 Greenwich Street, San Francisco, California (the "Property").

As a consequence of the turnover of possession of Units 1, 4 and 6, the US Marshal oversaw the changing of the locks to the front door and the common areas of the building. Any person who established a lawful right to possession of any portion of the Property was provided with a key to the front door.

On September 9, 2019, counsel purportedly representing the debtor Keyhan Mohanna ("Mohanna") emailed the communication attached hereto as Exhibit A to the undersigned counsel concerning providing Mohanna with access to the Property.

As set forth in Exhibit B, the undersigned counsel replied to counsel's communication the same day. No reply has been received from counsel.

Mohanna's September 12, 2019 response to the September 9, 2019 email questioning on what basis Mohanna asserts any right to possession is attached hereto as Exhibit C.

In prior declarations filed with the Bankruptcy Court in the Northern and Central Districts of California and the Superior Court of the State of California for the County of San Francisco, Mohanna has declared, under penalty of perjury, that he has no ownership interest in the Property, no right to possession of the Property, and no current or ongoing affiliation with the Property.[1]

---

[1] In his Declaration dated September 27, 2018, N.D. Cal. Bk. Ct. Case No. 18-30983 (Dkt. #24, ¶¶ 3, 4 & 6-7), Mohanna testified:

    3.     3H Renovation Services, LLC is the true owner of the Subject Property. . . .

    4.     . . . [O]n May 23, 2017, 3H Restoration Services, acquired all 6 units of the subject property, via a deed in lieu of foreclosure in exchange for satisfaction of a Mechanic's Lien in the amount of approximately $481,000 U.S.D. . . .

    6.     . . . 3H Renovation Services LLC is the current owner and is the sole entity in possession of the subject property. . . .

    7.     I do not have any right, title and interest in the Subject Property, therefore I am unable to give up possession of the subject property.

*[Footnote Continued on Next Page]*

*See, Declarations of Keyhan Mohanna,* attached as <u>Exhibits D and E</u>.

In addition to notifying this Court concerning Mohanna's actions and threats herein, parties in interest have also notified or are in the process of notifying the San Francisco Police Department, the US Marshal, the chapter 7 trustee, and her counsel.

Respectfully submitted,

DATED: September 16, 2019       WEDGEWOOD
OFFICE OF THE GENERAL COUNSEL

By: <u>/s/ David M. Poitras</u>
DAVID M. POITRAS
Attorneys for Duke Partners II, LLC

---

In his Declaration filed June 6, 2019, C.D. Cal. Bk. Ct. Case No. 1:19-bk-11186-MT (Dkt. #25 at 2:9-14, 3:1-4, and 3:25-4:4), Mohanna testified:

. . . It was ill-advised that the filing [of N.D. Cal. Bk. Ct. Case No. 18-30983] occur in Northern since I no longer reside there. My PoA was told to file in Norther in error, because the numerous actions that wrongfully named me for a property I transferred and left over 2 years ago were there.

. . .

. . . Years ago, . . . I transferred the properties (all 6 units) at 1405 Greenwich Street in San Francisco and title today reflects accordingly.

. . .

. . . The Northern District judge, trustee, and fake creditors are out of control having made deals rooted in lies, fraud and deceit though I've proven I no longer have any affiliation with 1405 Greenwich, there is a new ownership in place and without my participation.