**EXHIBIT A**

**David Poitras**

| | |
|---|---|
| **From:** | Nedda Haeri <neddahaeri@me.com> |
| **Sent:** | Monday, September 09, 2019 5:08 PM |
| **To:** | David Poitras; avalenzuela@wedgewood.com |
| **Subject:** | 1405 Greenwich St., San Francisco, CA 94109 |
| **Attachments:** | Mohanna letter 090919 .pdf |

Dear Counsel,

Please disregard my previous email. See attached.

**Nedda Haeri, Esq.**
Attorney at Law

**ADVENT LAW GROUP**
8484 Wilshire Blvd. Suite 515
Beverly Hills, CA 90211
Tel. (323) 762-5598
Fax (323) 908-4026

**CONFIDENTIALITY NOTICE**
This e-mail contains information which may be confidential and/or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, please notify the sender immediately and then delete, destroy, or return the original message and any attachments without reading or saving in any manner.

**ADVENT LAW GROUP**
8484 Wilshire Blvd. Suite 515, Beverly Hills, CA 90211
Tel: 323.762.5598 | Fax: 323.908.4026
www.neddahaeri@me.com

*Re: Real Property located at 1405 Greenwich St., San Francisco, CA 94109*

To Whom It May Concern,

Please be advised that the real property located at 1405 Greenwich St., San Francisco, CA 94109 (hereinafter referred to as the "Subject Property") is currently owned by the University Scholarship Investment Fund of Islamic Republic of Iran, LLP. A true and correct copy of the documents providing for proper ownership are attached hereto and labeled as "Exhibit 1."

As you are aware, the owners have filed an appeal with the Court of Appeal regarding possession. Moreover, the Court recently issued an order with respect to specific units within the Subject Property, and not including the remaining units. A true and correct copy of the Court's Order is attached hereto and labeled as "Exhibit 2." Recently, one of your employees, Natalia Carney, changed the locks on the common area doors and has failed to respond to Mr. Mohanna's request for a key. A true and correct copy of the correspondence addressed to Ms. Carney is attached hereto and labeled as "Exhibit 3." There is absolutely no legal basis for your employees to change locks on the common area doors and obstruct access to our clients' property managers. Please instruct Ms. Carney to contact the property manager, Mr. Keyhan Mohanna at telephone number (415) 420-1237 and arrange a time and location to deliver a copy of the key granting access to the common area of the Subject Property.

If we do not hear from you by Wednesday, September 11, 2019, by 5:00 p.m. we will move forward by filing a police report, take necessary measures to change the locks in which you will incur additional damages, and by filing a Civil Complaint. Should you have questions or require further information, please contact my offices directly.

Dated: September 9, 2019              Respectfully Submitted,

                                      ADVENT LAW GROUP

                                      By: _Nedda Haeri_
                                      _____
                                      Nedda Haeri, Esq.

Case: 18-30983    Doc# 213-1    Filed: 09/16/19    Entered: 09/16/19 12:23:42    Page 3 of 63

# ADVENT LAW GROUP

8484 Wilshire Blvd. Suite 515, Beverly Hills, CA 90211
Tel: 323.762.5598 | Fax: 323.908.4026
www.neddahaeri@me.com

**EXHIBIT 1**

Case: 18-30983    Doc# 213-1    Filed: 09/16/19    Entered: 09/16/19 12:23:42    Page 4 of 63

CERTIFIED COPY

RECORDING REQUESTED BY

M.R. Soleimani, ESQ

AND WHEN RECORDED MAIL TO

Richard Antognini, ESQ.
2036 Nevada City Hwy, Suite 636
Grass Valley, CA 95945

San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC- 2019-K768470-00
Monday, MAY 20, 2019 10:55:38
Ttl Pd $204.50        Rcpt # 0005999777
                                    OYY/YY/1-2

---

1405 Greenwich Street, Apt. 1
Block: 523     Lot: 50

**Grant Deed**

Recorder's Use Only
Exempt from fee per GC §27388.1,
transfer of real property subject to the
imposition of transfer tax.

The undersigned declares that the DOCUMENTARY TRANSFER TAX is
$ 177.50 _____ and is

x ____ computed on the full value of the interest or property conveyed; OR IS

_____ computed on the full value less value of liens or encumbrances remaining
thereon at the time of sale.

G.H. Rasooli
Gholamhosain Rasooli
Signature of Declarant

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Nasim 30, LLC  Grantor,

grants to University Scholarship Investment Fund of Islamic Republic of Iran, LLP grantee, the real

property located in _____ San Francisco _____ city and _____ San Francisco _____ County,

California, described as follows:

See attached Exhibit A, incorporated by reference to this document.

CERTIFICATION OF ACKNOWLEDGEMENT OF NOTARY PUBLIC

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to
which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA,    )
COUNTY OF San Francisco )
On May 18, 2019 before me, Matt G. Miller, Notary Public (here insert name and title of the
officer), personally appeared Gholamhosain Rasooli , who proved to me on the basis of satisfactory evidence to
be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed
the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the
entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

MATT G. MILLER
#2197648-AME #
NOTARY PUBLIC
CALIFORNIA
San Francisco County
My Comm. Exp. May 18, 2021

CERTIFIED COPY

## LEGAL DESCRIPTION

Real property in the City of San Francisco, County of San Francisco, State of California, described as follows:

PARCEL I:

CONDOMINIUM UNIT NO. 1, LOT 50, AS SHOWN UPON THE CONDOMINIUM MAP AND DIAGRAMMATIC FLOOR PLAN ENTITLED "MAP OF 1405 GREENWICH STREET" WHICH WAS FILED FOR RECORD ON DECEMBER 10, 1999 IN PARCEL MAP BOOK 44, AT PAGES 60 TO 65, INCLUSIVE, AND THE "AMENDMENT TO CONDOMINIUM PLAN" RECORDED MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE MAP"), AND AS FURTHER DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF 1405 GREENWICH STREET HOMEOWNERS ASSOCIATION RECORDED ON MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, OFFICIAL RECORDS OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE DECLARATION").

EXCEPTING THEREFROM, ANY PORTION OF THE COMMON AREA LYING WITHIN SAID UNITS.

EXCEPTING THEREFROM:

(A) EASEMENTS THROUGH SAID UNIT, APPURTENANT TO THE COMMON AREA AND ALL OTHER UNITS, FOR SUPPORT AND REPAIR OF THE COMMON AREA ALL OTHER UNITS.

(B) EASEMENTS, APPURTENANT TO THE COMMON AREA, FOR ENCROACHMENT UPON THE AIR SPACE OF THE UNIT BY THOSE PORTIONS OF THE COMMON AREA LOCATED WITHIN THE UNIT.

PARCEL II:

AN UNDIVIDED 100% INTEREST IN AND TO THE COMMON AREA AS SHOWN AND DEFINED ON THE MAP, RESERVING THEREFROM THE FOLLOWING:

(A) EXCLUSIVE EASEMENTS, OTHER THAN PARCEL III, AS DESIGNATED ON THE MAP AND RESERVED BY GRANTOR TO UNITS FOR USE AS DESIGNATED IN THE DECLARATION; AND

(B) NONEXCLUSIVE EASEMENTS APPURTENANT TO ALL UNITS FOR INGRESS AND EGRESS, SUPPORT, REPAIR AND MAINTENANCE

PARCEL III:

(A) THE EXCLUSIVE EASEMENT TO USE THE PARKING AREA(S) DESIGNATED P-1 AND P-2, ON THE HEREINABOVE MENTIONED "AMENDMENT TO CONDOMINIUM PLAN".

PARCEL IV:

A NONEXCLUSIVE EASEMENT APPURTENANT TO PARCEL I ABOVE FOR SUPPORT, REPAIR AND MAINTENANCE, AND FOR INGRESS AND EGRESS THROUGH THE COMMON AREA IN ACCORDANCE WITH CALIFORNIA CIVIL CODE SECTION 1361(A).

PARCEL V:

ENCROACHMENT EASEMENTS APPURTENANT TO THE UNIT IN ACCORDANCE WITH THE PROVISIONS OF THE DECLARATION.

APN: LOT 050 AND BLOCK 0523

# CERTIFIED COPY

This is a true certified copy of the record
if it bears the seal, imprinted in purple ink
of the Assessor-Reorder



AUG 05 2019    CARMEN CHU

ASSESSOR - RECORDER
SAN FRANCISCO COUNTY CALIFORNIA
BY_____ Jenny K. Liang
Jenny Liang

CERTIFIED COPY

RECORDING REQUESTED BY

M.R. Soleimani, ESQ

AND WHEN RECORDED MAIL TO

Richard Antognini, ESQ.
2036 Nevada City Hwy, Suite 636
Grass Valley, CA 95945

San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC- 2019-K768471-00
Monday, MAY 20, 2019 10:55:38
Ttl Pd    $204.50    Rcpt # 0005999778
OYY/YY/1-2

---

1405 Greenwich Street, Apt. 2

Block: 523    Lot: 51

**Grant Deed**

Recorder's Use Only

Exempt from fee per GC §27388.1, transfer of real property subject to the imposition of transfer tax.

The undersigned declares that the DOCUMENTARY TRANSFER TAX is
$ 177.50                    and is

____x____ computed on the full value of the interest or property conveyed; OR IS

_____ computed on the full value less value of liens or encumbrances remaining thereon at the time of sale.

*G.H. Rasooli*

Gholamhosain Rasooli
Signature of Declarant

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Nasim 30, LLC    Grantor,

grants to University Scholarship Investment Fund of Islamic Republic of Iran, LLP grantee, the real

property located in _____ San Francisco _____ city and _____ San Francisco _____ County,

California, described as follows:

See attached Exhibit A, incorporated by reference to this document.

**CERTIFICATION OF ACKNOWLEDGEMENT OF NOTARY PUBLIC**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA,    )
COUNTY OF San Francisco )

On May 13, 2019 before me, Medith Miller, Notary Public (here insert name and title of the officer), personally appeared Gholamhosain Rasooli, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)



Real property in the City of San Francisco, County of San Francisco, State of California, described as follows:

PARCEL I:

CONDOMINIUM UNIT NO. 2, LOT 51, INCLUSIVE, AS SHOWN UPON THE CONDOMINIUM MAP AND DIAGRAMMATIC FLOOR PLAN ENTITLED "MAP OF 1405 GREENWICH STREET" WHICH WAS FILED FOR RECORD ON DECEMBER 10, 1999 IN PARCEL MAP BOOK 44, AT PAGES 60 TO 65, INCLUSIVE, AND THE "AMENDMENT TO CONDOMINIUM PLAN" RECORDED MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE MAP"), AND AS FURTHER DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF 1405 GREENWICH STREET HOMEOWNERS ASSOCIATION RECORDED ON MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, OFFICIAL RECORDS OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE DECLARATION").

EXCEPTING THEREFROM, ANY PORTION OF THE COMMON AREA LYING WITHIN SAID UNIT.

RESERVING THEREFROM:

(A) EASEMENTS THROUGH SAID UNIT, APPURTENANT TO THE COMMON AREA AND ALL OTHER UNITS, FOR SUPPORT AND REPAIR OF THE COMMON AREA ALL OTHER UNITS.

(B) EASEMENTS, APPURTENANT TO THE COMMON AREA FOR ENCROACHMENT UPON THE AIR SPACE OF THE UNIT BY THOSE PORTIONS OF THE COMMON AREA LOCATED WITHIN THE UNIT.

PARCEL II:

AN UNDIVIDED 1/6% INTEREST IN AND TO THE COMMON AREA AS SHOWN AND DEFINED ON THE MAP, RESERVING THEREFROM THE FOLLOWING:

(A) EXCLUSIVE EASEMENTS, OTHER THAN PARCEL III, AS DESIGNATED ON THE MAP AND RESERVED BY GRANTOR TO UNITS FOR USE AS DESIGNATED IN THE DECLARATION; AND

(B) NONEXCLUSIVE EASEMENTS APPURTENANT TO ALL UNITS FOR INGRESS AND EGRESS, SUPPORT, REPAIR AND MAINTENANCE.

PARCEL III:

(A) THE EXCLUSIVE EASEMENT TO USE THE PARKING AREA(S) DESIGNATED P-3, ON THE HEREINABOVE MENTIONED "AMENDMENT TO CONDOMINIUM PLAN".

PARCEL IV:

A NONEXCLUSIVE EASEMENT APPURTENANT TO PARCEL I ABOVE FOR SUPPORT, REPAIR AND MAINTENANCE, AND FOR INGRESS AND EGRESS THROUGH THE COMMON AREA IN ACCORDANCE WITH CALIFORNIA CIVIL CODE SECTION 1361(A).

PARCEL V:

ENCROACHMENT EASEMENTS APPURTENANT TO THE UNIT IN ACCORDANCE WITH THE PROVISIONS OF THE DECLARATION.

APN: LOT: 051 BLOCK: 0523

**CERTIFIED COPY**

This is a true certified copy of the record
if it bears the seal, imprinted in purple ink
of the Assessor-Reorder

 AUG 05 2019    CARMEN CHU

**ASSESSOR - RECORDER**
SAN FRANCISCO COUNTY CALIFORNIA
BY _Jenny K Liag_

Jenny Liang

CERTIFIED COPY

RECORDING REQUESTED BY

M.R. Soleimani, ESQ

AND WHEN RECORDED MAIL TO

Richard Antognini, ESQ.
2036 Nevada City Hwy, Suite 636
Grass Valley, CA 95945

San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC- 2019-K768472-00
Monday, MAY 20, 2019 10:55:38
Ttl Pd $204.50      Rcpt # 0005999779
                                    OYY/YY/1-2

---

1405 Greenwich Street, Apt. 3
Block: 523    Lot: 52

Recorder's Use Only

**Grant Deed**

The undersigned declares that the DOCUMENTARY TRANSFER TAX is
$ ___177.50___ and is

__x__ computed on the full value of the interest or property conveyed; OR IS

_____ computed on the full value less value of liens or encumbrances remaining
thereon at the time of sale.

Exempt from fee per GC §27388.1,
transfer of real property subject to the
imposition of transfer tax.

*G.H. Rasooli*

Gholamhosain Rasooli
Signature of Declarant

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Nasim 30, LLC   Grantor,

grants to University Scholarship Investment Fund of Islamic Republic of Iran, LLP grantee, the real

property located in_____San Francisco_____city and_____San Francisco_____County,

California, described as follows:

See attached Exhibit A, incorporated by reference to this document.

### CERTIFICATION OF ACKNOWLEDGEMENT OF NOTARY PUBLIC

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to
which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA,   )
COUNTY OF *San Francisco* )

On *May 18, 2019* before me, *Matt G. Miller, Notary Public* (here insert name and title of the
officer), personally appeared *Gholamhosain Rasooli*, who proved to me on the basis of satisfactory evidence to
be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed
the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the
entity upon behalf of which the person(s) acted, executed the instrument. MATT G. MILLER
NOTARY PUBLIC

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature_____(Seal)

LEGAL DESCRIPTION

Real property in the City of SAN FRANCISCO, County of San Francisco, State of California, described as follows:

PARCEL I:

CONDOMINIUM UNIT NO. 3, LOT 52, AS SHOWN UPON THE CONDOMINIUM MAP AND DIAGRAMMATIC FLOOR PLAN ENTITLED "MAP OF 1405 GREENWICH STREET" WHICH WAS FILED FOR RECORD ON DECEMBER 10, 1999 IN PARCEL MAP BOOK 44, AT PAGES 60 TO 65, INCLUSIVE, AND THE "AMENDMENT TO CONDOMINIUM PLAN" RECORDED MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE MAP"), AND AS FURTHER DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF 1405 GREENWICH STREET HOMEOWNERS ASSOCIATION RECORDED ON MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, OFFICIAL RECORDS OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE DECLARATION").

EXCEPTING THEREFROM, ANY PORTION OF THE COMMON AREA LYING WITHIN SAID UNIT.

RESERVING THEREFROM:

(A) EASEMENTS THROUGH SAID UNIT, APPURTENANT TO THE COMMON AREA AND ALL OTHER UNITS, FOR SUPPORT AND REPAIR OF THE COMMON AREA ALL OTHER UNITS.

(B) EASEMENTS, APPURTENANT TO THE COMMON AREA FOR ENCROACHMENT UPON THE AIR SPACE OF THE UNIT BY THOSE PORTIONS OF THE COMMON AREA LOCATED WITHIN THE UNIT.

PARCEL II:

AN UNDIVIDED 1/6% INTEREST IN AND TO THE COMMON AREA AS SHOWN AND DEFINED ON THE MAP, RESERVING THEREFROM THE FOLLOWING:

(A) EXCLUSIVE EASEMENTS, OTHER THAN PARCEL III, AS DESIGNATED ON THE MAP AND RESERVED BY GRANTOR TO UNITS FOR USE AS DESIGNATED IN THE DECLARATION; AND

(B) NONEXCLUSIVE EASEMENTS APPURTENANT TO ALL UNITS FOR INGRESS AND EGRESS, SUPPORT, REPAIR AND MAINTENANCE

PARCEL III:

(A) THE EXCLUSIVE EASEMENT TO USE THE PARKING AREA(S) DESIGNATED P-4, ON THE HEREINABOVE MENTIONED "AMENDMENT TO CONDOMINIUM PLAN".

PARCEL IV:

A NONEXCLUSIVE EASEMENT APPURTENANT TO PARCEL I ABOVE FOR SUPPORT, REPAIR AND MAINTENANCE, AND FOR INGRESS AND EGRESS THROUGH THE COMMON AREA IN ACCORDANCE WITH CALIFORNIA CIVIL CODE SECTION 1361(A).

PARCEL V:

ENCROACHMENT EASEMENTS APPURTENANT TO THE UNIT IN ACCORDANCE WITH THE PROVISIONS OF THE DECLARATION.

APN: LOT:052 BLOCK:0523

CERTIFIED COPY

# CERTIFIED COPY

This is a true certified copy of the record
if it bears the seal, imprinted in purple ink
of the Assessor-Reorder

 AUG 05 2019     CARMEN CHU

ASSESSOR - RECORDER
SAN FRANCISCO COUNTY CALIFORNIA
BY _Jenny K. Liang_

Jenny Liang

**CERTIFIED COPY**

RECORDING REQUESTED BY

M.R. Soleimani, ESQ

AND WHEN RECORDED MAIL TO

Richard Antognini, ESQ.
2036 Nevada City Hwy, Suite 636
Grass Valley, CA 95945

San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC- 2019-K768473-00
Monday, MAY 20, 2019 10:55:38
Ttl Pd $204.50    Rcpt # 0005999780
                              OYY/YY/1-2

---

1405 Greenwich Street, Apt. 4
Block: 523    Lot: 53

**Recorder's Use Only**

Exempt from fee per GC §27388.1,
transfer of real property subject to the
imposition of transfer tax.

**Grant Deed**

The undersigned declares that the DOCUMENTARY TRANSFER TAX is
$ _177-80_ _____ and is

__x__ computed on the full value of the interest or property conveyed; OR IS

_____ computed on the full value less value of liens or encumbrances remaining
thereon at the time of sale.

_C.H. Rasooli_
Gholamhosain Rasooli
Signature of Declarant

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Nasim 30, LLC   Grantor,

grants to University Scholarship Investment Fund of Islamic Republic of Iran, LLP grantee, the real

property located in_____ San Francisco _____city and_____ San Francisco _____County,

California, described as follows:

See attached Exhibit A, incorporated by reference to this document.

### CERTIFICATION OF ACKNOWLEDGEMENT OF NOTARY PUBLIC

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to
which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA,  )
COUNTY OF _San Francisco_

On _May 18, 2019_, before me, _Matt G. Miller, Notary Public_ here insert name and title of the
officer), personally appeared _Gholamhosain Rasooli_, who proved to me on the basis of satisfactory evidence to
be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed
the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the
entity upon behalf of which the person(s) acted, executed the instrument. MATT G. MILLER

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

*[Notary seal: MATT G. MILLER, NOTARY PUBLIC, Comm. #2197648-MR, CALIFORNIA, San Francisco County, My Comm. Exp. May 18, 2021]*



Real property in the City of San Francisco, County of San Francisco, State of California, described as follows:

PARCEL I:

CONDOMINIUM UNIT NO. '4, LOT 53, INCLUSIVE, AS SHOWN UPON THE CONDOMINIUM MAP AND DIAGRAMMATIC FLOOR PLAN ENTITLED "MAP OF 1405 GREENWICH STREET" WHICH WAS FILED FOR RECORD ON DECEMBER 10, 1999 IN PARCEL MAP BOOK 44, AT PAGES 60 TO 65, INCLUSIVE, AND THE "AMENDMENT TO CONDOMINIUM PLAN" RECORDED MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE MAP"), AND AS FURTHER DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF 1405 GREENWICH STREET HOMEOWNERS ASSOCIATION RECORDED ON MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, OFFICIAL RECORDS OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE DECLARATION").

EXCEPTING THEREFROM, ANY PORTION OF THE COMMON AREA LYING WITHIN SAID UNIT.

RESERVING THEREFROM:

(A) EASEMENTS THROUGH SAID UNIT, APPURTENANT TO THE COMMON AREA AND ALL OTHER UNITS, FOR SUPPORT AND REPAIR OF THE COMMON AREA ALL OTHER UNITS.

(B) EASEMENTS, APPURTENANT TO THE COMMON AREA FOR ENCROACHMENT UPON THE AIR SPACE OF THE UNIT BY THOSE PORTIONS OF THE COMMON AREA LOCATED WITHIN THE UNIT.

PARCEL II:

AN UNDIVIDED 1/6% INTEREST IN AND TO THE COMMON AREA AS SHOWN AND DEFINED ON THE MAP, RESERVING THEREFROM THE FOLLOWING:

(A) EXCLUSIVE EASEMENTS, OTHER THAN PARCEL III, AS DESIGNATED ON THE MAP AND RESERVED BY GRANTOR TO UNITS FOR USE AS DESIGNATED IN THE DECLARATION; AND

(B) NONEXCLUSIVE EASEMENTS APPURTENANT TO ALL UNITS FOR INGRESS AND EGRESS, SUPPORT, REPAIR AND MAINTENANCE.

PARCEL III:

(A) THE EXCLUSIVE EASEMENT TO USE THE PARKING AREA(S) DESIGNATED P-5, ON THE HEREINABOVE MENTIONED "AMENDMENT TO CONDOMINIUM PLAN".

PARCEL IV:

A NONEXCLUSIVE EASEMENT APPURTENANT TO PARCEL I ABOVE FOR SUPPORT, REPAIR AND MAINTENANCE, AND FOR INGRESS AND EGRESS THROUGH THE COMMON AREA IN ACCORDANCE WITH CALIFORNIA CIVIL CODE SECTION 1361 (A).

PARCEL V:

ENCROACHMENT EASEMENTS APPURTENANT TO THE UNIT IN ACCORDANCE WITH THE PROVISIONS OF THE DECLARATION.

APN: LOT 053 AND BLOCK 0523

**CERTIFIED COPY**

This is a true certified copy of the record
if it bears the seal, imprinted in purple ink
of the Assessor-Reorder

 AUG 05 2019    CARMEN CHU

ASSESSOR – RECORDER
SAN FRANCISCO COUNTY CALIFORNIA
BY _____
        Jenny Liang

CERTIFIED COPY

RECORDING REQUESTED BY

M.R. Soleimani, ESQ

AND WHEN RECORDED MAIL TO

Richard Antognini, ESQ.
2036 Nevada City Hwy, Suite 636
Grass Valley, CA 95945

San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC- 2019-K768474-00
Monday, MAY 20, 2019 10:55:38
Ttl Pd $204.50      Rcpt # 0005999781
                         OYY/YY/1-2

---

1405 Greenwich Street, Apt. 5
Block: 523    Lot: 54

Recorder's Use Only

Exempt from fee per GC §27388.1,
transfer of real property subject to the
imposition of transfer tax.

**Grant Deed**

The undersigned declares that the DOCUMENTARY TRANSFER TAX is
$ 177.30                  and is

x    computed on the full value of the interest or property conveyed; OR IS

_____ computed on the full value less value of liens or encumbrances remaining
thereon at the time of sale.

_H. Rasooli_
Gholamhosain Rasooli
Signature of Declarant

---

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Nasim 30, LLC   Grantor,

grants to University Scholarship Investment Fund of Islamic Republic of Iran, LLP grantee, the real

property located in _____ San Francisco _____ city and _____ San Francisco _____ County,

California, described as follows:

See attached Exhibit A, incorporated by reference to this document.

**CERTIFICATION OF ACKNOWLEDGEMENT OF NOTARY PUBLIC**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to
which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA,    )
COUNTY OF _San Francisco_

On _May 18, 2019_ before me _Matti G. Milki, Notary Public_ (here insert name and title of the
officer), personally appeared _Gholamhosain Rasooli_, who proved to me on the basis of satisfactory evidence to
be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed
the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the
entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  (Seal)



Real property in the City of San Francisco, County of San Francisco, State of California, described as follows:

PARCEL I:

CONDOMINIUM UNIT NO. 5, LOT 54, INCLUSIVE, AS SHOWN UPON THE CONDOMINIUM MAP AND DIAGRAMMATIC FLOOR PLAN ENTITLED"MAP OF 1405 GREENWICH STREET" WHICH WAS FILED FOR RECORD ON DECEMBER 10, 1999 IN PARCEL MAP BOOK 44, AT PAGES 60 TO 65, INCLUSIVE, AND THE "AMENDMENT TO CONDOMINIUM PLAN" RECORDED MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE MAP"), AND AS FURTHER DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF 1405 GREENWICH STREET HOMEOWNERS ASSOCIATION RECORDED ON MAY 5, 2000 AS DOCUMENT NO. 2000-6769926-00, OFFICIAL RECORDS OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE DECLARATION").

EXCEPTING THEREFROM, ANY PORTION OF THE COMMON AREA LYING WITHIN SAID UNIT.

RESERVING THEREFROM:

(A) EASEMENTS THROUGH SAID UNIT, APPURTENANT TO THE COMMON AREA AND ALL OTHER UNITS, FOR SUPPORT AND REPAIR OF THE COMMON AREA ALL OTHER UNITS.

(B) EASEMENTS APPURTENANT TO THE COMMON AREA FOR ENCROACHMENT UPON THE AIR SPACE OF THE UNIT BY THOSE PORTIONS OF THE COMMON AREA LOCATED WITHIN THE UNIT.

PARCEL II:

AN UNDIVIDED 1/69% INTEREST IN AND TO THE COMMON AREA AS SHOWN AND DEFINED ON THE MAP, RESERVING THEREFROM THE FOLLOWING:

(A) EXCLUSIVE EASEMENTS, OTHER THAN PARCEL III, AS DESIGNATED ON THE MAP AND RESERVED BY GRANTOR TO UNITS FOR USE AS DESIGNATED IN THE DECLARATION; AND

(B) NONEXCLUSIVE EASEMENTS APPURTENANT TO ALL UNITS FOR INGRESS AND EGRESS, SUPPORT, REPAIR AND MAINTENANCE

PARCEL III:

(A) THE EXCLUSIVE EASEMENT TO USE THE PARKING AREA(S) DESIGNATED P-6, IN THE HEREINABOVE MENTIONED "AMENDMENT TO CONDOMINIUM PLAN".

PARCEL IV:

A NONEXCLUSIVE EASEMENT APPURTENANT TO PARCEL I ABOVE FOR SUPPORT, REPAIR AND MAINTENANCE AND FOR INGRESS AND EGRESS THROUGH THE COMMON AREA IN ACCORDANCE WITH CALIFORNIA CIVIL CODE SECTION 1361(A).

PARCEL V:

ENCROACHMENT EASEMENTS APPURTENANT TO THE UNIT IN ACCORDANCE WITH THE PROVISIONS OF THE DECLARATION.

APN: LOT: 054 AND BLOCK: 0523

**CERTIFIED COPY**

This is a true certified copy of the record.
If it bears the seal, imprinted in purple ink
of the Assessor-Reorder

 AUG 05 2019   CARMEN CHU

**ASSESSOR – RECORDER**
SAN FRANCISCO COUNTY CALIFORNIA
BY _Jenny K. Liang_

Jenny Liang

CERTIFIED COPY

RECORDING REQUESTED BY

M.R. Soleimani, ESQ

AND WHEN RECORDED MAIL TO

Richard Antognini, ESQ.
2036 Nevada City Hwy, Suite 636
Grass Valley, CA 95945

San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC- 2019-K768475-00
Monday, MAY 20, 2019 10:55:38
Ttl Pd $204.50     Rcpt # 0005999782
                           OYY/YY/1-2

1405 Greenwich Street, Apt. 6
Block: 523    Lot: 55

**Grant Deed**

Recorder's Use Only

Exempt from fee per GC §27388.1, transfer of real property subject to the imposition of transfer tax.

The undersigned declares that the DOCUMENTARY TRANSFER TAX is
$ 177.50 and is

x   computed on the full value of the interest or property conveyed; OR IS

____ computed on the full value less value of liens or encumbrances remaining thereon at the time of sale.

Gholamhosain Rasooli
Signature of Declarant

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Nasim 30, LLC   Grantor,

grants to University Scholarship Investment Fund of Islamic Republic of Iran, LLP grantee, the real

property located in_____ San Francisco _____ city and _____ San Francisco _____ County,

California, described as follows:

See attached Exhibit A, incorporated by reference to this document.

**CERTIFICATION OF ACKNOWLEDGEMENT OF NOTARY PUBLIC**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA, , )
COUNTY OF San Francisco

On May 18, 2018 before me, Matt G. Miller, Notary Public (here insert name and title of the officer), personally appeared Gholamhosain Rasooli, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

MATT G. MILLER
NOTARY PUBLIC
CALIFORNIA
San Francisco County
My Comm. Exp. May 18, 2021



Real property in the City of San Francisco, County of San Francisco, State of California, described as follows:

PARCEL I:

CONDOMINIUM UNIT NO. 6, LOT 55, AS SHOWN UPON THE CONDOMINIUM MAP AND DIAGRAMMATIC FLOOR PLAN ENTITLED "MAP OF 1405 GREENWICH STREET" WHICH WAS FILED FOR RECORD ON DECEMBER 10, 1999 IN PARCEL MAP BOOK 44, AT PAGES 60 TO 65, INCLUSIVE, AND THE "AMENDMENT TO CONDOMINIUM PLAN" RECORDED MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE MAP"), AND AS FURTHER DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF 1405 GREENWICH STREET HOMEOWNERS ASSOCIATION RECORDED ON MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, OFFICIAL RECORDS OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE DECLARATION").

EXCEPTING THEREFROM, ANY PORTION OF THE COMMON AREA LYING WITHIN SAID UNITS.

RESERVING THEREFROM:

(A) EASEMENTS THROUGH SAID UNITS, APPURTENANT TO THE COMMON AREA AND ALL OTHER UNITS, FOR SUPPORT AND REPAIR OF THE COMMON AREA AND ALL OTHER UNITS.

(B) EASEMENTS, APPURTENANT TO THE COMMON AREA FOR ENCROACHMENT UPON THE AIR SPACE OF THE UNIT BY THOSE PORTIONS OF THE COMMON AREA LOCATED WITHIN THE UNIT.

PARCEL II:

AN UNDIVIDED 100% INTEREST IN AND TO THE COMMON AREA AS SHOWN AND DEFINED ON THE MAP, RESERVING THEREFROM THE FOLLOWING:

(A) EXCLUSIVE EASEMENTS, OTHER THAN PARCEL III, AS DESIGNATED ON THE MAP AND RESERVED BY GRANTOR TO UNITS FOR USE AS DESIGNATED IN THE DECLARATION; AND

(B) NONEXCLUSIVE EASEMENTS APPURTENANT TO ALL UNITS FOR INGRESS AND EGRESS, SUPPORT, REPAIR AND MAINTENANCE

PARCEL III:

(A) THE EXCLUSIVE EASEMENT TO USE THE PARKING AREA(S) DESIGNATED P-1 THROUGH P-6, ON THE HEREINABOVE MENTIONED "AMENDMENT TO CONDOMINIUM PLAN".

PARCEL IV:

A NONEXCLUSIVE EASEMENT APPURTENANT TO PARCEL I ABOVE FOR SUPPORT, REPAIR AND MAINTENANCE, AND FOR INGRESS AND EGRESS THROUGH THE COMMON AREA IN ACCORDANCE WITH CALIFORNIA CIVIL CODE SECTION 1361(A).

PARCEL V:

ENCROACHMENT EASEMENTS APPURTENANT TO THE UNIT IN ACCORDANCE WITH THE PROVISIONS OF THE DECLARATION.

APN: LOT 055 AND BLOCK 0523

**CERTIFIED COPY**

This is a true certified copy of the record
if it bears the seal, imprinted in purple ink
of the Assessor-Recorder

 AUG 0 5 2019    CARMEN CHU

**ASSESSOR - RECORDER**
SAN FRANCISCO COUNTY CALIFORNIA
BY _____

Jenny Liang

**A D V E N T   L A W   G R O U P**

8484 Wilshire Blvd. Suite 515, Beverly Hills, CA 90211

Tel: 323.762.5598   |   Fax: 323.908.4026

<u>www.neddahaeri@me.com</u>

**<u>EXHIBIT 2</u>**

Case: 18-30983     Doc# 213-1     Filed: 09/16/19     Entered: 09/16/19 12:23:42     Page 23 of 63

1   Stephen D. Finestone (125675)
    sfinestone@fhlawllp.com
2   Jennifer C. Hayes (197252)
    jhayes@fhlawllp.com
3   FINESTONE HAYES LLP
    456 Montgomery Street, 20th Floor
4   San Francisco, California 94104
    Telephone: (415) 616-0466
5   Facsimile: (415) 398-2820
6   Attorneys for Lenders Commercial
    Finance LLC, Creditor
7

UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy
of the original document on file in my custody.
Dated _____
by _____
Deputy Clerk

8

9                  UNITED STATES BANKRUPTCY COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  In re                                   Case No. 18-30983-HLB

13      KEYHAN MOHANNA,                      Chapter 7
                                             Hon. Hannah L. Blumenstiel
14              Debtor.
                                             **WRIT OF ASSISTANCE TO THE
15                                           UNITED STATES MARSHALS
                                             SERVICE**
16

17  **TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF
18  CALIFORNIA**

19

20      On May 8, 2019, the Court entered its Order Approving Stipulation and Order of

21  Judgment for Possession and Issuance of Writ of Assistance for 1405 Greenwich Street Unit #1,

22  San Francisco CA 94109 (the "Order"), by the terms of which the occupants named therein (the

23  "Mohanna-Related Occupants")[1] of the real property located at 1405 Greenwich Street (the

24  "Property"), Unit #1 ("Unit #1"), City and County of San Francisco, California 94109, named

25

26  [1] The occupants named in the Order were: KEYHAN MOHANNA ("Debtor") (i) individually,
27  (ii) as Trustee of the Keyhan Mohanna Revocable Trust Dated July 8, 2003, (iii) on behalf of all
    trusts or other entities in which Debtor has discretionary power to withdraw trust or entity assets
28  for his own benefit, and (iv) any of Debtor's predecessors in interest, successors, assigns, and
    alter egos.

1    therein were required to vacate Unit #1 by no sooner than 11:59 p.m. on or after thirty days

2    following posting of the Writ and turn it over to Lenders Commercial Finance LLC ("LCF").

3        Accordingly, the Court directs the United States Marshals Service as follows:

4        1.      Promptly upon receipt of this writ, you are directed to post a copy of this writ and

5    the notice attached hereto to the front of the door of the Property (1405 Greenwich Street, San

6    Francisco, CA 94109) and, if access is available to the interior of the Property, to Unit #1.

7        2.      LCF has been authorized to take possession of Unit #1 no sooner than thirty days

8    following the posting of the writ and notice at the Property.

9        3.      You are directed to coordinate with LCF regarding an appropriate time and date to

10   secure such possession. You are further directed to use reasonable force to remove from Unit #1

11   the Mohanna-Related Occupants, as defined herein i.e., Keyhan Mohanna ("Debtor") (i)

12   individually, (ii) as Trustee of the Keyhan Mohanna Revocable Trust Dated July 8, 2003, (iii) on

13   behalf of all trusts or other entities in which Debtor has discretionary power to withdraw trust or

14   entity assets for his own benefit, and (iv) any of Debtor's predecessors in interest, successors,

15   assigns, and alter egos, including but not limited to Keyhan Mohanna and Vivien Mohanna

16   (acting for Keyhan Mohanna under a power of attorney)

17       4.      You are further directed to secure Unit #1 while LCF and/or its agents changes the

18   locks, security system codes (if any), causes any animals at Unit #1 to be surrendered to animal

19   control, and while LCF takes whatever other action it deems necessary in its sole discretion to

20   ensure that LCF and its agents have access to the Property and have sole access to Unit #1.

21                      **\*\*END OF WRIT\*\***

22

23

24

25

26

27

28

1   **NOTICE OF ORDER GRANTING STIPULATION FOR WRIT OF ASSISTANCE AND**

2   **NOTICE TO VACATE**

3   **To all occupants of 1405 Greenwich Street, Unit #1, San Francisco, CA 94109:**

4           Pursuant to the Order Approving Stipulation and Order of Judgment for Possession and

5   Issuance of Writ of Assistance for 1405 Greenwich Street, Unit #1, City and County of San

6   Francisco, California 94109 (the "Order"), entered by Judge Blumenstiel on May 8, 2019, in the

7   United States Bankruptcy Court for the Northern District of California in *In re Keyhan Mohanna*,

8   Case No. 18-30983-HLB, **a copy of which is attached hereto,** all occupants of 1405 Greenwich

9   Street (the "Property"), Unit #1 (Unit #1), San Francisco CA 94109 named therein (the

10  "Mohanna-Related Occupants")² are required to vacate Unit #1 by 6:01 AM on

11  _____, 2019 and turnover exclusive possession of Unit #1 to

12  Lenders Commercial Finance LLC ("LCF").

13          The Order authorizes the issuance of a Writ of Assistance to direct the United States

14  Marshal Service, **after thirty days** of the posting of this notice, to use reasonable force to remove

15  all Mohanna-Related Occupants, including but not limited to Keyhan Mohanna and Vivien

16  Mohanna (acting for Keyhan Mohanna under a power of attorney), and to secure Unit #1 while

17  LCF and its agents change the locks, security system codes (if any), cause any animals at Unit #1

18  to be surrendered to animal control, and while it takes whatever other action LCF deems

19  necessary in its sole discretion to ensure that LCF and its agents have access to the Property and

20  have sole access to Unit #1.

21          Should you fail to vacate Unit # 1 within the allotted time, the U.S. Marshals' Office will

22  immediately enforce the writ by removing all persons designated herein from Unit # 1.    All

23  personal property remaining on the premises will be turned over to LCF, who must return said

24  personal property to you upon your payment of the reasonable cost incurred by LCF in storing the

25  personal property from the date of the execution of this Writ to the date the property is removed.

---

26  ² The occupants named in the Order were: KEYHAN MOHANNA ("Debtor") (i) individually,
27  (ii) as Trustee of the Keyhan Mohanna Revocable Trust Dated July 8, 2003, (iii) on behalf of all
    trusts or other entities in which Debtor has discretionary power to withdraw trust or entity assets
28  for his own benefit, and (iv) any of Debtor's predecessors in interest, successors, assigns, and
    alter egos.

1   If the property is stored in Unit # 1, the reasonable cost of storage is the fair rental value of the

2   space necessary for the time of storage.  If you do not pay the reasonable storage costs and take

3   possession within fifteen days, LCF may either sell the property at public sale and keep from the

4   proceeds the costs of storage and of the sale (*see* California Civil Code § 1988) or, if the property

5   is valued at less than $700, LCF may dispose of the property or retain it for its own use (*See*

6   California Code of Civil Procedure §§ 715.010(b)(3), 1174).

7           If you claim a right to possession of Unit # 1 that accrued prior to the commencement of

8   the State Court unlawful detainer proceeding, or if you were in possession of Unit # 1 on the date

9   of the filing of the State Court unlawful detainer proceeding and you are not named in this Writ,

10  you may file a Claim of Right to Possession and return it to the U.S. Marshals' Office.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



Signed and Filed: May 8, 2019

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 18-30983 |
| KEYHAN MOHANNA | Chapter 7 |

## ORDER APPROVING STIPULATION

### AND

## ORDER OF JUDGMENT FOR POSSESSION AND ISSUANCE OF WRIT OF ASSISTANCE FOR 1405 GREENWICH ST., UNIT #1, SAN FRANCISCO, CA 94109

Upon due consideration and good cause appearing therefor, based upon the Court's Order Authorizing Trustee to Enter into Compromise with Various Parties re 1405 Greenwich Street, San Francisco, California on April 12, 2019 [Docket No. 144], and the subsequent Stipulation for Entry of Order of Judgment for Possession and Issuance of Writ of Assistance for 1405 Greenwich St., Unit #1, San Francisco, CA 94109 [Docket No. 158] (the "Stipulation"), the Court hereby orders as follows:

1.     The Stipulation is approved.

2.     An Order of judgment for possession is entered in favor of Lenders Commercial Finance LLC ("LCF") for the real property located at 1405 Greenwich Street (the "Property"), Unit

1  #1 ("Unit #1"), City and County of San Francisco, California 94109, having a legal description as set
2  forth in **Exhibit** A hereto (the "Order").

3       3.     This Order may be filed in any pending State Court action regarding possession of
4  Unit #1. If this Order is filed in *Wells Fargo Bank, N.A. v. Keyhan Mohanna, Trustee of the Keyhan*
5  *Mohanna Revocable Trust Dated July 8, 2003 and Keyhan Mohanna*, San Francisco Superior Court
6  Case No. CUD-15-651981 (including any related appeal), it shall supplement but not replace the
7  Judgment entered in that action on or about February 26, 2016. A judgment for possession only may
8  be entered in any state court action seeking possession of the property as against the Mohanna-
9  Related Occupants.

10      4.     Trustee, on behalf of the Bankruptcy Estate of Keyhan Mohanna, transfers to LCF, all
11 right to possession held by: KEYHAN MOHANNA ("Debtor") (i) individually, (ii) as Trustee of the
12 Keyhan Mohanna Revocable Trust Dated July 8, 2003, (iii) on behalf of all trusts or other entities in
13 which Debtor has discretionary power to withdraw trust or entity assets for his own benefit, and (iv)
14 any of Debtor's predecessors in interest, successors, assigns, and alter egos, in and to Unit #1 (the
15 "Mohanna-Related Occupants").

16      5.     The Clerk of Court shall issuance a writ of assistance pursuant to Rule 70(d) of the
17 Federal Rules of Civil Procedure, as made applicable by Rule 7070 of the Federal Rules of
18 Bankruptcy Procedure. A form of writ and notice are attached hereto as **Exhibit B.** Upon entry of
19 this order, LCF or its agents shall obtain a certified copy of the writ from the Clerk of Court and
20 deliver same to the United States Marshals Service.

21      6.     Upon entry of this Order, counsel for LCF shall complete such forms as are required
22 by the United States Marshals Service and deliver same to the Civil Section of the United States
23 Marshals Service's San Francisco office.

24      7.     The United States Marshals Service shall post the writ and notice at the Property at
25 1405 Greenwich Street, Unit #1, City and County of San Francisco, California 94109 or on the entry
26 of the Property if the United States Marshals Service does not have access to the front door of Unit
27 #1.

28      8.     No sooner than thirty days following the posting of the writ and notice, LCF, with the

1 | assistance of the United States Marshals Service, is authorized to take possession of Unit #1.

2 |      9.     At such time, the United States Marshals Service is authorized to use reasonable force

3 | to remove from Unit #1 the Mohanna-Related Occupants and all persons, entities, agents, and/or

4 | designees claiming through them, including but not limited to Keyhan Mohanna and Vivian Mohanna

5 | (acting for Keyhan Mohanna under a power of attorney), and to secure Unit #1 while LCF and/or its

6 | agents change the locks, security system codes (if any), cause any animals at Unit #1 to be

7 | surrendered to animal control, and while LCF takes whatever other action it deems necessary in its

8 | sole discretion to ensure that LCF and its agents have access to the Property and have sole access to

9 | Unit #1.

10

11 |                        \*\*\* END OF ORDER \*\*\*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

## EXHIBIT A

Parcel I:

Condominium Unit No. 1, Lot 50, as shown upon the Condominium Map and Diagrammatic Floor Plan entitled "Map of 1405 Greenwich Street" which was filed for record on December 10, 1999 in Parcel Map Book 44, at Pages 60 to 65, inclusive, and the "Amendment to Condominium Plan" recorded May 5, 2000 as Document No. 2000-G769926-00, in the office of the Recorder of the City and County of San Francisco, State of California (referred to herein as "The Map"), and as further defined in the Declaration of Covenants, Conditions and Restrictions of 1405 Greenwich Street Homeowners Association recorded on May 5, 2000 as Document No. 2000-G769926-00, Official Records of the City and County of San Francisco, State of California (referred to herein as "The Declaration").

Excepting therefrom, any portion of the common area lying within said unit.

Reserving therefrom:

(A)     Easements through said unit, appurtenant to the common area and all other units, for support and repair of the common area all other units.

(B)     Easements, appurtenant to the common area for encroachment upon the air space of the unit by those portions of the common area located within the unit.

Parcel II:

An undivided 100% interest in and to the common area as shown and defined on the Map, reserving therefrom the following:

(A)     Exclusive easements, other than Parcel III, as designated on the Map and reserved by grantor to units for use as designated in the declaration; and

(B)     Nonexclusive easements appurtenant to all units for ingress and egress, support, repair and maintenance.

Parcel III:

(A)     The exclusive easement to use the parking area(s) designated P-1 and P-2, on the hereinabove mentioned "Amendment to Condominium Plan".

Parcel IV:

A nonexclusive easement appurtenant to Parcel I above for support, repair and maintenance, and for ingress and egress through the common area in accordance with California Civil Code Section 1361(A).

Parcel V:

Encroachment easements appurtenant to the unit in accordance with the provisions of the Declaration.

# EXHIBIT B

WEDGEWOOD
Office of the General Counsel
David M. Poitras, P.C.  SBN 141309
dpoitras@wedgewood-inc.com
Amelia B. Valenzuela, Esq.  SBN 320428
avalenzuela@wedgewood-inc.com
2015 Manhattan Beach Blvd., # 100
Redondo Beach, CA 90278
Telephone:       310.640.3070
Facsimile:       310.640.3090

Attorneys for Duke Partners II, LLC

UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy
of the original document on file in my custody.
Dated  6/17/19
by _____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

    KEYHAN MOHANNA,

        Debtor.

Case No. 18-30983-HLB

Chapter 7
Hon. Hannah L. Blumenstiel

**WRIT OF ASSISTANCE TO THE UNITED STATES MARSHALS SERVICE**

**TO: THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

On May 9, 2019, the Court entered its *Order Approving Stipulation and Order of Judgment for Possession and Issuance of Writ of Assistance for 1405 Greenwich Street Unit # 4, San Francisco CA 94109* (the "Order"), by the terms of which the occupants named therein (the "Mohanna-Related Occupants")[1] of the real property located at 1405 Greenwich Street (the

---

[1] The occupants named in the Order are: KEYHAN MOHANNA ("Debtor") (i) individually, (ii) as Trustee of the Keyhan Mohanna Revocable Trust Dated July 8, 2003, (iii) on behalf of all trusts or other entities in which Debtor has discretionary power to withdraw trust or entity assets for his own benefit, and (iv) any of Debtor's predecessors in interest, successors, assigns, and alter egos, , including but not limited to Keyhan Mohanna and Vivien Mohanna (acting for Keyhan Mohanna under a power of attorney)

"Property"), Unit # 4 ("Unit # 4"), City and County of San Francisco, California 94109, named therein were required to vacate Unit #4 by 11:59 p.m. on or after thirty days following posting of the Writ and turn Unit # 4 over to Duke Partners II, LLC ("Duke Partners").

Accordingly, the Court directs the United States Marshals Service as follows:

1.     Promptly upon receipt of this writ, you are directed to post a copy of this writ and the notice attached hereto to the front of the door of the Property (1405 Greenwich Street, San Francisco, CA 94109) and, if access is available to the interior of the Property, to Unit # 4.

2.     Duke Partners has been authorized to take possession of Unit # 4 no sooner than thirty (30) days following the posting of the writ and notice at the Property.

3.     You are directed to coordinate with Duke Partners regarding an appropriate time and date to secure such possession. You are further directed to use reasonable force to remove from Unit # 4 the Mohanna-Related Occupants, i.e., Keyhan Mohanna ("Debtor") (i) individually, (ii) as Trustee of the Keyhan Mohanna Revocable Trust Dated July 8, 2003, (iii) on behalf of all trusts or other entities in which Debtor has discretionary power to withdraw trust or entity assets for his own benefit, and (iv) any of Debtor's predecessors in interest, successors, assigns, and alter egos, including but not limited to Keyhan Mohanna and Vivien Mohanna (acting for Keyhan Mohanna under a power of attorney).

4.     You are further directed to secure Unit # 4 while Duke Partners and/or its agents changes the locks, security system codes (if any), causes any animals at Unit # 4 to be surrendered to animal control, and while Duke Partners takes whatever other lawful action it deems necessary in its sole discretion to ensure Duke Partners and its agents have access to the Property and have sole access to Unit # 4.

**END OF WRIT**

# NOTICE OF ORDER GRANTING STIPULATION FOR WRIT OF ASSISTANCE AND NOTICE TO VACATE

**To all occupants of 1405 Greenwich Street, Unit #4, San Francisco, CA 94109:**

Pursuant to the Order Approving Stipulation and Order of Judgment of Possession and Issuance of Writ of Assistance for 1405 Greenwich Street, Unit # 4, City and County of San Francisco, California 94109 (the "Order"), entered by Judge Blumenstiel on May 9, 2019 in the United States Bankruptcy Court for the Northern District of California in *In re Keyhan Mohanna*, Case No. 18-30983-HLB, **a copy of which is attached hereto,** all occupants of 1405 Greenwich Street (the "Property"), Unit # 4 (Unit # 4), San Francisco CA 94109 named therein (the "Mohanna-Related Occupants") [2] are required to vacate Unit # 4 by 6:01 a.m. on _____, 2019 and turnover exclusive possession of Unit # 4 to Duke Partners II, LLC ("Duke").

The Order authorizes the issuance of a Writ of Assistance to direct the United States Marshal Service, **no sooner than thirty (30) days** of the posting of this notice, to use reasonable force to remove all Mohanna-Related Occupants, including but not limited to Keyhan Mohanna and Vivien Mohanna (acting for Keyhan Mohanna under a power of attorney), and to secure Unit # 4 while Duke Partners and its agents change the locks, security system codes (if any), cause any animals at Unit # 4 to be surrendered to animal control, and while it takes whatever other action Duke Partners deems necessary in its sole discretion to ensure that Duke Partners and its agents have access to the Property and have sole access to Unit # 4.

Should you fail to vacate Unit # 4 within the allotted time, the U.S. Marshals' Office will immediately enforce the writ by removing all persons designated herein from Unit # 4. All personal property remaining on the premises will be turned over to Duke Partners, who must return said personal property to you upon your payment of the reasonable cost incurred by Duke Partners in storing the personal property from the date of the execution of this Writ to the date the property is

---

[2] The occupants named in the Order are: KEYHAN MOHANNA ("Debtor") (i) individually, (ii) as Trustee of the Keyhan Mohanna Revocable Trust Dated July 8, 2003, (iii) on behalf of all trusts or other entities in which Debtor has discretionary power to withdraw trust or entity assets for his own benefit, and (iv) any of Debtor's predecessors in interest, successors, assigns, and alter egos.

1  removed. If the property is stored in Unit # 4, the reasonable cost of storage is the fair rental value
2  of the space necessary for the time of storage. If you do not pay the reasonable storage costs and
3  take possession within fifteen (15) days, Duke Partners may either sell the property at public sale
4  and keep from the proceeds the costs of storage and of the sale (*see* Cal. Civ. Code § 1988) or, if
5  the property is valued at less than $700, Duke Partners may dispose of the property or retain it for
6  its own use (*see* Cal. Code Civ. Proc. §§ 715.010(b)(3), 1174; *see also* Cal. Civ. Code § 1988).

7        If you claim a right to possession of Unit # 4 that accrued prior to the commencement of
8  the pending State Court unlawful detainer proceeding, to wit *Duke Partners II, LLC v. Keyhan*
9  *Mohanna, et al.*, San Francisco Superior Court Case No. CUD-17-659243, or if you were in
10 possession of Unit # 4 on the date of the filing of the State Court unlawful detainer proceeding and
11 you are not named in this Writ, you may file a Claim of Right to Possession and return it to the U.S.
12 Marshals' Office.

Entered on Docket
May 09, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: May 8, 2019

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

In re:

KEYHAN MOHANNA

Case No. 18-30983

Chapter 7

**ORDER APPROVING STIPULATION**

**AND**

**ORDER OF JUDGMENT FOR POSSESSION AND ISSUANCE OF WRIT OF**

**ASSISTANCE FOR 1405 GREENWICH ST., UNIT # 4, SAN FRANCISCO, CA 94109**

Upon due consideration and good cause appearing therefor, based upon the Court's Order Authorizing Trustee to Enter into Compromise with Various Parties re 1405 Greenwich Street, San Francisco, California on April 12, 2019 [Docket No. 144], and the subsequent Stipulation for Entry of Order and Judgment for Possession and Issuance of Writ of Assistance for 1405 Greenwich St., Unit # 4, San Francisco, CA 94109 [Docket No. 161] (the "Stipulation"), the Court hereby orders as follows:

1. The Stipulation is approved.

2. An Order of judgment for possession is entered in favor of Duke Partners II, LLC ("Duke Partners") for the real property located at 1405 Greenwich Street (the "Property"), Unit # 4 ("Unit # 4"), City and County of San Francisco, California 94109, having a legal description as set

-1-

1  forth in **Exhibit** A hereto (the "Order").

2  3.  This Order may be filed in any pending State Court action regarding possession of

3  Unit # 4 including but not limited to the case of *Duke Partners II, LLC v. Keyhan Mohanna, et al.*,

4  San Francisco Superior Court Case No. CUD-17-659243.

5  4.  Trustee, on behalf of the Bankruptcy Estate of Keyhan Mohanna, transfers to Duke

6  Partners, all right to possession held by: KEYHAN MOHANNA ("Debtor") (i) individually, (ii) as

7  Trustee of the Keyhan Mohanna Revocable Trust Dated July 8, 2003, (iii) on behalf of all trusts or

8  other entities in which Debtor has discretionary power to withdraw trust or entity assets for his own

9  benefit, and (iv) any of Debtor's predecessors in interest, successors, assigns, and alter egos, in and to

10  Unit # 4 (the  Mohanna-Related Occupants").

11  5.  The Clerk of Court shall issue a writ of assistance pursuant to Rule 70(d) of the

12  Federal Rules of Civil Procedure, as made applicable by Rule 7070 of the Federal Rules of

13  Bankruptcy Procedure.  A form of writ and notice are attached hereto as **Exhibit B.** Upon entry of

14  this order, Duke Partners or its agents shall obtain a certified copy of the writ of assistance from the

15  Clerk of Court and deliver same to the United States Marshals Service.

16  6.  Upon entry of this Order, counsel for Duke Partners shall complete such forms as are

17  required by the United States Marshals Service and deliver same to the Civil Section of the United

18  States Marshals Service's San Francisco office.

19  7.  The United States Marshals Service shall post the writ of assistance and notice at

20  1405 Greenwich Street, Unit # 4, City and County of San Francisco, California 94109.

21  8.  No sooner than thirty (30) days following the posting of the writ of assistance and

22  notice, Duke Partners, with the assistance of the United States Marshals Service, is authorized to take

23  possession of Unit # 4.

24  9.  At such time, the United States Marshals Service is authorized to use reasonable force

25  to remove from Unit # 4 the Mohanna-Related Occupants (*see* ¶ 4, *supra*) and all persons, entities,

26  agents, and/or designees claiming through them, including but not limited to Keyhan Mohanna and

27  Vivien Mohanna (acting for Keyhan Mohanna under a power of attorney), and to secure Unit # 4

28  while Duke Partners and/or its agents change the locks, security system codes (if any), cause any

-2-

1 | animals at Unit # 4 to be surrendered to animal control, and while Duke Partners takes whatever other
2 | lawful action it deems necessary in its sole discretion to ensure Duke Partners and its agents have
3 | access to the Property and have sole access to Unit # 4.
4 |
5 | *** END OF ORDER ***
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

**EXHIBIT A**

## LEGAL DESCRIPTION

Real property in the City of San Francisco, County of San Francisco, State of California, described as follows:

PARCEL I:

CONDOMINIUM UNIT NO. 4, LOT 53, INCLUSIVE, AS SHOWN UPON THE CONDOMINIUM MAP AND DIAGRAMMATIC FLOOR PLAN ENTITLED "MAP OF 1405 GREENWICH STREET" WHICH WAS FILED FOR RECORD ON DECEMBER 10, 1999 IN PARCEL MAP BOOK 44, AT PAGES 60 TO 65, INCLUSIVE, AND THE "AMENDMENT TO CONDOMINIUM PLAN" RECORDED MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, IN THE OFFICE OF THE RECORDER OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE MAP"), AND AS FURTHER DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF 1405 GREENWICH STREET HOMEOWNERS ASSOCIATION RECORDED ON MAY 5, 2000 AS DOCUMENT NO. 2000-G769926-00, OFFICIAL RECORDS OF THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA (REFERRED TO HEREIN AS "THE DECLARATION").

EXCEPTING THEREFROM, ANY PORTION OF THE COMMON AREA LYING WITHIN SAID UNIT.

RESERVING THEREFROM:

(A) EASEMENTS THROUGH SAID UNIT, APPURTENANT TO THE COMMON AREA AND ALL OTHER UNITS, FOR SUPPORT AND REPAIR OF THE COMMON AREA ALL OTHER UNITS.

(B) EASEMENTS, APPURTENANT TO THE COMMON AREA FOR ENCROACHMENT UPON THE AIR SPACE OF THE UNIT BY THOSE PORTIONS OF THE COMMON AREA LOCATED WITHIN THE UNIT.

PARCEL II:

AN UNDIVIDED 1/6% INTEREST IN AND TO THE COMMON AREA AS SHOWN AND DEFINED ON THE MAP, RESERVING THEREFROM THE FOLLOWING:

(A) EXCLUSIVE EASEMENTS, OTHER THAN PARCEL III, AS DESIGNATED ON THE MAP AND RESERVED BY GRANTOR TO UNITS FOR USE AS DESIGNATED IN THE DECLARATION; AND

(B) NONEXCLUSIVE EASEMENTS APPURTENANT TO ALL UNITS FOR INGRESS AND EGRESS, SUPPORT, REPAIR AND MAINTENANCE.

PARCEL III:

(A) THE EXCLUSIVE EASEMENT TO USE THE PARKING AREA(S) DESIGNATED P-5, ON THE HEREINABOVE MENTIONED "AMENDMENT TO CONDOMINIUM PLAN".

PARCEL IV:

A NONEXCLUSIVE EASEMENT APPURTENANT TO PARCEL I ABOVE FOR SUPPORT, REPAIR AND MAINTENANCE, AND FOR INGRESS AND EGRESS THROUGH THE COMMON AREA IN ACCORDANCE WITH CALIFORNIA CIVIL CODE SECTION 1361 (A).

PARCEL V:

ENCROACHMENT EASEMENTS APPURTENANT TO THE UNIT IN ACCORDANCE WITH THE PROVISIONS OF THE DECLARATION.

APN: LOT 053 AND BLOCK 0523

**EXHIBIT B**

```
1   WEDGEWOOD
    Office of the General Counsel
2   David M. Poitras, P.C.  SBN 141309
    dpoitras@wedgewood-inc.com
3   Amelia B. Valenzuela, Esq.  SBN 320428
    avalenzuela@wedgewood-inc.com
4   2015 Manhattan Beach Blvd., # 100
    Redondo Beach, CA 90278
5   Telephone:     310.640.3070
    Facsimile:     310.640.3090
6
    Attorneys for Duke Partners II, LLC
7
8
9
10
11                  UNITED STATES BANKRUPTCY COURT
12                  NORTHERN DISTRICT OF CALIFORNIA
13                    SAN FRANCISCO DIVISION
14  In re                              Case No. 18-30983-HLB
15     KEYHAN MOHANNA,                 Chapter 7
                                       Hon. Hannah L. Blumenstiel
16          Debtor.
                                       WRIT OF ASSISTANCE TO THE
17                                     UNITED   STATES   MARSHALS
                                       SERVICE
18
19
    TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF
20  CALIFORNIA:
21      On May __, 2019, the Court entered its Order Approving Stipulation and Order of Judgment
22  for Possession and Issuance of Writ of Assistance for 1405 Greenwich Street Unit # 4, San
23  Francisco CA 94109 (the "Order"), by the terms of which the occupants named therein (the
24  "Mohanna-Related Occupants")¹ of the real property located at 1405 Greenwich Street (the
25  "Property"), Unit # 4 ("Unit # 4"), City and County of San Francisco, California 94109, named
26
27  ¹ The occupants named in the Order were: KEYHAN MOHANNA ("Debtor") (i) individually, (ii)
    as Trustee of the Keyhan Mohanna Revocable Trust Dated July 8, 2003, (iii) on behalf of all trusts
28  or other entities in which Debtor has discretionary power to withdraw trust or entity assets for his
    own benefit, and (iv) any of Debtor's predecessors in interest, successors, assigns, and alter egos.
```

1  therein were required to vacate Unit #4 by 6:01 a.m. on _____, 2019 and turn

2  Unit # 4 over to Duke Partners II, LLC ("Duke Partners").

3       The Mohanna-Related Occupants have failed to comply with the Order. The Order

4  authorizes the issuance of a Writ of Assistance (Docket Entry No. _____). Accordingly, the Court

5  directs the United States Marshals Service as follows:

6       1.     Promptly upon receipt of this writ, you are directed to post a copy of this writ and

7  the notice attached hereto to the front of the door of the Property (1405 Greenwich Street, San

8  Francisco, CA 94109) and, if access is available to the interior of the Property, to Unit # 4.

9       2.     Duke Partners has been authorized to take possession of Unit # 4 no sooner than

10  thirty (30) days following the posting of the writ and notice at the Property.

11       3.     You are directed to coordinate with Duke Partners regarding an appropriate time

12  and date to secure such possession. You are further directed to use reasonable force to remove from

13  Unit # 4 the Mohanna-Related Occupants, i.e., Keyhan Mohanna ("Debtor") (i) individually, (ii) as

14  Trustee of the Keyhan Mohanna Revocable Trust Dated July 8, 2003, (iii) on behalf of all trusts or

15  other entities in which Debtor has discretionary power to withdraw trust or entity assets for his own

16  benefit, and (iv) any of Debtor's predecessors in interest, successors, assigns, and alter egos,

17  including but not limited to Keyhan Mohanna and Vivien Mohanna (acting for Keyhan Mohanna

18  under a power of attorney).

19       4.     You are further directed to secure Unit # 4 while Duke Partners and/or its agents

20  changes the locks, security system codes (if any), causes any animals at Unit # 4 to be surrendered

21  to animal control, and while Duke Partners takes whatever other lawful action it deems necessary

22  in its sole discretion to ensure Duke Partners and its agents have access to the Property and have

23  sole access to Unit # 4.

24                          **END OF WRIT**

25

26

27

28

## NOTICE OF ORDER GRANTING STIPULATION FOR WRIT OF ASSISTANCE AND NOTICE TO VACATE

Pursuant to the Order Approving Stipulation and Order of Judgment of Possession and Issuance of Writ of Assistance for 1405 Greenwich Street, Unit # 4, City and County of San Francisco, California 94109 (the "Order"), entered by Judge Blumenstiel on _____, 2019 in the United States Bankruptcy Court for the Northern District of California in *In re Keyhan Mohanna*, Case No. 18-30983-HLB, **a copy of which is attached hereto,** all occupants of 1405 Greenwich Street (the "Property"), Unit # 4 (Unit # 4), San Francisco CA 94109 named therein (the "Mohanna-Related Occupants")[2] are required to vacate Unit # 4 by 6:01 a.m. on _____, 2019 and turnover exclusive possession of Unit # 4 to Duke Partners II, LLC ("Duke").

The Order authorizes the issuance of a Writ of Assistance to direct the United States Marshal Service, **no sooner than thirty (30) days** of the posting of this notice, to use reasonable force to remove all Mohanna-Related Occupants, including but not limited to Keyhan Mohanna and Vivien Mohanna (acting for Keyhan Mohanna under a power of attorney), and to secure Unit # 4 while Duke Partners and its agents change the locks, security system codes (if any), cause any animals at Unit # 4 to be surrendered to animal control, and while it takes whatever other action Duke Partnres deems necessary in its sole discretion to ensure that Duke Partners and its agents have access to the Property and have sole access to Unit # 4.

Should you fail to vacate Unit # 4 within the allotted time, the U.S. Marshals Office will immediately enforce the writ by removing all persons designated herein from Unit # 4. All personal property remaining on the premises will be turned over to Duke Partners, who must return said personal property to you upon your payment of the reasonable cost incurred by Duke Partners in storing the personal property from the date of the execution of this Writ to the date the property is removed. If the property is stored in Unit # 4, the reasonable cost of storage is the fair rental value

---

[2] The occupants named in the Order were: KEYHAN MOHANNA ("Debtor") (i) individually, (ii) as Trustee of the Keyhan Mohanna Revocable Trust Dated July 8, 2003, (iii) on behalf of all trusts or other entities in which Debtor has discretionary power to withdraw trust or entity assets for his own benefit, and (iv) any of Debtor's predecessors in interest, successors, assigns, and alter egos.

1  of the space necessary for the time of storage. If you do not pay the reasonable storage costs and

2  take possession within fifteen (15) days, Duke Partners may either sell the property at public sale

3  and keep from the proceeds the costs of storage and of the sale (*see* Cal. Civ. Code § 1988) or, if

4  the property is valued at less than $700, Duke Partners may dispose of the property or retain it for

5  its own use (*see* Cal. Code Civ. Proc. §§ 715.010(b)(3), 1174; *see also* Cal. Civ. Code § 1988).

6        If you claim a right to possession of Unit # 4 that accrued prior to the commencement of

7  the pending State Court unlawful detainer proceeding, to wit *Duke Partners II, LLC v. Keyhan*

8  *Mohanna, et al.*, San Francisco Superior Court Case No. CUD-17-659243, or if you were in

9  possession of Unit # 4 on the date of the filing of the State Court unlawful detainer proceeding and

10  you are not named in this Writ, you may file a Claim of Right to Possession and return it to the U.S.

11  Marshals' Office.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Christopher M. McDermott (SBN253411)
   ALDRIDGE | PITE, LLP
2  3600 American River Drive, Suite 105
   Sacramento, CA 95864
3  Telephone: (858) 750-7600
   Facsimile:(858)-412-2719c
4  mcdermott@aldridgepite.com

5  William R. Jarrell(SBN290271)
   ALDRIDGE | PITE, LLP
6  4375 Jutland Dr., Suite 200
   San Diego, CA 92117
7  Telephone: (858) 750-7600
   Facsimile: (858) 412-2719
8  wjarrell@aldridgepite.com

9  Attorneys for Deutsche Bank National
   Trust Company as Trustee for WAMU
10 Mortgage Pass-Through Certificate Series 2005-AR6

UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy
of the original document on file in my custody.
Dated  6/17/19
by  _____
Deputy Clerk

11

12                  UNITED STATES BANKRUPTCY COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15  In re                                Case No. 18-30983-HLB

16     KEYHAN MOHANNA,                    Chapter 7
                                          Hon. Hannah L. Blumenstiel
17              Debtor.
                                          **WRIT OF ASSISTANCE TO THE
18                                        UNITED STATES MARSHALS
                                          SERVICE**
19

20
    **TO: THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF
21  CALIFORNIA:**

22      On May 9, 2019, the Court entered its *Order Approving Stipulation and Order of

23  Judgment for Possession and Issuance of Writ of Assistance for 1405 Greenwich Street Unit # 6,

24  San Francisco CA 94109* (the "Order"), by the terms of which the occupants named therein (the

25  "Mohanna-Related Occupants")[1] of the real property located at 1405 Greenwich Street (the

26  ───────────────────────

27  [1] The occupants named in the Order are: KEYHAN MOHANNA ("Debtor") (i) individually, (ii)
    as Trustee of the Keyhan Mohanna Revocable Trust Dated July 8, 2003, (iii) on behalf of all trusts
28  or other entities in which Debtor has discretionary power to withdraw trust or entity assets for his
    own benefit, and (iv) any of Debtor's predecessors in interest, successors, assigns, and alter egos, ,

Case: 18-30983   Doc# 213-1   Filed: 09/16/19   Entered: 09/16/19 23:23:42   Page 48
Case: 18-30983   Doc# 193   Filed: 06/17/19   Entered: 06/17/19 16:28:36   Page 1 of
of 63
14

1

"Property"), Unit # 6 ("Unit # 6), City and County of San Francisco, California 94109, named therein were required to vacate Unit #6 by 11:59 p.m. on or after thirty days following posting of the Writ and turn Unit # 6 over to Deutsche Bank National Trust Company as Trustee for WAMU Mortgage Pass-Through Certificate Series 2005-AR6 ("Deutsche").

Accordingly, the Court directs the United States Marshals Service as follows:

1. Promptly upon receipt of this writ, you are directed to post a copy of this writ and the notice attached hereto to the front of the door of the Property (1405 Greenwich Street, San Francisco, CA 94109) and, if access is available to the interior of the Property, to Unit # 6.

2. Deutsche has been authorized to take possession of Unit # 6 no sooner than thirty (30) days following the posting of the writ and notice at the Property.

3. You are directed to coordinate with Deutsche regarding an appropriate time and date to secure such possession. You are further directed to use reasonable force to remove from Unit # 6 the Mohanna-Related Occupants, i.e., Keyhan Mohanna ("Debtor") (i) individually, (ii) as Trustee of the Keyhan Mohanna Revocable Trust Dated July 8, 2003, (iii) on behalf of all trusts or other entities in which Debtor has discretionary power to withdraw trust or entity assets for his own benefit, and (iv) any of Debtor's predecessors in interest, successors, assigns, and alter egos, including but not limited to Keyhan Mohanna and Vivien Mohanna (acting for Keyhan Mohanna under a power of attorney).

4. You are further directed to secure Unit # 6 while Deutsche and/or its agents changes the locks, security system codes (if any), causes any animals at Unit # 6 to be surrendered to animal control, and while Deutsche takes whatever other lawful action it deems necessary in its sole discretion to ensure Deutsche and its agents have access to the Property and have sole access to Unit # 6.

**\*\*END OF WRIT\*\***

---

including but not limited to Keyhan Mohanna and Vivien Mohanna (acting for Keyhan Mohanna under a power of attorney)

**NOTICE OF ORDER GRANTING STIPULATION FOR WRIT OF ASSISTANCE AND NOTICE TO VACATE**

**To all occupants of 1405 Greenwich Street, Unit #6, San Francisco, CA 94109:**

Pursuant to the Order Approving Stipulation and Order of Judgment of Possession and Issuance of Writ of Assistance for 1405 Greenwich Street, Unit # 6, City and County of San Francisco, California 94109 (the "Order"), entered by Judge Blumenstiel on May 9, 2019 in the United States Bankruptcy Court for the Northern District of California in *In re Keyhan Mohanna*, Case No. 18-30983-HLB, **a copy of which is attached hereto,** all occupants of 1405 Greenwich Street (the "Property"), Unit # 6 (Unit #6), San Francisco CA 94109 named therein (the "Mohanna-Related Occupants")[2] are required to vacate Unit # 6 by 6:01 a.m. on

_____, 2019 and turnover exclusive possession of Unit # 6 to Deutsche Bank National Trust Company as Trustee for WAMU Mortgage Pass-Through Certificate Series 2005-AR6 ("Deutsche").

The Order authorizes the issuance of a Writ of Assistance to direct the United States Marshal Service, **no sooner than thirty (30) days** of the posting of this notice, to use reasonable force to remove all Mohanna-Related Occupants, including but not limited to Keyhan Mohanna and Vivien Mohanna (acting for Keyhan Mohanna under a power of attorney), and to secure Unit # 6 while Deutsche and its agents change the locks, security system codes (if any), cause any animals at Unit # 6 to be surrendered to animal control, and while it takes whatever other action Deutsche deems necessary in its sole discretion to ensure that Deutsche and its agents have access to the Property and have sole access to Unit # 6.

Should you fail to vacate Unit # 6 within the allotted time, the U.S. Marshals' Office will immediately enforce the writ by removing all persons designated herein from Unit # 6. All personal property remaining on the premises will be turned over to Deutsche, who must return said personal property to you upon your payment of the reasonable cost incurred by Deutsche in storing the

---

[2] The occupants named in the Order are: KEYHAN MOHANNA ("Debtor") (i) individually, (ii) as Trustee of the Keyhan Mohanna Revocable Trust Dated July 8, 2003, (iii) on behalf of all trusts or other entities in which Debtor has discretionary power to withdraw trust or entity assets for his own benefit, and (iv) any of Debtor's predecessors in interest, successors, assigns, and alter egos.

1  personal property from the date of the execution of this Writ to the date the property is removed. If
2  the property is stored in Unit # 6, the reasonable cost of storage is the fair rental value of the space
3  necessary for the time of storage. If you do not pay the reasonable storage costs and take possession
4  within fifteen (15) days, Deutsche may either sell the property at public sale and keep from the
5  proceeds the costs of storage and of the sale (*see* Cal. Civ. Code § 1988) or, if the property is valued
6  at less than $700, Deutsche may dispose of the property or retain it for its own use (*see* Cal. Code
7  Civ. Proc. §§ 715.010(b)(3), 1174; *see also* Cal. Civ. Code § 1988).

8       If you claim a right to possession of Unit # 6 that accrued prior to the commencement of
9  the pending State Court unlawful detainer proceeding, to wit *Deutsche Bank National Trust*
10 *Company as Trustee for WAMU Mortgage Pass-Through Certificate Series 2005-AR6 v. Keyhan*
11 *Mohanna, et al.,* San Francisco Superior Court Case No. CUD-17-660362, , or if you were in
12 possession of Unit # 6 on the date of the filing of the State Court unlawful detainer proceeding and
13 you are not named in this Writ, you may file a Claim of Right to Possession and return it to the U.S.
14 Marshals' Office.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Entered on Docket
May 09, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: May 9, 2019

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

In re:

KEYHAN MOHANNA

Case No. 18-30983

Chapter 7

**ORDER APPROVING STIPULATION**

**AND**

**ORDER OF JUDGMENT FOR POSSESSION AND ISSUANCE OF WRIT OF**

**ASSISTANCE FOR 1405 GREENWICH ST., UNIT #6, SAN FRANCISCO, CA 94109**

Upon due consideration and good cause appearing therefor, based upon the Court's Order Authorizing Trustee to Enter into Compromise with Various Parties re 1405 Greenwich Street, San Francisco, California on April 12, 2019 [Docket No. 144], and the subsequent Stipulation for Entry of Order and Judgment for Possession and Issuance of Writ of Assistance for 1405 Greenwich St., Unit #6, San Francisco, CA 94109 [Docket No. 159] (the "Stipulation"), the Court hereby orders as follows:

1. The Stipulation is approved.

2. An Order of judgment for possession is entered in favor of Deutsche Bank National Trust Company as Trustee for WAMU Mortgage Pass-Through Certificate Series 2005-AR6 ("Deutsche") for the real property located at 1405 Greenwich Street (the "Property"), Unit #6 ("Unit

-1-

Order of Judgment for Possession and Issuance of Writ of Assistance

"#6"), City and County of San Francisco, California 94109, having a legal description as set forth in **Exhibit A** hereto (the "Order").

3. This Order may be filed in any pending State Court action regarding possession of Unit #6 including but not limited to the case of *Deutsche Bank National Trust Company as Trustee for WAMU Mortgage Pass-Through Certificate Series 2005-AR6 v. Keyhan Mohanna, et al.*, San Francisco Superior Court Case No. CUD-17-660362.

4. Trustee, on behalf of the Bankruptcy Estate of Keyhan Mohanna, transfers to Deutsche, all right to possession held by: KEYHAN MOHANNA ("Debtor") (i) individually, (ii) as Trustee of the Keyhan Mohanna Revocable Trust Dated July 8, 2003, (iii) on behalf of all trusts or other entities in which Debtor has discretionary power to withdraw trust or entity assets for his own benefit, and (iv) any of Debtor's predecessors in interest, successors, assigns, and alter egos, in and to Unit #6 (the Mohanna-Related Occupants").

5. The Clerk of Court shall issue a writ of assistance pursuant to Rule 70(d) of the Federal Rules of Civil Procedure, as made applicable by Rule 7070 of the Federal Rules of Bankruptcy Procedure. A form of writ and notice to vacate are attached hereto as **Exhibit B.** Upon entry of this order, Deutsche or its agents shall obtain a certified copy of the writ of assistance from the Clerk of Court and deliver same to the United States Marshals Service.

6. Upon entry of this Order, counsel for Deutsche shall complete such forms as are required by the United States Marshals Service and deliver same to the Civil Section of the United States Marshals Service's San Francisco office.

7. The United States Marshals Service shall post the writ of assistance and notice to vacate at 1405 Greenwich Street, Unit #6, City and County of San Francisco, California 94109 or on the entry of the Property if the United States Marshals Service does not have access to the front door of Unit #6.

8. No sooner than thirty (30) days following the posting of the writ of assistance and notice to vacate, Deutsche, with the assistance of the United States Marshals Service, is authorized to take possession of Unit #6.

9. At such time, the United States Marshals Service is authorized to use reasonable force

-2-
Order of Judgment for Possession and Issuance of Writ of Assistance

1  to remove from Unit #6 the Mohanna-Related Occupants (*see* ¶ 4, *supra*) and all persons, entities,

2  agents, and/or designees claiming through them, including but not limited to Keyhan Mohanna and

3  Vivien Mohanna (acting for Keyhan Mohanna under a power of attorney), and to secure Unit #6 while

4  Deutsche and/or its agents change the locks, security system codes (if any), cause any animals at Unit

5  #6 to be surrendered to animal control, and while Deutsche takes whatever other lawful action it

6  deems necessary in its sole discretion to ensure Deutsche and its agents have access to the Property

7  and have sole access to Unit #6.

8

9                                    *** END OF ORDER ***

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

Order of Judgment for Possession and Issuance of Writ of Assistance

# EXHIBIT A

# EXHIBIT A

The land referred to herein below is situated in the County of San Francisco, State of California, and is described as follows:

Parcel I:

Condominium Unit No. 6, Lot 55, as shown upon the Condominium Map and Diagrammatic Floor Plan entitled "Map of 1405 Greenwich Street" which was filed for record on December 10, 1999 in Parcel Map Book 44, at Pages 60 to 65, inclusive, and the "Amendment to Condominium Plan" recorded May 5, 2000 as Document No. 2000-G769926-00, in the office of the Recorder of the City and County of San Francisco, State of California (referred to herein as "the Map"), and as further defined in the Declaration of Covenants, Conditions and Restrictions of 1405 Greenwich Street Homeowners Association recorded on May 5, 2000 as Document No. 2000-G769926-00, Official Records of the City and County of San Francisco, State of California (referred to herein as "the Declaration").

Excepting therefrom, any portion of the common area lying within said unit.

Reserving therefrom:

(A)     Easements through said unit, appurtenant to the common area and all other units, for support and repair of the common area all other units.

(B)     Easements, appurtenant to the common area for encroachment upon the air space of the unit by those portions of the common area located within the unit.

Parcel II:

An undivided 1/6% interest in and to the common area as shown and defined on the Map, reserving therefrom the following:

(A)     Exclusive easements, other than Parcel III, as designated on the Map and reserved by grantor to units for use as designated in the Declaration; and

(B)     Nonexclusive easements appurtenant to all units for ingress and egress, support, repair and maintenance.

Parcel III:

(A)     The exclusive easement to use the parking area(s) designated P-7,, on the hereinabove mentioned "Amendment to Condominium Plan".

Parcel IV:

A nonexclusive easement appurtenant to Parcel I above for support, repair and maintenance, and for ingress and egress through the common area in accordance with California Civil Code Section 1361(a).

Parcel V:

Encroachment easements appurtenant to the unit in accordance with the provisions of the Declaration.

# EXHIBIT B

## Exhibit B

1 | Christopher M. McDermott (SBN253411)
ALDRIDGE | PITE, LLP
2 | 3600 American River Drive, Suite 105
Sacramento, CA 95864
3 | Telephone: (858) 750-7600
Facsimile: (858) 412-2719
4 | cmcdermott@aldridgepite.com

5 | William R. Jarrell (SBN290271)
ALDRIDGE | PITE, LLP
6 | 4375 Jutland Dr., Suite 200
San Diego, CA 92117
7 | Telephone: (858) 750-7600
Facsimile: (858) 412-2719
8 | wjarrell@aldridgepite.com

9 | Attorneys for Deutsche Bank National Trust Company as Trustee for WAMU Mortgage Pass-Through Certificate Series 2005-AR6

10

11 | UNITED STATES BANKRUPTCY COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

14 | In re        Case No. 18-30983-HLB

15 |     KEYHAN MOHANNA,      Chapter 7
Hon. Hannah L. Blumenstiel
16 |        Debtor.

17 | **WRIT OF ASSISTANCE TO THE UNITED STATES MARSHALS SERVICE**

18

19 | **TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF**
20 | **CALIFORNIA:**

21 |      On April ____, 2019, the Court entered its Order Approving Stipulation and Order of

22 | Judgment for Possession and Issuance of Writ of Assistance for 1405 Greenwich Street Unit #6,

23 | San Francisco CA 94109 (the "Order"), by the terms of which the occupants named therein (the

24 | "Mohanna-Related Occupants")[1] of the real property located at 1405 Greenwich Street (the

25

---

26 | [1] The occupants named in the Order were: KEYHAN MOHANNA ("Debtor") (i) individually,
27 | (ii) as Trustee of the Keyhan Mohanna Revocable Trust Dated July 8, 2003, (iii) on behalf of all trusts or other entities in which Debtor has discretionary power to withdraw trust or entity assets
28 | for his own benefit, and (iv) any of Debtor's predecessors in interest, successors, assigns, and alter egos.

1    "Property"), Unit #6 ("Unit #6"), City and County of San Francisco, California 94109, named

2    therein were required to vacate Unit #6 by 6:01 a.m. on _____, 2019 and

3    turn Unit #6 over to Deutsche Bank National Trust Company as Trustee for WAMU Mortgage

4    Pass-Through Certificate Series 2005-AR6 ("Deutsche").

5            The Mohanna-Related Occupants have failed to comply with the Order. The Order

6    authorizes the issuance of a Writ of Assistance (Docket Entry No. _____).  Accordingly, the

7    Court directs the United States Marshals Service as follows:

8            1.      Promptly upon receipt of this writ, you are directed to post a copy of this writ and

9    the notice to vacate attached hereto to the front of the door of the Property (i.e. 1405 Greenwich

10   Street, San Francisco, CA 94109) and, if access is available to the interior of the Property, to Unit

11   #6.

12           2.      Deutsche has been authorized to take possession of Unit #6 no sooner than thirty

13   (30) days following the posting of the writ and notice to vacate at the Property.

14           3.      You are directed to coordinate with Deutsche regarding an appropriate time and

15   date to secure such possession. You are further directed to use reasonable force to remove from

16   Unit #6 the Mohanna-Related Occupants, i.e., Keyhan Mohanna ("Debtor") (i) individually, (ii)

17   as Trustee of the Keyhan Mohanna Revocable Trust Dated July 8, 2003, (iii) on behalf of all

18   trusts or other entities in which Debtor has discretionary power to withdraw trust or entity assets

19   for his own benefit, and (iv) any of Debtor's predecessors in interest, successors, assigns, and

20   alter egos, including but not limited to Keyhan Mohanna and Vivien Mohanna (acting for Keyhan

21   Mohanna under a power of attorney).

22           4.      You are further directed to secure Unit #6 while Deutsche and/or its agents

23   changes the locks, security system codes (if any), causes any animals at Unit #6 to be surrendered

24   to animal control, and while Deutsche takes whatever other lawful action it deems necessary in its

25   sole discretion to ensure Deutsche and its agents have access to the Property and have sole access

26   to Unit #6.

27                                **END OF WRIT**

28

# NOTICE OF ORDER GRANTING STIPULATION FOR WRIT OF ASSISTANCE AND
## NOTICE TO VACATE

Pursuant to the Order Approving Stipulation and Order of Judgment of Possession and Issuance of Writ of Assistance for 1405 Greenwich Street, Unit #6, City and County of San Francisco, California 94109 (the "Order"), entered by Judge Blumenstiel on _____, 2019 in the United States Bankruptcy Court for the Northern District of California in *In re Keyhan Mohanna*, Case No. 18-30983-HLB, **a copy of which is attached hereto,** all occupants of 1405 Greenwich Street (the "Property"), Unit #6 (Unit #6), San Francisco CA 94109 named therein (the "Mohanna-Related Occupants")[2] are required to vacate Unit #6 by 6:01 a.m. on _____, 2019 and turnover exclusive possession of Unit #6 to Deutsche Bank National Trust Company as Trustee for WAMU Mortgage Pass-Through Certificate Series 2005-AR6 ("Deutsche").

The Order authorizes the issuance of a Writ of Assistance to direct the United States Marshal Service, **no sooner than thirty (30) days** of the posting of this notice, to use reasonable force to remove all Mohanna-Related Occupants, including but not limited to Keyhan Mohanna and Vivien Mohanna (acting for Keyhan Mohanna under a power of attorney), and to secure Unit #6 while Deutsche and its agents change the locks, security system codes (if any), cause any animals at Unit #6 to be surrendered to animal control, and while it takes whatever other action Deutsche deems necessary in its sole discretion to ensure that Deutsche and its agents have access to the Property and have sole access to Unit #6.

Should you fail to vacate Unit #6 within the allotted time, the U.S. Marshals Office will immediately enforce the writ by removing all persons designated herein from Unit #6. All personal property remaining on the premises will be turned over to Deutsche, who must return said personal property to you upon your payment of the reasonable cost incurred by Deutsche in storing the personal property from the date of the execution of this Writ to the date the property is

---

[2] The occupants named in the Order were: KEYHAN MOHANNA ("Debtor") (i) individually, (ii) as Trustee of the Keyhan Mohanna Revocable Trust Dated July 8, 2003, (iii) on behalf of all trusts or other entities in which Debtor has discretionary power to withdraw trust or entity assets for his own benefit, and (iv) any of Debtor's predecessors in interest, successors, assigns, and alter egos.

1  removed. If the property is stored in Unit #6, the reasonable cost of storage is the fair rental value

2  of the space necessary for the time of storage. If you do not pay the reasonable storage costs and

3  take possession within fifteen (15) days, Deutsche may either sell the property at public sale and

4  keep from the proceeds the costs of storage and of the sale (*see* Cal. Civ. Code § 1988) or, if the

5  property is valued at less than $700, Deutsche may dispose of the property or retain it for its own

6  use (*see* Cal. Code Civ. Proc. §§ 715.010(b)(3), 1174; *see also* Cal. Civ. Code § 1988).

7        If you claim a right to possession of Unit #6 that accrued prior to the commencement of

8  the pending State Court unlawful detainer proceeding, to wit *Deutsche Bank National Trust*

9  *Company as Trustee for WAMU Mortgage Pass-Through Certificate Series 2005-AR6 v. Keyhan*

10  *Mohanna, et al.*, San Francisco Superior Court Case No. CUD-17-660362, or if you were in

11  possession of Unit #6 on the date of the filing of the State Court unlawful detainer proceeding and

12  you are not named in this Writ, you may file a Claim of Right to Possession and return it to the

13  U.S. Marshals' Office.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ADVENT LAW GROUP**

8484 Wilshire Blvd. Suite 515, Beverly Hills, CA 90211
Tel: 323.762.5598  |  Fax: 323.908.4026
www.neddahaeri@me.com

**EXHIBIT 3**

Sept. 2, 2019

Hi Natalia,

I'll be in SF on Wednesday Sept. 4, 2019 and would like to meet you around 5pm at the building to get keys for the building, side door, garage doors, etc.

PG&E & Recology will soon be asking for side door key so please have them ready.

Last but not least, we wish to have a cooperating spirit while the owners' appeal is pending.

We will pay all the bills this month and sometime mid Sept. will send you invoices for the portion attributed to apts. 1, 4 & 6, from August 19th forward.

I will be meeting engineers and contractors for estimates starting the week of Sept. 9, 2019 as well as real estate brokers, contractors, stagers to market the property.

Your cooperation is greatly appreciated.


Best,

Keyhan Mohanna          415-420-1237

CC:    Nedda Haeri, ESQ.