**EXHIBIT B**

## David Poitras

| | |
|---|---|
| **From:** | David Poitras |
| **Sent:** | Monday, September 09, 2019 5:46 PM |
| **To:** | Nedda Haeri |
| **Cc:** | avalenzuela@wedgewood.com; Jennifer Hayes; Mike Kuzmich; Christopher M. McDermott; William R. Jarrell |
| **Subject:** | RE: 1405 Greenwich St., San Francisco, CA 94109 |

Counsel,

1. Please state who you represent in this matter;
2. Please state on what basis you or Mr. Mohanna claim that Mr. Mohanna is entitled to keys for the building at issue;
3. The locks to the common areas were changed at the direction and under the supervision of the United States Marshal's Service pursuant to the writs ordered by the Bankruptcy Court. Ms. Carney did not change the locks and is not responsible for providing keys to the common areas; and
4. The appeal to which you refer is clearly moot as possession of Units 1, 4 and 6 were turned over pursuant to final orders of the United States Bankruptcy Court and not the Superior Court.

Finally, as it may pertain to Unit #4, please direct all future correspondence regarding the property at issue to the undersigned on behalf of the owner Duke Partners II, LLC. The contact information for the owners of Units 1 and 6 is set forth in the writs of assistance attached to your email.

David M. Poitras
Deputy General Counsel
WEDGEWOOD

2015 Manhattan Beach Boulevard, Suite 100
Redondo Beach, California 90278
dpoitras@wedgewood-inc.com

---

**From:** Nedda Haeri <neddahaeri@me.com>
**Sent:** Monday, September 09, 2019 5:08 PM
**To:** David Poitras <dpoitras@wedgewood-inc.com>; avalenzuela@wedgewood.com
**Subject:** 1405 Greenwich St., San Francisco, CA 94109

Dear Counsel,

Please disregard my previous email. See attached.

**Nedda Haeri, Esq.**
Attorney at Law

ADVENT LAW GROUP
8484 Wilshire Blvd. Suite 515
Beverly Hills, CA 90211
Tel. (323) 762-5598
Fax (323) 908-4026

**CONFIDENTIALITY NOTICE**
This e-mail contains information which may be confidential and/or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, please notify the sender immediately and then delete, destroy, or return the original message and any attachments without reading or saving in any manner.