# EXHIBIT C

# David Poitras

| | |
|---|---|
| **From:** | Keyhan Mohanna <keyhan6@yahoo.com> |
| **Sent:** | Thursday, September 12, 2019 2:50 PM |
| **To:** | Natalia Carney; David Poitras; Vivien Mohanna |
| **Cc:** | Nedda Haeri |
| **Subject:** | Stay the fuck away! |

If I catch you ever again tampering with locks, doors or windows of common areas of 1405 Greenwich Street, I'll have your worthless ass arrested. So please stay the fuck away while the owners take possession back.

Keyhan Mohanna
1595 Clay Street
San Francisco, CA 94109