# EXHIBIT D

| | |
|---|---|
| 1 | KEYHAN MOHANNA |
| 2 | 1595 Clay St. #8 |
| | San Francisco, CA 94109 |
| 3 | Telephone: 415-823-4882 |
| | **Email:** |
| 4 | vivienandkeyhanmohanna@gmail.com |
| 5 | In Pro Per |



FILED
SEP 27 2018
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

In Re:

KEYHAN MOHANNA

DEBTOR,

Case No: 18-30983

DECLARATION OF KEYHAN MOHANNA IN SUPPORT OF DEBTOR'S MOTION/REQUEST FOR CONTINUANCE OF MOTION FOR RELIEF HEARING, RELATED DATES AND DEBTOR FILING DEADLINES

Hearing Date:  TBD
Hearing Time:  TBD
Courtroom:     17
Location:      450 Golden Gate Avenue, 16th Fl. San Francisco, CA 94102

Judge:         Hon. Dennis Montali

## DECLARATION OF KEYHAN MOHANNA

1. I, Keyhan Mohanna, make this declaration in lieu of my personal testimony and if called to testify can and will do so truthfully and competently as to all facts stated herein of which are within my personal knowledge.

2. My unavailability is due to being overseas in Iran to tend to health and family matters. I have appointed my daughter, Vivien Mohanna, as my power of attorney and can be reached during my absence.

3. 3H Renovation Services, LLC is the true owner of the Subject Property. This is evidenced by the recorded documents filed at the San Francisco County Recorder's Office.

4. It is important to note, that on May 23, 2017, 3H Renovation Services, acquired all 6 units of the subject property, via a deed in lieu of foreclosure in exchange for satisfaction of a Mechanic's Lien in the amount of approximately $481,000 U.S.D. This transfer took place **prior** to the wrongful foreclosure by Wells Fargo which purported to sell the subject property for $35,000.00, although it is worth approximately $1,000,000.00.

5. Duke was notified of the transfer via telephone, fax, and email of the fact that I no longer have any financial or beneficial interest in the subject property. Duke admits knowing I was no longer the owner, when it addressed its "change of ownership" paperwork to "ALBORZ" fund, the fund I had transferred my rights to, however it still proceeded to wrongfully name me in its unlawful detainer action knowing I was no longer in possession of the property.

6. Though Duke knows that I am no longer in possession and that 3H Renovation Services LLC is the current owner and is the sole entity in possession of the subject property, it attempts to circumvent the judicial process by claiming ignorance of the true facts. After supplying all of the recorded documents and other official paperwork establishing my relinquishing of possession, Judge Kahn of the State Court ordered that Duke is not entitled to taking possession based on my not having possession to give.

7. I do not have any right, title and interest in the Subject Property, therefore, I am unable to give up possession of the subject property.

8. I have served the notice of motion and declaration on the creditors listed in this Bankruptcy.

9. On September 27, 2018, I attempted to meet and confer with creditor, Duke Partners. However, they did not respond to me, which is typical – I have never received a response from any email I've ever sent them. Therefore, I propose the following dates: November 8, 2018, November 15, 2018, November 22, 2018, or anytime thereafter according to the court's availability.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*In Re: Keyhan Mohanna* – MOTION FOR CONTINUANCE    Page 2 of 4

Case: 18-30883    Doc# 213    Filed 09/27/18    Entered 09/27/18 15:02:23    Page 3 of 5

Executed on September 27, 2018, San Francisco, CA

*signature* 
KEYHAN MOHANNA

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my address is: 1595 Clay Street, #8, San Francisco, CA 94109.

On September 27, 2018, a true and correct copy of the foregoing document described as MOTION FOR CONTINUANCE was served on the parties to this action as follows:

☐ (BY MAIL) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [*C.C.P. §§ 1012 and 1013(a)*].

☐ (BY FEDERAL EXPRESS) by delivering to a Federal Express Representative, in an envelope designated by Federal Express with delivery fees paid or provided for, addressed to the individual listed above or to the office of the individual listed above at the address listed above: [*C.C.P. §1013(c)*]

☐ (BY FAX) On the date set forth above I served a copy of the foregoing on the interested parties in this action by transmitting by facsimile machine to the parties listed above or in the attached service list: [*C.C.P. § 1013(e)*]

☐ (BY E-MAIL) On the date set forth above by use of electronic mail, I served as copy of the foregoing on the interested parties in this action by transmitting by electronic mail to the electronic mail addresses listed above.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 27, 2018

_____
Vivien Mohanna

*In Re: Keyhan Mohanna* – MOTION FOR CONTINUANCE

Page 4 of 4