# EXHIBIT E

KEYHAN MOHANNA
18653 Ventura Blvd., #257
Tarzana, CA 91356
Telephone: (415) 823-4882
Facsimile: (888) 521-7542
Email: vivienandkeyhanmohanna@gmail.com

**FILED**

**JUN - 6 2019**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

In Pro Per

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE: | Case No: |
|---|---|
| KEYHAN MOHANNA | **1:19-bk-11186-MT** |
| DEBTOR, | **DECLARATION OF KEYHAN MOHANNA** |
| | **NO HEARING, JUDGE TIGHE** |

I, Keyhan Mohanna, declare as follows:

**The current case in Northern (18-30983) has a scheduled MOTION**

**TO DISMISS pending for July 2, 2019.**

DECLARATION OF KEYHAN MOHANNANO HEARING,JUDGE TIGHE - 1

In error, my BK was filed in Northern which was my previous residence, prior to my move to Iran.

When in the United States, I reside in Southern California.

The current case in Northern, which is now scheduled to be dismissed, was filed on my behalf by my Power of Attorney while I was in Iran last September. It was ill-advised that the filing occur in Northern since I no longer reside there. My PoA was told to file in Northern in error, because the numerous actions that wrongfully named me for a property I transferred and left over 2 years ago were held there.

These debts against my former property (one building, six units) were all cancelled/forgiven, and were securitized/predatory/sub-prime which is why I transferred the units years ago. After about a decade of hard-fought negotiations I was successful in the cancellation of these debts with the original lenders, who have declared such in writing which I enclose forthwith.

DECLARATION OF KEYHAN MOHANNANO HEARING,JUDGE TIGHE - 2

Years ago, in a good faith reliance on this massive evidence of

cancelled debt, I transferred the properties (all 6 units) at 1405

Greenwich Street in San Francisco and title today reflects accordingly.

This didn't stop the numerous fake, wannabe creditors from

coming on the scene and gobbling up non-existent/cancelled debts,

and these are the people are now claiming to have an interest at

1405 Greenwich Street. There is a new ownership in place, so

these supposed creditors need to file for Quiet Title to resolve any

dispute issues – this is NOT the appropriate venue to sort that

through. The evidence from my prior efforts with previous lenders

before I transferred and left the property is enough to prove these

creditors are all FAKE AND FRAUDULENT. Namely, Duke

Partners, who supposedly bought a $1M apt for $35,500!

This is not the appropriate venue to sort these matters out, I am

insolvent and never declared 1405 Greenwich Street on my

schedules. The Northern District judge, trustee and fake creditors

are out of control having made deals rooted in lies, fraud and

DECLARATION OF KEYHAN MOHANNANO HEARING,JUDGE TIGHE - 3

deceit though I've proven I no longer have any affiliation with 1405 Greenwich, there is a new ownership in place and without my participation. What's the most disheartening is that Judge Blumenstiel herself once told all of these creditors that they couldn't have it both ways: cancel the debt and attempt to collect/foreclose. But they did anyway. And now, sings a completely different tune today… I don't understand and am very shocked and confused. I include here the very transcripts from her telling lenders that since my debts were cancelled they could not foreclose. Which didn't stop them, nor is it stopping the Northern court from engaging in fraudulent deals with them.

My cancelled debts with the former lenders resulted in massive debts to FTB and IRS which I seek to resolve, and declare my insolvency.

I am out of the country and back at the end of June, dealing with family/health matters in my home country of Iran.

DECLARATION OF KEYHAN MOHANNANO HEARING,JUDGE TIGHE - 4

I will then return to my US home in Los Angeles and attend any required hearings in the appropriate venue of Central District.

Flights are enclosed in this filing along with the mounds of evidence of my cancelled debt (which reflects just the tip of the iceberg; I have bins of documents in storage!), as well as the Motion to Dismiss which is pending in Northern.

My Schedules and evidence of completed Credit Counseling are forthcoming, and I hope to have counsel secured by the end of next week. I have connected with 3 potential attorneys to represent me in this District, which is the proper venue to finalize my debts once and for all.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: June 3, 2018


Keyhan Mohanna

DECLARATION OF KEYHAN MOHANNANO HEARING,JUDGE TIGHE - 5

KEYHAN MOHANNA
18653 Ventura Blvd., #257
Tarzana, CA 91356
Telephone: (415) 823-4882
Facsimile: (888) 521-7542
Email: vivienandkeyhanmohanna@gmail.com

DEBTOR IN PRO SE

**FILED**

JUN -- 4 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

KEYHAN MOHANNA

                  Debtor.

Case No.  18-bk-30983-HTB

Chapter 7

**MOTION TO DISMISS CHAPTER 7 CASE PURSUANT TO 11 U.S.C. §707(b)**

Date:  July 2, 2019
Time:  10:00 a.m.
Ctrm:  19

**TO THE HONORABLE HANNAH L. BLUMENSTIEL, UNITED STATES BANKRUPTCY JUDGE:**

    Debtor Keyhan Mohanna (the "Debtor") hereby files his Motion to Dismiss Chapter 7 Case pursuant to *11 U.S.C. §707(b)*.  In support of this Motion, Debtor respectfully states as follows:

1

**MOTION TO DISMISS CHAPTER 7 CASE PURSUANT TO 11 U.S.C. §707(b)**

1. On September 5, 2018 (the "Petition Date") Debtor's Power of Attorney filed a voluntary petition under Chapter 13 of Title 11, United States Code ("Bankruptcy Code"). The court acknowledged that it was filed by his PoA.

2. On October 18, 2018 Debtor's case was converted to a Chapter 7.

3. Debtor's daughter, Vivien Mohanna, has durable power of attorney for Debtor and manages numerous legal matters on her father's behalf, as he resides mainly in Iran.

4. Debtor, KEYHAN MOHANNA, no longer resides in San Francisco. Debtor has moved to Iran. When in the U.S., Debtor has a place of residence in Southern California where he resides with his brother. Debtor is no longer a resident in the Northern District.

5. **Debtor has an active bankruptcy case in the appropriate district, Central, and is assigned case 1:19-bk-11186-MT. Thus, the case in Northern should be dismissed.**

6. In September of 2018, due to the overwhelming nature of numerous lawsuits wrongfully named against Debtor, Debtor's daughter, on behalf of Debtor KEYHAN MOHANNA, sought refuge/consolidation in the Bankruptcy Court. Vivien Mohanna could no longer take each of the entities on. Her time, energy, resources and stamina were depleted. Debtor KEYHAN MOHANNA was in Iran at the time the Petition was filed and Vivien who

2

**MOTION TO DISMISS CHAPTER 7 CASE PURSUANT TO 11 U.S.C. §707(b)**

was single-handedly managing these cases, could no longer contend with the numerous lawsuits on her own. **She needed assistance and remembered the Bankruptcy Court had previously been extremely favorable to her father's position that the evidence of cancellation of debt at 1405 Greenwich prevented any creditors from taking action.**

7. The Court accepted Vivien Mohanna's signature as Debtor's power of attorney, however, Vivien Mohanna was denied the opportunity to speak of Debtor's behalf at hearings and the creditors' meetings for which she has attended several during the duration of this case.

8. Debtor's daughter, Vivien Mohanna, was ill-advised by a local attorney to file a Chapter 13, and in the Northern District, because the numerous lawsuits were in San Francisco, even though her father no longer lived here. Vivien Mohanna sought the bankruptcy court's assistance because in a prior bankruptcy case, Hon. Judge Blumenstiel had advised creditors that they couldn't foreclose on a cancelled or extinguished debt. However, the creditors did anyway. Vivien Mohanna truly believed the bankruptcy court's prior position would be upheld and that Judge Blumenstiel would determine that the numerous "creditors" going after Debtor KEYHAN MOHANNA were invalid based on the cancellation of debt evidence including but not limited to 1099-C's, Substitution of Reconveyances,

3

**MOTION TO DISMISS CHAPTER 7 CASE PURSUANT TO 11 U.S.C. §707(b)**

Letters from Lenders showing their agreement to settle, etc.  Vivien

Mohanna could no longer keep fighting the droves of "debt collectors" and

not "creditors" claiming a right to a property Debtor no longer owned or was

in possession of.  Debtor, KEYHAN MOHANNA, transferred his ownership

of property years ago in 2017 after a good faith reliance was built upon the

inordinate evidence of cancelled debt which took eight, hard-fought years of

blood, sweat and tears to obtain.  It was not some overnight miracle that

these debts were cancelled, but rather the result of two people working

diligently day in and day out to negotiate with lender's CEO's and

Executives for nearly a decade.

9.  Debtor, KEYHAN MOHANNA, and his daughter, Vivien Mohanna, did not

expect to be met with a completely different tune that what the bankruptcy

court previously asserted.

## JURISDICTION AND VENUE

This Court has jurisdiction over this matter pursuant to *28 U.S.C. §§1334*

and *157(a)*.  This matter is a core proceeding properly heard by this Court pursuant

to *28 U.S.C. §157(b)(2)*.  Venue is proper in this district pursuant to *28 U.S.C.*

*§1409(a)*.

//

## RELIEF REQUESTED

4

**MOTION TO DISMISS CHAPTER 7 CASE PURSUANT TO 11 U.S.C. §707(b)**

By this Motion, Debtor, KEYHAN MOHANNA, respectfully request that the Court enter an order, pursuant to *Section 707(b)* of the Bankruptcy Code dismissing the Bankruptcy Case.

## BASIS FOR RELIEF

The Bankruptcy Case should be dismissed with cause, pursuant to *707(b)* of the Bankruptcy Code. *Section 707(a)* of the Bankruptcy Code provides that "[t]he court may dismiss a case under this chapter only after notice and a hearing and only for cause, including" unreasonable delay by the debtor that is prejudicial to its creditors, nonpayment of filing fees, and failure to file required statements or schedules. *11 U.S.C. § 707(a)*. Because the word "including" is not exclusive, *see 11 U.S.C. § 102(3)*, this Court has recognized that "cases may be dismissed [for cause] on grounds other than those specifically enumerated in [section] 707(a)." *In re Ferry*, No. 08-12483-SSM, 2008 WL 4560672, at *2 (Bankr. E.D. Va. Oct. 8, 2008) (citing *McDow v. Smith*, 295 B.R. 69, 75 (E.D. Va. 2003)).

## NO PRIOR REQUEST

No previous request for the relief sought in this Motion has been made to this Court or any other court.

## NOTICE

5

**MOTION TO DISMISS CHAPTER 7 CASE PURSUANT TO 11 U.S.C. §707(b)**

Notice of the Motion has been provided to the United States Chapter 7

Trustee and all other interested parties.  Debtor submit that no other or further

notice of the Motion is

required.

## CONCLUSION

WHEREFOR, Debtor KEYHAN MOHANNA, respectfully request that the

Court enter an order dismissing the Bankruptcy Case.

Dated:  May 29, 2019

Keyhan Mohanna
Debtor

6

**MOTION TO DISMISS CHAPTER 7 CASE PURSUANT TO 11 U.S.C. §707(b)**

## PROOF OF SERVICE

STATE OF CALIFORNIA                    {
                                       { ss
COUNTY OF SAN FRANCISCO                {

    I, the undersigned, day: I am and was at all times herein mentioned, a resident of the County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 1595 Clay Street, #8, San Francisco, CA 94109; that on the below date, following normal business practice, I served the foregoing document, described as on the interested parties in this action, conveyed as follows: **MOTION TO DISMISS CHAPTER 7 CASE PURSUANT TO 11 U.S.C. §707(b)** on the interested parties in this action by placing a true and correct copy thereof enclosed addressed as set forth on the attached page.

  <u>XX</u>  BY REGULAR MAIL:  I deposited the sealed envelope(s) with the U.S. Postal Service in San Francisco, California, with postage fully prepaid.

E. Lynn Schoenmann
35 Miller Ave., #298
Mill Valley, CA 94941-1903

**FEDERAL**:   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am a resident in the County of San Francisco.

Executed on ~~May 29~~ June 4, 2019, at San Francisco, California.

_____
Vivien Mohanna

7

**MOTION TO DISMISS CHAPTER 7 CASE PURSUANT TO 11 U.S.C. §707(b)**

# EXHIBIT TO DECLARATION OF KEYHAN MOHANNA

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE HANNAH L. BLUMENSTIEL, JUDGE

| | |
|---|---|
| In Re: | ) Case No. 16-30388-HLB |
| | ) Chapter 11 |
| KEYHAN MOHANNA, | ) |
| | ) |
| Debtor. | ) |
| _____ | ) |
| | ) |
| KEYHAN MOHANNA, | ) Adv. No. 16-03086 |
| | ) |
| Plaintiff, | ) <u>PLAINTIFF'S MOTION</u> |
| | ) <u>for TEMPORARY</u> |
| v. | ) <u>RESTRAINING ORDER [5]</u> |
| | ) |
| OCWEN LOAN SERVICING, LLC, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| | ) |
| KEYHAN MOHANNA, | ) Adv. No. 16-03087 |
| | ) |
| Plaintiff, | ) <u>PLAINTIFF'S MOTIONS for</u> |
| | ) <u>PRELIMINARY INJUNCTION</u> |
| v. | ) <u>REIMPOSING the STAY,</u> |
| | ) <u>MOTION for TEMPORARY</u> |
| VENTURES TRUST 2013-I-H-R BY | ) <u>RESTRAINING ORDER [2]</u> |
| MCM CAPITAL PARTNERS, | ) |
| | ) |
| Defendant. | ) September 21, 2016 |
| | ) San Francisco, California |

Appearances listed on next page.

*Judge Blumstiel's*
*previous* position on
cancelled debt !!!

PALMER REPORTING SERVICES
1948 Diamond Oak Way   Manteca California  95336-9124   (800) 665-6251

Appearances:

| | |
|---|---|
| For the Plaintiff: | Ruth Elin Auerbach, Esq.<br>Law Offices of Ruth Elin Auerbach<br>77 Van Ness Avenue, Suite 201<br>San Francisco, California  94102<br>(415) 673-0560 |
| For Defendant HSBC<br>Bank USA, N.A.<br>(via telephone): | Joshua Ryan Mino, Esq.<br>Houser & Allsion, APC<br>9970 Research Drive<br>Irvine, California  92618<br>(949) 679-1111 |
| For Defendant Ventures<br>Trust 2013-I-H-R by<br>MCM Capital Partners<br>LLC (via telephone): | Erin M. McCartney, Esq.<br>Zieve, Brodnax & Steele, LLP<br>30 Corporate Park, Suite 450<br>Irvine, California  92606<br>(714) 848-7920 |
| Digital Court<br>Recorder in<br>Courtroom 19,<br>16th Floor: | United States Bankruptcy Court<br>Clerk of the Court (Intake, 18th Floor)<br>Gordon Hom<br>Post Office Box 7341<br>San Francisco, California  94102-7341<br>(415) 268-2393 |
| Certified Electronic<br>Transcriber: | Palmer Reporting Services<br>1948 Diamond Oak Way<br>Manteca, California  95336-9124 |

Proceedings recorded by digital recording;
transcript produced by federally-approved transcription service.

1   Mr. Mino, I know you had some commitments today.  And if you

2   need to excuse yourself and attend to those, you're certainly

3   free to do that, but you're also welcome to stay on the line —

4            MR. MINO:  The mediation — the mediation ended early,

5   so we are — I am good now.

6            THE COURT:  Okay.  So you know here, Ms. McCartney,

7   you've got some explaining to do.  Opposition was due at noon.

8   We got a phone call asking if they could — if you could have

9   more time over the telephone.  I mean you should know better.  I

10  don't issue to-go orders.  And I then got an opposition that was

11  nearly two hours late without any request for leave to file a

12  late opposition.  Why should I consider it?

13           MS. McCARTNEY:  Your Honor, I apologize about that

14  late opposition.  Obviously it was a tight turnaround for the

15  parties involved.  And the lender was scrambling to get us some

16  answers and some, you know, additional information so that we

17  could actually, you know, present the fact of the matter and

18  have the exhibits properly identified.  We were hoping to get

19  that executed as soon as possible.  Unfortunately, it just — we

20  needed just a slight bit more time and it took us a little bit

21  longer than anticipated.  Upon the filing, I immediately tried

22  to get a copy to the debtor's counsel so there would be no harm

23  there and everybody would have a chance to prepare.  I do again

24  apologize for the delay.  It was the tight turnaround and the

25  lender was a little bit delayed on getting us some information

1  that we needed, so that's the only — the only reason that it

2  was, you know, again clearly delayed, but unintentionally trying

3  to — just trying to get everything out there in a tight

4  turnaround.

5          THE COURT:  Ms. Auerbach.

6          MS. AUERBACH:  I did get the opposition, so I'm

7  willing to at least have it considered.  I have some major

8  issues with it, but —

9          THE COURT:  Sure.

10         MS. AUERBACH:  — I'll get there when Your Honor's

11  ready to hear that.

12         THE COURT:  Okay.  Well, based on Ms. Auerbach's

13  charity I'll consider the tardily-filed opposition.

14         And let's get to the merits.  I mean the — this is a

15  situation that's different from that which involves HSBC and

16  Ocwen, namely, that there isn't state court litigation that's

17  currently pending between these parties.  And any quiet title

18  action was voluntarily dismissed — or, well, was dismissed by

19  the debtor, and so didn't result in a judgment.

20         And we have a 1099 that clearly indicates cancellation

21  of debt.  And I don't really understand the respondent's

22  argument that, 'Oh, that doesn't necessarily mean we have to

23  release our lien.'  If the debt's canceled, then there's nothing

24  — there's no basis for a security interest.  I don't understand

25  that argument at all.



PALMER REPORTING SERVICES
1948 Diamond Oak Way    Manteca California    95336-9124    (800) 665-6251

```
 1              Can you explain, Ms. McCartney?

 2              MS. McCARTNEY:  Yes, Your Honor.  Unfortunately, the

 3    1099C was something that I reviewed but was unable to obtain any

 4    confirmation on where — what the surrounding events were.  And I

 5    looked at that, I said, well, the only thing I can think of,

 6    there was clearly no release of the lien, was that maybe upon a

 7    discharge in that 7 — I was unable to determine, but upon a

 8    discharge, there was some sort of cancellation as to the debtor

 9    but not as to the actual property itself, —

10              THE COURT:  But how does that work?

11              MS. McCARTNEY:  — which may be the only —

12              THE COURT:  I mean you're not suggesting —

13              MS. McCARTNEY:  Well, I mean it —

14              THE COURT:  Your opposition doesn't say that it was

15    issued by mistake.  It doesn't take that position.  And I don't

16    understand, if there's no debt there should be no security

17    interest.

18              MS. McCARTNEY:  Well, it's under the theory that then

19    no debt exists, is if that — the prior servicer of this loan

20    issued that 1099C in a sense of saying the debtor is no longer

21    liable but the lien is still valid, I mean that's possible, that

22    that was the underlying, you know, reason that it was filed.

23    Like I said, I don't have the necessary information.  The lender

24    is still trying to track down the records on that to find out

25    what was the surrounding event.
```

```
 1        But that was the only thing that makes sense, was that
 2   there would be — if it was issued on — you know, without error,
 3   that it was to cancel the debt as to the debtor.  It doesn't say
 4   anything about releasing the lien.  It doesn't suggest the lien
 5   would be released.
 6        THE COURT:  But think about that.  You're canceling
 7   the obligation.  The debtor doesn't owe you money anymore, and
 8   you're giving him a document that requires him to declare that
 9   cancellation of debt as income.  And yet you're saying at the
10   same time, 'Oh, no, we didn't cancel it because we can still
11   collect it from the property.'  That makes no sense.  And it
12   certainly doesn't go very far in refuting the debtor's
13   allegation that he can succeed on the merits of his
14   declaratory-relief claim here.
15        MS. McCARTNEY:  And I think that if we had a chance to
16   actually uncover what happened here, that there would be more
17   evidence that we could present, but due again to the short
18   turnaround here, that the lender was unable to reach any type
19   of, you know, surrounding events regarding that 1099C, and so it
20   was difficult to give a clear, you know, picture of what was
21   happening at that time.  And so I think, you know, additional
22   time would be warranted if that was something that would need to
23   be presented about.
24        THE COURT:  Well, we'll have all the time in the world
25   if I impose a 105 stay.
```

PALMER REPORTING SERVICES
1948 Diamond Oak Way    Manteca California    95336-9124    (800) 665-6251

May 29, 2019

Re: Case 18-30983 HLB

<u>ATTN</u>
Ron Oliner
*Via email: ROliner@duanemorris.com*

Dear Mr. Oliner,

I'm in San Francisco to visit my children and grandchildren, also for some medical appointments and will be going back to Iran next week.

I am thankful to Mr. Gordon to speak with you on my behalf.

I would really appreciate an opportunity to meet with you and shine some light on the fraud that a couple of so-called "creditors" have put in front of you, mainly Wells Fargo.

Except for IRS & FTB, I have no creditors. The others are "FAKE". My daughter is working diligently to work out a payment plan with IRS & FTB.

I will return to Southern California end of June. I would love to meet with you to fill you in on what has transpired. My journey with these "FAKE" creditors started on February 14, 2008.

Any afternoon appointment between July 15th and July 31st works for me.

Regards,

Keyhan Mohanna

CC: M.R. Soleimani, Esq.
     Richard Antognini, Esq.

Yahoo Mail – Your trip confirmation and receipt                                        9/15/19, 9:18 AM

# YOUR ITINERARY

## Return

| Lufthansa Flight 455 *Terminal I* | **2:55pm** **10:45am** | Mon. Jun 03 Tue. Jun 04 | San Francisco, CA (SFO) Frankfurt (FRA) |

### 3h 25m Layover in Frankfurt

| Lufthansa Flight 600 *Terminal 1* | **2:10pm** **9:45pm** | Tue. Jun 04 Tue. Jun 04 | Frankfurt (FRA) Tehran (IKA) |

**Total Trip Time: 22h 45m**

See Baggage Allowance Details

## Return



| Swiss Flight 4021 | **2:45am** **5:45am** | Fri. Jun 28 Fri. Jun 28 | Tehran (IKA) Frankfurt (FRA) |

| Swiss Flight 1069 *Terminal 1* | **8:45am** **9:40am** | Fri. Jun 28 Fri. Jun 28 | Frankfurt (FRA) Zurich (ZRH) |

Page 2 of 5

about:blank

Yahoo Mail - Your trip confirmation and receipt                                                    5/15/19, 9:18 AM

| Swiss Flight 3208 | 1:35pm | Fri. Jun 28 | Zurich (ZRH) |
| | 4:25pm | Fri. Jun 28 | San Francisco, CA (SFO) |

Total Trip Time: **32h 5m**

See Baggage Allowance Details

# RECEIPTS

Receipt #                                                    Amount

147761031

# TRAVELERS

Name                                          E-ticket

Keyhan Mohanna                                Lufthansa : 220-7320229584-85

Select Seats

Home Loans

**IMPORTANT TAX RETURN DOCUMENT ENCLOSED**

Account Number  111399333

Property Address
1405 GREENWICH STREET, UNIT 2

KEYHAN MOHANNA
1405 GREENWICH ST APT 6
SAN FRANCISCO, CA  94109-0221

## Instructions for Debtor

You received this form because a Federal Government agency or an applicable financial entity (a lender) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. **Note,** if you do not agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** May show the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A-Bankruptcy; B-Other judicial debt relief; C-Statute of limitations or expiration of deficiency period; D-Foreclosure election; E-Debt relief from probate or similar proceeding; F-By agreement; G-Decision or policy to discontinue collection; H-Expiration of nonpayment testing period; or I-Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to irs.gov/form1099c.

☐ CORRECTED (if checked)    ☐ VOID (if checked)

| CREDITOR'S name, street address, city or town, province or state, country, ZIP, or foreign postal code, and telephone no.<br><br>BANK OF AMERICA, N.A.<br>400 NATIONAL WAY<br>SIMI VALLEY, CA 93065-6298<br>1-800-669-6607 | 1 Date of identifiable event<br>February 19, 2013 | OMB No. 1545-1424<br><br>**2013**<br><br>Form **1099-C** | **Cancellation of Debt** |
|---|---|---|---|
| | 2 Amount of debt discharged<br>774,936.84 | | |
| | 3 Interest included in box 2<br>0.00 | | |
| CREDITOR'S federal identification number<br>94-1687665 | DEBTOR'S identification number<br>XXX-XX-8912 | 4 Debt description<br><br>1405 GREENWICH STREET, UNIT 2<br>SAN FRANCISCO, CA  94109 | **Copy B**<br>**For Debtor** |
| DEBTOR'S name, Street address (including apt. no.), City or town, province or state, country, and ZIP or foreign postal code<br><br>KEYHAN MOHANNA<br>1405 GREENWICH ST APT 6<br>SAN FRANCISCO, CA  94109-0221 | | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| | | 5 If checked, the debtor was personally  liable for repayment of the debt  . . . . . . . . . .  ☐ | |
| Account number (see instructions)<br>111399333 | | 6 Identifiable event code<br>A | 7 Fair market value of property | |
| Form **1099-C** | (keep for your records) | irs.gov/form1099c | Department of the Treasury - Internal Revenue Service |

**IMPORTANT TAX NOTICE — ACTION IS REQUIRED**

**YOU SHOULD CONSULT WITH THE IRS OR YOUR TAX ADVISOR IF YOU HAVE ANY QUESTIONS.  BANK OF AMERICA, N.A. DOES NOT OFFER TAX ADVICE.**

Please verify that we have your correct Debtor's Taxpayer Identification Number (TIN).  Providing your correct TIN is very important.  If the TIN is not correct, please provide us with the correct number immediately by writing to us at the address below or calling us at  1-800-669-6607.  If you fail to provide us your correct TIN, you may be subject to a $50 penalty imposed by the IRS.  Note:  Please include your name and account number on all communications to us.

**BANK OF AMERICA, N.A.**
**400 NATIONAL WAY**
**SIMI VALLEY, CA  93065-6298**

**IMPORTANT NOTICE**

IRS regulations require BANK OF AMERICA, N.A. to issue a Form 1099-C when debt has been forgiven, but for certain individuals, amounts in box 2 and/or box 3 might not be taxable under the terms of the Mortgage Forgiveness Debt Relief Act of 2007.  Please consult your tax advisor to determine if this Act applies to your situation.

# RONALD J. LAU

Certified Public Accountant
4306 Geary Boulevard, Suite 301
San Francisco, California 94118
Tel (415) 742-4177 Fax (415) 742-4781

*BY ELECTRONIC MAIL*

April 18, 2017

Keyhan Mohanna
1405 Greenwich Street, #6
San Francisco, CA 94109

    Re:    Cancellation of Debt reported on your 2016 Individual Return

Dear Keyhan:

On your 2016 individual income tax return, ~~███████~~, you included cancelled debt to your income.   You provided our office with the following cancelled debts as it relates to the building you own located on 1405 Greenwich Street, San Francisco, California, 94109:

| Description | Amount |
|---|---|
| CANCELLATION OF DEBT - APT. 1 | $701,000.00 |

As a consequence of your inclusion of the above referenced debt, this debt above, was included in your income.  Please note Line 21 which shows the inclusion of income, as well as Line 63 which shows your federal tax due for 2016.

Should you have any questions, please feel free to contact our office.

Thank you,

Ronald J. Lau

Encl.

| Form **982** | **Reduction of Tax Attributes Due to Discharge of Indebtedness (and Section 1082 Basis Adjustment)** | OMB No. 1545-0046 |
|---|---|---|
| (Rev. July 2013) | ► Attach this form to your income tax return. | |
| Department of the Treasury Internal Revenue Service | ► Information about Form 982 ad its instructions is at *www.irs.gov/form982* | Attachment Sequence No. **94** |

| Name shown on return | Identifying number |
|---|---|
| KEYHAN MOHANNA | 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 |

**Part I**  General Information (see instructions)

1  Amount excluded is due to (check applicable box(es)):

a  Discharge of indebtedness in a title 11 case ................................................................  ☐

b  Discharge of indebtedness to the extent insolvent (not in a title 11 case) ..............................  ☐

c  Discharge of qualified farm indebtedness ....................................................................  ☐

d  Discharge of qualified real property business indebtedness ..............................................  ☐

e  Discharge of qualified principal residence indebtedness ..................................................  ☐

2  Total amount of discharged indebtedness excluded from gross income ...........................  **2**  | 774,937.

3  Do you elect to treat all real property described in section 1221(a)(1), relating to property held for sale to customers in the ordinary course of a trade or business, as if it were depreciable property? ......................  ☐ Yes  ☒ No

**Part II**  Reduction of Tax Attributes  You must attach a description of any transactions resulting in the reduction in basis under section 1017. See Regulations section 1.1017-1 for basis reduction ordering rules, and, if applicable, required partnership consent statements. (For additional information, see the instructions for Part II.)

SEE STATEMENT 3

Enter amount excluded from gross income:

| | | |
|---|---|---|
| 4  For a discharge of qualified real property business indebtedness applied to reduce the basis of depreciable real property .......................................... | **4** | |
| 5  That you elect under section 108(b)(5) to apply first to reduce the basis (under section 1017) of depreciable property ........................................... | **5** | 121,365. |
| 6  Applied to reduce any net operating loss that occurred in the tax year of the discharge or carried over to the tax year of the discharge ....................................... | **6** | 258,476. |
| 7  Applied to reduce any general business credit carryover to or from the tax year of the discharge .......... | **7** | |
| 8  Applied to reduce any minimum tax credit as of the beginning of the tax year immediately after the year of the discharge ............................................. | **8** | |
| 9  Applied to reduce any net capital loss for the tax year of the discharge, including any capital loss carryovers to the tax year of the discharge. ................................ | **9** | |
| 10 a  Applied to reduce the basis of nondepreciable and depreciable property if not reduced on line 5. *DO NOT use in the case of discharge of qualified farm indebtedness* ................................ | **10 a** | |
|     b  Applied to reduce the basis of your principal residence. *Enter amount here ONLY if line 1e is checked*...... | **10 b** | |
| 11  For a discharge of qualified farm indebtedness applied to reduce the basis of: | | |
|     a  Depreciable property used or held for use in a trade or business or for the production of income if not reduced on line 5 ................................................. | **11 a** | |
|     b  Land used or held for use in a trade or business of farming ........................................ | **11 b** | |
|     c  Other property used or held for use in a trade or business or for the production of income. ................ | **11 c** | |
| 12  Applied to reduce any passive activity loss and credit carryovers from the tax year of the discharge ......... | **12** | |
| 13  Applied to reduce any foreign tax credit carryover to or from the tax year of the discharge. ................. | **13** | |

**Part III**  Consent of Corporation to Adjustment of Basis of Its Property Under Section 1082(a)(2)

Under section 1081(b), the corporation named above has excluded  $ _____  from its gross income

for the tax year beginning _____  and ending _____ .

Under that section, the corporation consents to have the basis of its property adjusted in accordance with the regulations prescribed under section 1082(a)(2) in effect at the time of filing its income tax return for that year. The corporation is organized under the

laws of _____
             (State of incorporation)

**Note:** *You must attach a description of the transactions resulting in the nonrecognition of gain under section 1081.*

**BAA  For Paperwork Reduction Act Notice, see instructions**          FDIA3401L   06/05/13          Form **982** (Rev. 7-2013)

Case: 18-30983   Doc# 213-5   Filed: 09/16/19   Entered: 09/16/19 12:23:42   Page 27 of 51

RONALD J. LAU
Certified Public Accountant
4306 Geary Boulevard, Suite 301
San Francisco, California 94118
Tel (415) 742-4177  Fax (415) 742-4781

*apt. 3*

*First loan*

*BY FIRST CLASS MAIL & ELECTRONIC MAIL*

March 22, 2016

Keyhan Mohanna
1405 Greenwich Street, #6
San Francisco, CA 94109

> Re:    Cancellation of Debt reported on your 2014 Individual Return

Dear Keyhan:

On your 2014 individual income tax return, you included cancelled debt to your income.   You provided our office with the following cancelled debts as it relates to the building you own located on 1405 Greenwich Street, San Francisco, California, 94109:

| Description | Amount |
| --- | --- |
| CANCELLATION OF DEBT - APT. 3 | $612,500.00 |

As a consequence of your inclusion of the above referenced debt, this debt was taxable to you in 2014.  I have included a copy of your 2014 Form 1040 and accompanying federal statement for your reference.  Please note Line 21 which shows the inclusion of income, as well as Line 63 which shows your federal tax due for 2014.

Should you have any questions, please feel free to contact our office.

Thank you,

Ronald J. Lau

Encl.

RONALD J. LAU
Certified Public Accountant
4306 Geary Boulevard, Suite 301
San Francisco, California  94118
Tel (415) 742-4177  Fax (415) 742-4781

*apt. 3*

*2nd loan*

*BY FIRST CLASS MAIL & ELECTRONIC MAIL*

March 22, 2016

Keyhan Mohanna
1405 Greenwich Street, #6
San Francisco, CA 94109

     Re:    Cancellation of Debt reported on your 2014 Individual Return

Dear Keyhan:

On your 2014 individual income tax return, you included cancelled debt to your income.   You
provided our office with the following cancelled debts as it relates to the building you own
located on 1405 Greenwich Street, San Francisco, California, 94109:

| Description | Amount |
|---|---|
| CANCELLATION OF DEBT - APT. 3 (HELOC) | $87, 500.00 |

As a consequence of your inclusion of the above referenced debt, this debt was taxable to you in
2014.  I have included a copy of your 2014 Form 1040 and accompanying federal statement for
your reference.  Please note Line 21 which shows the inclusion of income, as well as Line 63
which shows your federal tax due for 2014.

Should you have any questions, please feel free to contact our office.

Thank you,

Ronald J. Lau

Encl.

# RONALD J. LAU

Certified Public Accountant
4306 Geary Boulevard, Suite 301
San Francisco, California 94118
Tel (415) 742-4177  Fax (415) 742-4781

*BY ELECTRONIC MAIL*

April 18, 2017

Keyhan Mohanna
1405 Greenwich Street, #6
San Francisco, CA 94109

> Re:  Cancellation of Debt reported on your 2016 Individual Return

Dear Keyhan:

On your 2016 individual income tax return, ~~on your 2016 return~~ you included cancelled debt to your income.   You provided our office with the following cancelled debts as it relates to the building you own located on 1405 Greenwich Street, San Francisco, California, 94109:

| Description | Amount |
|---|---|
| CANCELLATION OF DEBT - APT. 4 | $605,000.00 |

As a consequence of your inclusion of the above referenced debt, this debt above, was included in your income.  Please note Line 21 which shows the inclusion of income, as well as Line 63 which shows your federal tax due for 2016.

Should you have any questions, please feel free to contact our office.

Thank you,

Ronald J. Lau

Encl.

RONALD J. LAU
Certified Public Accountant
4306 Geary Boulevard, Suite 301
San Francisco, California  94118
Tel (415) 742-4177  Fax (415) 742-4781

*BY FIRST CLASS MAIL & ELECTRONIC MAIL*

*apt. 5*

*first loan*

March 22, 2016

Keyhan Mohanna
1405 Greenwich Street, #6
San Francisco, CA 94109

Re:   Cancellation of Debt reported on your 2014 Individual Return

Dear Keyhan:

On your 2014 individual income tax return, you included cancelled debt to your income.   You provided our office with the following cancelled debts as it relates to the building you own located on 1405 Greenwich Street, San Francisco, California, 94109:

| Description | Amount |
|---|---|
| CANCELLATION OF DEBT - APT. 5 | $746,376.00 |

As a consequence of your inclusion of the above referenced debt, this debt was taxable to you in 2014.  I have included a copy of your 2014 Form 1040 and accompanying federal statement for your reference.  Please note Line 21 which shows the inclusion of income, as well as Line 63 which shows your federal tax due for 2014.

Should you have any questions, please feel free to contact our office.

Thank you,

Ronald J. Lau

Encl.

RONALD J. LAU
Certified Public Accountant
4306 Geary Boulevard, Suite 301
San Francisco, California 94118
Tel (415) 742-4177  Fax (415) 742-4781

*BY FIRST CLASS MAIL & ELECTRONIC MAIL*

March 22, 2016

Keyhan Mohanna
1405 Greenwich Street, #6
San Francisco, CA 94109

*apt. 6*

*first loan*

     Re:   Cancellation of Debt reported on your 2014 Individual Return

Dear Keyhan:

On your 2014 individual income tax return, you included cancelled debt to your income.   You
provided our office with the following cancelled debts as it relates to the building you own
located on 1405 Greenwich Street, San Francisco, California, 94109:

| Description | Amount |
|---|---|
| CANCELLATION OF DEBT - APT. 6<br>PRINCIPAL RESIDENCE | $719, 687.00 |

As a consequence of your inclusion of the above referenced debt, this debt above, was included
in your income.  You claimed a principal residence exclusion amount of $719,687.00.  I have
included a copy of your 2014 Form 1040 and accompanying federal statement for your
reference.  Please note Line 21 which shows the inclusion of income, as well as Line 63 which
shows your federal tax due for 2014.

Should you have any questions, please feel free to contact our office.

Thank you,

Ronald J. Lau

Encl.

CERTIFIED COPY

When Recorded Mail To:
Financial Dimensions. Inc.
1400 Lebanon Church Road
Pittsburgh, PA 15236

San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC- 2014-J866593-00
Check Number  5805/4175
Monday, APR 21, 2014 12:32:56
Ttl Pd   $39.00    Rcpt # 0004922369
                                    okc/NF/2-2

Prepared by: Christian Lazu/MG
OCWEN LOAN SERVICING, LLC
5720 Premier Park Dr
West Palm Beach, Florida 33407
Investor # 11311/ 3129

## CALIFORNIA
### SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE

**OCWEN LOAN SERVICING, LLC,** the undersigned beneficiary, under the Deed of Trust described below, hereby substitutes or appoints **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A3,** whose address is c/o Ocwen Loan Servicing, LLC, 5720 Premier Park Dr, West Palm Beach, Florida 33407, as substitute trustee under that certain Deed of Trust.

| | |
|---|---|
| Original Beneficiary: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), SOLELY AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC., ITS SUCCESSORS AND/OR ASSIGNS |
| Original Trustor: | KEYHAN MOHANNA |
| Recorded in | SAN FRANCISCO County, California on FEBRUARY 07, 2007 |
| Instrument | 2007-I333251-00 |
| Date of deed of trust | JANUARY 30, 2007    Amount of deed of trust $ 612,500.00 |
| Trustee: | MARIN CONVEYANCING CORP. |
| AP#: | 0523/ 052 |

PROPERTY ADDRESS: 1405 GREENWICH STREET # 03, SAN FRANCISCO, CA

NOW THEREFORE, **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A3,** who is the Substitute Trustee of the above described instrument, in consideration of full payment and satisfaction of the debt secured thereunder, hereby reconveys, releases, and discharges the deed of trust and authorizes and **instructs the clerk or recorder to enter satisfaction of and cancel of record the deed of trust.**

Dated: _____APR 0 7 2014_____

2

CERTIFIED COPY

OCWEN LOAN SERVICING, LLC

SUBSTITUTE TRUSTEE:
HSBC BANK USA, NATIONAL ASSOCIATION, AS
TRUSTEE FOR MORTGAGE PASS-THROUGH
CERTIFICATES, MANA SERIES 2007-A3,
By its Attorney-in-Fact
OCWEN LOAN SERVICING, LLC

By: _____
     Rene A. Ponzio
     Authorized Signer

_____
     Donealia Wilson
     Authorized Signer

State of Florida        )
                        )SS.
County of Palm Beach    )

On ____APR 0 7 2016____, before me, _____, personally appeared __Donealia Wilson__, Authorized Signer, OCWEN LOAN SERVICING, LLC and _Rene A. Ponzio_, Authorized Signer of Ocwen Loan Servicing, LLC attorney in fact for HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A3, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct

Witness my hand and official seal.

_____ [Seal]
(Signature)
     Christian J. Ferrer

Notary Public State of Florida
Christian J Ferrer
My Commission FF 062234
Expires 12/30/2018

3

<u>WHEN RECORDED MAIL TO:</u>

**KEYHAN MOHANNA**  (Trustor)
1405 GREENWICH ST APT 6,
SAN FRANCISCO, CA, 94109

Prepared by: Christian Lazu/MG
OCWEN LOAN SERVICING, LLC
5720 Premier Park Dr
West Palm Beach, Florida 33407
Investor # 11311/ 3129

**CALIFORNIA**
<u>**SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE**</u>

**OCWEN LOAN SERVICING, LLC,** the undersigned beneficiary, under the Deed of Trust described below, hereby substitutes or appoints **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A3,** whose address is c/o Ocwen Loan Servicing, LLC, 5720 Premier Park Dr, West Palm Beach, Florida 33407, as substitute trustee under that certain Deed of Trust.

| | |
|---|---|
| Original Beneficiary: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), SOLELY AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC., ITS SUCCESSORS AND/OR ASSIGNS |
| Original Trustor: | KEYHAN MOHANNA |
| Recorded in | SAN FRANCISCO County, California on FEBRUARY 07, 2007 |
| Instrument | 2007-I333251-00 |
| Date of deed of trust | JANUARY 30, 2007    Amount of deed of trust $ 612,500.00 |
| Trustee: | MARIN CONVEYANCING CORP. |
| AP#: | 0523/ 052 |

PROPERTY ADDRESS: 1405 GREENWICH STREET # 03, SAN FRANCISCO, CA

NOW THEREFORE, **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A3,**, who is the Substitute Trustee of the above described instrument, in consideration of full payment and satisfaction of the debt secured thereunder, hereby reconveys, releases, and discharges the deed of trust and authorizes and **instructs the clerk or recorder to enter satisfaction of and cancel of record the deed of trust.**

Dated:    APR 0 7 2014    _____

2

OCWEN LOAN SERVICING, LLC

SUBSTITUTE TRUSTEE:
HSBC BANK USA, NATIONAL ASSOCIATION, AS
TRUSTEE FOR MORTGAGE PASS-THROUGH
CERTIFICATES, MANA SERIES 2007-A3,
By its Attorney-in-Fact
OCWEN LOAN SERVICING, LLC

By: _____
**Rene A. Ponzio**
Authorized Signer

_____
Donealia Wilson
Authorized Signer

State of Florida            )
                            )SS.
County of Palm Beach        )

On ____APR 0 7 2014____, before me, _____, personally appeared ___Donealia Wilson___, Authorized Signer, **OCWEN LOAN SERVICING, LLC** and _Rene A. Ponzio_, Authorized Signer of Ocwen Loan Servicing, LLC attorney in fact for **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A3,** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct

Witness my hand and official seal.

_____ [Seal]
(Signature)    Christian J. Ferrer

Notary Public State of Florida
Christian J Ferrer
My Commission FF 062234
Expires 12/30/2016

3

<u>ASSIGNMENT</u>

KNOW THAT    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
THE CERTIFICATE HOLDERS OF MERRILL LYNCH MORTGAGE
INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES,
MANA SERIES 2007-A3

Assignor,

in consideration of TEN DOLLARS ($ 10.00) and other valuable considerations

PAID BY    OCWEN LOAN SERVICING, LLC
5720 Premier Park Dr,
West Palm Beach, FL 33407

Assignee,

Hereby assigned unto the assignee, 100% undivided interest of Mortgage dated
JANUARY 30, 2007 by KEYHAN MOHANNA to MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. (MERS), SOLELY AS NOMINEE FOR GREENPOINT
MORTGAGE FUNDING, INC., ITS SUCCESSORS AND/OR ASSIGNS in the principal
sum of $612,500.00 and recorded on FEBRUARY 07, 2007 in the Office of the County
Clerk of SAN FRANCISCO, as Instrument 2007-I333251-00 of section of Mortgages

Covering premises commonly known as:

1405 GREENWICH STREET # 03, SAN FRANCISCO, CA

AS SHOWN ON THE LAND AND TAX MAPS OF THE COUNTY OF SAN FRANCISCO

THIS DEED OF TRUST WILL BE SERVICED BY OCWEN LOAN SERVICING, LLC

TOGETHER with the bond or note or obligation described in said mortgage, and the
monies due and to grow due thereon with the interest; TO HAVE AND TO HOLD the
same unto the assignee and to the successors, legal representative and assigns of the
assigned forever.  The word "assignor" or "assignee" shall be construed as if it read
"assignors" or "assignees" whenever the sense of this instrument so requires.

IN WITNESS WHEREOF, the assignor has duly executed this assignment the
_____ day of _____, 2014.

OCWEN LOAN SERVICING, LLC
SUCCESSOR BY LOAN PURCHASE
FROM HSBC BANK USA, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
CERTIFICATE HOLDERS OF MERRILL
LYNCH MORTGAGE INVESTORS, INC.,
MORTGAGE PASS-THROUGH
CERTIFICATES, MANA SERIES 2007-A3.

_____
Donealia Wilson
Authorized Signer

NOTICE:  This is a mortgage subject to special rules under the Federal Truth in Lending Act.
Purchasers of assignees of this mortgage could be liable for all claims and defenses with respect
to the mortgage that the borrower could assert against the creditor.

STATE OF FLORIDA
COUNTY OF PALM BEACH
SS:

On the _____7TH_____ day of ___April____ in the year 2014,
subscribed and sworn before me, the undersigned, a Notary Public in and for said State,
personally appeared ___Donealia Wilson___, personally known to me or proved to me on
the basis of satisfactory evidence to be the individual(s) whose name(s) is (are)
subscribed to the within instrument and acknowledged to me that he/she/they executed
the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the
instrument, the individual(s), or the person upon behalf of which the individual(s) acted,
executed the instrument.


_____
NOTARY PUBLIC          Christian J. Ferrer

Notary Public State of Florida
Christian J Ferrer
My Commission FF 062234
Expires 12/30/2016

ASSIGNMENT OF MORTGAGE WITHOUT COVENANT

A.P.N. 0523/ 052


HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
THE CERTIFICATE HOLDERS OF MERRILL LYNCH MORTGAGE
INVESTORS, INC., MORTGAGE PASS-THROUGH
CERTIFICATES, MANA SERIES 2007-A3
        TO

OCWEN LOAN SERVICING, LLC                RECORD AND RETURN TO:

**Prepared By: Christian Lazu/MG**
Ocwen Loan Servicing, LLC
5720 Premier Park Dr,
West Palm Beach, FL 33407
(561)682-8000

HLLNCLS 8595/10680 08/19/2008



**Bank of America**
Home Loans

Payoff Department, Mail Stop CA6-919-01-41
P. O. Box 10287
Van Nuys, CA  91410-0287

**Notice Date:**   November 28, 2012

**Home Equity Loan No.:** 108283421

AT1        8-772-60717-0002828-001-1-000-000-000-000
KEYHAN MOHANNA
1405 GREENWICH ST APT 6
SAN FRANCISCO, CA 94109

**Property Address:**
1405 Greenwich Street Unit 5
San Francisco, CA  94109

---

### IMPORTANT MESSAGE ABOUT YOUR LOAN

At your request, your home equity loan with Bank of America, N.A. has been paid in full and closed effective November 28, 2012.

Because you paid your loan in full and requested that the lien recorded against your property be satisfied, your account has been terminated.  This means that you are no longer entitled to request loan advances and we will not honor Equity Credit Line Checks or loan advances you may request if we issued you one or more home equity line of credit Visa® access cards.  Please note that any future loan advance requests by you will be improper, and you may be responsible for any losses suffered by Bank of America, N.A. or owed to Bank of America, N.A. resulting from any such loan advance request by you.

### WHAT YOU SHOULD DO

We strongly recommend that you destroy all remaining Equity Credit Line Checks and, as applicable, home equity line of credit Visa® access cards, to avoid any improper usage or confusion concerning the closing of your loan.

### THANK YOU FOR YOUR BUSINESS

It has been a pleasure having you as a customer.  If you need any additional information, please do not hesitate to contact one of our Customer Service Representatives at 1-800-669-5864.

In the future, if you decide to refinance, purchase a new home or open another home equity loan, Bank of America, N.A. is ready to serve your needs.  Just call us at 1-800-669-5864, or complete your application online at www.bankofamerica.com.

---

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector.



When Recorded Mail to:
ReconTrust Company, N.A.
2575 W. Chandler Blvd.
Mail Stop: AZ1-804-02-11
Chandler, AZ 85224
(800) 540-2684

San Francisco Assessor-Recorder
D. Hoa Nguyen, Acting Assessor-Recorder
DOC- 2013-J594108-00
Check Number  1825-1093
Monday, JAN 28, 2013 11:22:19
Ttl Pd   $34.00    Rcpt # 0004609286
REEL  K821  IMAGE  0462
            okc/KC/2-1

Above Space for Recorder's Use

UID: a3e5c7fd-8801-4810-badb-b4c7b9631667
DOCID_0001082834212005N



### SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE

WHEREAS,      KEYHAN MOHANNA, TRUSTEE
Is the Trustor, CTC REAL ESTATE SERVICES is the current trustee and Mortgage Electronic Registration Systems, Inc. is the current
beneficiary ("Beneficiary") under that certain Deed of Trust dated 06/24/2005 and recorded on 07/01/2005, as Instrument or Document
No.2005-H982566-00, in Book 1923, Page 0084,  of Official Records of the County of SAN FRANCISCO, State of California.
WHEREAS, the undersigned Beneficiary hereby substitutes a new trustee, ReconTrust Company, N.A. ("Trustee"), under the Deed of
Trust, and Trustee does hereby reconvey, without warranty, to the person or persons legally entitled thereto, the estate now held by
Trustee under the Deed of Trust

Dated: 12/05/12

Trustee:                                         Beneficiary:
ReconTrust Company, N.A.                          Mortgage Electronic Registration Systems, Inc.

Trisha Baca, Assistant Vice President            Jennifer Baker, Assistant Vice President

State of ARIZONA, County of MARICOPA
On  12 - 5 - 12 , before me, Wade Dado, Notary Public, personally appeared Trisha Baca, Assistant Vice President of
ReconTrust Company, N.A., and Jennifer Baker, Assistant Vice President of Mortgage Electronic Registration Systems, Inc., whose
identities were proven to me on the basis of satisfactory evidence to be the persons they claim to be and whose names are subscribed
to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signatures
on the instrument the persons, or entity upon behalf of which the persons acted, executed the instrument.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year last written.

WADE DADO
NOTARY PUBLIC - ARIZONA
Maricopa County
My Commission Expires
March 6, 2015

Wade Dado
Notary Public for said State and County

KEYHAN MOHANNA, TRUSTEE
1405 GREENWICH ST APT 6
SAN FRANCISCO, CA 94109

610   108283421   REL 001   001

*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

Monday, September 15, 2014

Keyhan Mohanna
1405 Greenwich St Apt 6
San Francisco, CA 94109

RE: Satisfaction (Reconveyance, Release/Discharge) of Loan # 7131393576

Dear Borrower:

The above referenced loan was paid off.  A Satisfaction (Reconveyance, Release/Discharge) was filed with the recorder's office to release Ocwen's security interest in the property located 1405 Greenwich St 3, San Francisco, CA 94109. The recording information for the (Satisfaction/Reconveyance, Release/Discharge) is as follows:

Recorded on: 4/21/2014
Book #:
Page #:
Instrument #: 0
Recorder's office of: SAN FRANCISCO

Please keep this information for your records.  This information may be used to obtain a copy of the document from the SAN FRANCISCO Recorder's Office and serves as proof that your Ocwen Mortgage loan referenced above has been satisfied.

Thank you and if you have any questions or concerns please call 800-746-2936.

Satisfaction Department
Ocwen Loan Servicing, LLC

---

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS #: 1852*

52713139357685

KEYHAN MOHANNA

SAN FRANCISCO, CA

<u>ASSIGNMENT</u>

KNOW THAT    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
THE CERTIFICATE HOLDERS OF MERRILL LYNCH MORTGAGE
INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES,
MANA SERIES 2007-A3

_____ _N/A_ _____

Assignor,

in consideration of TEN DOLLARS ($ 10.00) and other valuable considerations

PAID BY    OCWEN LOAN SERVICING, LLC
5720 Premier Park Dr,
West Palm Beach, FL 33407

Assignee,

Hereby assigned unto the assignee, 100% undivided interest of Mortgage dated
JANUARY 30, 2007 by KEYHAN MOHANNA to MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. (MERS), SOLELY AS NOMINEE FOR GREENPOINT
MORTGAGE FUNDING, INC., ITS SUCCESSORS AND/OR ASSIGNS in the principal
sum of $612,500.00 and recorded on FEBRUARY 07, 2007 in the Office of the County
Clerk of SAN FRANCISCO, as Instrument 2007-I333251-00 of section of Mortgages

Covering premises commonly known as:

1405 GREENWICH STREET # 03, SAN FRANCISCO, CA

AS SHOWN ON THE LAND AND TAX MAPS OF THE COUNTY OF SAN FRANCISCO

THIS DEED OF TRUST WILL BE SERVICED BY OCWEN LOAN SERVICING, LLC

TOGETHER with the bond or note or obligation described in said mortgage, and the
monies due and to grow due thereon with the interest; TO HAVE AND TO HOLD the
same unto the assignee and to the successors, legal representative and assigns of the
assigned forever.  The word "assignor" or "assignee" shall be construed as if it read
"assignors" or "assignees" whenever the sense of this instrument so requires.

IN WITNESS WHEREOF, the assignor has duly executed this assignment the
_____7th_____ day of ___April_____, 2014.

OCWEN LOAN SERVICING, LLC
SUCCESSOR BY LOAN PURCHASE
FROM HSBC BANK USA, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
CERTIFICATE HOLDERS OF MERRILL
LYNCH MORTGAGE INVESTORS, INC.,
MORTGAGE PASS-THROUGH
CERTIFICATES, MANA SERIES 2007-A3.

_____
Donealia Wilson
Authorized Signer

NOTICE: This is a mortgage subject to special rules under the Federal Truth in Lending Act. Purchasers of assignees of this mortgage could be liable for all claims and defenses with respect to the mortgage that the borrower could assert against the creditor.

STATE OF FLORIDA
COUNTY OF PALM BEACH
SS:

On the _____7th_____ day of ____April____ in the year 2014, subscribed and sworn before me, the undersigned, a Notary Public in and for said State, personally appeared ____Donealia Wilson____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
NOTARY PUBLIC    Christian J. Ferrer

> Notary Public State of Florida
> Christian J Ferrer
> My Commission FF 062234
> Expires 12/30/2016

ASSIGNMENT OF MORTGAGE WITHOUT COVENANT

A.P.N. 0523/ 052

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A3
    TO

OCWEN LOAN SERVICING, LLC                    RECORD AND RETURN TO:

**Prepared By: Christian Lazu/MG**
Ocwen Loan Servicing, LLC
5720 Premier Park Dr,
West Palm Beach, FL 33407
(561)682-8000

11713139357607

KEYHAN MOHANNA

SAN FRANCISCO, CA

WHEN RECORDED MAIL TO:

**KEYHAN MOHANNA**  (Trustor)
1405 GREENWICH ST APT 6,
SAN FRANCISCO, CA, 94109

Prepared by: Christian Lazu/MG
OCWEN LOAN SERVICING, LLC
5720 Premier Park Dr
West Palm Beach, Florida 33407
Investor # 11311/ 3129

## CALIFORNIA
## SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE

**OCWEN LOAN SERVICING, LLC,** the undersigned beneficiary, under the Deed of Trust described below, hereby substitutes or appoints **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A3,** whose address is c/o Ocwen Loan Servicing, LLC, 5720 Premier Park Dr, West Palm Beach, Florida 33407, as substitute trustee under that certain Deed of Trust.

| | |
|---|---|
| Original Beneficiary: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), SOLELY AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC., ITS SUCCESSORS AND/OR ASSIGNS |
| Original Trustor: | KEYHAN MOHANNA |
| Recorded in | SAN FRANCISCO County, California on FEBRUARY 07, 2007 |
| Instrument | 2007-I333251-00 |
| Date of deed of trust | JANUARY 30, 2007    Amount of deed of trust $ 612,500.00 |
| Trustee: | MARIN CONVEYANCING CORP. |
| AP#: | 0523/ 052 |

PROPERTY ADDRESS: 1405 GREENWICH STREET # 03, SAN FRANCISCO, CA

NOW THEREFORE, **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A3,** who is the Substitute Trustee of the above described instrument, in consideration of full payment and satisfaction of the debt secured thereunder, hereby reconveys, releases, and discharges the deed of trust and authorizes and **instructs the clerk or recorder to enter satisfaction of and cancel of record the deed of trust.**

Dated:  ___APR 0 7 2014___

Recon Trust Company, N.A.
2575 W. Chandler Blvd.
Mail Stop: AZ1-804-02-11
Chandler, AZ 85224
(800) 540-2684

San Francisco Assessor-Recorder
D. Hoa Nguyen, Acting Assessor-Recorder
**DOC— 2013-J594108-00**
Check Number  1825-1093
Monday, JAN 28, 2013 11:22:19
Ttl Pd    $34.00    Rcpt # 0004609286
**REEL  K821  IMAGE  0462**
okc/KC/2-1



Above Space for Recorder's Use

UID: a3e5c7fd-8801-4810-badb-b4c7b9631667
DOCID_0001082834212005N

## SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE

WHEREAS,    KEYHAN MOHANNA, TRUSTEE
Is the Trustor, CTC REAL ESTATE SERVICES is the current trustee and Mortgage Electronic Registration Systems, Inc. is the current beneficiary ("Beneficiary") under that certain Deed of Trust dated 06/24/2005 and recorded on 07/01/2005, as Instrument or Document No.2005-H982566-00, in Book 1923, Page 0084,  of Official Records of the County of SAN FRANCISCO, State of California.
WHEREAS, the undersigned Beneficiary hereby substitutes a new trustee, ReconTrust Company, N.A. ("Trustee"), under the Deed of Trust, and Trustee does hereby reconvey, without warranty, to the person or persons legally entitled thereto, the estate now held by Trustee under the Deed of Trust.

Dated: 12/05/12

Trustee:
ReconTrust Company, N.A.

_____
Trisha Baca, Assistant Vice President

Beneficiary:
 Mortgage Electronic Registration Systems, Inc.

_____
 Jennifer Baker, Assistant Vice President

State of ARIZONA, County of MARICOPA
On  12 · 5 · 12 , before me, Wade Dado, Notary Public, personally appeared Trisha Baca, Assistant Vice President of ReconTrust Company, N.A., and Jennifer Baker, Assistant Vice President of Mortgage Electronic Registration Systems, Inc. , whose identities were proven to me on the basis of satisfactory evidence to be the persons they claim to be and whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signatures on the instrument the persons, or entity upon behalf of which the persons acted, executed the instrument.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year last written.


WADE DADO
NOTARY PUBLIC - ARIZONA
Maricopa County
My Commission Expires
March 6, 2015

_____
 Wade Dado
 Notary Public for said State and County

KEYHAN MOHANNA, TRUSTEE
1405 GREENWICH ST APT 6
SAN FRANCISCO, CA 94109

610   108283421   REL 001   001

OCWEN LOAN SERVICING, LLC

SUBSTITUTE TRUSTEE:
HSBC BANK USA, NATIONAL ASSOCIATION, AS
TRUSTEE FOR MORTGAGE PASS-THROUGH
CERTIFICATES, MANA SERIES 2007-A3,
By its Attorney-in-Fact
OCWEN LOAN SERVICING, LLC

By: _____
**Rene A. Ponzio**
Authorized Signer

_____
Donealia Wilson
Authorized Signer

State of Florida          )
                          )SS.
County of Palm Beach      )

On ___APR 0 7 2014___, before me, ___Christian J. Ferrer___, personally appeared ___Donealia Wilson___, Authorized Signer, **OCWEN LOAN SERVICING, LLC** and _Rene A. Ponzio_, Authorized Signer of Ocwen Loan Servicing, LLC attorney in fact for **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A3,** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct

Witness my hand and official seal.

_____ [Seal]
(Signature)  **Christian J. Ferrer**

Notary Public State of Florida
Christian J Ferrer
My Commission FF 062234
Expires 12/30/2016



**Bank of America**

*Home Loans*

Payoff Department, Mail Stop CA6-919-01-41
P. O. Box 10287
Van Nuys, CA 91410-0287

**Notice Date:**      November 28, 2012

AT1          8-772-60717-0002628-001-1-000-000-000-000
KEYHAN MOHANNA
1405 GREENWICH ST APT 6
SAN FRANCISCO, CA 94109

**Home Equity Loan No.:** 108283421

**Property Address:**
1405 Greenwich Street Unit 5
San Francisco, CA 94109

---

### IMPORTANT MESSAGE ABOUT YOUR LOAN

At your request, your home equity loan with Bank of America, N.A. has been paid in full and closed effective November 28, 2012.

Because you paid your loan in full and requested that the lien recorded against your property be satisfied, your account has been terminated. This means that you are no longer entitled to request loan advances and we will not honor Equity Credit Line Checks or loan advances you may request if we issued you one or more home equity line of credit Visa® access cards. Please note that any future loan advance requests by you will be improper, and you may be responsible for any losses suffered by Bank of America, N.A. or owed to Bank of America, N.A. resulting from any such loan advance request by you.

### WHAT YOU SHOULD DO

We strongly recommend that you destroy all remaining Equity Credit Line Checks and, as applicable, home equity line of credit Visa® access cards, to avoid any improper usage or confusion concerning the closing of your loan.

### THANK YOU FOR YOUR BUSINESS

It has been a pleasure having you as a customer. If you need any additional information, please do not hesitate to contact one of our Customer Service Representatives at 1-800-669-5864.

In the future, if you decide to refinance, purchase a new home or open another home equity loan, Bank of America, N.A. is ready to serve your needs. Just call us at 1-800-669-5864, or complete your application online at www.bankofamerica.com.

Open with



PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE, #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
MELISSA A. VERMILLION, ESQUIRE, #241354
JOSEPH GARIBYAN, ESQUIRE, #271833
BONNI S. MANTOVANI, ESQUIRE, # 106353
LALEH ENSAFI, ESQUIRE, #268917
JEANNETTE R. MARSALA, ESQUIRE #253125
NINA Z. JAVAN, ESQUIRE #271392
P.O. Box 4365
Woodland Hills, CA 91365-4365
Attorney for Secured Creditor
C.094-15754

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                                    )  Bk. No. 10-30701
                                                         )
KEYHAN MOHANNA DBA KM                                    )  WITHDRAWAL OF
PROPERTIES,                                              )  PROOF OF CLAIM
                                                         )  (CLAIM NO. 19)
          Debtor.                                        )
                                                         )
_____                 )

Bank of America, N.A., successor to BAC Home Loans Servicing, LP FKA Countrywide

Home Loans Servicing, LP, Secured Creditor and holder of a lien on the property described as

1405 Greenwich Street, Unit 5, San Francisco, California 94109 withdraws its Proof of Claim

No. 19, filed on January 5, 2011, as the subject debt has been forgiven pursuant to the National

Mortgage Settlement Extinguishment Program.

Dated: 6/12/13

                                   By:/s/ Laleh Ensafi
                                   Attorney for Secured Creditor

1

PROOF OF SERVICE

Stephanie Arevalo        certify that I am a resident of the County aforesaid; I am

over th...                            within action; my business address is 20750

## CERTIFICATE OF SERVICE

I certify that I electronically filed the preceding MOTION TO DISMISS with the clerk for the United States Bankruptcy Court for the Northern District of California by using the Court's CM/ECF system on June 4, 2019.

I certify that all participants in the case are registered CM/ECF users and that service of all the above documents will be accomplished by the Bankruptcy Court's CM/ECF system.

Dated: June 4, 2019                    By: /s/ Vivien Mohanna
                                       Vivien Mohanna

**Opposition to Motion to Compel Debtor's Attendance
At Section 341 Meeting of Creditors
Case no. 18-30983-HLB**