WEDGEWOOD
Office of the General Counsel
DAVID M. POITRAS P.C. (SBN 141309)
dpoitras@wedgewood-inc.com
AMELIA VALENZUELA (SBN 320428)
 avalenzuela@wedgewood-inc.com
2015 Manhattan Beach Blvd., Suite 100
Redondo Beach, CA 90278
Telephone:    (310) 640-3070
Facsimile:    (310) 640-3090

Attorneys for Duke Partners II, LLC

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:                                Chapter 7
                                      Case No. 18-30983
KEYHAN MOHANNA,
                                      CERTIFICATE OF SERVICE


Debtor(s)_____/


     I, the undersigned, declare that I am employed in the County of Los Angeles. I am over the age of 18 years and not a party to the within entitled action. My business address is 2015 Manhattan Beach Blvd., Suite 100, Redondo Beach, CA 90278.

     On September 16, 2019, I served the within **STATUS REPORT RE POSSESSION OF 1405 GREENWICH STREET, SAN FRANCISCO, CALIFORNIA** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Redondo Beach, California, to all parties entitled to receive regularly mailed notices, addressed as follows:

| Jacqueline Mohanna<br>2332 Steiner Street<br>San Francisco, CA 94115 | Keyhan Mohanna<br>1595 Clay St. #8<br>San Francisco, CA 94109 |
|---|---|
| Vivien Mohanna<br>1595 Clay St. #8<br>San Francisco, CA 94109 | |

**Electronic Notice to:**

- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Bachecki, Crom & Co., LLP, Certified Public Accountants    jcrom@bachcrom.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Darren J. Devlin    darren@resolutionfunding.net
- Sean Ferry    bkyecf@rasflaw.com, sferry@ecf.courtdrive.com
- Daniel K. Fujimoto    wdk@wolffirm.com, faxes@wolffirm.com
- Nichole Glowin    nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- Arnold L. Graff    ecfcanb@aldridgepite.com, ALG@ecf.inforuptcy.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com
- Raymond Jereza    ecfcanb@aldridgepite.com, rjereza@ecf.inforuptcy.com
- Wendy A. Locke    ecfcanb@aldridgepite.com, wlocke@aldridgepite.com
- Kelsey Luu    ecfcanb@aldridgepite.com, Jenelly.Goldade@mtglawfitm.com
- Christopher M. McDermott    ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com
- Robert W. Norman    rnorman@houser-law.com, chershey@houser-law.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Aron M. Oliner    roliner@duanemorris.com, dmicros@duanemorris.com
- David M. Poitras    dpoitras@wedgewood-inc.com, dpoitras@wedgewood-inc.com
- E. Lynn Schoenmann    tteeschoenmann@earthlink.net, lschoenmann@ecf.axosfs.com
- Amelia Valenzuela    avalenzuela@wedgewood-inc.com, dmarcus@wedgewood-inc.com

**By Messenger to:**

Hon. Hannah L. Blumenstiel – Crtrm 19
US Bankruptcy Court
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

If the Chapter 7 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on September 16, 2019 at Redondo Beach, California.

Dated: 09/16/2019                    /s/Daniel Marcus
                                     Daniel Marcus